# EXHIBIT 1

# Declaration of David L. Cleveland

# June 13, 2015: about class members

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-459 [RBW] |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Defendant, | ) | |

## DECLARATION OF DAVID L. CLEVELAND dated June 13, 2015

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury:

I am an attorney licensed to practice in the District of Columbia, and I am Counsel for plaintiffs in this action.

More than 40 asylum applicants have recently made FOIA requests for their asylum officer Assessments. The DHS disclosed the Assessments to none of them.

The seven plaintiffs named in the caption of the complaint are: Ms. Gatore, Mr. Timemy, Ms. Lumo, Innocent Shaka, Mr. Ayessa, Ms Ouedraogo, and Herve Shaka.

I opened ECF #16-2, from *Bayala v. DHS,* Case No. 14-0007 (D.D.C. 2014) and found 11 more class members:

Abiba
Dinegde
Kamara
Kouame
Kenfack
Kinfemichael
Mengesha
Megne
Monthe

Win
Thwe

4.  I opened ECF #22, from *Bayala v. DHS*, Case No. 14-0007 (D.D.C. 2014) and found 3 more class members:

Bate
Conteh
Allajaboo

5.  Attached hereto are 20 more FOIA requests from asylum applicants. Each one request the Assessment.

I declare under penalty of perjury under the laws of the District of

Columbia that foregoing is true and accurate.  Dated: June 13, 2015.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

June 2, 2015

NRC2015039980

David Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC 20001

Dear David Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office March 24, 2015 regarding Fawzi Hassan Gurashi Abdalla.

We have completed the review of all documents and have identified 477 pages that are responsive to your request. Enclosed are 392 pages released in their entirety and 31 pages released in part. We are withholding 18 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 19 pages in their entirety to the State Department for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



U.S. Citizenship
and Immigration
Services

January 9, 2014                                                NRC2014002727

David L. Cleveland
924 G Street NW
Washington, DC  20001

Dear David L. Cleveland:

We received your request for information relating to Adoud Lili Akuete on January 09, 2014.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2014002727.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the fast track (Track 3).

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer.
The CD is readable on all computers through the use of Adobe Acrobat software.  A version of Adobe
Acrobat will be included on the CD.  Your records can be viewed on your computer screen and can be
printed onto paper.  Only records 15 pages or more are eligible for CD printing.  To request your
responsive records on paper, please include your control number and write to the above address Attention:
FOIA/PA Officer, or fax them to (816) 350-5785.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests.  When
forwarding to us any documents related to your request, please ensure any Social Security Numbers on
the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable
information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected.
In our efforts to safeguard this information, we may request that additional information be provided to
facilitate and correctly identify records responsive to your request.  Though submission of this
information is voluntary, without this information, your request may be delayed while additional steps are
taken to ensure the correct responsive records are located and processed.  Further, if we are unable to

June 12, 2015 at 12:05 pm EST

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

    FOIA Request for Mamadou Badiane

**NRC 2014 063 315**

**NRC 2014 040 684**

*received 6/13/15*

Dear Sir:

Thank you for your phone call this morning, around 11:00 am, EST.

I did not catch your name, but you told me you had received my fax today, June 12, 2015, and that you were calling me about it.

I told you that we wanted the asylum officer assessment. You told me that assessments were exempt from disclosure.

I asked if you would mind putting that in writing; you suggested that I send you another request, this time adding "NRC 2014 040684" at the top.

So, I am doing that now.

Please respond to our FOIA request dated 5-28-14, which asks for the asylum officer assessment.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001     [202] 772-4345

               Page 1 of 1



TRANSMISSION VERIFICATION REPORT

TIME : 04/13/2015 18:07
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 04/13 18:07 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:52 |
| PAGE(S) | 00 |
| RESULT | NG |
| MODE | STANDARD<br>ECM |

NG: POOR LINE CONDITION

-a copy of the "other evidence" mentioned in the Referral Notice ... by the asylum officer;

= = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,
Catholic Charities of Washington

received 4/13/15

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I, Tigiest Zeleke Beyene, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
- I was born on 09/08/1965 in Addis Ababa, Ethiopia;
- My address is: 9513 Green Castle Lane, Lorton VA 22079;
- my A# is 206-388-752;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on April 14, 2015 Signature: y ____

Page 1 of 2

Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

March 24, 2015                                          NRC2015039976

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

Dear David L. Cleveland:

We received your request for information relating to Pinthong Boonruang on March 24, 2015.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2015039976. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2). You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Although you have asked that your request receive priority treatment in our Track 3 processing track, you did not comply with the requirements for Track 3 processing as set forth in the Federal Register Notice and on the USCIS FOIA website. You are required to provide one of the following documents or your request will not be processed in Track 3:

    (1) Form I-862, Notice to Appear, documenting a future scheduled date of the subject's hearing before the immigration judge.
    (2) Form I-122, Order to Show Cause, documenting a future scheduled date of the subject's hearing before the immigration judge.
    (3) Form I-863, Notice of Referral to Immigration Judge
    (4) Written notice of the continuation of a future scheduled hearing before an Immigration Judge

Until such time as one of the documents listed above is received by this office, your case will remain assigned to its current track and will not be placed in Track 3 for priority processing.



Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

October 21, 2014                                                NRC2014106373

David L. Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office September 24, 2014 regarding Abel Andualem Demissie.

We have completed the review of all documents and have identified 306 pages that are responsive to your request. Enclosed are 265 pages released in their entirety and 26 pages released in part. We are withholding 4 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 10 pages in their entirety to the US Department of State for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

November 17, 2014                                               NRC2014112642

David L Cleveland
Catholic Charities of Washington
924 G Street NW
Washington, DC  20001

Dear David L Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office October 08, 2014 regarding David Beyenne Geiorgis.  You specifically requested a copy of the
asylum officer's notes and assessment.

We have completed the review of all documents and have identified 23 pages that are responsive to your
request.  Enclosed are 19 pages released in their entirety.  We are withholding 4 pages in full.  In our
review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-
exempt information.  We have reviewed and have determined to release all information except those
portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5) of the FOIA.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would
not be available by law to a party other than an agency in litigation with the agency.  The types of
documents and/or information we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints
previously withheld under exemption b(2). There may be additional documents that contain discretionary
releases of exempt information.  We will identify discretionary releases within the record.  These
discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or
related information in the future.

The enclosed record consists of the best reproducible copies available.  Certain pages may contain marks
that appear to be blacked-out information. Such black marks would have been present prior to our receipt
of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150
Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter.
Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under
the Immigration and Nationality Act.  If you have questions or wish to submit documentation relating to a
matter pending with the bureau, you must address these issues with your nearest District Office.

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

August 8, 2012                                                    NRC2012015263

David L. Cleveland
Attorney at Law
924 G Street NW, #225
Washington, DC 20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office March 01, 2012 regarding Omar Khamis Hemed.

We have completed the review of all documents and have identified 614 pages that are responsive to your
request. Enclosed are 584 pages released in their entirety, and 11 pages released in part. We are
withholding 19 pages in full. In our review of these pages, we have determined that they contain no
reasonably segregable portion(s) of non-exempt information. We have reviewed and have determined to
release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5) and (b)(6)
of the FOIA.

The following exemptions are applicable:

<u>Freedom of Information Act 5 U.S.C. § 552 (b)(5)</u>
Exemption (b)(5) provides protection for inter-agency or intra-agency memorandums or letters, which
would not be available by law to a party other than an agency in litigation with the agency. The types of
documents and/or information that we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

<u>Freedom of Information Act 5 U.S.C. § 552 (b)(6)</u>
Exemption (b)(6) permits the government to withhold all information about individuals in personnel,
medical and similar files where the disclosure of such information would constitute a clearly unwarranted
invasion of personal privacy. The types of documents and/or information that we have withheld may
consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home
addresses, dates of birth, or various other documents and/or information belonging to a third party that are
considered personal.

As a result of discussion between agency personnel and a member of our staff, as a matter of
administrative discretion, we are releasing computer codes found on system screen prints previously
withheld under exemption b(2). There may be additional documents that contain discretionary releases of
exempt information. If made, these releases are specifically identified in the responsive record. These
discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or
related information in the future.

National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

April 29, 2013

NRC2013030435

David L. Cleveland
924 G Street NW, No. 225
Washington, DC 20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office March 28, 2013 regarding Samuel Iheanyichukwu Iwuji.

We have completed the review of all documents and have identified 608 pages that are responsive to your request. Enclosed are 566 pages released in their entirety, and 18 pages released in part. We are withholding 13 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 11 pages in their entirety to U.S. Department of State (7 pages) and United States Visit (4 pages) for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.



U. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

March 18, 2013                                                      NRC2013013642

David L. Cleveland
924 G Street NW, No. 225
Washington, DC 20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office February 12, 2013 regarding Dejan Joksimovic.

We have completed the review of all documents and have identified 172 pages that are responsive to your request. Enclosed are 110 pages released in their entirety, and 7 pages released in part. We are withholding 22 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 18 pages to the Department of State and 5 pages to United States Visit for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

U.S. Department of Homeland Security
Nati      Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

February 21, 2014                                    NRC2014017579

David L. Cleveland
Catholic Charities
924 G Street NW
Washington, DC  20001

Dear David L. Cleveland:

We received your request for information relating to Batool Kermani on February 21, 2014.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2014017579.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the simple track (Track 1).  You specifically requested a copy of the notes written by the
Asylum Officer.  If you would like a copy of all your records, please send a written request to the address
above, otherwise you will only receive the documents specified.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Although you have asked that your request receive priority treatment in our Track 3 processing track, you
did not comply with the requirements for Track 3 processing as set forth in the Federal Register Notice
and on the USCIS FOIA website.  You are required to provide one of the following documents or your
request will not be processed in Track 3:

     (1) Form I-862, Notice to Appear, documenting a future scheduled date of the subject's hearing
        before the immigration judge.
     (2) Form I-122, Order to Show Cause, documenting a future scheduled date of the subject's
        hearing before the immigration judge.
     (3) Form I-863, Notice of Referral to Immigration Judge
     (4) Written notice of the continuation of a future scheduled hearing before an Immigration Judge

Until such time as one of the documents listed above is received by this office, your case will remain
assigned to its current track and will not be placed in Track 3 for priority processing.



**U.S. Citizenship
and Immigration
Services**

December 3, 2012                                        **NRC2012100866**

David L. Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC 20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office November 05, 2012 regarding Aidin Kobonov. You specifically requested the notes of the Asylum Officer and the assessment of the Asylum Officer.

We have completed the review of all documents and have identified 18 pages that are responsive to your request. Enclosed are 4 pages released in their entirety. We are withholding 14 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5) of the FOIA.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

```
┌────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT      │
└────────────────────────────────────────┘
```

```
                              TIME  : 02/02/2015 20:21
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROM6J592151
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME            02/02  20:20                             │
│   FAX NO./NAME         18163505785                             │
│   DURATION             00:00:46                                │
│   PAGE(S)              00                                      │
│   RESULT               NG                                      │
│   MODE                 STANDARD                                │
│                        ECM                                     │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

           NG: POOR LINE CONDITION


January 20, 2015

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

       FOIA Request for Michaux Kaninda Lukusa

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests:

       -a copy of the assessment written by the Asylum Officer;
       -a copy of the notes of the asylum officer
       -a copy of the "country conditions" evidence mentioned in the
       Referral Notice

    = = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

*Catholic Charities of Washington*
Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

April 14, 2015                                             NRC2015041249

David L. Cleveland
Catholic Charities of Washington
924 G St., NW
Washington, DC  20001


Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office March 26, 2015 regarding Julia Marquez Otero.

We have completed the review of all documents and have identified 573 pages that are responsive to your request.  Enclosed are 492 pages released in their entirety and 28 pages released in part.  We are withholding 19 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 16 pages in their entirety to the State Department for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy.  We have withheld information relating to third-party individuals.  The types of documents and/or information we



**U.S. Citizenship
and Immigration
Services**

April 28, 2014                                          NRC2014044937

David Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC  20001


Dear David Cleveland:


We received your request for information relating to Odette Sandra Minkam Waffo on April 28, 2014.
You specifically requested a copy of the assessment written by the asylum officer.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2014044937.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the fast track (Track 3).

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  *The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.*  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer.
*The CD is readable on all computers through the use of Adobe Acrobat software.*  A version of Adobe
Acrobat will be included on the CD.  Your records can be viewed on your computer screen and can be
printed onto paper.  Only records 15 pages or more are eligible for CD printing.  To request your
responsive records on paper, please include your control number and write to the above address Attention:
FOIA/PA Officer, or fax them to (816) 350-5785.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests.  When
forwarding to us any documents related to your request, please ensure any Social Security Numbers on
the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable
information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected.
In our efforts to safeguard this information, we may request that additional information be provided to
facilitate and correctly identify records responsive to your request.  Though submission of this
information is voluntary, without this information, your request may be delayed while additional steps are
taken to ensure the correct responsive records are located and processed.  Further, if we are unable to



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

April 29, 2015                                                    **NRC2015022901**

Deborah Sulu Mulangu
c-o Catholic Charities of Washington
924 G. Street NW
Washington, DC  20001

Dear Deborah Sulu Mulangu:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office February 20, 2015 regarding Deborah Sulu Mulangu.

We have completed the review of all documents and have identified 408 pages that are responsive to your request.  Enclosed are 359 pages released in their entirety and 17 pages released in part.  We are withholding 14 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 6 pages in their entirety to Department of State for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy.  We have withheld information relating to third-party individuals.

U.S. Department of Homeland Security
N.   .nal Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

March 24, 2015

**NRC2015039937**

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC  20001

Dear David L. Cleveland:

We received your request for information relating to Ali Mohamed Nasr on March 24, 2015.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2015039937.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the complex track (Track 2).  You may wish to narrow your request to a specific document in
order to be eligible for the faster track. To do so, please send a written request, identifying the specific
document sought, to the address above. We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer.
The CD is readable on all computers through the use of Adobe Acrobat software.  A version of Adobe
Acrobat will be included on the CD.  Your records can be viewed on your computer screen and can be
printed onto paper.  Only records 15 pages or more are eligible for CD printing.  To request your
responsive records on paper, please include your control number and write to the above address Attention:
FOIA/PA Officer, or fax them to (816) 350-5785.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests.  When
forwarding to us any documents related to your request, please ensure any Social Security Numbers on
the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable
information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected.
In our efforts to safeguard this information, we may request that additional information be provided to
facilitate and correctly identify records responsive to your request.  Though submission of this
information is voluntary, without this information, your request may be delayed while additional steps are



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

September 18, 2014                                                    NRC2014084302

David L. Cleveland
C-o Catholic Charities
924 G St. NW
Washington, DC  20001


Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office July 29, 2014 regarding your client, Charlotte Ngassa.

We have completed the review of all documents and have identified 274 pages that are responsive to your
request.  Enclosed are 235 pages released in their entirety and 18 pages released in part.  We are
withholding 9 pages in full.  In our review of these pages, we have determined that they contain no
reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 11 pages in
their entirety to the U.S. Department of State for their direct response to you.  We have reviewed and have
determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552
(b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located potentially responsive documents that may have originated from U.S.
Immigration and Customs Enforcement (ICE).  USCIS has sent the documents and a copy of your FOIA
request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact
ICE concerning the status of the processing of the documents, please contact the ICE FOIA Office via
phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is
500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would
not be available by law to a party other than an agency in litigation with the agency.  The types of
documents and/or information we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel,
medical and similar files where the disclosure of such information would constitute a clearly unwarranted
invasion of personal privacy.  The types of documents and/or information we have withheld may consist
of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses,
dates of birth, or various other documents and/or information belonging to a third party that are
considered personal.

TRANSMISSION VERIFICATION REPORT

TIME : 03/09/2015 18:55
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 03/09 18:55 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:32 |
| PAGE(S) | 00 |
| RESULT | NG |
| MODE | STANDARD<br>ECM |

NG: POOR LINE CONDITION

- a copy of the "other evidence ... that is mentioned in the Referral Notice.

Please expedite, as she has a hearing in Immigration Court.

Catholic Charities of Washington

recd 3/9/15

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I, Annick Nshimirimana, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
- I was born on 04/6/1985 in Mwaro, Burundi.
-My address is: 1300 Hammerstone Court, Richmond VA 23223
-my A# is 206-618-649;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 10, 2015 Signature: [signature]

Page 1 of 2

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

April 23, 2015                                         NRC2015015732

David L. Cleveland
Catholic Charities
924 G St. NW
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office February 05, 2015 regarding Valentin Georgiev Vasilev.

We have completed the review of all documents and have identified 210 pages that are responsive to your request. Enclosed are 166 pages released in their entirety and 21 pages released in part. We are withholding 5 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 15 pages in their entirety to the U.S. Department of State for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.