UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil No. 1:15-cv-459 (RBW) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

ANSWER

Defendant, the United States Department of Homeland Security, answers the complaint as follows:

FIRST DEFENSE

Plaintiffs filed Freedom of Information Act ("FOIA") requests with defendant, through counsel at Catholic Charities. The plaintiffs' FOIA requests sought the summary of facts prepared by the defendant's asylum officers, and included within "Assessments to Refer". It is exempt from disclosure under FOIA Exemption (b)(5), 5 U.S.C. § 552(b)(5)

SECOND DEFENSE

All allegations not expressly admitted or denied are denied.

Defendant answers the individually numbered paragraphs of the Complaint as follows:

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

Paragraph (¶) 1. The allegations contained in this paragraph constitute Plaintiff's characterizations of this action, and as such, no response is required. To the extent that a further

1

response is required, Defendant denies said paragraph.

## THE ASYLUM PROCESS

¶ 2.  The allegations contained in this paragraph are characterizations and legal conclusions of the pleader to which no response is required.  To the extent that a further response is required, Defendant denies said paragraph.

¶ 3.  The allegations contained in this paragraph are characterizations and conclusions of the pleader to which no response is required.  To the extent that a further response is required, Defendant denies said paragraph.

¶ 3a.  Sentences one, two, and four are plaintiffs' characterization of the asylum process and summarize material used at basic training for Asylum Officers, and court decisions.  The Court is referred to these materials, which are the best evidence of their contents.  The third sentence contains legal conclusions and arguments as to which no response is required, however, Defendant denies paragraph three as to the plaintiffs' characterization that the materials bestow a right to the entire Assessment under the Freedom of Information Act.

¶ 3b.  The allegations contained in this paragraph are characterizations and conclusions of the pleader to which no response is required.  To the extent that a further response is required, Defendant denies said paragraph.

¶¶ Paragraph 4, 5, 6, 7, and 8 address jurisdiction, venue, and parties and, accordingly contain characterizations of the plaintiffs and conclusions of law to which no response is required.  To the extent that a further response is required, Defendant denies said paragraphs.

## FIRST CAUSE OF ACTION

¶ 9.  Defendant repeats and incorporates its answers to the preceding paragraphs.

¶ 10.  The first two sentences are admitted.  The third sentence contains plaintiffs'

characterization of a document withheld in its entirety by the defendants as privileged, and Defendant cannot admit or deny that characterization without disclosing privileged information.

¶ 11.  Defendant denies paragraph 11.

¶ 12.  As to the first sentence, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averment.  Defendant admits the remainder of the paragraph

¶ 13.  This paragraph describes a statute, and contains legal conclusions and as to which no response is required, however, Defendant denies paragraph 13 insofar as plaintiffs allege that Defendant violated 5 U.S.C. 552(b).

¶ 14.  Defendant denies paragraph 14.

¶ 15.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averment.

¶ 16.  Defendant admits that Jill Eggleston, Chief FOIA Officer USCIS, has signed FOIA requests from Plaintiffs' counsel seeking Assessments. Defendant lacks knowledge or information sufficient to form a belief as to the precise number of letters Ms. Eggleston has signed.

¶ 17.  Defendant lacks knowledge or information sufficient to form a belief as to the precise number of response letters Ms. Eggleston has signed.

¶ 18.  The first sentence contains plaintiffs' characterization and conclusions of letters prepared by Defendant, and no response is required.  Defendant admits the remainder of the paragraph.

¶ 19.   Admitted.

¶ 20.  This paragraph contains plaintiffs' legal conclusions, to which no response is required.  To the extent a response is deemed required, defendant refers the Court to the case

cited by plaintiff, which is the best evidence of its contents.

¶ 21.  Denied

¶ 22.  Defendant admits only that Alan Hughes wrote the six denial letters referred to by plaintiffs in this paragraph and to which plaintiffs refer, and that the words "assessment" and "segregable" do not appear in those six letters.  Defendant denies there are no "facts" in any of the six denials and that no "factual record" was created.

¶ 23.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averment.

¶ 24.  The first sentence contains legal conclusions and as to which no response is required.  Defendant denies the second sentence of this paragraph.

¶ 25.  Denied.

¶ 26.  Defendant denies the first sentence.  Defendant denies the second sentence of this paragraph.  Defendant admits that plaintiffs' counsel drafted and signed a Declaration, and attached it as Exhibit 2 of this Complaint.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the fourth sentence of this paragraph.

¶ 27.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averment.

¶ 28.  Denied.

¶ 29.  Denied

¶ 30.  Denied

¶ 31.  Denied

¶ 32.  Admit

¶ 33.  Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the averment.

¶ 34. This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 35.  Denied.

## SECOND CAUSE OF ACTION

¶ 36.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 37.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 38.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

## THIRD CAUSE OF ACTION

¶ 39.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 40.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 41.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

## FOURTH CAUSE OF ACTION

¶ 42.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 43.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 44.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

## FIFTH CAUSE OF ACTION

¶ 45.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 46.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 47.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

### SIXTH CAUSE OF ACTION

¶ 48.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 49.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 50.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

### SEVENTH CAUSE OF ACTION

¶ 51.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 52.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 53.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 54.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

### EIGHTH CAUSE OF ACTION

¶ 55.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 56.  Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the averments in this paragraph.

¶ 57.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 58.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 59.  Defendant denies the allegations contained in paragraph 59.

## NINTH CAUSE OF ACTION

¶ 60.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 61.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 62.  Defendant denies the first sentence of paragraph 62.  The second sentence contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

## CLASS ACTION ALLEGATIONS

¶ 63.  Defendant repeats and incorporates its responses to the previous paragraphs.

¶ 64.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 65. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

¶ 66.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 67.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 68.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 69.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 70.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

¶ 71.  This paragraph contains legal conclusions and as to which no response is required, to the extent a response is required, Defendant denies the allegations.

## PRAYER FOR RELIEF

The remaining statements constitute Plaintiff's prayer for relief, to which no response is necessary.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever

**WHEREFORE**, having fully answered, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice and award Defendant its fees, costs, and other expenses, and such other and further relief as the Court deems appropriate.

*   *   *

Dated: June 22, 2015,
Washington, DC

Respectfully Submitted,

VINCENT H. COHEN, JR. D.C. Bar #471489
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: */s/ Carl E. Ross*
CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2533
Fax: (202) 252-2505
Attorneys for Defendant