# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO

## NINTH CAUSE OF ACTION

Plaintiffs, pursuant to Fed.R. Civ. P. 56, hereby move this Court to grant

summary judgment in their favor, as to the Ninth Cause of Action in the complaint.

As shown in the attached memorandum, plaintiffs are entitled to this relief.

The Ninth Cause of Action, at ¶ 61 of the complaint, states that plaintiff

Catholic Charities "submitted its own FOIA request on February 12, 2015, seeking

documents relating to the processing of requests for assessments. *See* Exhibit 9

attached hereto."  The DHS should have responded to this request in 20 days. But

it didn't.  It *still* has not responded; more than 130 days has passed.


June 24, 2015

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

¶ 61 of the complaint states that Catholic Charities submitted its own FOIA

request on February 12, 2015, and that the DHS received it on 2/12/15 at 17:52.

That request asked for:

> "Documents relating to the processing, answering, and responding to FOIA
> requests for assessments of asylum officers. This would include, but is not
> limited to: instructions given to staff; policy statements; rules, and
> memoranda."

The DHS admitted it received this request, in their letter dated February 18,

2015.  *See* Exhibit 1 attached hereto.  However, the DHS has not yet made a

"determination" as to whether it will produce any documents.

The FOIA requires an agency to make a "determination" concerning a request within 20 days. *C.R.E.W. v. F.E.C.* 711 F.3d 180, 190 (D.C. Cir. 2013). The FOIA statute "does not allow agencies to keep FOIA requests bottled up for months or years on end while avoiding any judicial oversight." *Id.* An agency must respond within 20 business days. *Murphy v. Executive Office for U.S. Attorneys,* 2015 WL 3688318, note 4 (D.C. Cir. 2015).

The DHS has still not made a determination; now, it is at day 130 since it received the request.

CONCLUSION

The DHS has failed to comply with the mandates of FOIA. Therefore, this Court should order the DHS to make a determination in ten days.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com