## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFFS' STATEMENT OF FACTS ABOUT WHICH THERE IS NO DISPUTE

1. The DHS received a FOIA request from Catholic Charities in February 2015.  *See* Exhibit 1 attached hereto.

2. More than 100 days have passed. The DHS has not yet made a determination concerning that request.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com