# EXHIBIT 1

February 13, 2015

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

Dear FOIA officer:

This is a request filed under the Freedom of Information Act.

Date range of request: January 1, 2010 through February 13, 2015

Description of request:

> Catholic Charities of Washington hereby requests copies of:
>
> Documents relating to the processing, answering, and responding to FOIA requests for assessments of asylum officers. This would include, but is not limited to: instructions given to staff; policy statements; rules, and memoranda.

Catholic Charities is willing to pay up to $100 for the processing of this request. Please inform us if the estimated fees will exceed this limit before processing my request.

Catholic Charities is seeking information not for commercial use, but for its personal use.


Sincerely,

*Catholic Charities of Washington*
Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345



TRANSMISSION VERIFICATION REPORT

TIME : 02/12/2015 17:52
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 02/12 17:51 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:24 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

[illegible] the processing, answering, and responding to FOIA requests for ass[illegible]ments of asylum officers. Th[illegible] would include, but is not limited to: instructions given to staff; policy statements; rules, and memoranda.

Catholic Charities is willing to pay up to $100 for the processing of this request. Please inform us if the estimated fees will exceed this limit before processing my request.

Catholic Charities is seeking information not for commercial use, but for its personal use.

Sincerely,

Catholic Charities of Washington

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

U.S. Department of Homeland Security
Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

February 18, 2015

COW2015000135

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

Dear David L. Cleveland:

We received your request for on February 18, 2015. You letter requested documents relating to the processing, answering, and responding to FOIA requests for assessments of asylum officer.

A member of my staff contacted you today to clarify your request. You are seeking guidance provided to FOIA processors regarding the processing of assessments written by asylum officers found in files.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2015000135. Please cite this number in all future correspondence about your request.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.4(a)), USCIS uses a "cut-off" date to delineate the scope of a FOIA request by treating records created after that date as not responsive to that request. Therefore, in determining which records are responsive to your request, we will only include records in the possession of this agency as of February 18, 2015, the date we began the search for records.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2). You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific *document sought*, to the address above. We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. All applicable fees under 6 C.F.R. §5.11 may be charged. You have indicated that you are willing to pay fees up to $100.00. You will be advised if fees are expected to exceed that amount.

Because of unusual circumstances we may not be able to process your request within the statutory time limit, therefore, it will be necessary to extend the time limit for processing beyond the ten working day extension period due to the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request. You may wish to modify your request so that it can be processed within the statutory time limit or arrange an alternative time period with our office. Regardless of any delay, your FOIA/PA request will be complied with as accurately as possible.

www.uscis.gov