# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                              Civ. Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## Local Rule 16.3(d) report

Counsel for plaintiffs emailed DHS counsel, and left a phone message on June 17th, suggesting that they confer, as per Local Rule 16.3.

Counsel emailed a draft of this report to DHS counsel on June 24, 2015; however, DHS counsel has not yet responded.

Plaintiffs filed this case as a class action FOIA, on March 31, 2015.  Plaintiffs served 7 interrogatories on May 7th and 7 requests for admissions, on May 15th.  *See* Exhibit 1 and Exhibit 2 attached hereto.

DHS counsel believes that discovery is not appropriate, because this is a FOIA case.  Plaintiffs' counsel believes that discovery can be

appropriate in a class action.  DHS counsel suggests that this issue be delayed to a later date, until after the DHS responds to Plaintiffs' motion for class certification. Plaintiffs' counsel agrees.

June 26, 2015

Respectfully submitted,

    Attorney for Plaintiffs

    David L. Cleveland
    DC Bar # 424209
    Catholic Charities
    924 G Street, NW
    Washington, DC 20001
    [202] 772-4345 Fax: [202] 386-7032
    1949.david@gmail.com