# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                              Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

**PLAINTIFFS' INTERROGATORIES TO DEFENDANT**

Plaintiffs hereby submit the following interrogatories to Defendant, pursuant to Fed. R. Civ. P. 33, to be answered in 30 days.

INTERROGATORIES

1. State how many asylum applicants made a FOIA request for the Assessment of their asylum officer, from March 2009 to the present.

2. State how many asylum applicants made a FOIA request for the Assessment of their asylum officer from January 1, 1998 to December 31, 2007, and were furnished with all or part of the Assessment.

3. State how many *entire* asylum officer Assessments have been furnished to immigration judges, by the defendant, from January 1, 1998 to the present.

The following Interrogatories relate to ¶ 66 of the complaint:

4. If you do not agree that "joinder of individual members is impracticable," state the facts upon which you base your disagreement.

5. If you do not agree that "more than 100 individuals are members of this class," state the facts upon which you base your disagreement.

6. If you do not agree that "very few of the class members have English as their native language," state the facts upon which you base your disagreement.

7. If you do not agree that "the class members are dispersed throughout the United States," state the facts upon which you base your disagreement.

May 8, 2015

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com