# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                    Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

## PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT

Plaintiffs hereby submit the following Requests for Admissions to Defendant, pursuant to Fed. R. Civ. P. 36, to be answered in 30 days.

## REQUESTS FOR ADMISSIONS

Please admit that

1. More than 100 asylum applicants made a FOIA request for the Assessment of their asylum officer from January 1, 1998 to December 31, 2007, and were furnished with the entire Assessment.

2. As of January 1, 2008, the DHS had changed its policy, and stopped furnishing asylum officer assessments to FOIA requesters.

3. More than 100 *entire* asylum officer Assessments have been furnished to immigration judges, by the defendant, from January 1, 2008 to the present.

4. From 2008 to the present, DHS has argued to immigration courts and to Federal appellate courts that asylum officers' assessments in their entirety should be considered by the court, as reliable and trustworthy documents, and as probative evidence showing that a claim of an asylum applicant should be denied.

5. From 2008 to the present, DHS has a policy and practice of not attempting to determine if there are reasonably segregable portions of an asylum officer's assessment requested by a FOIA requester.

6. From 2008 to the present, the DHS has instructed, and still instructs its asylum officers to begin each assessment with a statement of facts.

7. More than 100 asylum applicants made a FOIA request for the Assessment of their asylum officer, from March 2009 to the present, and not one Assessment, or any part of an Assessment, was disclosed.

    May 15, 2015

    Respectfully submitted,

    Attorney for Plaintiffs

    David L. Cleveland
    DC Bar # 424209
    Catholic Charities

924 G Street, NW Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com