# EXHIBIT A

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

October 21, 2014                                                    **NRC2014106004**

Yleana Roman
Catholic Charities
924 G Street NW
Washington, DC  20001


Dear Yleana Roman:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on September 24, 2014 regarding Rica C. Gatore.

We have completed the review of all documents and have identified 297 pages that are responsive to your request.  Enclosed are 246 pages released in their entirety and 22 pages released in part.  We are withholding 12 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 5 pages in their entirety to the U.S. Department of State for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2014106004
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

U.S. Department of Homeland Security
DIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139



**U.S. Citizenship
and Immigration
Services**

December 11, 2014                                           **APP2014001706**

Yleana Roman
Catholic Charities
924 G Street NW
Washington, DC 20001

Dear Mr. Roman:

Re: NRC2014106004

You appealed the action of the National Records Center regarding your request for access to records pertaining to Rica C. Gatore, dated September 24, 2014. The original determination of the National Records Center was to withhold 22 pages in part and 12 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, we have decided to release 8 additional pages to you, copies of which are enclosed. We are releasing 7 pages in part and 1 in full. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5) and (b)(6).

On the remaining pages, we found that the National Records Center properly withheld certain information that is protected from disclosure. We have determined that this information is not appropriate for discretionary release. An asylum officer's written assessment is exempt from disclosure. *See Anguimate v. U.S. Dep't of Homeland Sec.*, 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly withheld an asylum officer's assessment under the deliberative process privilege).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton*, 880 F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from the U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)). Questions concerning the status of the processing of the document(s) should be directed to the individual agencies. Please visit their websites for current contact information.

APP2014001706
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT B



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

September 2, 2014

**NRC2014087283**

David Laundon Cleveland
Catholic Charities
924 G. Street NW, Suite 225
Washington, DC  20001

Dear David Laundon Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office August 06, 2014 regarding Isam Al Timemy.

We have completed the review of all documents and have identified 724 pages that are responsive to your request.  Enclosed are 672 pages released in their entirety and 25 pages released in part.  We are withholding 14 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 10 pages in their entirety to the US Department of State for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2014087283
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)



U.S. Department of Homeland Security
50 Space Center Loop, Suite 500
Lee's Summit, MO  64064-2139

U.S. Citizenship
and Immigration
Services

November 4, 2014                                                          **APP2014001519**

David L. Cleveland
Catholic Charities
924 G. Street NW, Suite 225
Washington, DC  20001

Dear Mr. Cleveland:

Re: NRC2014087283

You appealed the action of the National Records Center regarding your request for access to records
pertaining to Isam Al Timemy, dated August 06, 2014. The original determination of the National
Records Center was to withhold 25 pages in part and 14 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records
Center, we have decided to release 13 additional pages to you, copies of which are enclosed. We are
releasing 3 pages in part and 10 in full. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5)
and (b)(6).

On the remaining pages, we found that the National Records Center properly withheld certain information
that is protected from disclosure. We have determined that this information is not appropriate for
discretionary release. An asylum officer's written assessment is exempt from disclosure. *See Anguimate
v. U.S. Dep't of Homeland Sec.*, 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly
withheld an asylum officer's assessment under the deliberative process privilege).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or
required. *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify
each item of the information withheld is denied. You are not entitled to such a listing at the
administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton*, 880
F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from the
U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has
sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration
and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)).
Questions concerning the status of the processing of the document(s) should be directed to the individual
agencies. Please visit their websites for current contact information.

APP2014001519
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT C

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



U.S. Citizenship
and Immigration
Services

September 23, 2014                                              NRC2014091560

Georgine Mbengi Lumonika
c/o Catholic Charities
924 G. St. NW
Washington, DC  20001

Dear Georgine Mbengi Lumonika:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office August 18, 2014 regarding Georgine Mbengi Lumonika.

We have completed the review of all documents and have identified 289 pages that are responsive to your request.  Enclosed are 260 pages released in their entirety and 13 pages released in part.  We are withholding 7 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 8 pages in their entirety to the U. S. Department of State for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2014091560
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a result of discussion between agency personnel and a member of our staff, as a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)



U.S. Department of Homeland Security
Q FOIA/PA Appeals
30 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

U.S. Citizenship
and Immigration
Services

October 30, 2014

APP2014001507

Georgine Mbengi Lumonika
c-o Catholic Charities
924 G. Street NW
Washington, DC 20001

Dear Ms. Lumonika:

Re: NRC2014091560

You appealed the action of the National Records Center regarding your request for access to records pertaining to Georgine Mbengi Lumonika, dated August 18, 2014. The original determination of the National Records Center was to withhold 13 pages in part and 7 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, we have decided to release 6 additional pages to you, copies of which are enclosed. We are releasing these pages in part. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6) and (b)(7)(E).

On the remaining pages, we found that the National Records Center properly withheld certain information that is protected from disclosure. We have determined that this information is not appropriate for discretionary release. An asylum officer's written assessment is exempt from disclosure. *See Anguimate v. U.S. Dep't of Homeland Sec.,* 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly withheld an asylum officer's assessment under the deliberative process privilege).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. *See Vaughn v. Rosen,* 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton,* 880 F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from the U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)). Questions concerning the status of the processing of the document(s) should be directed to the individual agencies. Please visit their websites for current contact information.

www.uscis.gov

APP2014001507
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT D

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

December 20, 2012                                                     **NRC2012104695**

David L. Cleveland
Catholic Charities
924 G St, NW
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office November 15, 2012 regarding Innocent Kabano Shyaka.

We have completed the review of all documents and have identified 101 pages that are responsive to your request.  Enclosed are 67 pages released in their entirety, and three pages released in part.  We are withholding 11 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 10 pages to U.S. Department of State and three pages to United States Visit for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(7)(C), and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

The following exemptions are applicable:

Freedom of Information Act U.S.C. 552 (b)(5)
Exemption (b)(5) provides protection for inter-agency or intra-agency memorandums or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information that we have withheld under this exemption may consist of documents containing predecisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Freedom of Information Act U.S.C. 552(b)(7)(C)
Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy.  We have withheld various information relating to third-party individuals.  The types of documents and/or information that we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

NRC2012104695
Page 2

Freedom of Information Act U.S.C. 552(b)(7)(E)

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information that we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. If certain pages contain marks that appear to be blacked-out information, the black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139



**U.S. Citizenship
and Immigration
Services**

March 11, 2013                                          **APP2013000261**

David L. Cleveland
Catholic Charities
924 G Street, NW
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2012104695

You appealed the action of the National Records Center regarding your request for access to records
pertaining to Innocent Kabano Shyaka, dated November 15, 2012. The original determination of the
National Records Center was to withhold 3 pages in part and 11 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records
Center, we have decided to release 10 additional pages to you, copies of which are enclosed. We are
releasing 9 pages in part and 1 in full. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5),
(b)(7)(C) and (b)(7)(E).

On the remaining pages, we found that the National Records Center properly withheld certain information
that is protected from disclosure. We have determined that this information is not appropriate for
discretionary release. Records related to asylum determinations are appropriately withheld pursuant to 5
U.S.C. § 552(b)(5). *See Phillips v. Immigration and Customs Enforcement*, 385 F.Supp.2d 296, 302-03
(S.D.N.Y. 2005).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or
required. *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify
each item of the information withheld is denied. You are not entitled to such a listing at the
administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton,* 880
F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from
U.S. Visit, the Department of State and Immigration and Customs Enforcement. The National Records
Center has sent the document(s) and a copy of your FOIA request to the U.S. Visit, the Department of
State and Immigration and Customs Enforcement FOIA Offices for consideration and direct response to
you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)). Questions concerning the
status of the processing of the document(s) should be directed to the individual agencies. Please visit their
websites for current contact information.

APP2013000261
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT E

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

August 19, 2014                                             NRC2014079637

David L. Cleveland
Catholic Charities
924 G Street, NW, Suite 225
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office July 21, 2014 regarding Charly Minth Ayessa.

We have completed the review of all documents and have identified 373 pages that are responsive to your request.  Enclosed are 309 pages released in their entirety and 21 pages released in part.  We are withholding 34 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 7 pages in their entirety to the U. S. State Department for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2014079637
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a result of discussion between agency personnel and a member of our staff, as a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139



**U.S. Citizenship
and Immigration
Services**

October 7, 2014                                                      **APP2014001378**

David L. Cleveland
Catholic Charities
924 G Street, NW, Suite 225
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2014079637

You appealed the action of the National Records Center regarding your request for access to records
pertaining to Charly Minth Ayessa, dated July 21, 2014. The original determination of the National
Records Center was to withhold 21 pages in part and 34 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records
Center, we have decided to release 18 additional pages to you, copies of which are enclosed. We are
releasing these pages in part. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5) and (b)(6).

On the remaining pages, we found that the National Records Center properly withheld certain information
that is protected from disclosure. We have determined that this information is not appropriate for
discretionary release. An asylum officer's written assessment is exempt from disclosure. *See Anguimate
v. U.S. Dep't of Homeland Sec.,* 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly
withheld an asylum officer's assessment under the deliberative process privilege).

The National Records Center located potentially responsive documents that may have originated from the
U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has
sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration
and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)).
Questions concerning the status of the processing of the document(s) should be directed to the individual
agencies. Please visit their websites for current contact information.

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or
required. *See Vaughn v. Rosen,* 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify
each item of the information withheld is denied. You are not entitled to such a listing at the
administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton,* 880
F.Supp. 1,11 (D.C. Cir. 1995).

www.uscis.gov

APP2014001378
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT F

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

August 5, 2014                                        **NRC2014076096**

David L. Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office July 15, 2014 regarding Aminata Ouedraogo.

We have completed the review of all documents and have identified 155 pages that are responsive to your request.  Enclosed are 112 pages released in their entirety and 13 pages released in part.  We are withholding 11 pages in full.  In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 12 pages in their entirety to the US Department of State for their direct response to you.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE).  USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you.  Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov.  The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency.  The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy.  The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2014076096
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

U.S. Department of Homeland Security
FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139



**U.S. Citizenship
and Immigration
Services**

September 18, 2014                                  **APP2014001333**

David L. Cleveland
Catholic Charities
924 G Street NW, Suite 225
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2014076096

You appealed the action of the National Records Center regarding your request for access to records pertaining to Aminata Ouedraogo, dated July 15, 2014. The original determination of the National Records Center was to withhold 13 pages in part and 11 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, we have decided to release 8 additional pages to you, copies of which are enclosed. We are releasing these pages in part. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5) and (b)(6).

On the remaining pages, we found that the National Records Center properly withheld certain information that is protected from disclosure. We have determined that this information is not appropriate for discretionary release. An asylum officer's written assessment is exempt from disclosure. *See Anguimate v. U.S. Dep't of Homeland Sec.,* 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly withheld an asylum officer's assessment under the deliberative process privilege).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. *See Vaughn v. Rosen,* 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton,* 880 F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from the U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)). Questions concerning the status of the processing of the document(s) should be directed to the individual agencies. Please visit their websites for current contact information.

APP2014001333
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT G

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

February 20, 2013                                              **NRC2013007226**

David L. Cleveland
Catholic Charities
924 G St, NW
Washington, DC  20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office on January 24, 2013 regarding Herve Ndole Shyaka.

We have completed the review of all documents and have identified 101 pages that are responsive to your
request.  Enclosed are 77 pages released in their entirety, and 3 pages released in part.  We are
withholding 10 pages in full.  In our review of these pages, we have determined that they contain no
reasonably segregable portion(s) of non-exempt information.  Additionally, we have referred 3 pages in
their entirety to the United States Visit and 8 pages in their entirety to the U.S. Department of State for
their direct response to you.  We have reviewed and have determined to release all information except
those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(7)(C) and (b)(7)(E) of the FOIA.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would
not be available by law to a party other than an agency in litigation with the agency.  The types of
documents and/or information we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which
could reasonably be expected to constitute an unwarranted invasion of personal privacy.  We have
withheld information relating to third-party individuals.  The types of documents and/or information we
have withheld could consist of names, addresses, identification numbers, telephone numbers, fax
numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which
would disclose techniques and procedures for law enforcement investigations or prosecutions, or would
disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably
be expected to risk circumvention of the law.  The types of documents and/or information we have
withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance
techniques, and various other documents.

NRC2013007226
Page 2

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)



U.S. Department of Homeland Security
15 Jace Center Loop, Suite 500
Lee's Summit, MO  64064-2139

**U.S. Citizenship
and Immigration
Services**

April 21, 2013                                    APP2013000432

David L. Cleveland
Catholic Charities
924 G Street, NW
Washington, DC  20001

Dear Mr. Cleveland:

Re: NRC2013007226

You appealed the action of the National Records Center regarding your request for access to records
pertaining to Herve Ndole Shyaka, dated January 24, 2013. The original determination of the National
Records Center was to withhold 3 pages in part and 10 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records
Center, we have decided to release 7 additional pages to you, copies of which are enclosed. We are
releasing these pages in part. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5).

On the remaining pages, we found that the National Records Center properly withheld certain information
that is protected from disclosure. We have determined that this information is not appropriate for
discretionary release. Records related to asylum determinations are appropriately withheld pursuant to 5
U.S.C. § 552(b)(5).  *See Phillips v. Immigration and Customs Enforcement*, 385 F.Supp.2d 296, 302-03
(S.D.N.Y. 2005).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or
required.  *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973).  Your request that we itemize and justify
each item of the information withheld is denied.  You are not entitled to such a listing at the
administrative stage of processing FOIA requests and appeals.  *See Judicial Watch v. Clinton*, 880
F.Supp. 1,11 (D.C. Cir. 1995).

APP2013000432
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

# EXHIBIT H



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

February 18, 2015

**COW2015000135**

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC  20001

Dear David L. Cleveland:

We received your request for on February 18, 2015. You letter requested documents relating to the processing, answering, and responding to FOIA requests for assessments of asylum officer.

A member of my staff contacted you today to clarify your request.  You are seeking guidance provided to FOIA processors regarding the processing of assessments written by asylum officers found in files.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2015000135.  Please cite this number in all future correspondence about your request.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.4(a)), USCIS uses a "cut-off" date to delineate the scope of a FOIA request by treating records created after that date as not responsive to that request. Therefore, in determining which records are responsive to your request, we will only include records in the possession of this agency as of February 18, 2015, the date we began the search for records.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been placed in the complex track (Track 2).  You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. All applicable fees under 6 C.F.R. §5.11 may be charged. You have indicated that you are willing to pay fees up to $100.00.  You will be advised if fees are expected to exceed that amount.

Because of unusual circumstances we may not be able to process your request within the statutory time limit, therefore, it will be necessary to extend the time limit for processing beyond the ten working day extension period due to the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request. You may wish to modify your request so that it can be processed within the statutory time limit or arrange an alternative time period with our office. Regardless of any delay, your FOIA/PA request will be complied with as accurately as possible.

COW2015000135
Page 2

This office will be providing your records on a Compact Disc (CD) for use on your personal computer. The CD is readable on all computers through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (816) 350-5785.

You may check the status of your FOIA request online, at www.uscis.gov. Click on "FOIA Request Status Check" located on the left side of the web page under "Other Services", and follow the instructions. Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

February 13, 2015

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010          Fax: [816] 350-5785

Dear FOIA officer:

This is a request filed under the Freedom of Information Act.

Date range of request: January 1, 2010 through February 13, 2015

Description of request:

Catholic Charities of Washington hereby requests copies of:

Documents relating to the processing, answering, and responding to FOIA requests for assessments of asylum officers. This would include, but is not limited to: instructions given to staff; policy statements; rules, and memoranda.

Catholic Charities is willing to pay up to $100 for the processing of this request. Please inform us if the estimated fees will exceed this limit before processing my request.

Catholic Charities is seeking information not for commercial use, but for its personal use.


Sincerely,

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001    [202] 772-4345