UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

### PLAINTIFFS' REPLY TO DHS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS TO NINTH CAUSE OF ACTION

Plaintiffs filed a motion for summary judgment as to the Ninth Cause of Action, ECF # 17, on June 24, 2015.  The DHS filed an Opposition, ECF #23, at pages 21-22.  Plaintiffs' motion should be granted because the facts are not in dispute: the DHS received a FOIA request from plaintiff Catholic Charities more than 100 days ago, and the DHS has still not responded.

The Ninth Cause of Action in the Complaint, at ¶ 61, states that Catholic Charities submitted its own FOIA request on February 12, 2015 and asked for:

> "Documents relating to the processing, answering, and responding to FOIA requests for assessments of asylum officers. This would include, but is not limited to: instructions given to staff; policy statements; rules, and memoranda."

Plainitffs are alleging in this case that the DHS has the policy of never releasing *any* portion of *any* Assessment. Plaintiffs believe this policy is in writing; they hope to find out soon.

The FOIA requires an agency to make a "determination" concerning a request within 20 days. *C.R.E.W. v. F.E.C.,* 711 F.3d 180, 190 (D.C. Cir. 2013). An agency which shows "exceptional circumstances" and which "is exercising due diligence" may be entitled to an extension of time. *Clemente v. Federal Bureau of Investigation,* 71 F. Supp. 3d 262, 265 (D.D.C. 2014). But, an agency which only presents "anecdotal evidence" and nothing other than the "predictable agency workload" will not be granted relief. In *Clemente,* the FBI was ordered to produce 5,000 pages per month, on a rolling basis, despite its claims of having "limited" resources.

In the instant case, the DHS has made no showing of any special circumstances or any due diligence. The Court should grant Plaintiffs' Motion for Summary Judgment as to the Ninth Cause of Action, and order the DHS to respond to the request of Catholic Charities in 30 days.

Respectfully submitted,
Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com