UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RICA GATORE, et al.,
        Plaintiffs,

        v.                          Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
        Defendant,
_____

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AS TO THE NINTH CAUSE OF ACTION

      Plaintiffs respectfully move for leave to file a Supplemental Memorandum in Support of their Motion for Summary Judgment, as to the Ninth Cause of Action. A copy of the proposed memorandum is attached hereto. Plaintiffs desire to file the memorandum, because Defendant DHS just recently furnished documents to Plaintiffs, in response to a FOIA request. Those documents are relevant to the issues in this case.

      Undersigned counsel attempted to secure the consent of counsel for defendant DHS, via email and telephone, but was unable to secure it.

      The Supplemental Memorandum discusses documents just released by the DHS.

      A proposed Order is attached hereto.

      Dated: November 4, 2015     Respectfully submitted,

              DAVID L. CLEVELAND
              Attorney for Plaintiff   DC Bar # 424209
              924 G Street, NW  Washington, DC 20001
              [202] 772-4345  Fax: [202] 386-7032
              1949.david@gmail.com

1