UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RICA GATORE, et al.,
           Plaintiffs,

           v.                          Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
           Defendant,
_____

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION

Plaintiffs respectfully move for leave to file a Supplemental Memorandum in Support of their Motion for Class Certification [ECF # 15]. A copy of the proposed memorandum is attached hereto. Plaintiffs desire to file the memorandum, because Defendant DHS just recently furnished documents to Plaintiffs, in response to a FOIA request. Those documents are relevant to the issues in this case.

Counsel for defendant DHS informed the undersigned that DHS takes no position on this motion.     A proposed Order is attached hereto.

Dated: December 6, 2015     Respectfully submitted,

        DAVID L. CLEVELAND
        Attorney for Plaintiff    DC Bar # 424209
        924 G Street, NW  Washington, DC 20001
        [202] 772-4345  Fax: [202] 386-7032
        1949.david@gmail.com

1