# EXHIBIT 2

# Declaration of David L. Cleveland about four new class members

# March 24, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-459 [RBW] |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY, ) | |
| Defendant, ) | |
| ) | |

## DECLARATION OF DAVID L. CLEVELAND dated March 24, 2016

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action. I work for plaintiff Catholic Charities.

Attached hereto as Attachments A-D, are four more FOIA requests for assessments, made by asylum applicants. The total number of named members of the class now totals 49.

As of June 13, 2015, plaintiffs had identified the following 41 class members:

Gatore
Timemy
Lumonika
Shaka, In
Ayessa

Ouedraogo
Shaka, H
Abiba
Dinegde
Kamara

Kouame
Kenfack
Kinfemichael
Mengesha
Megne

Monthe
Win
Thwe
 Bate
Conteh

Allajaboo
Abdalla
Akuete
Badiane
Beyene

Boonruang
Demissie
Geigorgis
Hemed
Iwuji

Joksimovic
Kermani
Kobonov
Lukusa
Otero

Minkam –Waffo
Mulangu
Nasr
Ngassa
Nshimirimana

Vasilev
= = = = =
On December 6, 2015, plaintiffs gave the Court evidence of four more requesters:
        Bori-Mekouangori
        Basnet
        Diaz-Claros
        Kayiteshonga

Now, March 2016, I attach evidence of four more requesters:
        Al-Mamun
        Ahmeddin
        Ninsiima
        Wainggai

        The Court now has the names of 49 class members.

I declare under penalty of perjury under the laws of the District of

Columbia that foregoing is true and accurate.  Dated: March 24, 2016.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A

December 22, 2015

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010     Fax: [816] 350-5785

    FOIA Request for MD Al-Mamun

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the Asylum Officer;
 = = = =

We also request Track 3 priority processing treatment.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = = == =
I, MD Al-Mamun, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
            *Catholic Charities of Washington,* 924 G Street NW,
    Wash. DC 20001;
    -I was born on 5/3/91 in Madaripur, Bangladesh;
    -My address is: 2373 Champlain St. NW #202, Wash. DC 20009
    -my A# is 206-122-651;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on December 22, 2015 Signature:  MD. AL MAMUN

Page 1

We also request Track 3 priority processing treatment.

Sincerely,

Catholic Charities of Washington

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I,MD Al-Mamun, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
- I was born on 5/3/91 in Madaripur, Bangladesh;
- My address is: 2373 Champlain St. NW #202, Wash. DC 20009
- my A# is 206-122-651;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on December 22, 2015 Signature: MD. AL MAMUN

| | |
|---|---|
| DATE,TIME | 12/21 19:40 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:20 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

TIME : 12/21/2015 19:40
NAME :
FAX :
TEL :
SER.# : BROM6J592151

TRANSMISSION VERIFICATION REPORT

March 18, 2016

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

     FOIA Request for MD Al-Mamun

Dear Sir or Madam:

Catholic Charities of Washington faxed you a FOIA request for the
individual named above, in December 2015. You received the request
on 12/21/2015 at 19:40, as indicated by page two, attached.

The request we sent is attached as page 3.
Please respond.


Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345

              Page 1 of 3

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT           │
└─────────────────────────────────────────────┘

                              TIME  : 03/17/2016 23:36
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROM6J592151
```

```
┌────────────────────────────────────────────────────────────────────┐
│  DATE,TIME                    03/17  23:35                           │
│  FAX NO./NAME                 18163505785                            │
│  DURATION                     00:00:40                              │
│  PAGE(S)                      03                                    │
│  RESULT                       OK                                    │
│  MODE                         STANDARD                              │
│                               ECM                                   │
└────────────────────────────────────────────────────────────────────┘
```

Sincerely,

*[signature]*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345

Page 1 of 3

# ATTACHMENT B

December 23, 2015

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

    FOIA Request for Adel Ahmeddin

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the Asylum Officer;
= = = =

We also request Track 3 priority processing treatment.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Adel Ahmeddin, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
        *Catholic Charities of Washington*, 924 G Street NW,
    Wash. DC 20001;
    -I was born on 4/18/80 in Asmara, Eritrea;
    -My address is: 7508 Hancock Ave. Takoma Park, MD 20912
    -my A# is 206-819-717;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on December 23, 2015 Signature: _____

                  Page 1



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

January 3, 2016                                                     **NRC2016000432**

David L. Cleveland
Catholic Charities of Washington
924 G Street NW
Washington, DC  20001

Dear David L. Cleveland:

We received your request for information relating to Adel Ahmeddin on January 03, 2016.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2016000432.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the complex track (Track 2).  You may wish to narrow your request to a specific document in
order to be eligible for the faster track.  To do so, please send a written request, identifying the specific
document sought, to the address above.  We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations,
USCIS processes FOIA requests according to their order of receipt.  Although USCIS' goal is to respond
within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time
period in certain circumstances.  Due to the increasing number of FOIA requests received by this office,
we may encounter some delay in processing your request.  Additionally, due to the scope and nature of
your request, USCIS will need to locate, compile, and review responsive records from multiple offices,
both at headquarters and in the field.  USCIS may also need to consult with another agency or other
component of the Department of Homeland Security that have a substantial interest in the responsive
information.  Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request
pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your
request or to agree on a different timetable for the processing of your request.  We will make every effort
to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Although you have asked that your request receive priority treatment in our Track 3 processing track, you
did not comply with the requirements for Track 3 processing as set forth in the Federal Register Notice

# ATTACHMENT C

February 19, 2016

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

     FOIA Request for Grace Ninsiima

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the Asylum Officer;
= = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

Catholic Charities of Washington
c/o Isabel C. Saavedra
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =   = = = = = = = = = = = = = == =
I,Grace Ninsiima, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
        *Catholic Charities of Washington,* 924 G Street NW,
    Wash. DC 20001;
    -I was born on 8/26/81 in Ntugama, Uganda;
    -My address is: 6401 North Charles Street, Balt. MD 21212
    -my A# is 206-816-034;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on February 19, 2016 Signature: _____

Page 1 of 2

3

Please respond.

Catholic Charities of Washington
c/o Isabel C. Saavedra
924 G Street NW
Washington, DC 20001    [202] 772-4345

Page 1 of 4

TRANSMISSION VERIFICATION REPORT

TIME : 03/20/2016 21:42
NAME :
FAX :
TEL :
SER.# : BROM6J592151

DATE,TIME      03/20  21:40
FAX NO./NAME   18163505785
DURATION       00:01:04
PAGE(S)        04
RESULT         OK
MODE           STANDARD
               ECM

March 21, 2016


FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010        Fax: [816] 350-5785

        FOIA   Request   for   Grace   Ninsiima        A#206-816-034

    Dear Sir or Madam:

Catholic Charities of Washington faxed you a FOIA request for the
individual named above in February 2016. You received the request
on 2/18/16 at 20:12, as indicated by page two, attached hereto.

That request is attached as pages 3 and 4.

Please respond.

Catholic Charities of Washington
c/o Isabel C. Saavedra
924 G Street NW
Washington, DC 20001    [202] 772-4345


                    Page 1 of 4

TRANSMISSION VERIFICATION REPORT

TIME : 02/18/2016 20:12
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 02/18 20:11 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:56 |
| PAGE(S) | 00 |
| RESULT | NG |
| MODE | STANDARD |

NG: POOR LINE CONDITION

-a copy of the assessment written by the Asylum Officer;

= = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

Catholic Charities of Washington
c/o Isabel C. Saavedra
924 G Street NW
Washington, DC 20001 [202] 772-4345

2

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I,Grace Ninsiima, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
-I was born on 8/26/81 in Ntugama, Uganda;
-My address is: 6401 North Charles Street, Balt. MD 21212
-my A# is 206-816-034;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on February 19, 2016 Signature: ____________

# ATTACHMENT D

March 7, 2016

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010     Fax: [816] 350-5785

    FOIA Request for Herman Wainggai

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the asylum officer;
 = = = =

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Herman Wainggai, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
           *Catholic Charities of Washington*, 924 G Street NW,
    Wash. DC 20001;
    -I was born on 10/08/1973 in Jayapura, West Papua;
    -My address is: 4624 University Drive, Fairfax VA 22030;
    -my A# is 206-108-672;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on March 7, 2016 Signature: _____

                Page 1 of 2

We also request Track 3 priority processing treatment.
Attached hereto is Notice of hearing/ Notice to Appear.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = =   = = = = = = = = = = = = = =
I, Herman Wainggai, hereby declare under penalty of perjury:
- I agree that my records may be released to:
    *Catholic Charities of Washington,* 924 G Street NW,
  Wash. DC 20001;
- I was born on 10/08/1973 in Jayapura, West Papua;
- My address is: 4624 University Drive, Fairfax VA 22030;
- my A# is 206-108-672;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on March 7, 2016 Signature: _____

Page 1 of 2

TRANSMISSION VERIFICATION REPORT

TIME    : 03/06/2016 21:17
NAME    :
FAX     :
TEL     :
SER.#   : BROM6J592151

DATE,TIME        03/06  21:16
FAX NO./NAME     18163505785
DURATION         00:00:44
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM