# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————————
)
RICA GATORE, <u>et al.</u>,                         )
)
        Plaintiffs,                    )
)
     v.                              )     Civil Action No. 15-459 (RBW)
)
UNITED STATES DEPARMENT        )
OF HOMELAND SECURITY,          )
)
        Defendant.                    )
———————————————————————)

## <u>ORDER</u>

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that the Plaintiffs' Motion for Summary Judgment as to Ninth Cause of Action, ECF No. 17, is **DENIED**.  It is further

**ORDERED** that the Defendants' Motion for Summary Judgment, ECF No. 22, is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that the Plaintiffs' Motion for Class Certification, ECF No. 15, is **HELD IN ABEYANCE** pending the defendant's compliance with this Order and the resolution of any renewed summary judgment motions.  It is further

**ORDERED** that the defendant shall file a revised <u>Vaughn</u> index, declaration, or affidavit consistent with the Memorandum Opinion to be issued by the Court, on or before May 6, 2016. It is further

**ORDERED** that the parties shall file a joint status report on or before May 20, 2016, to address how the parties wish to proceed in this case.  It is further

**SO ORDERED** this 6th day of April, 2016.

REGGIE B. WALTON
United States District Judge