# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 1:15-cv-459 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUPPLEMENTAL / REVISED *VAUGHN* INDEX

Pursuant to the Court's April 6, 2016 Memorandum Opinion and the Court's May 18, 2016 Minute Order, Defendant, United States Department of Homeland Security ("Defendant") respectfully submits the attached supplemental / revised Declaration and *Vaughn* index.

Dated: May 27, 2016
         Washington, DC

                                                      Respectfully Submitted,

                                                      CHANNING D. PHILLIPS, D.C. Bar #415793
                                                      United States Attorney
                                                      for the District of Columbia

                                                      DANIEL F. VAN HORN, D.C. Bar #924092
                                                      Civil Chief

                                                      By: */s/ Carl E. Ross*
                                                      CARL EZEKIEL ROSS, D.C. Bar #492441
                                                      Assistant United States Attorney
                                                      Civil Division
                                                      555 4th Street, N.W.
                                                      Washington, D.C. 20530
                                                      Tel: (202) 252-2533
                                                      Fax: (202) 252-2505
                                                      Attorneys for Defendant