UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                           Civ. Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## Joint status report of counsel

On April 6, 2016, via ECF # 40, the Court ordered the parties to file a Joint Status report. On June 6, 2016 counsel conferred, and agreed on the following:

On or before July 6, 2016:

1] DHS counsel will file a supplemental memorandum in support of its motion for summary judgment;

2]  Plaintiffs' counsel will file a renewed motion for partial summary judgment as to the Ninth Cause of Action;

3] Plaintiffs' counsel will file a supplemental memorandum in support of their motion for class certification.

June 6, 2016

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: */s/ Carl E. Ross* _____
CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel:  (202) 252-2533
Fax:  (202) 252-2505

Attorneys for Defendant