EXHIBIT A

Declaration of David L. Cleveland
about fees concerning the Ninth Cause of action

June 6, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al.,  ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | Civil Action No. 15-cv-459 [RBW] |
| ) | | |
| UNITED STATES DEPARTMENT ) | | |
| OF HOMELAND SECURITY, ) | | |
| Defendant, ) | | |
| ) | | |

DECLARATION OF DAVID L. CLEVELAND dated June 6, 2016

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury:

1. I am an attorney licensed to practice in the District of Columbia, and I am Counsel for plaintiffs in this action.

2. I am a full-time volunteer attorney, working for Catholic Charities of Washington, which is part of the Archdiocese of Washington. I graduated from Case Western Reserve University Law School in 1975.  I was a *Vista* volunteer with the Legal Aid Society of Cleveland from 1975-78.  I was a self-employed attorney from 1978-1986.

3. I was awarded attorney fees at the rate of $60 per hour in *Cerjan v. Fasula,* 539 F. Supp. 1226, 1236 (N.D. Oh 1981), a civil rights case brought under 42 U.S. C. § 1983.

4. I lived in Indonesia from 1987-89, where I was an instructor in International Law at Nommensen University.

2

5. From 1990-1998, I was an Assistant Corporation Counsel, representing the District of Columbia in civil lawsuits. I conducted over 40 jury trials in the Superior Court and the District Court for the District of Columbia. In 60% of my trials, when I represented the defendant, the plaintiff took nothing.

6. I "retired" in 1998, and became a full-time volunteer at Catholic Charities of Washington.

I have appeared over 100 times before various Immigration Courts, where non-jury trials are held. I have been successful in about 10 appeals to the Board of Immigration Appeals; I have been unsuccessful in about 30 cases. I have published numerous articles about asylum for the American Immigration Lawyers Association, Bender's Immigration Bulletin, and at ILW.com.

7. I was the plaintiff in *Cleveland v. DOS,* Case No. 13-563 (D.D. C. 2013) where I sought documents from the Department of State. That case was settled within one week of filing, after the DOS furnished some documents. No attorney fees were awarded.

8. I argued *Hemed v. DHS,* No. 13-cv-129 (D.D.C. 2014). In that case, I requested the notes of the asylum officer. The DHS released the notes and paid me $20,000 to settle the case.

I was the plaintiff in *Cleveland v. DOS,* Case No. 14-0032 (D.D. C. 2014) where I requested all "asylum country profiles" written by the Department of State, from January 2000 to the present. That case was settled, after the DOS furnished 15 documents. No attorney fees were awarded. The DOS promised to pay costs [they haven't yet].

9. I was awarded fees at the rate of $568 per hour in *Abtew v. DHS,* 13-cv-1566, ECF #49, (D.D.C. March 31, 2016). [The DHS has not yet paid anything].

10.  I graduated from law school more than 30 years ago; therefore I request that the court award me fees at the LSI- *Laffey* rate [2016] of $796 per hour, for the year ending May 31, 2016.

11. I recorded time contemporaneously by the minute. I have carefully reviewed my time entries in order to exercise appropriate billing judgment. I have not sought compensation for any of my time that was unproductive or that would not be billed by me to a paying client. Attached as Exhibit B is a true and correct copy of the hours I have actually and necessarily spent on this litigation.

FEES FOR THE YEAR ENDING MAY 31, 2015:

 1.8 hours @ $789 per hour = $1, 420

FEES FOR THE YEAR ENDING MAY 31, 2016:

 4.9 hours @ $796 per hour = $ 3,900

FEES FOR THE YEAR ENDING MAY 31, 2017:

10.15 hours @ $820 per hour = $ 8323

$1420 + $3,900 + $8323 = $13, 643

COSTS

I request an award of costs of $400, which was the amount of the filing fee.

THEREFORE, in this application, I request a total of $13,643 for fees and $400 in costs..

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate.  Dated: June 6, 2016.

Respectfully submitted,

>/s/ David L. Cleveland
> DAVID L. CLEVELAND
> DC Bar # 424209
> Catholic Charities of Washington