# EXHIBIT B

# ITEMIZATION OF HOURS

# June 6, 2016

**EXHIBIT B**  David L. Cleveland itemization of hours  :

Work performed on 9th cause of action

2015   Hours   work performed

2/11    .3     conferring with co-counsel
2/17    .2  drafting 9th cause of action in complaint
2/28    .5  drafting 9th cause; preparing exhibits
3/26    .2   preparing PDFs, civil cover sheet; summons
3/27    .5  improving complaint
3/30    .2   double-checking complaint and exhibits; paying $400
3/31    .2    attempting to file complaint; filing it

Hours for the time period ending May 31, 2015: 1.8
= = = = = = = =

6/23    .25   reading and study of Answer
6/23    .8 preparing Rule 56 motion as to 9th cause of action [ECF #17]
7/25    .5 review of Answer and ECF #17
8/1     1.1 writing Reply, re ECF #17
8/3     .6   Reply to DHS response [ECF #23]
11/4    .25  reading disc; response to FOIA on 9th cause of action

2016
3/4       .4 reviewing 9th cause of action materials
4/7       .3 reading ECF #41: Opinion of Court
4/14      .2  reading #41; conferring with co-counsel
5/27      .6 reading new Vaughn index

Hours for the time period June 1, 2015 to May 31, 2016: 4.9
= = = = = =

2

| | | |
|---|---|---|
| 6/4 | .9 | review of ECF # 17, 23, and 25 |
| 6/4 | 1.7 | research on attorney fees |
| 6/5 | 1.2 | research on eligibility for attorney fees |
| 6/5 | .8 | determining hours spent on 9th cause of action |
| 6/5 | .4 | researching entitlement to attorney fees |
| 6/5 | 1.6 | preparing Declaration for fees |
| 6/5 | 1.2 | preparing exhibits for attorney fees: exhibits A, B, C |
| 6/6 | 1.1 | assembling motion for attorney fees; itemizing fees |
| 6/6 | 1.25 | re-reading, improving, and filing motion for fees |

Hours for the time period June 1, 2016 to June 6, 2016:  10.15