# EXHIBIT 4

# Declaration of David L. Cleveland about four more class members

# June 3, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-459 [RBW] |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Defendant, | ) | |
| | ) | |

<u>DECLARATION OF DAVID L. CLEVELAND dated June 3, 2016</u>

I, David L. Cleveland, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury: I am counsel for plaintiffs in this action. I work for plaintiff Catholic Charities.

Attached hereto as Attachments A-D, are four more FOIA requests for

assessments, made by asylum applicants. The total number of known members of the

class now totals 53.

As of June 13, 2015, plaintiffs had identified the following 41 class members:

Gatore
Timemy
Lumonika
Shaka, In
Ayessa

Ouedraogo
Shaka, H
Abiba
Dinegde
Kamara

Kouame
Kenfack
Kinfemichael
Mengesha
Megne

Monthe
Win
Thwe
 Bate
Conteh

Allajaboo
Abdalla
Akuete
Badiane
Beyene

Boonruang
Demissie
Geigorgis
Hemed
Iwuji

Joksimovic
Kermani
Kobonov
Lukusa
Otero

Minkam –Waffo
Mulangu
Nasr
Ngassa
Nshimirimana

Vasilev
= = = = =
On December 6, 2015, plaintiffs gave the Court evidence of four more requesters:
      Bori-Mekouangori
      Basnet
      Diaz-Claros
      Kayiteshonga

March 2016: plaintiffs gave the Court evidence of four more requesters:
      Al-Mamun
      Ahmeddin
      Ninsiima
      Wainggai

Now, I attach evidence of four more requesters:
      Ndingsa
      Muhumure
      Maltez
      Calderon

      The Court now has the names of 53 class members.


      I declare under penalty of perjury under the laws of the District of

Columbia that foregoing is true and accurate.  Dated: June 3, 2016.

    Respectfully submitted,

        /s/ David L. Cleveland
        DAVID L. CLEVELAND
        DC Bar # 424209
        Catholic Charities of Washington

# ATTACHMENT A



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

September 26, 2015                                          NRC2015081056

Michelle Quintero Millan
Catholic Charities
924 G Street, NW
Washington, DC 20001

Dear Michelle Quintero Millan:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office June 23, 2015 regarding Fidelis Ndingsa.

We have completed the review of all documents and have identified 167 pages that are responsive to your
request. Enclosed are 114 pages released in their entirety and 25 pages released in part. We are
withholding 3 pages in full. In our review of these pages, we have determined that they contain no
reasonably segregable portion(s) of non-exempt information. We have reviewed and have determined to
release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(7)(C)
and (b)(7)(E) of the FOIA.

During our review, USCIS located a potentially responsive document(s) that may have originated from
U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your
FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to
contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA
Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing
address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would
not be available by law to a party other than an agency in litigation with the agency. The types of
documents and/or information we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which
could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have
withheld information relating to third-party individuals. The types of documents and/or information we
have withheld could consist of names, addresses, identification numbers, telephone numbers, fax
numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which
would disclose techniques and procedures for law enforcement investigations or prosecutions, or would
disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably
be expected to risk circumvention of the law.

NRC2015081056
Page 2

The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information.  We will identify discretionary releases within the record.  These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available.  Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act.  If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester.  Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785.  You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

.

# ATTACHMENT B

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship and Immigration Services**

April 4, 2016

**NRC2015149219**

Jessica Lynn Yanez
Attorney at Law
2007 Boulevard St., Ste. C
Greensboro, NC  27407

Dear Jessica Lynn Yanez:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office December 07, 2015 regarding Chantal Muhumure.

We have completed the review of all documents and have identified 590 pages that are responsive to your request. Enclosed are 512 pages released in their entirety and 28 pages released in part. We are withholding 31 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portions of non-exempt information. Additionally, we have referred 17 pages in their entirety to U.S. Department of State for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

During our review, USCIS located 2 pages of potentially responsive documents that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the documents and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the documents, please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

NRC2015149219
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

ATTACHMENT C

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship
and Immigration
Services**

April 27, 2016                                                            NRC2016052866

Berneth Augusto Maltez Jimenez
C-O David L. Cleveland
924 G Street. NW
Washington, DC  20001

Dear Berneth Augusto Maltez Jimenez:

We received your request for information relating to Berneth Augusto Maltez Jimenez on April 27, 2016.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2016052866.  Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been
placed in the complex track (Track 2).  You may wish to narrow your request to a specific document in
order to be eligible for the faster track.  To do so, please send a written request, identifying the specific
document sought, to the address above. We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations,
USCIS processes FOIA requests according to their order of receipt.  Although USCIS' goal is to respond
within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time
period in certain circumstances.  Due to the increasing number of FOIA requests received by this office,
we may encounter some delay in processing your request.  Additionally, due to the scope and nature of
your request, USCIS will need to locate, compile, and review responsive records from multiple offices,
both at headquarters and in the field.  USCIS may also need to consult with another agency or other
component of the Department of Homeland Security that have a substantial interest in the responsive
information.  Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request
pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your
request or to agree on a different timetable for the processing of your request.  We will make every effort
to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

ATTACHMENT D

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010     Fax: [816] 350-5785

      FOIA Request for Juana Marleny Calderson Sosa    A#205-197-890

   Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests:
      - a copy of the notes written by the Asylum Officer
      - a copy of the Assessment of the Asylum Officer:
      - a copy of any material used by the Asylum Officer, but not
given to him by the individual named above.

Please expedite, ~~as she has a hearing in Immigration Court~~.

*Catholic Charities of Wash*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345

= = = = = = = = = = = = = = =  = = = = = = = = = = = = = == =

I, Juana Marleny Calderon Sosa, hereby declare under penalty of
perjury:

      - I agree that my records may be released to:
          *Catholic Charities of Washington*, 924 G Street NW, Wash.
DC 20001;
      - I was born on 07/14/1994 in Caserio El Porvenir,El
Salvador.
      -My address is: 3606 Water Birch Court, Woodbridge, VA 22192
      -my A# is 205-197-890;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.

Executed on  6-2-16            Signature X _____

                    Page 1 ~~of 2~~

TRANSMISSION VERIFICATION REPORT

TIME : 06/01/2016 19:03
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 06/01 19:02 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:37 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

- a copy of any material used by the Asylum Officer, but not given to him by the individual named above.

Please expedite, ~~as she has a hearing in Immigration Court~~.

Catholic Charities of Washington

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I, Juana Marleny Calderon Sosa, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
- I was born on 07/14/1994 in Caserio El Porvenir, El Salvador.
-My address is: 3606 Water Birch Court, Woodbridge, VA 22192
-my A# is 205-197-890;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on 6-2-16 Signature X [signature]

Page 1 of 1