UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                         Civil Action No. 15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFF CATHOLIC CHARITIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff Catholic Charities moves the Court to compel defendant DHS to produce a document entitled "The FOIA Processing Guide," within 30 days, for the reasons set forth in the attached memorandum. A proposed Order is attached.

Counsel for plaintiff sent a draft of this motion to opposing counsel on August 2, 2016. Counsel for plaintiff sent a follow-up email to opposing counsel on August 8, 2016, in an attempt to avoid this motion. No resolution was reached.

August 9, 2016

Respectfully submitted,

Attorney for Plaintiffs
David L. Cleveland
DC Bar # 424209
Catholic Charities

924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                           Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

**PLAINTIFF CATHOLIC CHARITIES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL**

ECF #40, the Order dated April 6, 2016, [2016 WL 123] sets forth the pertinent history of the FOIA request of Catholic Charities:

-in February 2015, Catholic Charities requested "documents relating to the processing, answering and responding to FOIA requests…"

-the DHS responded in October 2015, furnishing the grand total of three pages [attached hereto as Exhibit A];

In May 2016, DHS employee Jill Eggleston filed a Declaration, dated 5/27/16. [ECF #44-1]. At ¶ 8, she quotes from two sources not in the record: "The FOIA Processing Guide, Appendix C, introductory paragraph" and from "FOIA Processing Guide, ¶ 27.03." She claims that these are relevant documents.

Those documents should have been given to Catholic Charities in October 2015.

Therefore, the Court should order the DHS to furnish those documents to Catholic Charities within 30 days.

August 9, 2016

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com