# EXHIBIT A

[the three pages attached hereto were also attached to Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for Summary Judgment as to Ninth Cause of Action, (ECF #32) as Exhibit B, pages 12-14]

Holt, Cynthia L
_____

| | |
|---|---|
| From: | Thompson, Orville A |
| Sent: | Wednesday, February 18, 2015 1:16 PM |
| To: | Holt, Cynthia L; Hyson, Raymond N |
| Cc: | Bellisime, Tracy A; McBride, Lyne I |
| Subject: | FW: FOIA request |
| Attachments: | Assessment guidance.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Please see the attached doc and the info below. I hope this help!

OK, first resource is Appendix C:

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release. | Review for (d)(5) and (b)(5), otherwise release. |
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |

Next, Section 17 establishes that we do not release anything about asylum to a third party without consent of the subject of record:

> We do not provide any information if a third party requester is seeking specific information from NAILS or any law enforcement system or copies of applications/petitions for benefits relating to asylum status, refugee status, spousal abuse protection and certain other benefits. We fully withhold documents if the requester is neither a party to nor a rider on the application/petition.

1

# Assessment

- Fully withhold Assessment to Refer, Assessment to Grant, Assessment to Terminate, or any assessment written by an asylum or refugee officer.

- Exemption (b)(5).

- Refugee Officer? Add Exemption (b)(6).


U.S. Citizenship and Immigration Services

**ASSESSMENT TO REFER**

ALIEN NUMBER:                         DATE: July 28, 1999

NAME:                                 ASYLUM OFFICER: P.

COUNTRY: Sierra Leone                 REVIEWING SAO: Pat.

                                      LOCATION: ZAR

Applicant indicated that he is a 22-year-old male native and citizen of Sierra Leone who entered the United States without inspection at New York on December 31, 1998.

Applicant fears that he will be harmed by the Revolutionary United Front (RUF) on account of his membership in a particular social group.

Applicant testified that he was afraid of the RUF because of the war that started in 1995. Applicant stated he was a supporter of the Sierra Leone People Party (SLP) but he wasn't an active member he just didn't want to support the RUF rebels. Applicant stated on June 10, 1997, at about five a.m. he heard gun fire and everyone gathered to see what was happening. The Applicant stated the rebels were shooting in his area, when the shooting stopped the rebels broke into his house and began shooting. Applicant stated he was in hiding and when he came out he found his father dead. Applicant stated he wanted to leave but his mother refuse to leave because she didn't want to leave their home and all its contents. Applicant said the family stayed in the home for another year before the rebels came again.

Applicant stated in August 1998 at 3:re a.m. he heard some noise and before he knew anything the house was on fire. Applicant stated he tried to get his mother out of the house but it was to late his mother and sister burn to death. Applicant stated about six or eight men in rebel uniform were burning many houses in his neighborhood. Applicant stated his entire family was gone so he left the same day and went to a refugee camp.

Applicant stated he was never in opposition to the government, he was never involved in political activity. Applicant stated the rebels attacked their house because the war was in full progress.

Applicant stated he can't return to Sierra Leone because the RUF is still active and the war is still in progress. Applicant stated his family is gone and he's afraid he would be killed since there is no one to protect him.

The applicant presented testimony which was believable, consistent, and sufficiently detailed. Therefore she was found to be credible.

2

# Asylum Interview notes and worksheets:

- We will usually fully release asylum interview notes, but we need to look for Exemption (b)(5), or (d)(5) and (b)(5) if the case is PA.

- We will review worksheets (including Form I-870) and partially withhold them, citing Exemption (b)(5).

- On all worksheets and interview notes that asylum officers fill out:
    - If it is <u>not</u> deliberative
    - Then you do <u>not</u> have (b)(5).


U.S. Citizenship and Immigration Services

USCIS FOIA Program Office          22

3