UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                         Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFF CATHOLIC CHARITIES' REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL

Plaintiff Catholic Charities filed a Motion to Compel [ECF # 48]; the DHS recently filed an Opposition [ECF #53].  Catholic Charities now replies to that Opposition.

In February 2015, Catholic Charities requested "documents relating to the processing, answering and responding to FOIA requests…"  The DHS responded in October 2015, with three pages, but not with the "FOIA Processing Guide." In May 2016, DHS employee Jill Eggleston filed a Declaration, [ECF #44-1], referring to the "FOIA Processing Guide."  If that Guide is relevant to this lawsuit, it is responsive to the request of Catholic Charities.

The Guide should have been given to Catholic Charities in October 2015.

The Guide is not in the record. It is improper to cite material not available to opposing and not in the record. *Robertson v. American Airlines,* 239 F. Supp. 2d 5 (D.D.C. 2002). A Court "may not consider extra-record evidence." *Environmental Integrity Project v. McCarthy,* 139 F. Supp. 3d 25, 45 (D.D.C. 2015). If the DHS will not produce the Guide, the Declaration of Ms. Eggleston should be stricken.

October 10, 2016

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com