UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RICA GATORE, et al.,
          Plaintiffs,

          v.                               Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
          Defendant,
_____

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF THEIR
MOTION FOR CLASS CERTIFICATION**

      Plaintiffs respectfully move for leave to file a Supplemental Memorandum in Support of their Motion for Class Certification [ECF # 15].  A copy of the proposed memorandum is attached hereto. Plaintiffs desire to file the memorandum, because plaintiffs have just been given some new documents, in response to a FOIA request. Those documents are relevant to the issues in this case.

      Plaintiffs asked counsel for DHS to consent; but counsel has declined to do so.

      A proposed Order is attached hereto.

      Dated: December 1, 2016     Respectfully submitted,

            DAVID L. CLEVELAND
            Attorney for Plaintiff    DC Bar # 424209
            924 G Street, NW  Washington, DC 20001
            [202] 772-4345  Fax: [202] 386-7032
            1949.david@gmail.com