# ATTACHMENT #1

Declaration of David L. Cleveland about DHS responses to FOIA requests from Professor Stevens and Requests for Admissions served on 11/6/16

November 29, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al., ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 15-cv-459 [RBW] | |
| ) | | |
| UNITED STATES DEPARTMENT ) | | |
| OF HOMELAND SECURITY, ) | | |
| Defendant, ) | | |
| ) | | |

DECLARATION OF DAVID L. CLEVELAND dated November 29, 2016

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action. I work for plaintiff Catholic Charities.

1. I am a member of the American Immigration Lawyers Association [AILA]. Recently published on the AILA website was a FOIA request made by Professor Jacqueline Stevens to the US-CIS, which is part of DHS; it is attached hereto as Exhibit A.

2. The US-CIS responded to that request with 4,321 pages, all of which are published on AILA's website.

3. Attached hereto as Exhibit B,C,D, and E, are selected pages from the 4,321 pages.

4. Attached hereto as Exhibit F are Requests for Admissions served on the DHS on 11/6/16.

5. Exhibit B is the "FINAL ACTION LETTER TEMPLATE." The fifth sentence of this letter has 19 words: "In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information."

6. Exhibit C, page 4158 of the 4,321 pages, concerning asylum flowcharts and

worksheets, instructs the FOIA clerk to "Withhold in full" and "Withhold in full." There is no explanation why the phrase "withhold in full" is repeated.

7. Exhibit D, page 4168 of the 4,321 pages, instructs the FOIA clerk to "fully withhold" asylum/Refugee interview notes at ¶ 3. The next paragraph, ¶ 4, instructs the FOIA clerk to "Fully withhold" asylum/refugee interview notes. The middle box at the bottom of the page instructs the clerk to "Withhold in full." The box on the far right instructs the clerk to "Withhold in full." Thus, on page 4168, the clerk is instructed *four times* to fully withhold asylum materials.

8. Exhibit E, page 4206 of the 4,321 pages, concerning the assessment, instructs the clerk to "Withhold in full."

9. The word "segregate" appears nowhere in the 4,321 pages; the word "segregable" appears on only one page: page 3939. There are no instructions in the 4,321 pages dealing with the duty to segregate.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: November 29, 2016.

Respectfully submitted,

/s/ David L. Cleveland  
DAVID L. CLEVELAND  
DC Bar # 424209  
Catholic Charities of Washington