# EXHIBIT D

# USCIS FOIA INFORMATION BULLETIN

September 21, 2012

The **FOIA Information Bulletin** is a publication issued by the FOIA Program Office as a communication tool regarding current information of use and interest to USCIS FOIA personnel. The intent of the bulletin is to improve consistency and timeliness of information. **See your supervisor if you have any questions about bulletin topics.**

**We have amended Section 27.35** of the *Processing Guide* as follows, new information in red, ~~deleted information in strikethrough~~:

## 27.35   Asylum/Refugee Interview Notes

Please fully withhold asylum/Refugee interview notes and question/answer worksheets, citing Exemption (b)(5), because they demonstrate deliberative privilege. In addition, if you are processing the case as FOIA, you should withhold anything that would identify family members or other third parties, citing Exemption (b)(6). This also includes all factual question/answer notes and worksheets.

Fully withhold asylum/refugee interview notes and question/answer worksheets, citing Exemptions (d)(5) and (b)(5) if processing under the PA.

**NOTE:** It doesn't matter whether the subject signed the form or not, please withhold asylum/refugee interview notes and question/answer worksheets as stated above.

**We have amended Appendix C: Processing Tables** (USCIS Miscellaneous Documents) as follows, new information in red, ~~deleted information in strikethrough~~:

| Asylum/Refugee flowcharts and worksheets | ~~Partially~~ Withhold in full (b)(5), ~~if applicable (deliberative process)~~ | Withhold in full (d)(5) and (b)(5), ~~if applicable~~ |
|---|---|---|
| Blank asylum/refugee flowcharts | Release | Release |