# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.   Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

**PLAINTIFFS' SECOND REQUESTS FOR ADMISSIONS TO DEFENDANT**

Plaintiffs hereby submit the following Requests for Admissions to Defendant, pursuant to Fed. R. Civ. P. 36, to be answered in 30 days.

REQUESTS FOR ADMISSIONS

Please admit that:

1.  Via a letter dated May 31, 2016, Professor Jacqueline Stevens made a FOIA request to US-CIS "for all materials used for guidance in managing USCIS FOIA requests, …" A genuine copy of her request is attached hereto as Exhibit A.

2.  The USCIS responded to that request by furnishing 4,321 pages, which were published by the American Immigration Lawyers Association [AILA] and by Lexis-Nexis. The 4,321 pages were published by AILA as "AILA Doc. No. 1610 838 [posted 10/28/16]"

3. Attached hereto as Exhibit B are two pages, number 3939 and 3940, from the 4,321 pages.

4. Page 3939 is entitled "FINAL ACTION LETTER TEMPLATE" and has as its fifth sentence:

"In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information."

This sentence has a total of 19 words in it.

5. From January 1, 2010 to the present, employees at US CIS who respond to FOIA requests are mandated to use said FINAL ACTION LETTER TEMPLATE

6. The word "segregable" does not appear anywhere else on the 4,321 pages, other than on page 3939.

7. The word "segregate" appears nowhere in the 4,321 pages.

8. There are no instructions in the 4,321 pages dealing with the duty to segregate.

9. Attached hereto as Exhibit C is page 4158 from the 4,321 pages. It states that the employee should "Withhold in full (b)(5)" any document that is a "Asylum/Refugee flowcharts and worksheets that pertain to the interview."

10. Attached hereto as Exhibit D is page 4168 from the 4,321 pages. It instructs the employee in ¶ 3 to "Please fully withhold asylum/Refugee interview notes and question/answer worksheets that pertain to the interview." The employee is told the same thing for the second time in ¶ 4: "Fully withhold asylum/refugee interview notes…." The employee is told for the third time in the box at the bottom of the page "Withhold in full."

11. The word "partially" is crossed out on page 4168. This means the employee should not "partially" withhold; rather, the employee should "fully" withhold.

12. Attached hereto as Exhibit E is page 4206 from the 4,321 pages. It instructs the employee to "Withhold in full" the assessment .

November 6, 2016

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland

DC Bar # 424209
Catholic Charities
924 G Street, NW Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com