# ATTACHMENT #2

Declaration of David L. Cleveland about DHS responses to FOIA requests for the "FOIA Processing Guide" and Requests for Admissions served on 11/23/16

November 30, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOMELAND SECURITY, )<br>    Defendant, )<br>) | Civil Action No. 15-cv-459 [RBW] |

<u>DECLARATION OF DAVID L. CLEVELAND dated November 30, 2016</u>

  I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action. I work for plaintiff Catholic Charities.

 1. In August 2016, Catholic Charities made a FOIA request for the "FOIA Processing Guide" of the DHS. In response, the DHS furnished that Guide, comprising 250 pages, via *COW 2016 000791*.

 2. Attached hereto as Exhibit A are several pages from that Guide.

 3. Attached hereto as Exhibit B are Requests for Admissions served on the DHS on 11/23/16.

 4. At pages 38-39 of the Processing Guide, exemption (b)(5) is discussed. However, there are no instructions on those pages as to how to segregate facts.

 5. At page 47 of the Guide, there is a discussion about "What is reasonably segregable?" On this page, the clerk is instructed that if material is "inextricably intertwined," there is no need to segregate it. The phrase "inextricably intertwined" is defined as "material which, if redacted, would make no sense at all." The page provides

no further information as to how to determine if something is "inextricably intertwined" or not.

6. At page 74 of the Guide, at the bottom, it says: "Asylum interviews are never supposed to have opinion or deliberation intermingled."

7. Page 132 of the Guide instructs the clerk to prepare the Final Action letter in "FIPS." Page 132-a indicates that FIPS is a computer system, which generates letters.

8. At page 154 of the Guide, concerning assessments, the clerk is instructed to "withhold in full."

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: November 30, 2016.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington