# EXHIBIT B

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                             Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

## **PLAINTIFFS' THIRD REQUESTS FOR ADMISSIONS TO DEFENDANT**

Plaintiffs hereby submit the following Requests for Admissions to Defendant, pursuant to Fed. R. Civ. P. 36, to be answered in 30 days.

## REQUESTS FOR ADMISSIONS

Please admit that:

12. In August 2016, plaintiff Catholic Charities made a FOIA Request to US-CIS for "a copy of the FOIA Processing Guide and each appendix attached thereto."

12a. The USCIS responded to that request by furnishing that Guide, comprising 250 pages, via *COW 2016 000791*.

12b. Attached hereto as Exhibit A are several pages from that

Guide. Some of these pages have two page numbers. Using the number found in the bottom right, attached are pages 1, 38, 39, 45, 47, 74, 132, 132-a, 133, 134, 135, 154, 249, and 250.

13. The word "segregable" appears only on two pages: Page "47" and Page "133." The word "segregable" appears nowhere else in the 250 pages of the FOIA Processing Guide.

13a. The word "segregate" appears only on one page: Page "47." The word "segregate" appears nowhere else in the 250 pages.

14. The word "assessment" appears only on one page: Page "154." The word "assessment" appears nowhere else in the 250 pages.

15. At Page 154, the Guide instructs FOIA clerks to "Withhold in full" asylum Assessments.

16. The 250-page FOIA Processing Guide is silent as to when, or under what circumstances, a portion of an asylum officer assessment may be disclosed to a requester. The Guide does not suggest, instruct, or contemplate any circumstances under which a portion of an assessment may be disclosed.

17. The Guide, at page "47," defines *inextricably intertwined* as "material which, if redacted, would make no sense at all."

18. The Guide, updated on March 10, 2016, at Page "47" refers to "Recent court decisions;" however, no mention is made of *Abtew v. DHS,* decided in 2014, or of *Gosen v. US CIS,* decided in 2015.

19. The Guide nowhere instructs FOIA clerks to conduct line-by-line reviews.

November 23, 2016

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com