UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,
        Plaintiffs,

        v.                              Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
        Defendant,

**PLAINTIFFS' MOTION FOR LEAVE TO ADD A PLAINTIFF TO THE COMPLAINT, TO AMEND THE COMPLAINT, AND TO FILE THAT AMENDED COMPLAINT**

Plaintiffs respectfully move for leave to add a plaintiff to the complaint, to amend the complaint very slightly, and to file the amended complaint. A copy of the proposed amended complaint is attached hereto.

Plaintiffs desire to add Ms. Veronica Lemus-Miranda as a plaintiff, and to include her in a new "Tenth Cause of Action." She is an asylum applicant who recently requested the segregable portion of her assessment, and whose administrative appeal was recently denied. She is very similar to the other named plaintiffs. Civil Rules 15(a) and 21 allow a Court to grant leave to file an amended complaint where the filing would not prejudice the defendant. *Boyd v. District of Columbia,* 465 F. Supp.2d 1 (D.D.C. 2006). This filing will not prejudice the DHS.

Plaintiffs would also like to amend the complaint at ¶ 49, concerning the named plaintiff Ms. Ouedraogo.   She is not a citizen of Cote D'Ivoire.  Plaintiffs would like to

1

amend ¶ 49 of the complaint by deleting the words "and citizen of." As amended, it would read simply that she is a native of Cote D'Ivoire.

Plaintiffs asked counsel for DHS, Carl Ross and also Alexander Haas, to consent; but counsel has declined to do so.    A proposed Order is attached hereto.

Dated: January 23, 2017        Respectfully submitted,

>
> DAVID L. CLEVELAND
> Attorney for Plaintiff    DC Bar # 424209
> 924 G Street, NW  Washington, DC 20001
> [202] 772-4345  Fax: [202] 386-7032
> 1949.david@gmail.com