IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-00459-RBW |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO AMENDED COMPLAINT**

Having reviewed Plaintiffs' Amended Complaint and the supporting materials, Defendant hereby informs the Court that it does not oppose the filing of the Amended Complaint. Undersigned counsel will meet and confer with Plaintiffs' counsel regarding future proceedings in this case and will file, if possible, a joint proposed schedule by February 17, 2017. Further, Defendant has received the Court's Order issued this same date and will take appropriate and diligent efforts to respond.

Dated: February 3, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia
D.C. Bar # 415793

DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar # 924092

   /s/ Alexander K. Haas
ALEXANDER K. HAAS
Assistant United States Attorney
D.C. Bar # 1007081
555 Fourth St., N.W.
Washington, D.C. 20530

                                           Tel: (202) 252-2533 — Fax: (202) 252-2599
                                           alexander.haas@usdoj.gov