# EXHIBIT A

**WEINBERG COLLEGE OF ARTS & SCIENCES**

Department of Political Science
601 University Place
Evanston, Illinois 60208-1006 USA
www.polisci.northwestern.edu

Judd A. and Marjorie Weinberg
College of Arts and Sciences
Northwestern University

pol-sci@northwestern.edu
Phone 847-491-7450
Fax 847-491-8985



NORTHWESTERN UNIVERSITY

May 31, 2016

National Records Center
PO Box 648010
Lee's Summit, MO  64064-8010

To Whom It May Concern,

This letter constitutes a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 for all materials used for guidance in managing USCIS FOIA requests, including in particular, protocols since January 1, 2010 for the format of requests and also all policies on signing correspondence.  Please include in particular all protocols distributed to FOIA staff handling intake of FOIA and Privacy Act requests that exist in any form, including email, memorandums, manuals, and notes.

As a scholar, blogger and a writer on immigration law enforcement, I am entitled to a waiver of duplication fees because disclosure of this information is in the public interest within the meaning of 5 U.S.C. § 552(a)(4)(A)(iii). The disclosure of this information is "likely to contribute significantly to public understanding of the operations or activities of the government" and is "not primarily in the commercial interest of the requester."

My research and publications encompasses instances of immigration misconduct by the U.S. government, including the unlawful detention and banishment of U.S. citizens.  Please see, for instance, my law review article "U.S.Government Unlawfully Detaining and Deporting U.S. Citizens as Aliens," published in the Virginia Journal of Law and Social Policy. This research was the basis of an article that appeared in the New Yorker magazine in April, 2013, "The Deportation Machine."
For purposes of verifying these specific references and my credentials, please go here: http://buffett.northwestern.edu/programs/deportationresearch

Please note the release of these materials is important and responsive to the demonstrable public interest in efforts by the government to restrict access to information under the Freedom of Information Act.  Please note that the FOIA staff practices of several agencies have attracted front page stories, including but not limited to the coverage of FOIA practices at the Department of State (for Hillary Clinton) and the Department of Treasury (over the "lost" archive of IRS

email).

I am not seeking these records for financial gain and will be using them in my research and reporting on government misconduct.

If you have any questions, I may be reached by email at jacqueline-stevens@northwestern.edu or by phone at 847-467-2093.

Please send the requested records to this email address or by regular mail to:

Jacqueline Stevens, Department of Political Science, 601 University Place, Northwestern University, Evanston, IL 60208.

Thank you very much for your assistance in this matter.
*Jacqueline Stevens [e-sig]*

Professor
Political Science and Legal Studies
Northwestern University
Director
Deportation Research Clinic
Buffett Institute
http://buffett.northwestern.edu/programs/deportationresearch/