# EXHIBIT C

## We have again amended Appendix C: Processing Tables (USCIS

Miscellaneous Documents) as follows, new information in red:

| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Withhold in full (b)(5) | Withhold in full (d)(5) and (b)(5) |
|---|---|---|
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |

## We have amended section 43, A-FILES CONTAINING MEDIA of the

*Processing Guide*, as follows (~~old address in strikethrough~~,new address in red):

If the case you are processing contains a CD, cassette, tape or any kind of media *except* Dictaphone, Gray Audograph, Steno-Disc or floppy disk, please follow the instructions below.

Once a case is processed, the processor should send an e-mail to the ~~NRC, NRCFOIAMSB~~ NRC, FOIAMEDIA mailbox with "Media" in the subject line. Include the control number, A-number, and page(s) number where the media can be located.

AILA Doc. No. 16102838. (Posted 10/28/16)