# EXHIBIT E

**We have added** another form (Assessment Sheet, second page shown below), to the USCIS Miscellaneous Documents list in the FOIA/PA Processing Guide as follows:

### USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release | Review for (d)(5) and (b)(5), otherwise release |
| Blank asylum/refugee flowcharts | Release | Release |

A7

### Assessment Sheet

**Preliminary Assessment:** (Complete for ABC cases only)

_____ Grant
_____ Deny

**Request Based On**
___ Race
___ Nationality
___ Religion
X Political Opinion
___ Membership in Particular Social Group

**Documents**
___ Specific
___ Generalized
___ Relevant
___ Irrelevant
X No Documentation

**Verbal Testimony**
X Specific
___ Generalized
X Consistent with I-589
___ Inconsistent w/ I-589 (Explain Below)
___ Convincing
___ Unconvincing
___ Credible
___ Not Credible

**SUMMARY:**

The applicant is a twenty-three year old male, native and citizen of _____, who entered the United States on July __, near _____ California, and was not inspected. He fears harm from the _____ of _____, because of his political opinion.

Please see the attached copy of the Notice of Intent to Deny, which has been mailed to the applicant.

AILA Doc. No. 16102838. (Posted 10/28/16)