**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RICA GATORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-00459-RBW |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant hereby files the instant Notice of Errata and the attached replacement Motion for Reconsideration & Stay as a substitute for Defendant's February 14, 2017 Motion, *see* Dkt. 63. Upon re-review of the Judge Walton's General Order in Civil Cases, undersigned counsel realized that this motion should not have exceeded 10 pages, *see* Walton Standard Order, ¶13, and that the footnotes should have been in 10 point Times New Roman Font, rather than 12 point Times New Roman Font, *see id.* ¶10(d). Undersigned counsel has revised the motion accordingly but has not otherwise substantively added to the original arguments. Undersigned counsel respectfully requests that the attached filing replace the original motion.

Undersigned counsel regrets this oversight regarding these requirements.

Dated: February 16, 2017                Respectfully submitted,

                CHANNING D. PHILLIPS
                U.S. Attorney for the District of Columbia
                D.C. Bar # 415793

                DANIEL F. VAN HORN
                Chief, Civil Division
                D.C. Bar # 924092

                 */s/ Alexander K. Haas*
                ALEXANDER K. HAAS

Assistant United States Attorney
D.C. Bar # 1007081
555 Fourth St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2533 — Fax: (202) 252-2599
alexander.haas@usdoj.gov