# EXHIBIT 1

# Release of information from 7 assessments on March 14, 2017

## ASSESSMENT TO REFER

ALIEN NUMBER: 205-366-841

DATE: October 10, 2012

NAME: Innocent Kaban Shyaka

ASYLUM OFFICER: E. Scheick, ZAR 362

COUNTRY: Rwanda

REVIEWING SAO: W. Posacki, ZAR 176

LOCATION: ZAR

The applicant indicated that he is a 20-year-old male native and citizen of Rwanda who entered the United States at New York, New York on July 26, 2012 and was admitted as a F-1 student until August 13, 2012, when the applicant failed to enroll in school and fulfill the terms of his student visa.

The applicant was not represented by counsel. The asylum interview was conducted in English. The I-589 application was prepared by the applicant himself.

(b)(5)

ASSESSMENT TO REFER

ALIEN NUMBER: 205-691-280

DATE: March 21, 2013

NAME: LUMONIKA, Georgine

ASYLUM OFFICER: Love, ZAR 369

COUNTRY: D.R. Congo

REVIEWING SAO: Komis, ZAR 162

MAR 21 2013

LOCATION: ZAR

The applicant indicated that she is a 47-year-old female native and citizen of the Democratic Republic of Congo who entered the United States at Washington Dulles Airport on September 24, 2012, and was admitted as a B-2 visitor until March 23, 2013.

The applicant was not represented. The interview was conducted in French with interpreter Mbuyi Tuambilangana. The applicant's I-589 asylum application was prepared by the applicant.

(b) (5)

**ASSESSMENT TO REFER**

ALIEN NUMBER: 206841065

DATE: 08/28/14

NAME: Rica Chanice Gatore

ASYLUM OFFICER: Jason Boyd

COUNTRY: Burundi

REVIEWING SAO: Thierry Ghattas

LOCATION: ZAR

The applicant indicated that she is a 20-year-old female native and citizen of Burundi who entered the United States at Minneapolis, Minnesota on August 15, 2013 and was admitted as an F-1 Visitor until July 31, 2014. Government records demonstrate that the applicant last arrived in the United States at Minneapolis-St. Paul, Minnesota on August 15, 2013 and was admitted as an F-1 Student for duration of status.

(b) (5)

U.S. Department of Homeland Security
Arlington Asylum Office
1525 Wilson Blvd. MS 2500
Arlington, VA 20598



U.S. Citizenship and Immigration Services

**ASSESSMENT TO REFER**

ALIEN NUMBER: A205101816

DATE: February 15, 2012

NAME: Isam Al Timemy

ASYLUM OFFICER: J. Rellis, ZAR-359

COUNTRY: Iraq

REVIEWING SAO: R. El-Hage ZAR268

LOCATION: ZAR

The applicant indicated that he is a nineteen-year-old male native and citizen of Iraq who entered the United States at Washington, D.C. on October 28, 2011 and was admitted as a B-2 visitor until December 31, 2011. The applicant's date of entry, entry status, and duration of status were verified through his original passport, I-94, and government records. The applicant filed for asylum on January 13, 2012 and established that he filed for asylum within one year of his entry by clear and convincing evidence.

**ASSESSMENT TO REFER**

ALIEN NUMBER: A 206 399 874

DATE: May 15, 2014

NAME: Aminata OUEDRAOGO

ASYLUM OFFICER: A. Cindrich ZAR 395

COUNTRY: Burkina Faso

REVIEWING SAO: D. Legaspi ZAR243

LOCATION: ZAR

Applicant indicated that she is a 24 year-old female native of Cote d'Ivoire and citizen of Burkina Faso who last entered the United States on March 1, 2013 at New York JFK airport as an F-1 student for duration of status. Service records indicate that the applicant's F-1 status was terminated on April 12, 2013.

6



ASSESSMENT TO REFER

ALIEN NUMBER: A205361501

DATE: September 18, 2012

NAME: Shyaka, Herve Ndole

ASYLUM OFFICER: 278

COUNTRY: Rwanda

REVIEWING SAO: 176

LOCATION: ZAR

The applicant indicated that he is a 19-year-old male native of the DRC and citizen of Rwanda who entered the United States at Newark on June 16, 2012, and was admitted as a B-2 Visitor for Pleasure until August 13, 2012.

(b)(5)

RA

ASSESSMENT TO REFER

ALIEN NUMBER: A206607427

ASSESSMENT DATE: 06/30/2014

NAME: Charly Minth Ayessa

ASYLUM OFFICER: B.Sandberg, ZAR386

COUNTRY: Ethiopia

REVIEWING SAO: W. Posadoki ZAR176

LOCATION: ZAR

The applicant indicated that he is a 35-year-old male native and citizen of Republic of Congo (Congo), who was last admitted to the United States at Washington, DC on May 30th, 2013, as a B2 tourist until November 28th, 2013. The applicant is not in lawful status.

(b)(5)

5