UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Case 1:15-cv-00459-RBW |

**MOTION FOR A SUMMARY-JUDGMENT BRIEFING SCHEDULE**

Defendant, the United States Department of Homeland Security ("DHS"), by undersigned counsel, hereby submits this motion for a summary-judgment briefing schedule.

1.      Plaintiffs filed this FOIA case on March 3, 2015. [ECF No. 1.] The individual Plaintiffs alleged that DHS failed to release segregable, nonexempt information from "assessments to refer" that were prepared in connection with their asylum applications. The organizational plaintiff, Catholic Charities, alleged that DHS had a pattern or practice of not reviewing asylum assessments for segregable, nonexempt information and that it failed to respond to its FOIA request for records about DHS's processing and responses to FOIA requests seeking asylum assessments. Plaintiffs moved to certify a class on June 15, 2015. [ECF No. 15.] DHS filed an answer on June 22, 2015. [ECF No. 16.]

2.      On June 24, 2015, Plaintiffs filed a motion for partial summary judgment on Catholic Charities' claim regarding its request for records about DHS's processing and responses to FOIA requests for asylum assessments. [ECF No. 17.] DHS opposed the motion and filed its own motion for summary judgment [ECF No. 22] and an opposition to Plaintiffs' class-certification motion [ECF No. 23] on July 28, 2015. After those motions were fully briefed, the

Court issued an opinion and order dated April 6, 2016, denying DHS's motion for summary judgment without prejudice, denying Plaintiffs' motion for summary judgment, ordering DHS to submit a supplemental *Vaughn* index, and holding Plaintiffs' motion for class certification in abeyance pending the resolution of renewed motions for summary judgment. [ECF Nos. 40, 41.]

3. DHS filed the supplemental *Vaughn* index on May 27, 2016. [ECF No. 44.] Plaintiffs renewed their motion for summary judgment on Catholic Charities' claim on June 7, 2016 [ECF No. 46], and filed a motion to compel release of the records sought thereby on August 9, 2016 [ECF No. 48]. On January 23, 2017, Plaintiffs filed a motion for leave to amend their complaint to add an additional plaintiff [ECF No. 57], which DHS did not oppose [ECF No. 59].

4. On February 3, 2017, the Court granted Plaintiffs' motion for summary judgment in part and held any determination of attorney's fees in abeyance pending further briefing. [ECF No. 58.] A few days later, on February 7, 2017, the Court granted Plaintiffs' unopposed motion for leave to amend their complaint, and Plaintiffs filed the amended complaint on February 8 [ECF No. 60]. DHS answered on March 24, 2017. [ECF No. 72.]

5. In the meantime, on February 14, 2017, DHS moved for reconsideration of the Court's order granting Plaintiffs' motion for partial summary judgment. [ECF No. 63.] That motion is now fully briefed and awaiting the Court's decision.

6. On March 14, 2017, after further review, DHS released the asylum assessments for the individual Plaintiffs with segregable, nonexempt information unredacted. Counsel for DHS conferred with counsel for Plaintiffs following those releases, but counsel for Plaintiffs stated that Plaintiffs still wish to pursue this litigation. Accordingly, the parties hereby jointly propose that the Court enter the following briefing schedule for DHS to move for summary judgment on the remaining claims in this case:

Defendant's Renewed Motion for Summary Judgment: **May 26, 2017**

Plaintiffs' Opposition to Defendant's Motion: **June 9, 2017**

Defendant's Reply in Support of Its Motion: **June 23, 2017**

7. Counsel for Defendant has attempted to confer with counsel for Plaintiffs about this motion without success. When Defendant initially proposed this briefing schedule, counsel for Plaintiffs did not object to the proposed schedule, but insisted upon appending a "plaintiff's report to the court" concerning various issues not germane to the request for a schedule. Defendant refused to append that report, and Plaintiffs recently filed it separately as an unsolicited "meet and confer statement" [ECF No. 73]. Since then, on April 17 and April 19, counsel for Defendant emailed counsel for Plaintiffs to confirm their agreement to the proposed schedule, but counsel for Plaintiffs has not responded.

8. Accordingly, Defendant requests that the Court enter the schedule proposed herein for Defendant to move for summary judgment.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
    JOHNNY H. WALKER,
    D.C. Bar #991325
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, District of Columbia 20530
    Telephone: 202 252 2575
    Email: johnny.walker@usdoj.gov

*Counsel for Defendant*