UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>        *Defendant*. | Case 1:15-cv-00459-RBW |

**DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

    Defendant, the United States Department of Homeland Security, by undersigned counsel, respectfully moves for summary judgment on all the currently pending claims by Plaintiffs Rica Gatore and others. As explained in the accompanying memorandum of points and authorities, the individual Plaintiffs' demand for more information from their respective assessments to refer fails because those assessments are covered by the deliberative-process privilege (as many cases have held) and because Defendant has appropriately reviewed those documents and released segregable information. Additionally, Plaintiff Catholic Charities' purported policy-and-practice claim fails because Catholic Charities lacks standing to raise it and because the record shows that Defendant does not follow the alleged policy or practice. For these reasons, the Court should enter summary judgment for Defendant.

*   *   *

Dated: June 9, 2017            Respectfully Submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
     JOHNNY H. WALKER, D.C. Bar # 991325
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, District of Columbia 20530
     Telephone: 202 252 2575
     Email: johnny.walker@usdoj.gov

*Counsel for Defendant*