UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>　　　　*Defendant*. | Case 1:15-cv-00459-RBW |

**PROPOSED ORDER**

Upon consideration of Defendant's motion for summary judgment and the memoranda in support thereof and in opposition thereto, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that judgment is awarded to Defendants on all claims in Plaintiff's complaint.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　United States District Judge