# EXHIBIT 1

Declaration of David L. Cleveland
about
-the first six paragraphs of the *Abtew*
assessment;
-a Jill Eggleston letter dated June 3,
2017;
-portions of an assessment released on
June 9, 2017

June 15, 2017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-0459 [RGW] |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Defendant, | ) | |

## DECLARATION OF DAVID L. CLEVELAND dated June 15, 2017

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action.

1. I was also counsel for plaintiff in *Abtew v. DHS.* Pursuant to the Order of the *Abtew* Court, the DHS released to me the attached six paragraphs from the *Abtew* assessment, marked as Attachment A.

2. Catholic Charities sent a FOIA request, asking for the assessment of Fidelis Nkwenti Ndingsa; in response, Ms. Eggleston sent us the attached letter dated June 3, 2017, marked as Attachment B.

3. In the instant case, the DHS released the attached portions of the assessment of Ms. Lemus-Miranda on June 9, 2017, marked as Attachment C.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate.  Dated: June 15, 2017.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A

# The first six paragraphs
# of the *Abtew* assessment

## ASSESSMENT TO REFER

ALIEN NUMBER: 205 360 853          DATE: 10/09/12

(b)(5)

NAME: Anteneh Mekonnin Abtew          ASYLUM OFFICER: ZAR 354

COUNTRY: Ethiopia          REVIEWING SAO: ZAR 176

LOCATION: ZAR

The applicant indicated that he is a 28 year-old male native and citizen of Ethiopia who entered the United States at Washington Dulles on 02/18/2012 and was inspected and admitted as a P3 until 06/30/2012.

The applicant was represented by Mr. Aragaw Mehari who prepared the asylum application. Mr. Habte Awalom served as the interpreter during the interview.

The applicant fears that he will be harmed by representatives of the government on account of his political opinion.

The applicant filed his asylum application on July 24, 2012 and established by clear and convincing evidence that such filing was within one year of his last date of arrival into the United States.

The applicant testified that he is a member of a five person band. In August 2009 the band was hired by Marina Club in the United Arab Emirates to perform. During its performances, the band played a song which is forbidden in Ethiopia. On November 26, 2011 the band played this song. An unknown man interrupted the performance by taking the stage and the microphone and stating that they should not play this song. A physical fight then ensued between this man and approximately 10 members of the audience. The band continued playing the song at the Marina Club Manager's direction because the band was under contract to perform the song. The following day, November 27, 2011, the applicant and two of his band members were met at their hotel by three EPRDF members who warned them not to play the song. The band continued playing this song during future concerts per the terms of their contract.

On December 6, 2011 the band returned to Ethiopia. On December 8, 2011 the applicant was arrested from his home and taken to Woreda 11 police station where he was repeatedly interrogated regarding his suspected political activities and affiliations and was further beaten. On December 10, 2011 government authorities searched the applicant's home discovering politically-charged poems and lyrics he had written. On December 14, 2011 the applicant was transferred to Woreda 2 police station where he was held until he was released on bail on January 20, 2012. The applicant was married on January 25, 2012 because this was the date he and his fiancé had previously set. His preparer for his US Visa, Mr. Allan Ebert, had commenced the visa application process



9

while the applicant was still living in UAE. The applicant subsequently learned that all of his fellow band members had been similarly arrested and detained in Ethiopia for playing this inflammatory song in the UAE. The applicant is presently residing with three of them in DC. They have not performed in the DC area since they have entered the U.S on February 18, 2012. They exited Ethiopia together the previous day, February 17, 2012. The applicant is afraid that he will be arrested and tortured if he returns to Ethiopia on account of an anti-government political opinion.

# ATTACHMENT B

Jill Eggleston letter dated June 3, 2017 concerning a requester, Mr. Fidelis Ndingsa, who asked for his assessment

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

 U.S. Citizenship
and Immigration
Services

June 3, 2017                                                NRC2017000940

David L. Cleveland
Catholic Charities
924 G St., NW
Washington, DC 20001

Dear David L. Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this
office January 04, 2017 regarding Fidelis Nkwenti Ndingsa.

We have completed the review of all documents and have identified 321 pages that are responsive to your
request. Enclosed are 229 pages released in their entirety and 58 pages released in part. We are
withholding 5 pages in full. In our review of these pages, we have determined that they contain no
reasonably segregable portion(s) of non-exempt information. We have reviewed and have determined to
release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(5), (b)(7)(C)
and (b)(7)(E) of the FOIA.

During our review, USCIS located 29 pages of potentially responsive documents that may have originated
from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of
your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish
to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA
Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing
address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would
not be available by law to a party other than an agency in litigation with the agency. The types of
documents and/or information we have withheld under this exemption may consist of documents
containing pre-decisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which
could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have
withheld information relating to third-party individuals. The types of documents and/or information we
have withheld could consist of names, addresses, identification numbers, telephone numbers, fax
numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which
would disclose techniques and procedures for law enforcement investigations or prosecutions, or would
disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably
be expected to risk circumvention of the law. The types of documents and/or information we have
withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance
techniques, and various other documents.

NRC2017000940
Page 2

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison, Jill Eggleston, for assistance at:

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

Telephone: 1-800-375-5283
E-Mail: USCIS.FOIA@USCIS.DHS.GOV

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD  20740-6001
Telephone: 202-741-5770
877-684-6448
Email: OGIS@NARA.GOV
Website: OGIS.ARCHIVES.GOV

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

NRC2017000940
Page 3


All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester.  Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785.  You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)

# ATTACHMENT C

# Portions of assessment of Ms. Lemus Miranda, released on June 9, 2017

ASSESSMENT TO REFER

ALIEN NUMBER:   A 206 844 272

NAME: LEMUS MIRANDA, Veronica

COUNTRY:  El Salvador

LOCATION: ZAR

DATE: August 12, 2015

ASYLUM OFFICER: ZAR 421

REVIEWING SAO: ZAR 431

**Chris Hensleigh**
Supervisory
Asylum Officer

The applicant indicated that she is a 18-year old female native and citizen of El Salvador who entered the United States without inspection at or near the border in Progreso, Texas on June 23, 2014. The applicant is not in lawful status.

The applicant was represented by counsel YERGEY, Amy. The interview was conducted in Spanish with the assistance of interpreter MORENO, Julia.

The applicant fears that if she returns to El Salvador she will be harmed by the gangs in El Salvador on account of her membership in a particular social group; family members of her cousins Leonides and Ignacio.

(b)(5)



released on
June 9, 2017

(b)(5)

