UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Case 1:15-cv-00459-RBW |

**DEFENDANT'S MOTION FOR EXTENSIONS OF TIME**

Defendant, the United States Department of Homeland Security, by undersigned counsel, hereby submits this motion for extensions of time to comply with the Court's order dated June 27, 2017, and to file a reply in support of its motion for summary judgment. The Court's June 27 order denied Defendant's motion to reconsider and ordered Defendant to provide Plaintiff Catholic Charities with a complete copy of the FOIA Processing Guide on or before July 7, 2017, and to show cause in writing on or before July 14, 2017, why the Court should not award the attorney's fees sought by Catholic Charities. In addition, under a scheduling order issued on June 2, 2017, Defendant's reply in support of its motion for summary judgment is currently due on July 7, 2017. Defendant requests that the schedule be modified as follows:

Defendant's Release of the FOIA Processing Guide: **July 21, 2017**

Defendant's Response to the Court's Show-Cause Order on Fees: **July 28, 2017**

Defendant's Reply in Support of Its Motion for Summary Judgment: **July 28, 2017**

There is good cause for the extension. Agency counsel at the Department of Homeland Security has been out of the office on travel from the date of the Court's June 27, 2017, order and will not return until July 6, 2017. Undersigned counsel will be out of the country on travel from

July 7, 2017, until July 17, 2017. Accordingly, Defendant will not be able to comply with the July 7 and July 14 deadlines in the Court's June 27 Order. In addition, the extension is warranted due to the press of other business. Since receiving Plaintiffs' opposition paper on June 21, undersigned counsel has been responsible for preparing and filing a response to a complaint by June 21, 2017, in *Evans v. Bureau of Prisons*, No. 16-2274-BAH (D.D.C.); preparing and filing a response to a complaint by June 23, 2017, in *Husain v. Warren*, No. 15-708-RDM (D.D.C.); preparing and filing a motion to dismiss by June 23, 2017, in *Menoken v. Yang*, No. 16-2480-RMC (D.D.C.); assisting with the preparation of a reply in support of a statement of interest of the United States by June 23, 2017, in *DL v. D.C.*, No. 05-1437-RCL (D.D.C.); preparing and filing a response to a complaint by June 29, 2017, in *Energy & Environment Legal Institute v. U.S. Environmental Protection Agency*, No. 17-909-JEB (D.D.C.); preparing and filing a response to a complaint by June 30, 2017, in *Bernegger v. Executive Office of United States Attorneys*, No. 17-563-RDM (D.D.C.); preparing an opposition to a motion for an extension to time to move for class certification due by July 5, 2017, in *Turnbull, et al. v. Berryhill, et al.*, No. 16-1750-ABJ (D.D.C.); and preparing a motion to dismiss due July 6, 2017, in *Thornton v. United States, et al.*, No. 17-623-CRC (D.D.C.); among several other filings and obligations.

      Defendant has attempted to confer with counsel for Plaintiffs by voice mail and email on June 29 and by email on June 30, but has not been able reach him.

*   *   *

Dated: June 30, 2017

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
       JOHNNY H. WALKER, D.C. Bar #991325
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, District of Columbia 20530
       Telephone: 202 252 2575
       Email: johnny.walker@usdoj.gov

*Counsel for Defendant*