UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        *Defendant*. | Case 1:15-cv-00459-RBW |

**MOTION TO MODIFY THE BRIEFING SCHEDULE ON FEES**

Defendant, the United States Department of Homeland Security, respectfully requests that the Court modify the briefing schedule on attorney's fees in light of the parties' ongoing settlement discussions on that issue.

On June, 27, 2017, this Court denied Defendant's motion to reconsider and ordered Defendant to "provide to Catholic Charities a complete copy of the FOIA Processing Guide on or before July 7, 2017," and to "show cause, in writing not to exceed ten (10) pages, on or before July 14, 2017, why the Court should not award the amount of attorney's fees and costs requested by Catholic Charities." Catholic Charities was to file a reply by July 21, 2017.

On June 30, 2017, Defendant requested a two-week extension of those deadlines and the deadline for its reply in support of its motion for summary judgment because agency counsel was on leave until July 6, 2017, and undersigned counsel would be out of the country from July 7, 2017, to July 17, 2017. The Court granted the extension, but ordered that "no further extensions of time shall be granted absent a showing of extraordinary circumstances." In compliance with the Court's schedule, Defendant provided the FOIA Processing Guide to Catholic Charities on July 21, 2017, and today timely submitted its reply in support of its motion for summary judgment.

Defendant asks, however, that its deadline to submit a brief on attorney's fees be modified. On July 19, 2017, counsel for Defendant emailed counsel for Plaintiffs suggesting that the parties discuss the possibility of mutually resolving the fees issue to expedite the matter and prevent the parties from having to brief it. Since then, the parties have been engaging in fruitful settlement discussions on that topic. Those discussions remain active and ongoing as of today, and Defendant remains hopeful that the parties will reach a resolution. In light of these ongoing discussions, Defendant respectfully requests that the Court vacate its deadline to file a brief on attorney's fees and instead order the parties to submit a joint status report within two weeks—on or before August 11, 2017—which would allow the parties additional time to engage in discussions and prevent wasted effort by the parties and the Court. While Defendant understands that the Court previously ordered that there be no further extensions, Defendant submits that the possibility of reaching an expedited and mutually agreeable resolution on fees is an exceptional circumstance that justifies a brief extension, particularly since Defendant has complied with the other two deadlines that were the subject of the Court's order: for releasing the FOIA Processing Guide and for filing its reply in support of its motion for summary judgment.

Counsel for Defendant has repeatedly attempted to confer with counsel for Plaintiffs about joining or consenting to this motion, including by email on July 26 and by multiple emails and a voice message on July 28. But, despite continuing to communicate about settlement, counsel for Plaintiffs ignored all inquiries about this motion. Today, at about 3:00 p.m., counsel for Plaintiffs' stated for the first time that Plaintiffs' would not consent to the relief requested by this motion and demanded instead that Defendant agree today to pay Catholic Charities the amount of fees that it had proposed as of yesterday evening.

A proposed order is filed with this motion.

Dated: July 28, 2017

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*