UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## CATHOLIC CHARITIES' OPPOSITION TO THE DHS MOTION TO MODIFY THE BRIEFING SCHEDULE ON FEES

On July 28, 2017, the DHS filed its 19th motion to extend time, captioned as a "Motion to Modify." ECF #83.

The motion should be denied, because the DHS did not claim, let alone demonstrate, any "extraordinary circumstances."  The Court had earlier ruled that no further extensions of time would be granted "absent a showing of extraordinary circumstances."

The Court ordered the DHS to "show cause" regarding attorney's fees by July 28th.  The DHS did not do that. Therefore, the Court should enter judgment for Catholic Charities in the amount of $13,643 and $400 in costs, as per the Proposed Order found at ECF #46-1.

July 31, 2017

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com