# EXHIBIT 1

# Declaration of David L. Cleveland about the FOIA PROCESSING GUIDE : 946 pages received on July 21, 2017

## August 2, 2017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al,  )  <br> Plaintiffs,  )  <br>  )  <br> v.  )  <br>  )  <br> UNITED STATES DEPARTMENT  )  <br> OF HOMELAND SECURITY,  )  <br> Defendant,  )  <br>  ) | Civil Action No. 15-cv-0459 [RGW] |

DECLARATION OF DAVID L. CLEVELAND dated August 2, 2017

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action.

1. I received 946 pages from counsel for DHS on July 21, 2017. The pages came as 10 attachments to three emails. Some of the pages had dates and page numbers, some did not. I looked at each page. Some pages were clearly not relevant; I skimmed them. Some pages looked relevant; I printed out 59 of them.

2. I read the 59 pages I had printed out, and then discarded some pages. I saved 24 pages. I numbered them in pencil, from 1-24. They are Attachment A to this declaration.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: August 2, 2017.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington