# ATTACHMENT A

## 24 pages from the FOIA Processing Guide released on July 21, 2017



U.S. Citizenship
and Immigration
Services

# USCIS

# FOIA Processing

# Guide



U.S. Citizenship
and Immigration
Services

NRC FOIA Training Office
8/15/2016

pase 1 of 37

1

## Reasonably Segregable

A processor should segregate information that is exempt (cannot be released) from information that is non-exempt (can be released). If a document contains one piece of information that is not releasable, but the rest of the document is releasable, it is usually improper to withhold the entire page. If you are able to give the requestor part of a page, you should. You should not fully withhold a page solely because it is more convenient. The principle in 5 U.S.C. § 552 is that the court may assess reasonable attorney fees and other litigation costs against the agency when the court determines that agency personnel acted arbitrarily or capriciously with respect to withholding information.

When we process documents that contain information that can be released, we are required to separate or isolate this information from information that cannot be released. One exception to this rule is where the non-exempt material is inextricably intertwined with the exempt material and the only information being released are words and/or phrases that do not make sense. *"Inextricably intertwined"* is a term used by the courts to describe material which, if redacted, would make no sense at all. That is to say, a person reading it would not be able to gather any idea of the purpose of the document, the possible subject of the document or any other meaningful piece of information.

Recent court decisions involving FOIA processing have continued to stress the requirement of an agency to provide to a requestor all reasonably segregable portions of a record that are not subject to any FOIA exemption.

## Out of Scope

Out of Scope pertains to documents that do not relate to the requestor and/or the information being requested. Pages marked Out of Scope do not print; therefore we do not mention them in the Final Action Letter.

Examples of Out of Scope pages:
- Misfiled documents that have no relationship to the subject of the file.
- Documents not related to the specific receipt file or document requested.
- Documents not a part of the A-file but inserted by the scanner at the digitization facility. For instance, documents marked "Best Available Image" or "The TOC is not part of the certified copy of the A-file."
- Documents scanned in by contractors: Left Side, Right Side, Last Page, Begin and End Visa Packet, and possibly others.

## 3rd Party Referrals

Out of Scope any third party documents that belong to another agency, with the exception of ICE documents. Example: you see a TECS II screen-print that belongs to DOS, yet does not belong to your subject. Out of Scope the screen-print. The exception: refer all ICE documents to ICE.



PROCESSING GUIDE December 14, 2015

The USCIS FOIA/PA Processing Guide is a ready reference to assist with the processing of Freedom of Information Act and Privacy Act requests.

The Guide contains all updates or changes from the FOIA Information Bulletins issued as of June 15, 2015.

Any articles relating to processing published in the *FOIA Information Bulletins* have been incorporated into this Guide.

The Guide has been saved in PDF format. The PDF format makes searching for information in the Guide easier. **Please view the guide in PDF/A mode while you have FIPS 7 open.** A potential Java scripting conflict exists if you have the document open in PDF mode while running FIPS 7. Viewing the Guide in PDF/A mode disables Java scripting within the Guide – which means hyperlinks within the Guide will not work, but FIPS 7 will not freeze or crash. You may alternate between PDF and PDF/A mode in Acrobat Reader by selecting Edit ⇨ Preferences ⇨ Documents ⇨ PDF/A View Mode. Select "Never" to turn PDF/A mode off, and select "Only for PDF/A documents" to turn PDF/A mode on.

How does the rulemaking process for this Guide work? The FOIA Officer, the Chief of FOIA Operations and your Supervisors direct how Government Information Specialists, FOIA/PA Assistants and Office Automation personnel accomplish their missions. Through the Chief of Operations, Supervisors submit a new rule or procedure to the FOIA QA & CS Team. At the direction of the FOIA Officer, QA & CS Team may immediately amend the guide, or they may seek clarification from Office of Chief Counsel. After consultation, QA & CS Team will either amend the Guide or propose a modified rule to FOIA/PA Supervisors, the Chief of FOIA Operations and the FOIA Officer. Re-writes or revisions of the guide are subject to the final approval of the FOIA Officer.

You, the processor, may notice something in the Guide that is awkwardly worded, or contains a typographical error, or something that simply is not true. You contact your supervisor and then Program Office amends the guide.

Before we amend the guide, we may first publish a FOIA Information Bulletin (the exception being a misspelled word, a missing punctuation mark or a grammatical error). FOIA Information Bulletins and the latest version of this Guide are always available at

http://dhsconnect.dhs.gov/uscis/org/ESD/NRC/Pages/FOIAOperationsDivision.aspx

When we make additions or revisions, we create a Record of Revision at Appendix L for quick reference.

PSY 1 of 262

3

i

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

applications for benefits (**deliberative process**). This does not apply to communications between the alien and his attorney/representative.

The President and Attorney General have issued memoranda to all agencies emphasizing that the FOIA reflects a "profound national commitment to ensuring an open Government" and directing agencies to "adopt a presumption in favor of disclosure." If USCIS reasonably foresees that disclosure would cause harm to *deliberative process*, we may withhold the information under Exemption (b)(5). Specifically, three types of harm consistently have been held to constitute a basis for withholding under the deliberative process privilege, if release would:

(1) cast a **chilling effect** upon open, frank and honest discussion on matters of policy between subordinates and superiors; or

(2) cause **premature disclosure** of proposed policies before they are actually adopted; or

(3) cause public **confusion** that might result from disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action.

After you have determined that Exemption (b)(5) applies because of deliberative process, you should evaluate the need to protect the information based on one of the three factors listed above.

Some documents we routinely withhold pursuant to Exemption (b)(5) include adjudicator's notes; internal e-mail messages; memoranda and other internal documents. We also withhold Westlaw case printouts, including the web address, as long as those printouts were prepared by a United States attorney (that is, an attorney working for Department of Justice or USCIS, and NOT the alien's attorney). This also excludes attorney work product prepared by ICE attorneys, as we now refer those pages to ICE.

The corresponding exemption under the PA for this type of information is Exemption (d)(5), which exempts information compiled in reasonable anticipation of litigation in a civil action or proceeding. Most immigration issues are administrative in nature.

Documents with instructional legends (e.g., "For Official Use Only," "Adjudicative Work Product," "Do Not Release Outside the Agency.") **are not** automatically exempt from disclosure under the FOIA or PA. A processor must review these types of documents for content. As a rule, any document marked "Attorney Work Product" is fully exempt under (b)(5) or (d)(5)/(b)(5) if PA unless the document is blank. If the attorney work product has to do with deportation, removal or detention, please refer it to ICE.

### 25.05.a   HANDWRITTEN NOTES AND EXEMPTION (b)(5)

The deliberative process prong of Exemption (b)(5) does not apply to notes that are trivial in nature or state facts. Read and analyze the notes found in the record. Review and carefully apply Exemption (b)(5) only when appropriate.

39

PROCESSING GUIDE December 14, 2015



```
     16:35              TECS II - NCIC/NLETS RECORD DISPLAY          070907   T2MRM4C1
TID= KBER                                                                     T2PRM4O3
           (b)(7)(C)

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

FROM NCIC   ON 07/09/07 AT 16:35:16        PRESS ENTER TO CONTINUE
1L01CQUR4EK38400394
MAINS03T6

NO NCIC WANT NAM/.......... ... ... ... .. ... DOB/........
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.



                        FOR OFFICIAL USE ONLY

NO NEXT PAGE
(F1/F2=HELP) (F3=MAIN MENU) (F4=PREV MENU) (F7=PREV SCREEN) (F8=NEXT SCREEN)
```

Some types of application/petitions or investigative materials (I-589, I-360, Legalization and SAW or investigative material) are highly sensitive. When a third party requestor specifically requests these documents, see section on "Glomar".

**27.03   What is reasonably segregable?**

A processor should segregate information that is exempt (cannot be released) from information that is non-exempt (can be released). If a document contains one piece of information that is not releasable, but the rest of the document is releasable, it is usually improper to withhold the entire page. If you are able to give the requestor part of a page, you should. You should not fully withhold a page solely because it is more convenient. The principle in 5 U.S.C. § 552 is that the court may assess reasonable attorney fees and other litigation costs against the agency when the court determines that agency personnel acted arbitrarily or capriciously with respect to withholding information.

When we process documents that contain information that can be released, we are required to separate or isolate this information from information that cannot be released. One exception to

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

this rule is where the non-exempt material is inextricably intertwined with the exempt material and the only information being released are words and/or phrases that do not make sense.

*"Inextricably intertwined"* is a term used by the courts to describe material which, if redacted, would make no sense at all. That is to say, a person reading it would not be able to gather any idea of the purpose of the document, the possible subject of the document or any other meaningful piece of information.

Recent court decisions involving FOIA processing have continued to stress the requirement of an agency to provide to a requestor all reasonably segregable portions of a record that are not subject to any FOIA exemption.[1]

## 27.04   Out of Scope

Out of Scope pertains to documents or information contained within a record that does not relate to the requestor or the information being requested. Pages that you may mark "out of scope" could include, for example:

- Misfiled documents that have no relationship to the subject of the file.

- Documents not related to the specific receipt file or document requested.

- Documents not a part of the A-file but inserted by the scanner at the digitization facility, for instance, documents marked "Best Available Image" or "The TOC is not part of the certified copy of the A-file."

- Begin and End Visa Packet markers, Left Side / Right Side markers as well as Copy File and Last Page markers.

## 27.05   Third Party Documents Belonging to Another Agency

With the exception of ICE, please out of scope any third party documents that belong to another agency. This policy also applies to other agency's documents that you cannot positively identify as belonging to the subject. For example, if you have a document belonging to Manuel Gonzales (the name matches your subject of record), but the date of birth provided by the requestor does not match information in the file, out of scope the document. We refer third party documents belonging to ICE, and ICE will fully withhold those documents, as necessary.

---

[1] Freedom of Information Guide 2009 Edition  pg 82

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

27.31.c        Do not redact PII that is contained in a public document. Public documents would include internet media or newspaper/news magazine articles and country human rights reports.

27.31.d        Fully withhold third party documents such as birth certificates, driver's licenses and passports, citing Exemption (b)(6).

27.31.e        If we cannot tell if a third party photograph of a person's face has been provided to us by the subject of the file or the requestor, please withhold the photograph citing Exemption (b)(6). One exception would be a third party photograph that has appeared in a newspaper article. You should release such a photograph, because it would be considered "public domain." If the subject of record is in a group photograph, such as a wedding or family event, fully release the photograph.

27.31.f        Fully withhold correspondence contained in the file relating to the employment of a third-party citing Exemption (b)(6).

27.31.g        If processing a FOIA request, fully withhold Naturalization Certificates, Lawful Permanent Resident Cards, and Employment Authorization Cards if they do not belong to the subject of the request, and the third party has not signed a certification of agreement for the FOIA case you are processing.

27.31.h        Redact the G-325, Biographical Information in part, if it does not relate to the subject of the file. Release the title of the form and the name of the individual. Fully release the G-325 if it pertains to the requestor.

Page 3(c) of the G-325 is designated for (b) (7)(E). If INS/USCIS sent the form to (b) (7)(E) to conduct a name check and we have received a response, the page should be referred to (b) (7)(E) for release determination. Please hide the name of the agency. If there is no stamp or response in the bottom section, please process the page normal. The markings are similar to the ones shown below:

73

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.



(b) (7)(E)

27.31.i        Other than deliberative grand jury documents, release court documents, such as transcripts and filed exhibits in full if the subject is named in the document.

An exception to this rule is if there is information in a pleading or exhibit clearly showing it was filed for in camera or ex parte review or filed under seal – in that situation, even though it was filed with the court, you fully withhold it, citing Exemption (b)(5), or (d)(5) and (b)(5) if the case is Privacy Act.

If the court document was prepared by ICE attorneys, please refer it to ICE. If you are unsure, please contact a supervisor.

Grand Jury deliberative documents, including witness statements, are covered under Exemption (b)(3), Rule 6(e). If an indictment is not stamped as filed with the court, we withhold grand jury forepersons' and members' names under Exemption (b)(7)(C), or (k)(2) and (b)(7)(C) if the case is Privacy Act.



27.31.j        Withhold all sensitive third-party information from an Affidavit of Support (Forms I-134, I-864 and I-864A). Partially release tax returns and W-2s provided in support of an Affidavit of Support. Release only the title of the tax return and the name of the individual who owns the tax return; all other information is exempt under Exemption (b)(6). Do not withhold the minimum income requirement portion since it corresponds to poverty guidelines and not to the person's income.

27.31.k        Relatives, neighbors, employers or close friends of the subject usually submit affidavits of character. Redact all sensitive information, such as A-numbers, status of the individual (USC/LPR) and social security numbers from these affidavits.

74



PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

27.42.c        Some worksheets/processing sheets could have attachments such as copies of Driver's Licenses, Social Security Cards or other documents provided by a third-party. Fully withhold these third party documents citing Exemption (b)(6), unless the attachments are part of a law enforcement document, then (b)(7)(C) is applicable. If certification of agreement of the third-party is present, fully release these documents.

27.42.d        Please partially withhold CBP Form 93, Unaccompanied Alien Child Screening Addendum to UAC Initial Placement Referral Form citing Exemption (b)(7)(E), or (k)(2)/ (b)(7)(E) if the case is PA. If there are law enforcement officers' names and/or badge numbers, please also withhold those, citing (b)(7)(C), or (k)(2)/(b)(7)(C) if the case is PA. CBP's concern is that release of the questions would reveal precise questioning procedures used by CBP in screening juveniles, and that release would pose a risk of circumvention of the law (b)(7)(E)

                                                    This form may contain analysis, conclusions, or recommendations, and therefore you should evaluate for possible (b)(5), or (d)(5)/(b)(5) if the case is PA.

27.42.e        If it was filled out by CBP, please fully withhold the Discretionary Authority Checklist, citing (b)(7)(C), (b)(7)(E) and evaluate for (b)(5). If you are processing a Privacy Act case, please also cite Exemption (k)(2) and possibly (b)(5). The checklist contains analysis, conclusions, or recommendations, and contains protected systems check results. If it was filled out by ICE, please refer the Discretionary Authority Checklist to ICE.

27.42.f        Please partially withhold the Record of IBIS Query (ROIQ) or Record of Inquiry – TECS (ROIT) citing Exemption (b)(7)(E), or (k)(2)/ (b)(7)(E) if the case is PA. If there are law enforcement officers' names and/or badge numbers, please also withhold those, citing (b)(7)(C), or (k)(2)/(b)(7)(C) if the case is PA. Examples follow:

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release. | Review for (d)(5) and (b)(5), otherwise release. |
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |
| Non-ICE Attorney work product including attorney worksheets, trial attorney notes (blank sheets can be released) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Computer codes used to maneuver within the system such as the function keys (PF1) | Release | Release |
| Initials (not law enforcement function or refugee officer) | Release | Release |
| Names and initials of refugee officers (except on correspondence mailed to the refugee) | (b)(6) | Release |
| Refugee interview notes | (b)(7)(E) | (k)(2) and (b)(7)(E) |

159

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Bond Worksheet (multi page document) This document could have copies of social security cards, driver licenses and money orders attached if bond was posted by an individual. | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Money order attached to Bond Worksheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| CARRP Worksheet | Withhold in full | (b)(7)(C) and (b)(7)(E) | (k)(2), (b)(7)(C) and (b)(7)(E) |
| Continuation Page, Form I-831 | if not ICE and it is a continuation of a served document, release.<br><br>If not ICE and it is a continuation of an unserved document, Law enforcement names and identifiers<br><br>If ICE, refer to ICE. | (b)(7)(C) | (k)(2), (b)(7)(C) |
| DACS Screenprints | Refer to ICE | | |
| Deportation Case Check Sheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Deportation Worksheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Detention and Removal Case Check Sheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |

162

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| Record of Persons and Property Transferred, I-218 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
|---|---|---|---|
| Record of Sworn Statement in Affidavit | Refer to ICE, or if prepared by CBP and signed by alien, release. | | |
| Report of Detainees missing Property I-387 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Stipulated Order of Removal | Refer to ICE, or if prepared by CBP and signed by alien, release. | | |
| TECS II External Message Display, Interstate Identification Index | Law enforcement names and identifiers | (b)(7)(C) | (k)(2), (b)(7)(C) |
| TECS II Subject Query Results (Hit List) | Withhold in full | (b)(7)(E) and (b)(7)(C) | (k)(2), (b)(7)(C) and (b)(7)(E) |
| Third Agency Check (TAC) may also be titled Netleads-AVALANCHE | Refer to ICE | | |
| Travel/Document Request and/or Worksheet | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Unaccompanied Alien Child Initial Placement Referral Form and Unaccompanied Alien Child Screening Addendum, CBP Form 93 | Law enforcement names, badge and phone numbers, questionnaire to determine human trafficking. | (b)(7)(C) law enforcement names/numbers    (b)(7)(E) questionnaire | (k)(2) and (b)(7)(C) law enforcement names/numbers    (k)(2) and (b)(7)(E) questionnaire |

170

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

# USCIS FOIA INFORMATION BULLETIN

April 7, 2015

The **FOIA Information Bulletin** is a publication issued by the FOIA Quality Assurance and Customer Service Group as a communication tool regarding current information of use and interest to USCIS FOIA personnel. The intent of the bulletin is to improve consistency and timeliness of information. See your supervisor if you have any questions about bulletin topics.

**We have added** a new section, **6.3.1.2.1, Track 1 vs. Track 2 Clarification**, to the FOIA/PA Assistants Guide as follows (new information in red):

## 6.3.1.2.1   Track 1 vs. Track 2 Clarification

We occasionally have confusion on whether a case should be placed in the Track 1 or Track 2 queue. Most of the confusion centers on how we apply Blocks 2 and 3 to our decision-making process.

**Block 2: Description of Record(s) Requested:**

Block 2 is where the requester decides whether he or she wants their complete A-file or a portion of his or her records.

Consider the example below. The requester selects **"Other"** and specifies **"Records of departures and arrivals into the U. S. between 2010-2013."**

This request will amount to just a few pages. This is a Track 1 case.

| 2. Description of Record(s) Requested: |
| --- |
| NOTE: While you are not required to respond to all items in Number 2, failure to provide complete and specific information as requested may result in a delay in processing or an inability to locate the record(s) or information requested. |
| ☐ Complete Alien File (A-File) |
| ☒ Other *(please specify)*: Records of departures and arrivals into the U.S. between 2010-2013 |
| Purpose: *(Optional: You are not required to state the purpose of your request. However, doing so may assist USCIS in locating the record(s) needed to respond to your request.)* |
| To assist in responding to Request for Evidence for I-8210 application (deferred action for childhood arrivals). |

In this next Block 2 example, "Complete Alien File" is checked.

Is it a Track 2 case? It depends. Section 6.3.3.1 tells us that if you find nothing other than screen prints (RAFACS staffings) or a receipt file, you need to make this a Track 1 case.



Page 1 of 75

13

If the petition is consolidated into the beneficiary's file, and you **do not** have consent from the beneficiary, you will close the case as Total Denial and include the following blurb as the second sentence in the first paragraph of the TD letter:

> "It is the policy of USCIS to file any adjudicated petitions, such as the Form I-129F or Form I-130 in the beneficiary's record after issuance of a visa. Beneficiary consent is required to obtain any petitions from their record."

This is legally important because we must have VOI of the subject of record and we must have certification of agreement if the Requestor is other than the subject of record. *If we are staffing the subject of record's A-file, and if the Requestor is not the same person as the subject of record, then we need certification of agreement from the subject of record.*

If the petition has not been consolidated into the beneficiary's A-file, whether the petitioner or the beneficiary is the Requestor, we may staff for it. In this situation, we list the subject of record the way it is listed in the request letter, whether the petitioner or the beneficiary.

PCQS or CLAIMS screen-prints usually would not provide the Requestor with the information he or she is requesting, because the Requestor is asking for a copy of the file. Rarely, a petitioner may only need a particular piece of information, such as proof of filing to prove Section 245i eligibility. If that is the situation, and we have the petitioner's VOI (and certification of agreement, if necessary) then you should provide those screen-prints with a RAFACS staffing. This is not usually what happens, so providing screen prints is an exception, not the rule.

Page 75

14

# USCIS FOIA INFORMATION BULLETIN

August 3, 2012

The **FOIA Information Bulletin** is a publication issued by the FOIA Program Office as a communication tool regarding current information of use and interest to USCIS FOIA personnel. The intent of the bulletin is to improve consistency and timeliness of information. See your supervisor if you have any questions about bulletin topics.

**We have amended** section 28.14.g of the *Processing Guide* as follows, ~~old paragraph in strikethrough~~, new paragraph in red:

~~**28.14.g Detainee Classification System – Primary Assessment Form** Refer the Detainee Classification System – Primary Assessment Form to ICE. Do not hide the name of the agency.~~

<u>**28.14.g  Detainee Classification System Assessment Forms**</u> If prepared by ICE, refer Detainee Classification System forms to ICE. Do not hide the name of the agency.

**We have amended** Appendix C – Processing Tables of the *Processing Guide* as follows, ~~deleted informatin in strikethrough~~, change in red:

Detainee Classification System --~~Primary~~ Assessment Forms

**We have amended** Section 8.7 of the *FOIA/PA Assistant's Guide* as follows, ~~deleted informatin in strikethrough~~, re-written section in red:

~~As other agencies process FOIA/PA requests, they will sometimes find our agency's documents within their files.  These documents will be referred to us for processing.  The responsive records could be USCIS documents being referred to us for review or joint documents i.e., co-authored by the referring agency and other agencies.~~
   ~~A.   A transmittal memorandum advising us to respond directly to the referring agency is a consultation.~~
   ~~B.   A transmittal memorandum advising us to reply directly to the requester is a referral.~~
_____

~~Create a Discussion and send the case to processor.  Send an e-mail to NRC, NRCFOIAMSB  advising them that you have created the case and that it is a referral/consultation from another agency.  Include the subject's name and the NRC control number.~~

*page 1 of 54*

*L5*

# USCIS FOIA INFORMATION BULLETIN

September 21, 2012

The **FOIA Information Bulletin** is a publication issued by the FOIA Program Office as a communication tool regarding current information of use and interest to USCIS FOIA personnel. The intent of the bulletin is to improve consistency and timeliness of information. See your supervisor if you have any questions about bulletin topics.

**We have amended Section 27.35** of the *Processing Guide* as follows, new information in red, deleted information in strikethrough:

## 27.35   Asylum/Refugee Interview Notes

Please fully withhold asylum/Refugee interview notes and question/answer worksheets, citing Exemption (b)(5), because they demonstrate deliberative privilege. In addition, if you are processing the case as FOIA, you should withhold anything that would identify family members or other third parties, citing Exemption (b)(6). This also includes all factual question/answer notes and worksheets.

Fully withhold asylum/refugee interview notes and question/answer worksheets, citing Exemptions (d)(5) and (b)(5) if processing under the PA.

**NOTE:** It doesn't matter whether the subject signed the form or not, please withhold asylum/refugee interview notes and question/answer worksheets as stated above.

**We have amended Appendix C: Processing Tables** (USCIS Miscellaneous Documents) as follows, new information in red, deleted information in strikethrough:

| Asylum/Refugee flowcharts and worksheets | Partially Withhold in full (b)(5), if applicable (deliberative process) | Withhold in full (d)(5) and (b)(5), if applicable |
|---|---|---|
| Blank asylum/refugee flowcharts | Release | Release |



2 of 54

L6

# FOIA INFORMATION BULLETIN

O: FOIA/FOIA LIBRARY/FOIA INFORMATION BULLETIN
February 12, 2010

The **FOIA Information Bulletin** is a publication issued weekly by the FOIA Program Office as a communication tool regarding current information of use and interest to USCIS FOIA personnel. The intent of the bulletin is to improve consistency and timeliness of information. See your supervisor if you have any questions about bulletin topics.

## CHANGE TO EXEMPTION (b)(2)

Since the National Records Center no longer redacts records under the "low" portion of Exemption (b)(2), the exemption has been revised to read:

"Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the United States, such as a significant risk of circumvention of statutes or agency regulations. The types of documents and/or information we have withheld under this exemption may consist of operating rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law enforcement training procedures, or guidelines and manuals of procedures for examiners and adjudicating officers."

This change is effective immediately. If you use auto text, please replace the (b)(2) exemption to reflect the change.

The new exemption can be found at either O:\Foia\FOIA LIBRARY\Case Processing References\Case Processing References/Exemption Phrases or O:\Foia\FOIA LIBRARY\Case Processing References\Case Processing Template Letters/FOIA Final Action.

- The *USCIS FOIA Processing Guide* will be updated to reflect this change.

## PROCESSING US PASSPORTS

Effective immediately, we no longer refer US passports to the Department of State. Please process US passports accordingly.

- The *USCIS FOIA Processing Guide* will be updated to reflect this change.

page 1 of 137
17

## CHANGES MADE TO THE ICE FORM PROCESSING TABLES

The Nails Lookout Inquiry has been added to the table and the Nails Lookout Comments Inquiry has been changed to add Exemption (b)(2) and the phrase "if applicable" when evaluating for Exemption (b)(7)(C).

| Nails Lookout Inquiry | Withhold in full | (b)(7)(C), if applicable and (b)(7)(E) | (k)(2), (b)(7)(C), if applicable and (b)(7)(E) |
|---|---|---|---|
| Nails Lookout Comments Inquiry | Withhold in full | (b)(2) and (b)(7)(C), if applicable, and (b)(7)(E) | (k)(2), (b)(7)(C) and (b)(7)(E) |

- The *USCIS FOIA Processing Guide* will be updated to reflect this change.

## REQUESTS FROM FOREIGN CONSULATES

Any type of correspondence, FOIA request or inquiry received from the consulate of a foreign nation is to be forwarded <u>immediately</u> to the Director's Office for handling. Close the request as an ER and send an e-mail to the OA mailbox (NRC, FOIAOA). Before forwarding however, please verify that the consulate is submitting the request. Often times a first party requester will submit the G-639 and have the responsive records mailed to the consulate in order to obtain a passport. If the subject mailed the request and put the consulate's address on the G-639, please use the subject's address from the envelope and set up a self-request.

- The *USCIS FOIA Processing Guide* will be updated to reflect this change.

## RAFACS VS. RAFACS/CIS

In those instances when screen prints are the only responsive records found, please open a RAFACS staffing slot.

Please do not use RAFACS/CIS when opening a scanning slot.

Opening a RAFACS/CIS slot for the screen prints will put the request for an A-file on the daily report. The contractor looks at this report every day and will try and pull the file from the shelf and scan the file into the case, only to find the slot has already been filled by the screen prints. If they are not able to locate or scan the file into the case, they will be include it on the Problem File report. This is a waste of the contractor's time and our time.



2 of 37    18

PROCESSING GUIDE

## PROCESSING CHARTS FOR ICE AND CBP DOCUMENTS

| TITLE/SUBJECT | TYPE OF INFORMATION | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|---|
| Affidavit In Lieu of Lost Receipt of US INS for Collateral Accepted as Security I-395 | Address of individual any other PII including signature. | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| | Surety company tax payer ID | (b)(3) and 26 USCA § 6103 | NA |
| Alien Booking Record I-385 | Law enforcement names | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Application for Stay of Deportation or Removal I-246 | Box titled "Applicant: DO NOT WRITE BELOW THIS LINE – SIGNATURE" | (b)(7)(C) | (k)(2) and (b)7)(C) |
| Background Check Registry (pg 151 on ICE CD) | Withhold in full | (b)(7)(C)  and (b)(7)(E) | (k)(2) and (b)(7)(C) and (b)(7)(E) |
| | If comments, add | (b)(5) | (b)(5) and (d)(5) |
| Bag and Baggage, I-166 | | Release | Release |
| Baggage Check CBP Form I-77 | | Release | Release |
| Bond Backlog Action Team Action Sheet (BBAT) | Withhold in full | (b)(7)(C) (b)(5) if applicable | (k)(2) and (b)(7)(C) (d)(5) and (b)(5) if applicable |
| Bond Worksheet (multi page document) This document could have copies of social security cards, driver licenses and money orders attached if bond was posted by an individual. | | **Cannot** be withheld in full; redact only the personal law enforcement information and information relating to third party individuals. (b)(7)(C) | **Cannot** be withheld in full; redact only the personal law enforcement information and information relating to third party individuals. (k)(2) and (b)(7)(C) |

19

124

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

# PROCESSING GUIDE

| Bond wksht continued | PII | (b)(7)(C) | (k)(2) and (b)(7)(C) |
|---|---|---|---|
| Money order attached to Bond Worksheet | Signature and any PII | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Departure Record I-94 | | Release | Release |
| Deportation Case Check Sheet Or Deportation Worksheet Or Detention and Removal Case Check Sheet | | **Cannot** be withheld in full. Redact only the personal law enforcement information and information relating to third party individuals citing (b)(7)(C). | **Cannot** be withheld in full. Redact only the personal law enforcement information and information relating to third party individuals. (k)(2) and (b)(7)(C) |
| Detainee Classification System – Primary Assessment Form | Withhold in Full | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| Discretionary Authority Checklist | Withhold in Full | (b)(5) (b)(7)(C) and (b)(7)(E) | (d)(5), (k)(2), (b)(5), (b)(7)(C) and (b)(7)(E) |
| Escort classification Worksheet | | **Cannot** be withheld in full. Redact only the personal law enforcement information and information relating to third party individuals citing (b)(7)(C) | **Cannot** be withheld in full redact only the personal law enforcement information and information relating to third party individuals. (k)(2) and (b)(7)(C) |
| Final Administrative Removal Order, I-851A | Withhold in full if document **has not** been served | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If documents **have** been served | Release | Release |
| Fingerprint Card | Name of individual taking prints (if law enforcement) | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Field Operations Worksheet | Withhold in full | (b)(7)(C) and (b)(7)(E) | (k)(2), (b)(7)(C) and (b)(7)(E) |



125

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY.  Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE

**USCIS MISCELLANEOUS DOCUMENTS**



| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Asylum flowcharts and worksheets<br><br>Blank asylum flowcharts | Partially withhold (b)(5), if applicable (deliberative process)<br><br>Release | (d)(5) and (b)(5), if applicable<br><br>Release |
| Attorney work product including attorney worksheets, trial attorney notes (blank sheets can be released) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Computer codes used to maneuver within the system such as the function keys (PF1) | NA | NA |
| Initials (not law enforcement function) | Release | Release |
| Initials law enforcement | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Legalization/SAW Examinations Worksheet | Click here | Click here |
| Phone numbers (direct lines) of employees and e-mail addresses | (b)(6) | NA |
| Phone numbers and fax numbers of law enforcement personnel | (b)(7)(C) | (k)(2) and (b)(7)(C) |



122

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY   Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

**We have added** another form (Assessment Sheet, second page shown below), to the USCIS Miscellaneous Documents list in the FOIA/PA Processing Guide as follows:

## USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release | Review for (d)(5) and (b)(5), otherwise release. |
| Blank asylum/refugee flowcharts | Release | Release |

A7

Assessment Sheet

| Preliminary Assessment: | (Complete for ABC cases only) |
|---|---|
| _____ Grant | |
| _____ Deny | |

Request Based On

___ Race
___ Nationality
___ Religion
_X_ Political Opinion
___ Membership in Particular Social Group

Documents:

___ Specific
___ Generalized

___ Relevant
___ Irrelevant

_X_ No Documentation

Verbal Testimony:

_X_ Specific
___ Generalized

_X_ Consistent with I-589
___ Inconsistent w/ I-589 (Explain Below)
___ Convincing
___ Unconvincing

___ Credible
___ Not Credible

SUMMARY:

The applicant is a twenty-three year old male, native and citizen of        who entered the United States on July        , near        California, and was not inspected.  He fears harm from the of        , because of his political opinion.

Please see the attached copy of the Notice of Intent to Deny, which has been mailed to the applicant.



123

22

**We have amended** section 27.37 of the *Processing Guide*, as follows (new sentences in red):

### 27.37   Certificate of Service and Documents Filed in Court

If you find documents that were submitted as exhibits by the subject or his/her representative, and there is a stamp on the documents clearly indicating they were filed with a court, please release these documents in full. In addition, if there is a certificate of service that certifies exhibits were filed with a court, you can release the exhibits listed in the certificate of service in full. An exception to this rule is if there is information in a pleading or exhibit clearly showing it was filed for in camera or ex parte review or filed under seal – in that situation, even though it was filed with the court, you fully withhold it, citing Exemption (b)(5), or (d)(5) and (b)(5) if the case is Privacy Act. If you are unsure, please contact a supervisor. It is important not to confuse this procedure for handling exhibits filed with a court with exhibits that are submitted along with a petition. For information on supporting documents or exhibits submitted with petitions, please refer to section 27.33.

**We have again amended Section 27.35** as follows, new information in red, deleted information in strikethrough:

## 27.35   Asylum/Refugee Interview Notes



27.35.a          Notes and worksheets: Ordinarily, we fully withhold asylum/Refugee interview notes and question/answer worksheets that pertain to the interview, citing Exemption (b)(5), because they are privileged deliberative process. Unless otherwise stated in this section, please fully withhold asylum/refugee interview notes and question/answer worksheets. if they pertain to the interview, citing Exemption (b)(5) if processing under the FOIA and Exemptions (d)(5) and (b)(5) if processing under the PA. **NOTE:** It doesn't matter whether the subject signed the form or not, please withhold asylum/refugee interview notes and question/answer worksheets. if they pertain to the interview, as stated above.

27.35.b          In addition, if you are processing an asylum or refugee case as FOIA, you should withhold anything that would identify family members or other third parties, citing Exemption (b)(6). This also includes all factual question/answer notes and worksheets.

27.35.c          Form I-870, Record of Determination/Credible Fear Worksheet: For a first party request, release everything up to SECTION IV, Credible Fear Findings, which is on page 5, unless there is something before

124      

**We have again amended Appendix C: Processing Tables** (USCIS Miscellaneous Documents) as follows, new information in red:

| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Withhold in full (b)(5) | Withhold in full (d)(5) and (b)(5) |
|---|---|---|
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |

**We have amended** section 43, A-FILES CONTAINING MEDIA of the *Processing Guide*, as follows (old address in strikethrough ,new address in red):

If the case you are processing contains a CD, cassette, tape or any kind of media *except* Dictaphone, Gray Audograph, Steno-Disc or floppy disk, please follow the instructions below.

Once a case is processed, the processor should send an e-mail to the NRC, NRCFOIAMSB NRC, FOIAMEDIA mailbox with "Media" in the subject line. Include the control number, A-number, and page(s) number where the media can be located.

125
24