# EXHIBIT 2

Declaration of Dr. Ella Cleveland about "Administrative appeal" records received on June 18, 2017 from the DHS

July 26, 2017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al,<br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>　　　　　Defendant, | Civil Action No. 15-cv-0459 [RGW] |

DECLARATION OF DR. ELLA CLEVELAND dated July 26, 2017

　　I, Dr. Ella Cleveland, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury: I am the manager of the Louise Trauma Center.

1. In March 2017, the Louise Trauma Center sent a FOIA request to the DHS, requesting records concerning the adjudication of administrative appeals of FOIA requests.

2. The DHS responded via a letter dated June 18, 2017, along with 1,239 pages on a compact disc. Attachment A to this declaration is that letter. Attachment B to this declaration are several of the pages from the disc.

　　I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: July 26, 2017.

　　Respectfully submitted,

　　*Dr. Ella Cleveland*
　　DR. ELLA CLEVELAND
　　Manager, Louise Trauma Center

# ATTACHMENT A

# DHS letter dated June 18, 2017

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



U.S. Citizenship
and Immigration
Services

June 18, 2017

NRC2017050499

Ella Cleveland
The Louise Trauma Center
1234 Mass Ave NW 1019
Washington, DC  20005

Dear Ella Cleveland:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office March 22, 2017 regarding all records, documents, guides, materials, instructions and guidance concerning the adjudication of administrative appeals of FOIA requests made to the National Records Center, and used by adjudicators at 150 Space Center Loop, Suite 500 and at the Commercial and Administrative Law Division.

Administrative appeals use the same guidance that is provided for processing Freedom of Information Act/Privacy Act (FOIA/PA) requests, so we are providing you with a copy of the USCIS FOIA/PA Processing Guide. Additional guidance is provided at the Department of Justice's Guide to the FOIA which is publically available on the Department of Justice website at www.justice.gov. You were previously informed that records regarding the Commercial and Administrative Law Division will need to be directed to Immigrations and Customs Enforcement and provided their contact information.

We have completed the review of all documents and have identified 1239 pages that are responsive to your request. Enclosed are 1151 pages released in their entirety and 88 pages released in part.  We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

www.uscis.gov

NRC2017050499
Page 2

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. We will identify discretionary releases within the record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages may contain marks that appear to be blacked-out information. Such black marks would have been present prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison, Jill Eggleston, for assistance at:

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

Telephone: 1-800-375-5283
E-Mail: USCIS.FOIA@USCIS.DHS.GOV

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Telephone: 202-741-5770
877-684-6448
Email: OGIS@NARA.GOV
Website: OGIS.ARCHIVES.GOV

NRC2017050499
Page 3

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the NRC number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to 816-350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Enclosure(s)