# EXHIBIT C

## "Valeo rates"

**Plaintiffs' Exhibit**
**79**
Civ. No. 05-1437 (RCL)

# Update of Valeo Rates Data from Plaintiffs' Exhibit 53

# This Exhibit Should Be Printed in Color

**Valeo 2012 Rates from Pl. Ex. 53**
**Updated to 2016 - 2017 Rates Using PPI and USAO Matrix Experience Levels**

| Years of Experience | Valeo Data Average Rate 2012 | 2013 -2014 | 2014 - 2015 | 2015 -2016 | 2016 -2017 | USAO Matrix 2016-2017 | LSI *Laffey* Matrix 2016-2017 |
|---|---|---|---|---|---|---|---|
| 31+ | $772 | $798 | $825 | $848 | $864 | $581 | $826 |
| 21-30 | $740 | $765 | $790 | $813 | $828 | $543 | $826 |
| 16-20 | $696 | $719 | $743 | $764 | $778 | $516 | $686 |
| 11-15 | $683 | $706 | $730 | $750 | $764 | $465 | $686 |
| 8-10 | $610 | $631 | $652 | $670 | $683 | $395 | $608 |
| 6-7 | $586 | $606 | $626 | $644 | $656 | $339 | $421 |
| 4-5 | $540 | $558 | $576 | $593 | $604 | $332 | $421 |
| 2-3 | $464 | $479 | $495 | $509 | $519 | $322 | $342 |
| Less than 2 | $427 | $441 | $456 | $469 | $477 | $291 | $342 |
| Adjustment Factor | | 1.032967033 | 1.067582418 | 1.097802198 | 1.118131868 | | |

**Valeo 2013 Rates from Pl. Ex. 53**
**Updated to 2016 - 2017 Rates Using PPI and USAO Matrix Experience Levels**

| Years of Experience | Valeo Data Average Rate 2013 | 2014 - 2015 | 2015 -2016 | 2016 - 2017 | USAO Matrix 2016-2017 | LSI *Laffey* Matrix 2016-2017 |
|---|---|---|---|---|---|---|
| 31+ | $812 | $849 | $873 | $889 | $581 | $826 |
| 21-30 | $810 | $847 | $871 | $887 | $543 | $826 |
| 16-20 | $701 | $733 | $754 | $768 | $516 | $686 |
| 11-15 | $871 | $911 | $937 | $954 | $465 | $686 |
| 8-10 | $577 | $604 | $621 | $632 | $395 | $608 |
| 6-7 | $619 | $647 | $666 | $678 | $339 | $421 |
| 4-5 | $556 | $581 | $598 | $609 | $332 | $421 |
| 2-3 | $551 | $576 | $592 | $603 | $322 | $342 |
| Less than 2 | $480 | $502 | $516 | $526 | $291 | $342 |
| Adjustment Factor | | 1.045748116 | 1.075349839 | 1.09526372 | | |

2