# EXHIBIT D

874 pages submitted in

DL v. District of Columbia