UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RICA GATORE, et al.,
        Plaintiffs,

        v.                          Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
        Defendant,
_____

## CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENT TO ECF # 78-2

Plaintiffs filed "Plaintiffs' statement of genuine issues and statement of material facts that are necessary to be litigated," [ECF #78-2] on June 21, 2017. The DHS disclosed new documents in June and July 2017. Plaintiffs then filed "Supplement to ECF #78-2" on August 3, 2017 [ECF #86]. This supplement included information which came from the documents recently released by the DHS.

Plaintiffs, however, did not seek leave of the Court before filing ECF #86. Therefore, plaintiffs now file this motion *nunc pro tunc,* for leave to file ECF #86. Counsel for DHS has graciously consented to this motion.

A proposed Order is attached hereto.

        Dated: August 27, 2017      Respectfully submitted,

        DAVID L. CLEVELAND
        Attorney for Plaintiff   DC Bar # 424209
        924 G Street, NW  Washington, DC 20001
        [202] 772-4345  Fax: [202] 386-7032
        1949.david@gmail.com

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                          No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## ORDER

Upon consideration of the Consent Motion for leave to file ECF #86, it is hereby:

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED: ECF #86 shall be deemed filed on August 3, 2017.

SO ORDERED this ___day of _____, 2017.


                                                REGGIE B. WALTON
                                                U.S. District Judge

2