UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RICA GATORE, et al.,
                Plaintiffs,

           v.                            Civil Action No. 15-cv-459  (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
                Defendant,

_____

## CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs filed "Plaintiff Catholic Charities' Reply to DHS Response Regarding Order to Show Cause" [ECF #88] on August 23, 2017.  This Reply is 12 pages long.

Plaintiffs, however, did not seek leave of the Court before filing a Reply exceeding ten pages.   Therefore, plaintiffs now file this motion *nunc pro tunc,* for leave to file a Reply that is 12 pages long.  Counsel for DHS has graciously consented to this motion.

A proposed Order is attached hereto.

       Dated: August 28, 2017      Respectfully submitted,


                DAVID L. CLEVELAND
                Attorney for Plaintiff    DC Bar # 424209
                924 G Street, NW  Washington, DC 20001
                [202] 772-4345  Fax: [202] 386-7032
                1949.david@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                    No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## <u>ORDER</u>

Upon consideration of the Consent Motion for leave to

exceed page limits, it is hereby:

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED: ECF #88 shall be deemed filed

on August 23, 2017.

SO ORDERED this ___day of _____, 2017.


                              REGGIE B. WALTON
                              U.S. District Judge