UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Case 1:15-cv-00459-RBW |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In its reply to Defendant's response to the Court's show-cause order on fees, ECF No. 88, Plaintiff Catholic Charities argues that the Court should apply the LSI Matrix rather than the USAO Matrix to determine base fee rates. Much of Catholic Charities' argument is derived from materials submitted by the plaintiff in *DL v. District of Columbia*, No. 05-1437 (D.D.C.), in connection with its fee petition in that case. Two days after Catholic Charities filed its reply, on August 25, 2017, Judge Lamberth issued an order on that fee petition in which he rejected the LSI Matrix and concluded that the USAO Matrix "is more reliable and unbiased." Exhibit 1, Opinion at 16, ECF No. 580, *DL v. District of Columbia*, No. 05-1437 (D.D.C.). Judge Lamberth examined the same materials that Catholic Charities borrowed and submitted in this case, as well as materials submitted by the District of Columbia and by the United States in a statement of interest, and found that the base rates underlying the LSI Matrix date back to 1989 and are based on "the declaration of one attorney" who "never explained how he identified the attorneys and firms to sample, the number of attorneys he spoke with, how many data points were collected to derive each individual billing rate in the matrix, or how many data points were collected in total." *Id.* (quotation marks omitted). By contrast, the Court concluded that the USAO Matrix uses rates from 2011, relies on

a survey that "represents billing rates of attorney from all size firms in the Washington, DC metropolitan area," uses data "based on a statistical survey of hundreds of attorneys," and "has more narrowly defined categories of years of experience." *Id.* at 17–18 (quotation marks omitted). Further, Judge Lambeth found that the so-called contemporary "market data" presented by the plaintiffs in that case (and borrowed by Catholic Charities here) had "several methodological issues," including an inappropriate reliance on billing rates in bankruptcy matters, a failure to include rates for practitioners with titles other than "partner" or "associate," and a refusal to state whether the affiants actually received payment at the rates claimed. *Id.* at 18.

For these reasons, the court in *DL v. District of Columbia* concluded that the USAO Matrix "had more indicia of reliability and more accurately represents prevailing market rates." *Id.* at 17. Defendant therefore submits that decision in further support of its response to the Court's order to show cause.

| | |
|---|---|
| Dated: September 1, 2017 | Respectfully submitted, |
| | CHANNING D. PHILLIPS, D.C. Bar #415793<br>United States Attorney |
| | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| | By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov |
| | *Counsel for Defendant* |