# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                          Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

## PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY CONCERNING SEGREGABILITY OF ASYLUM OFFICER ASSESSMENTS

An issue in this case is how much of an asylum officer assessment is segregable. The DHS has admitted that at least the first few sentences are segregable. *See* ECF # 78-3 and 73-1.  But, more is segregable:

In *Bayala v. DHS,* 2017 WL 3841828 (D.D.C. 9/1/17), the Court conducted an *in camera* inspection, and found that the first eight paragraphs of the assessment should be disclosed: "In general, factual material is not exempt under the deliberative process privilege…factual portions that are mere 'mechanical recitations,' such as inventories of all facts that 'reflect no point of view' are generally not exempt…." *Id.* at *6.

"Furthermore…. The D.C. Circuit has held that selected facts may still be segregable if-as the Court has concluded here based on its *in camera* review-they do not reveal the agency's decisionmaking process." *Id.* at *7.

The *Bayala* court cited *Playboy Enters.,Inc. v. Dep't of Justice,* 677 F.2d 931 (D.C.Cir. 1982) three times, and quoted from it:

> "Anyone making a report must of necessity select facts to be mentioned in it; but a report does not become a part of the deliberative process merely because it contains only those facts which person making the report thinks material. If there were not so, every factual report would be protected as a part of the deliberative process."

*Playboy Enters.,* 677 F.2d at 935, at page *7 of *Bayala.*

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com