UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RICA GATORE, <u>et al.</u>,         )
                                    )
    Plaintiffs,              )
                                    )
v.                                  )   Civil Action No. 15-459 (RBW)
                                    )
UNITED STATES DEPARMENT             )
OF HOMELAND SECURITY,               )
                                    )
    Defendant.               )
_____)

## ORDER

    In accordance with the Memorandum Opinion issued on this same date, it is hereby

    **ORDERED** that Catholic Charities' request for attorney's fees and costs as set forth in Catholic Charities' Renewed Motion for Summary Judgment as to Ninth Cause of Action, ECF No. 46, is **GRANTED IN PART AND DENIED IN PART**.  It is further

    **ORDERED** that the defendant shall pay forthwith to Catholic Charities attorney's fees in the amount of $5,255.78 and costs in the amount of $400, for a total award of $5,655.78.  <u>See</u> Memorandum Opinion, Attachment 1 (Fee Calculations).

    **SO ORDERED** this 21st day of December, 2017.

                                                         REGGIE B. WALTON
                                                         United States District Judge