UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RICA GATORE, et al.,                )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )   Civil Action No. 15-459 (RBW)
                                    )
UNITED STATES DEPARMENT             )
OF HOMELAND SECURITY,               )
                                    )
            Defendant.              )
_____ )

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that, on or before January 12, 2018, the defendant shall submit for in camera review unredacted copies of each of the individual plaintiffs' assessments to refer at issue in this case.

**SO ORDERED** this 4th day of January, 2018.

                                    REGGIE B. WALTON
                                    United States District Judge