UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICA GATORE, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>　　　　*Defendant*. | Case 1:15-cv-00459-RBW |

## **NOTICE OF IN CAMERA SUBMISSION**

　　Defendant, the United States Department of Homeland Security, hereby provides notice that today, January 10, 2018, it submitted the following records for in camera review pursuant to the Court's order dated January 4, 2018, ECF No. 95:

　　1.　Assessment to Refer re Rica Gatore (Aug. 28, 2014)

　　2.　Assessment to Refer re Isam Al Timemy (Feb. 15, 2012)

　　3.　Assessment to Refer re Georgine Lumonika (Mar. 21, 2013)

　　4.　Assessment to Refer re Innocent Kaban Shyaka (Oct. 10, 2012)

　　5.　Assessment to Refer re Charly Minth Ayessa (June 30, 2014)

　　6.　Assessment to Refer re Aminata Ouedraogo (May 15, 2014)

　　7.　Assessment to Refer re Herve Shyaka (Sept. 18, 2012)

　　8.　Assessment to Refer re Veronica Lemus-Miranda (Aug. 12, 2015)

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*