UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Case 1:15-cv-00459-RBW |

**RESPONSE TO PLAINTIFFS' "REPORT TO THE COURT"**

On January 21, 2018, counsel for Plaintiffs, without obtaining leave, filed a self-styled "report to the Court" (ECF No. 98) that is in the nature of an unauthorized supplement to Plaintiffs' opposition to Defendant's motion for summary judgment. In the report, Plaintiffs claim that the Department of Homeland Security ("DHS") recently partially released to Catholic Charities—in response to separate Freedom of Information Act requests not at issue in this litigation—three assessments to refer in which the first five, six, and seven paragraphs, respectively, were not redacted. Rep. at 1. Plaintiffs present this as a concession by DHS that it may release five to seven paragraphs of *any* assessment to refer, including the assessments at issue in this case. *Id.* at 3.

DHS makes no such concession. As Defendant previously argued, assessments to refer—which are indisputably deliberative, *see Anguimate v. U.S. Dep't of Homeland Sec.*, 918 F. Supp. 2d 13, 18–19 (D.D.C. 2013) (Walton, J.)—are individually reviewed on a line-by-line basis to determine whether and to what extent the information therein may be nonexempt, segregable, and subject to release. *See* Def.'s Renewed Mot. for Summ. J. at 17–18, ECF No. 77-2. Thus, DHS's segregability assessment is specific to each assessment, and the number of paragraphs determined to be segregable in one assessment does not indicate the number of paragraphs segregable in all

assessments. The assessments referred to in Plaintiffs' report are therefore not germane to the assessments at issue in this case and should be disregarded. DHS has explained why it withheld the information it did from the assessments at issue here. *See id.* at 11–15. It stands by that position and makes no concession to the contrary.

Dated: January 25, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*