UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Case 1:15-cv-00459-RBW |

## NOTICE OF FILING

On March 9, 2018, this Court ordered Defendant to "file on the docket in this case a complete copy of its FOIA Processing Guide." ECF No. 100. As the Court noted, Defendant included block quotations from the Guide in the Supplemental Declaration of Jill Eggleston and cited to those quotations to show that is "has a policy of reviewing assessments to refer for segregable information." Def.'s Mem. of Pts. & Auths. in Support of Mot. for Summ. J. at 15, 17–18, ECF No. 77-2 (citing Def.'s Stmt. of Undisputed Mat'l Facts ¶ 12, ECF No. 77-1 (in turn citing Supp. Eggleston Decl. ¶ 9, ECF No. 44-1)).

In response to the Court's order, Defendant hereby submits the complete FOIA Processing Guide as directed. Defendant directs the Court's attention to page 49 of the Guide for the text that is block quoted in Ms. Eggleston's supplemental declaration.

\*   \*   \*

Dated: March 13, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*