PROCESSING GUIDE December 14, 2015

The <u>USCIS FOIA/PA Processing Guide</u> is a ready reference to assist with the processing of Freedom of Information Act and Privacy Act requests.

The Guide contains all updates or changes from the FOIA Information Bulletins issued as of June 15, 2015.

Any articles relating to processing published in the *FOIA Information Bulletins* have been incorporated into this Guide.

The Guide has been saved in PDF format. The PDF format makes searching for information in the Guide easier. **Please view the guide in PDF/A mode while you have FIPS 7 open.** A potential Java scripting conflict exists if you have the document open in PDF mode while running FIPS 7. Viewing the Guide in PDF/A mode disables Java scripting within the Guide – which means hyperlinks within the Guide will not work, but FIPS 7 will not freeze or crash. You may alternate between PDF and PDF/A mode in Acrobat Reader by selecting Edit ⇨ Preferences ⇨ Documents ⇨ PDF/A View Mode. Select "Never" to turn PDF/A mode off, and select "Only for PDF/A documents" to turn PDF/A mode on.

**How does the rulemaking process for this Guide work?** The FOIA Officer, the Chief of FOIA Operations and your Supervisors direct how Government Information Specialists, FOIA/PA Assistants and Office Automation personnel accomplish their missions. Through the Chief of Operations, Supervisors submit a new rule or procedure to the FOIA QA & CS Team. At the direction of the FOIA Officer, QA & CS Team may immediately amend the guide, or they may seek clarification from Office of Chief Counsel. After consultation, QA & CS Team will either amend the Guide or propose a modified rule to FOIA/PA Supervisors, the Chief of FOIA Operations and the FOIA Officer. Re-writes or revisions of the guide are subject to the final approval of the FOIA Officer.

You, the processor, may notice something in the Guide that is awkwardly worded, or contains a typographical error, or something that simply is not true. You contact your supervisor and then Program Office amends the guide.

Before we amend the guide, we may first publish a FOIA Information Bulletin (the exception being a misspelled word, a missing punctuation mark or a grammatical error). FOIA Information Bulletins and the latest version of this Guide are always available at

http://dhsconnect.dhs.gov/uscis/org/ESD/NRC/Pages/FOIAOperationsDivision.aspx

When we make additions or revisions, we create a Record of Revision at Appendix L for quick reference.

<u>PLEASE NOTE:</u> The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

1. INTRODUCTION ................................................................ 10

2. MISSION ........................................................................ 10

3. BACKGROUND ............................................................... 10

4. PRIVACY ACT AND FREEDOM OF INFORMATION ACT EXEMPTION INTERFACE .................................................. 13

5. CERTIFICATION OF AGREEMENT AND VERIFICATION OF IDENTITY ............ 14

    5.01    Certification of Agreement .................................................. 14
    5.02    Verification of Identity (G-639 dated 3-31-2015) ............... 15

    5.02    Verification of Identity ...................................................... 18

    5.03    Requests for Non-Privacy Act Records .............................. 20

6. PREPARING RECORDS FOR DISCLOSURE ...................... 20

7. DECISION TO PROCESS AS FOIA OR PA ...................... 22

8. LPR CLASSES OF ADMISSION NO LONGER IN USE ...... 26

9. CD OR PAPER? ............................................................. 26

10. IN LITIGATION ............................................................ 27

11. FIRST PARTY REQUEST ............................................. 27

12. THIRD PARTY REQUESTS ......................................... 27

13. DECEASED SUBJECTS AND THE 100-YEAR RULE ...... 28

14. ROUTINE USE ............................................................ 28

15. BOND OBLIGORS – IMMIGRATION OR CRIMINAL BONDS .......... 29

16. EXCLUSIONS .............................................................. 29

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**17.      GLOMAR** .................................................................................................. **30**

**18.      PRIVACY ACT (PA) AMENDMENT REQUEST** ................................................ **31**

**19.      TYPES OF RECORDS/DOCUMENTS** ................................................................ **31**

**20.      REQUESTS FOR CERTIFIED COPIES OR CERTIFICATE OF NON-EXISTENCE** ................................................................................................ **32**

**21.      CLASSIFIED RECORDS** ................................................................................ **32**

**22.      FIPS** ....................................................................................................... **34**

    **22a.  SAVE YOUR WORK FREQUENTLY AND REVIEW EXEMPTIONS** ................................. **34**

    **22b.      FIPS PROBLEM (NRC, FIPSPROBLEM)** ................................................ **34**

**23.      FOIA SAFE PROCEDURE** .......................................................................... **35**

**24.      PENDING CASES AS A PROCESSOR** ............................................................ **36**

**25.      FOIA EXEMPTIONS (5 U.S.C. § 552)** ........................................................ **37**

    **25.01      EXEMPTION (b)(1)** ................................................................................ **37**

    **25.02      EXEMPTION (b)(2)** ................................................................................ **37**

    **25.03      EXEMPTION (b)(3)** ................................................................................ **38**

    **25.04      EXEMPTION (b)(4)** ................................................................................ **38**

    **25.05      EXEMPTION (b)(5)** ................................................................................ **38**

    **25.06      EXEMPTION (b)(6)** ................................................................................ **40**

    **25.07      EXEMPTION (b)(7)** ................................................................................ **40**
    *25.07.a      EXEMPTION (b)(7)(A)* ..............................................................................41
    *25.07.b      EXEMPTION (b)(7)(B)* ..............................................................................41
    *25.07.c      EXEMPTION (b)(7)(C)* ..............................................................................42
    *25.07.d      EXEMPTION (b)(7)(D)* ..............................................................................43
    *25.07.e      EXEMPTION (b)(7)(E)* ..............................................................................43
    *25.07.f      EXEMPTION (b)(7)(F)* ..............................................................................43

    **25.08      EXEMPTION (b)(8)** ................................................................................ **43**

    **25.09      EXEMPTION (b)(9)** ................................................................................ **44**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**26.   PRIVACY ACT EXEMPTIONS, 5 U.S.C. § 552A**................................................**45**

**26.01   EXEMPTION (d)(5)**................................................................................**45**
26.02   EXEMPTION (j)(1)..................................................................................45
26.03   EXEMPTION (j)(2)..................................................................................45
26.04   EXEMPTION (k)(1).................................................................................45

**26.05   EXEMPTION (k)(2)**...............................................................................**46**
26.06   EXEMPTION (k)(3).................................................................................46

**26.07   EXEMPTION (k)(4)**...............................................................................**46**

**26.08   EXEMPTION (k)(5)**...............................................................................**46**
26.09   EXEMPTION (k)(6).................................................................................46
26.10   EXEMPTION (k)(7).................................................................................46

**27.   REVIEWING RECORDS AND APPLYING EXEMPTIONS**................................**47**

**27.01   Exemption Marking Placement**..............................................................**47**

**27.02   Special legends and Sensitive Documents**..............................................**48**

**27.03   What is reasonably segregable?**.............................................................**49**

**27.04   Out of Scope**........................................................................................**50**

**27.05   Third Party Documents Belonging to Another Agency**..............................**50**

**27.06   What happens when a book is in the A-File?**...........................................**51**

**27.07   Reference Request Sheet for ARCIS - Out of Scope**................................**52**

**27.08   Misfiled Documents**..............................................................................**53**

**27.09   Registration and Fingerprint Records**....................................................**53**

**27.10   Translation of Documents**.....................................................................**53**

**27.11   Total Denial**.........................................................................................**54**

**27.12   Duplicates**...........................................................................................**54**

**27.13   Medical/Psychological Records**.............................................................**55**

**27.14   Processing Border Crossing Card Information**.......................................**55**

**27.15   Processing Applications for Benefits**.....................................................**56**

**27.16   Third Party Request for Asylum Application (I-589)**...............................**56**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.17**   **Third Party Request for Legalization Files (*8 U.S.C. § 1255a*(c)(5)) and Special Agricultural Worker (SAW) Records (*8 U.S.C. § 1160*(b)(6))** ..........................................................................**57**

**27.18**   **Third Party Request for Joint Petition Waiver Applications (VAWA)** ...................................**58**

**27.19**   **National Automated Immigration Lookout System (NAILS)** ...................................................**58**

**27.20**   **Interagency Border Inspection System (IBIS)** .........................................................................**59**

**27.21**   **Processing the IBIS Resolution Memorandum** ........................................................................**60**

**27.22**   **Fraud Referral Sheet** ................................................................................................................**61**

**27.23**   **Operation Names** ......................................................................................................................**62**

**27.24**   **Joint Automated Booking System (JABS)** ...............................................................................**63**

**27.25**   **FBI Documents** .........................................................................................................................**64**
27.25.a         FD-258 ...........................................................................................................................64
27.25.b         FBI Systems Check Results ...........................................................................................64
27.25.c         FBI Criminal Number ....................................................................................................65
27.25.d         FBI File Number ............................................................................................................65
27.25.e         RAP Sheet or TECS III screen prints ...........................................................................66
27.25.f         NCIC ..............................................................................................................................66
27.25.g         FBI Warning ..................................................................................................................66
27.25.h         Joint Terrorism Task Force (JTTF) ...............................................................................67
27.25.i         Questions about FBI documents ....................................................................................67
27.25.j         IAFIS and NCIC ............................................................................................................67

**27.26**   **ESTA** .........................................................................................................................................**68**

**27.27**   **Names of certain government employees and PII on law enforcement documents** ....................**69**

**27.28**   **Release of Detainee Information** ..............................................................................................**70**

**27.29**   **User Identification Numbers** ...................................................................................................**70**

**27.30**   **Tax Returns** ...............................................................................................................................**71**

**27.31**   **Third-party Documents and PII** ...............................................................................................**72**

**27.32**   **Documents with Third Party Personally Identifiable Information (PII) addressed to subject** ...**76**

**27.33**   **Supporting Documents or Exhibits Submitted with Petitions** ...............................................**77**

**27.34**   **Processing Documents Completed by a Petitioner** ..................................................................**77**

**27.35**   **Asylum/Refugee Interview Notes** .............................................................................................**77**

**27.36**   **Choicepoint/Discovery Plus/CLEAR/Accurint/LexisNexis Person Searches** ...............................**78**

**27.37**   **Certificate of Service and Documents Filed in Court** ............................................................**78**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

27.38    Processing Form I-181, Memorandum of Creation of Record of Lawful Permanent Residence79

27.39    Acronyms in Responsive Records ................................................................................79

27.40    Processing Form I-696, Legalization/SAW Examinations Worksheet ...................81

27.41    Customs Fugitive Report .............................................................................................81

27.42    Worksheets, Processing Sheets, Checklists and Flowcharts ....................................81

27.43    Screen Prints ................................................................................................................90

27.44    Image Storage and Retrieval System (ISRS) ...........................................................95

27.45    Processing TECS and NCIC/NLETS Screen Prints with Search Results .............95
27.45.a    TECS II Person Subject Query ...............................................................................96
27.45.b    TECS II Person Subject Display ..............................................................................96
27.45.c    TECS II NLETS Message Screen ............................................................................
27.45.d    NAILS LOOKOUT Inquiry ....................................................................................97
27.45.e    NAILS LOOKOUT Comments Inquiry ..................................................................97
27.45.f    TECS I-94 printouts .................................................................................................97
27.45.g    I-213, Report of Deportable/Inadmissible Alien ....................................................97
27.45.h    I-275, Withdrawal of Application for Admission/Consular Notification...................99

27.46    Processing Marriage Fraud Interviews / Stokes Interviews....................................100

27.47    Report of Investigation or Memorandum of Investigation ....................................100

27.48    Record of Information Disclosure (Privacy Act), Form G-658 ..............................100

27.49    No Last Page? ...............................................................................................................100

27.50    US-Visit Documents .....................................................................................................101
27.50.a    Redact the following from US-Visit documents, including ADIS:............................101
27.50.b    Things we should release from US-Visit documents, including ADIS:.....................101
27.50.c    Aliases on US-Visit documents .................................................................................102

27.51    Letterhead Memorandum (LHM)................................................................................102

27.52    Forms I-526 and I-829 .................................................................................................103

27.53    Aliens with Multiple Unconsolidated A-Numbers ....................................................104

27.54    Off-line Exemption Spreadsheet Proceedures ..........................................................104

27.55 Identifying Robert Schofield/Hidden Patriot Cases ....................................................105

28.    REFERRALS/CONSULTATIONS ....................................................... 105

28.01    General Considerations for Referrals and Consultations ......................................105

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

**28.02**   **Referral with USCIS Redactions** ....................................................................**108**

**28.03**   **Modifying the Referral Letter** .......................................................................**108**
28.03.a      When do we send Requestor Docs or CSDs with Referrals? ...................108
28.03.b      When do we add alias information? ........................................................109

**28.04**   **DCII Referrals** ...............................................................................................**110**

**28.05**   **Referring documents relating to third party individuals** .........................**110**

**28.06**   **U.S. Department of State documents** ..........................................................**110**

**28.07**   **Broadcasting Board of Governors**................................................................**118**

**28.08**   **Bureau of Prisons documents** ......................................................................**118**

**28.09**   **Deleted** ............................................................................................................**118**

**28.10**   **Foreign Broadcast Information Service (FBIS) documents** ......................**118**

**28.11**   **Should I refer Form I-643 to Health and Human Services (HHS)?** .........**120**

**28.12**   **Not used** ..........................................................................................................**121**

**28.13**   **Deleted** ............................................................................................................**121**

**28.14**   **ICE Documents** ..............................................................................................**121**
28.14.a  IFS ............................................................................................................123
28.14.b  SEVIS .......................................................................................................123
28.14.c  Daily DRO News Submission Report .....................................................125
28.14.d  Record of Action, Form I-703 ................................................................125
28.14.e  Field Operations Worksheet ...................................................................125
28.14.f  Deportation/Detention Worksheets .........................................................125
28.14.g  Detainee Classification System Assessment Forms ................................125
28.14.h  ICE / LESC Warrants .............................................................................125
28.14.i  DACS .......................................................................................................127
28.14.j  I-352, Immigration Bond .......................................................................127
28.14.k  Bond Management Information System (BMIS) ....................................127
28.14.l  EARM and/or DACS subsystem displays ..............................................127

**28.15**   **Deleted** ............................................................................................................**128**

**28.16**   **White House and related agency's documents** ..........................................**128**

**28.17**   **Documents to be referred to ORR**...............................................................**128**

**28.18**   **Referrals and Consultations received from other agencies** ......................**129**

# 29.   CONGRESSIONAL INQUIRIES.................................................... 129

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**30.     UNITED STATES MARSHALS SERVICE - WITNESS SECURITY PROGRAM (WSP)130**

**31.     FUGITIVES FROM JUSTICE** ............................................................... **130**

**32.     REQUESTS FROM FOREIGN CONSULATES** ................................. **132**

**33.     REQUESTS RECEIVED ON THE I-694** ......................................... **132**

**34.     REQUESTS FROM INMATES** .......................................................... **132**

**35.     CHILD SUPPORT REQUESTS (NON-GOVERNMENT)** ................. **132**

**36.     REQUESTS FOR ENTRY AND EXIT INFORMATION** .................... **133**

**37.     GENEALOGY** ................................................................................... **134**

    **37.01     Processing Index Cards** ...............................................................**134**

    **37.02     Processing Index Cards That Contain Accession Data** ...............**134**

    **37.03     Processing Genealogy Records** ...................................................**135**

**38.     PRIVACY ACT AMENDMENT REQUESTS** .................................... **135**

**39.     INTERNATIONAL FOIA MAIL** ........................................................ **136**

**40.     FINAL ACTION** ............................................................................... **136**

    **40.01     Preparing the Final Action Letter** ...............................................**136**

    **40.02     Correctly Formatting the Final Action Letter** .............................**139**

    **40.03     Do I need to add the appeals paragraph?** ..................................**139**

    **40.04     Final Action Letter – Zero pages withheld in full** ......................**139**

    **40.05     Final Action Letter – Specific Documents** ..................................**139**

    **40.06     Dates on Final Action Letters** .....................................................**140**

    **40.07     Documents that contain blacked out information** ......................**140**

    **40.08     Ensuring you get credit for pages** ..............................................**141**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**41.    WHEN DO YOU CLOSE A CASE WITH NO REDACTIONS AS A PD?......... 141**

**42.    FAILURE TO COMPLY (FC) CASE CLOSINGS............................................... 143**

**43.    A-FILES CONTAINING MEDIA ....................................................................... 144**

**44.    FEES ................................................................................................................ 144**

**45.    DISCUSSIONS ................................................................................................ 144**

**45.01    Discussions in General ................................................................................144**

**45.02    The Summary Discussion ............................................................................145**

**APPENDIX A – REFERENCES AND RESOURCES................................................. 148**

**APPENDIX B - DEFINITIONS ............................................................................... 150**

**APPENDIX C - PROCESSING TABLES ................................................................. 157**

**APPENDIX D – FORMS ........................................................................................ 173**

**APPENDIX E – SYSTEMS USED AND DESCRIPTIONS OF SYSTEMS ................. 174**

**APPENDIX F – TECS CODES ............................................................................... 176**

**APPENDIX G – LOOKOUT CASE CODES............................................................. 186**

**APPENDIX H – FORMS WITH EXPLANATION OF REDACTIONS .......................... 190**

G-325, Biographic Information....................................................................................191
I-90, Application to Replace Permanent Resident Card..............................................191
I-94 Arrival/Departure Record....................................................................................192
I-129, Petition for a Nonimmigrant Worker.................................................................193
I-129F, Petition for Alien Fiancé(e)............................................................................193
I-130, Petition for Alien Relative................................................................................194
I-131, Application for Travel Document.......................................................................194
I-134, Affidavit of Support..........................................................................................195
I-140, Immigrant Petition for Alien Worker ...............................................................195
I-360, Petition for Amerasian, Widow(er) or Special Immigrant.................................196
I-485, Application to Register Permanent Residence or Adjust Status ........................196
I-526, Immigrant Petition by Alien Entrepreneur .......................................................197
I-539, Application to Extend/Change Nonimmigrant Status .......................................197
I-589, Application for Asylum and for Withholding of Removal ..................................197

9

PROCESSING GUIDE December 14, 2015

I-730, Refugee/Asylee Relative Petition ................................................................................ 198
I-751, Petition to Remove Conditions on Residence ............................................................ 198
I-864, Affidavit of Support Under Sect 213A of the Act ...................................................... 198

# APPENDIX I – CLASS OF ADMISSION CHART ..................................................... 199

# APPENDIX J – ACRONYMS ........................................................................................ 221

# APPENDIX K – ALIEN NUMBER ASSIGNMENT ...................................................... 251

# APPENDIX L – RECORD OF REVISIONS ................................................................. 254

## 43.    A-FILES CONTAINING MEDIA ................ ERROR! BOOKMARK NOT DEFINED.

**6.4  SEARCH FOR DUPLICATE CASES** ........................................................ Error! Bookmark not defined.

**27.55    Identifying Robert Schofield/Hidden Patriot Cases** ............................ Error! Bookmark not defined.

**5.02    Verification of Identity** ........................................................................................**254**

**5.02    Verification of Identity (G-639 dated 3-31-2015)** ........................................................**255**

## 1.    <u>INTRODUCTION</u>

The United States Citizenship and Immigration Services (USCIS) uses an automated system, Freedom of Information Act/Privacy Act Information Processing System (FIPS) to create, control and process all Freedom of Information Act/Privacy Act (FOIA/PA) requests. All FOIA work for USCIS is centralized at the National Records Center (NRC).

This guide will assist in processing Freedom of Information Act (FOIA) and Privacy Act (PA) requests. An explanation of the exemptions including the standard paragraphs for final action letters, examples of the information we withhold, samples of documents with redactions, and flowcharts/diagrams are included in this guide. Processing guidance for USCIS, Customs and Border Protection and Immigration and Customs Enforcement (ICE) cases are also in this guide.

## 2.    <u>MISSION</u>

The mission of the USCIS FOIA/PA Program is to provide public access to agency records in accordance with the applicable statute (FOIA, 5 U.S.C. § 552) or (PA, 5 U.S.C. § 552a) in a timely and accurate manner.

## 3.    <u>BACKGROUND</u>

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

The Freedom of Information Act, 5 U.S.C. § 552, gives all people, regardless of citizenship, the right to access information in federal agency records. The FOIA is a disclosure statute. While FOIA is a disclosure statute, there are provisions that allow certain documents and information to be exempted from disclosure. There are nine FOIA exemptions, discussed in detail in the exemptions section.

The Privacy Act, 5 U.S.C. § 552a, protects individuals' personal records from unwarranted invasions of privacy. It allows individuals who are United States Citizens (USC) or Lawful Permanent Residents (LPR) to seek access to records about themselves. Like the FOIA, the PA is also a disclosure statute. Like the FOIA, the PA contains provisions that allow certain documents and information to be exempted from disclosure. There are ten PA exemptions, discussed in detail in the exemptions section. Before you apply the appropriate PA exemption, you must identify the companion FOIA exemption.

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

A complete listing of definitions is at Appendix B. You should know four definitions before you begin reading this guide:

1. <u>Nonimmigrants</u> are aliens who seek temporary entry to the United States for a specific purpose. The alien must have a permanent residence abroad (for most classes of admission) and qualify for the nonimmigrant classification sought. The nonimmigrant classifications include: foreign government officials, visitors for business and for pleasure, aliens in transit through the United States, treaty traders and investors, students, international representatives, temporary workers and trainees, representatives of foreign information media, exchange visitors, fiancé(e) of U.S. citizens, intra-company transferees, NATO officials, religious workers, and some others. Most nonimmigrants can be accompanied or joined by spouses and unmarried minor (or dependent) children.

2. <u>Illegal alien</u> is a foreign national who entered the United States without inspection or with fraudulent documentation, or who after entering legally as a nonimmigrant remained in the United States without authority.

3. <u>Immigrants</u> are aliens who lawfully or unlawfully intend to reside permanently in the United States.

4. <u>Lawful Permanent Residents/Permanent Resident Aliens</u> are aliens admitted to the United States and allowed to reside in the United States indefinitely despite not having citizenship. We commonly refer to permanent residents as immigrants; however, the Immigration and Nationality Act (INA) broadly defines an immigrant as any alien in the United States, except one legally admitted under specific nonimmigrant categories [INA section 101(a)(15)]. In other words, the INA defines an immigrant as anyone who intends to stay in the United States indefinitely. An illegal alien who entered the United States without inspection, for example, would be an immigrant under the INA but is not a permanent resident alien. Lawful permanent residents are legally accorded the privilege of residing permanently in the United States. They may be issued immigrant visas by the Department of State overseas or adjusted to permanent resident status by U.S. Citizenship and Immigration Services in the United States.

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

USCIS uses a three-track, first-in/first-out (FIFO) processing system.

Track 1 is used for the less complex cases. These are cases the requestor wants only one or a few specific documents from the file or receipt files.

Track 2 is used for the more complex cases. A complete copy of a file, requests from the news media or special interest groups are Track 2 cases.

Track 3 is used for cases that specifically involve individuals who will appear before an immigration judge. Track 3 cases must include one of the following documents with the FOIA request:

- Notice to Appear (Form I-862) documenting the scheduled date of the subject's future hearing before the immigration judge;

- Order to Show Cause (Form I-122) documenting the scheduled date of the subject's future hearing before the immigration judge;

- Notice of Referral to Immigration Judge (Form I-863); OR

- A written request for continuation of a scheduled hearing before an immigration judge.


## 4.   PRIVACY ACT AND FREEDOM OF INFORMATION ACT EXEMPTION INTERFACE

Requests for records from a subject who is either a USC or an LPR are processed under the Privacy Act statute. When processing a PA case, you may withhold information only when an applicable PA exemption exists with a companion FOIA exemption. Information we routinely hold in a FOIA case pursuant to Exemptions (b)(3) or (b)(6) is released as there is no compatible PA exemption.

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

# 5.    CERTIFICATION OF AGREEMENT AND VERIFICATION OF IDENTITY

## 5.01    Certification of Agreement

"*Certification of agreement*" for the purposes of FOIA/PA is written agreement, approval or permission for access to information in the record by the competent individual to whom the record pertains given to another person. **The case processor must review the request and supporting documents to determine if proper certification of agreement is present.**

5 U.S.C. § 552a(b) No agency shall disclose any record … except pursuant to a **written** request by, or with the prior **written** consent of, the individual to whom the record pertains.

6 CFR § 5.21(f):  If you are making a request for records concerning *(a living)* individual *(other than yourself)*... You must also provide a statement from the individual certifying the individual's agreement that records concerning the individual may be released to you.

Certification of agreement could be:

- Block 3 on Form G-639, or

- A properly executed Form G-28, or

- A separate declaration by the subject, such as:

  Pursuant to the Privacy Act of 1974 and DHS policy, I hereby agree to the disclosure to _____ _____ of any record pertaining to me that appears in any system of records of USCIS, USCBP, or USICE.

Form G-28, *Notice of Entry of Appearance as Attorney or Accredited Representative*, has been revised (03/04/2015). As of May 15, 2015, USCIS no longer accepts prior versions of the G-28.

If there is adequate certification of agreement someplace else in the request, such as on Form G-639 or on a separate statement, any G-28 is inconsequential.

If certification of agreement is provided on no other place except Form G-28, then the attorney must use a *properly executed* new Form G-28 (revision of 03/04/2015).

• If there is no other certification of agreement except on Form G-28 and it is an older version than the revision of 03/04/2015, then you will close the case FC. Please refer to section 42 of this guide.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

• If there is no other certification of agreement except on a new Form G-28 (revision of 03/04/2015) but it is not properly executed, then you will close the case TD (inadequate Certification of Agreement). Please refer to section 27.11 of this guide.

If a parent is filing on behalf of a minor child, the parent must submit proof of parentage. Proof of parentage can be in the form of a birth certificate, adoption decree or similar document, naming the requestor as a legal parent. If guardians file on behalf of their wards, they must submit proof of guardianship. No certification of agreement is necessary from the minor child or the person judicially determined to be incompetent, however the parent/guardian must provide his or her own verification of identity that is notarized or signed under penalty of perjury [6 C.F.R. § 5.21(e)].

Minors may request their own files; they do not need certification of agreement of their parents or guardians to do so. Attorneys may represent minors also.

**We have added** section 5.02, Verification of Identity (G-639 dated 3-31-2015), of the Processing Guide as follows (new information in red):

**5.02    Verification of Identity (G-639 dated 3-31-2015)**

**Note:** On this version of the Form G-639, Certification of Agreement (consent) and Verification of Identity are combined. You still need a name, current address, date of birth and place of birth. However, you only need **one** signature, either notarized or signed under Penalty of Perjury.

Do not close any cases as Total Denials (TD) based on the 3-31-2015 version of the G-639. Failure to Comply (FC) still applies.

If a requestor is asking for a Privacy Act record, he or she must provide verification of identity.

A Privacy Act record, for USCIS purposes, is any item, collection, or grouping of information about a person which we retrieve by the person's name, identifying number, symbol, or other identifying particular assigned to that person. This information includes, but is not limited to, a person's nationality, immigration status, education, financial, medical, criminal, or employment history.

6 CFR § 5.21(d) *Verification of Identity,* says the requestor must provide us:

- Full Name

- Current address

- Date of Birth

15

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

- ▪ Place of Birth

Providing the Alien Registration Number may not substitute for any of the four items of information required by 6 CFR § 5.21(d).

Next, it says the subject of record must sign the request and his or her signature must either be notarized or submitted under 28 U.S.C. 1746 *(penalty of perjury in lieu of notarized signature).*

**8.a.** ☐ **Notarized Affidavit of Identity** (Do **NOT** sign and date below until the notary public provides instructions to you.)

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** I also consent to pay all costs incured for search, duplication, and review of documents up to **$25** (if filing this request for myself).

_____
Signature of Subject of Record

_____
Date of Signature (mm/dd/yyyy)

Subscribed and sworn to before me on this _____

day of _____ in the year _____.

Daytime Telephone Number _____

_____
Signature of Notary

My Commission Expires on _____

16

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**8.b.**  ☐  **Declaration Under Penalty of Perjury**

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2**. I also consent to pay all costs incurred for search, duplication, and review of documents up to **$25** (if filing this request for myself).

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

_____

Signature of Subject of Record

_____

Date of Signature (mm/dd/yyyy)

The notarized signature of the subject or the signature under penalty of perjury does not need to be on the G-639. If a requestor has inserted the **penalty of perjury statement on ANY document**, and the subject of the file has signed the document, it fulfills the requirement to verify identity.

The notarized signature or signature under penalty of perjury **might** be on a:

- Separate letter, or any piece of paper *including* a G-28, but then only if the penalty of perjury statement is directly above the signature of the subject of record.
- G-639, when the subject has signed part 4, either notarized or under penalty of perjury.
- DOJ-361, Certificate of Identity:  we may not suggest or require that a requestor use a DOJ-361, but we can accept one as certification of agreement with a signature under penalty of perjury.

A current photo ID is for information purposes only and is not verification of identity.

**"Verification of Identity"** for purposes of FOIA/PA does not include a Form G-28 with a statement made under penalty of perjury by the requesting attorney or representative "that the information I have provided on this form is true and correct."  The statement must come from the subject of the record. A statement made under penalty of perjury must conform to the requirements of **28 U.S.C. § 1746:  Unsworn declarations under penalty of perjury**, which reads as follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**(1)**If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).(Signature)".

**(2)**If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).(Signature)".

## 5.02    Verification of Identity

If a requestor is asking for a Privacy Act record, he or she must provide verification of identity.

A Privacy Act record, for USCIS purposes, is any item, collection, or grouping of information about a person which we retrieve by the person's name, identifying number, symbol, or other identifying particular assigned to that person. This information includes, but is not limited to, a person's nationality, immigration status, education, financial, medical, criminal, or employment history.

6 CFR § 5.21(d) *Verification of Identity,* says the requestor must provide us:

- Full Name
- Current address
- Date of Birth
- Place of Birth

Providing the Alien Registration Number may not substitute for any of the four items of information required by 6 CFR § 5.21(d).

Next, it says the subject of record must sign the request and his or her signature must either be notarized or submitted under 28 U.S.C. 1746 *(penalty of perjury in lieu of notarized signature).*

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

The notarized signature of the subject or the signature under penalty of perjury does not need to be on the G-639. If a requestor has inserted the **penalty of perjury statement on <u>ANY</u> document**, and the subject of the file has signed the document, it fulfills the requirement to verify identity.

The notarized signature or signature under penalty of perjury **might** be on a:

- Separate letter, or any piece of paper *including* a G-28, but then only if the penalty of perjury statement is directly above the signature of the subject of record.

- G-639, when the subject has signed the first page and the second page does not contain the signature of the subject but has been notarized.

- DOJ-361, Certificate of Identity:  we may not suggest or require that a requestor use a DOJ-361, but we can accept one as certification of agreement with a signature under penalty of perjury.

A current photo ID is for information purposes only and is <mark>not</mark> verification of identity.

**"Verification of Identity"** for purposes of FOIA/PA does <u>not</u> include a Form G-28 with a statement made under penalty of perjury by the requesting attorney or representative "that the information I have provided on this form is true and correct."  The statement must come from the subject of the record. A statement made under penalty of perjury must conform to the requirements of **28 U.S.C. § 1746:  Unsworn declarations under penalty of perjury**, which reads as follows:

> Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

> (1) If executed without the United States:

>> "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
>> Executed on (date).
>> (SIGNATURE)".

> (2) If executed within the United States, its territories, possessions, or commonwealths:

>> "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(SIGNATURE)".

If the requestor is asking for records concerning *(a living)* individual, ~~and if~~ there is only one signature, and the request does not fall under one of the categories above for certification of agreement and/or verification of identity, create a new Discussion stating the problem and either close the case as a Total Denial or a Failure to Comply, based on the decision matrix shown below.

| Who is the Requestor? | Certification | VOI | Close? |
|---|---|---|---|
| Self | Not needed | If adequate | No close - staff |
| Self | Not needed | If inadequate | FC – Sec. 16b |
| 3rd Party (incl Atty) | If adequate | If adequate | No close - staff |
| 3rd Party (incl Atty) | If inadequate then | Does not matter | TD – Sec. 16a |
| 3rd Party (incl Atty) | If adequate | If inadequate | FC – Sec 16b |
| 3rd Party (incl Atty) | Other proof (death cert, proof of guardianship) | Must establish identity of subject of record | No close - staff |

## 5.03   Requests for Non-Privacy Act Records

If a person is not requesting a Privacy Act Record, then there is no requirement to establish Verification of Identity or Certification of Agreement. Non-Privacy Act Record requests frequently fall under SIG. Such a request may arrive by mail, fax or e-mail, and do not require a signature. Requestors must provide name, mailing address and adequate description of the records they are seeking. By submitting the request, the person is agreeing to pay fees up to $25.00, unless they specify more.

Additionally, if a requestor establishes that the subject of record is deceased, or if the subject of record is more than 100 years old, then the requestor is not required to establish his or her own Verification of Identity.  The same requirements apply to a request for the file of a deceased person as apply to a request for a Non-Privacy Act Record.

## 6.   PREPARING RECORDS FOR DISCLOSURE

6.1   FIPS assigns cases to processors on a first-in first-out basis. The processor must review the request and all supporting documents scanned into the case. The processor should complete the following steps before processing the record:

    6.1.a.   Read the request letter, request supporting documents, requestor documentation, Discussions, staffing response and case supporting documents.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

6.1.b.   Ensure that requestor's and subject's names are spelled correctly. Verify that the address is correct.

6.1.c.   "Print to CD" should already be checked unless the mailing address is to a correctional facility, or if the requestor has specified "paper only" in the request. If it is not correct, un-check "Print to CD" and then click the Save button.

6.1.d.   If this is a request for specific documents only, change the category on the FIPS worksheet to reflect "DOC" and then click the Save button. That does not apply to "SFR Cases at NRC."

6.1.e.   Check for duplicate or similar cases. If there are duplicate or similar cases, create a Discussion in both. Your supervisor may wish to assign the duplicate case to you to close. The same processor should process similar cases whenever possible. Please note:  a supervisor will not move the case out of order.

6.1.f.   Confirm certification of agreement, verification of identity, and reasonable description of records being sought. For more information, read section 5, CERTIFICATION OF AGREEMENT AND VERIFICATION OF IDENTITY. If the requestor has specified that it is a third party request, please read the section 12, THIRD PARTY REQUESTS. Otherwise, if you do not have the necessary certification of agreement or verification of identity, please close the case as a Total Denial or Failure to Comply based on the decision matrix found in section 5.02, Verification of Identity.

6.1.g.   Verify that the responsive records are what the requestor asked for. If not, please send the file to Records Locator to staff for the correct file.

6.1.h.   Verify the responsive records relate to the subject of record by comparing the file with information the subject provided in the request. There is no need to compare information in CIS with either the request or the responsive records. The important thing is to verify information in the request letter with information in the file. Annotate for your Summary Discussion the page numbers where you found the information. If the wrong file is scanned in, it may have been an error in staffing or scanning. If it is obviously a simple mistake in staffing, such as an inverted A-number, create a discussion for Records Locator with an explanation of what happened and which file RL should request. If you are sure it is not a staffing error, create a discussion for Records Locator. "*RL, wrong file is*

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

*at sequence #. Please refer to section 32.9.3 of the FOIA/PA Assistant's Guide*."

    6.1.i.   Determine whether to process the case under the FOIA or the PA. You accomplish this by reviewing the responsive records for the status of the subject. While you should not rely upon the information in CLAIMS and CIS, the information you find can be <u>one</u> of the tools you use to determine status. This information also may be an indicator of what kinds of documents you may see in your case.

6.2.    The first requirement of case processing is to read the request letter, request supporting documents, requestor documentation, Discussions, staffing response and case supporting documents. They may reference Hidden Patriot, as such: "Hidden Patriot Investigation case. Staffed for file at SAC Washington. Once file is scanned into responsive records, please forward case to the current designated processor for processing."  You should not process a Hidden Patriot case unless you are the current designated processor. Please send an e-mail to your supervisor with the case number and the fact that it is Hidden Patriot, and then send the case to Admin.

# 7.   <u>DECISION TO PROCESS AS FOIA OR PA</u>

**7.1**    Your decision to process as FOIA or PA must be based on the file that is scanned in, not based on information in CIS and CLAIMS, unless there are exceptional circumstances and you are directed by a supervisor. If you receive guidance, please insert a Discussion to explain.

**7.2**    Before processing, look for a copy of these documents which would cause you to process the case as a PA:

- Approved, stamped I-181 Memorandum of Creation of Record of Lawful Permanent Residence (For exceptions, see <u>Conditional Permanent Resident</u> paragraph below)

- Approved, stamped I-485 Application to Register Permanent Residence

- Approved, stamped I-751 Petition to Remove Conditions

- Approved, stamped I-829, Petition by Entrepreneur to Remove Conditions

- Immigrant Visa with DOE and COA stamped

- Immigrant Data Summary with DOE and COA stamped

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- Order of the Immigration Judge which grants LPR status under Section 216, 216A, 245 or 249 of the INA.

- Approved, stamped I-90, Application to Replace Alien Registration Card

- Approved, stamped N-400, Application for Naturalization

- Approved, stamped N-600, Application for Certificate of Citizenship

- Certificate of Naturalization or Certificate of Citizenship

**7.3**    Q:  There is a Form I-181, but it is not stamped, nor does it have a signature … is it invalid?
A:  Not necessarily.  A computer-generated I-181 for a SAW applicant does not have a stamp or signature, but is nevertheless proof of LPR and means you process the case as PA. The computer-generated I-181's for SAW applicants are frequently difficult to read. There are four possible classes of admission for SAW applicants who adjusted: S16, S26, W16 and W26. You might see computer generated I-181's for asylees, but those must be stamped.

**7.4**    Q:  My subject of record adjusted status from AS1 to AS6. The date on the stamp is 2010, but the "As of" date is 2009 … is that a counterfeit document?
A:  No. Asylees and refugees may back-date their adjustment of status date to the day they were originally granted asylum or status as a refugee. In those instances, the "as of" date on the I-181 and in CIS can be different than the date of the approval stamp.

**7.5**    Q:  This file has both an Order of Deportation and an approved, stamped I-485, so which one am I supposed to use to determine FOIA or PA?
A:  The most recent action in the file is the one that determines status. If a person was granted W16 in 1990, but there is an Order of the Immigration Judge in 1995 which orders deportation, the case is a FOIA. Conversely, if there is an executed warrant of deportation in 1987, but there is an Order of the Immigration Judge in 2008 which grants status under Section 245 of the INA, the case is a PA.

**7.6**    Q:  The only proof of LPR I can find is a photocopy of the green card. The file does not have any I-485 or I-181 approved and stamped. Can I use the copy of the green card as my proof of LPR?
A:  Not usually. Please look for documentation other than form I-551, the Permanent Resident Alien card, since there is frequently a counterfeit or photo-substituted I-551

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

that CBP has confiscated within a file.  If there is no other documentation of lawful permanent residence, you may process the case as PA if the CARD (9222) information in CIS or PCQS matches the information on the I-551 AND your supervisor has seen the information and agrees with you. If you are processing as PA under those circumstances, please add that information to your summary discussion.

**7.7**   Things that have no effect on your decision either way:
- An approved I-129, I-129F, I-130, I-140, I-360 or almost any other document with the word "petition" in the title does not mean you process the case as a PA –   The approved petition is the first step, but there still has to be an approved I-485 or I-181 in order for you to process as PA. Form I-751 is an exception. If Form I-751 is approved, that will allow you to process the case as PA.

- A temporary resident card does NOT mean you process the case as PA. You are looking for lawful permanent residence. Temporary residents are SAW or legalization applicants. If there is no approved I-181, you would still process the case as FOIA.

- A FINAL DISP of NOT R/O on an EOIR screen print in the file does not imply either nonimmigrant or LPR status. You are looking for an immigration judge's order to make the FOIA/PA determination, otherwise, the person reverts to the same status he or she had before proceedings.

- A Notice of Intent to Deny or Notice of Intent to Rescind does not affect immigration status.

- An unexecuted Warrant of Removal/Deportation does not affect immigration status.

- A denied N-400 does not imply loss of status as a Lawful Permanent Resident.

- A denied I-90 does not imply loss of status as a Lawful Permanent Resident.

**7.8**   <u>Loss of Status</u>:  If a person was an LPR at one point, but lost status, you will process the case as a FOIA.  Please note in your Summary Discussion what page you found the document that took away status. A document like this could be:
- An immigration judge's order of removal or deportation.

- An executed I-407, Abandonment of Lawful Permanent Resident Status.

- A Notice of Termination or

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- A Notice of Rescission

**7.9** <u>A conditional permanent resident</u> is an alien who has been lawfully admitted for permanent residence within the meaning of section 101(a)(20) of the INA, except that a conditional permanent resident must apply for removal of the conditions on lawful permanent residence within the 90-day period immediately preceding the second anniversary of adjustment. By 8 CFR § 216.2(a), failure to apply for removal of the conditions will result in an automatic termination of the alien's lawful status. What does this mean to you as a processor?

- A conditional permanent resident less than two years after status was granted will have an unexpired, stamped, approved I-181 or I-485 in the file. Process as PA.

- A conditional permanent resident more than two years after status was granted, who has filed Form I-751, but the form has not been adjudicated, has had status as LPR automatically extended. Process as PA.

- A denied Form I-751 in the file takes away status. Make note of the page the form is on for your Summary Discussion and process as FOIA.

- A conditional permanent resident more than two years after status was granted and has not filed Form I-751 has lost status under the law. Process as FOIA.

**7.10** Q:  It is more than two years after my subject of record was granted CR6 status.  There is a Form I-751 in the file. It has not been adjudicated, and it was accepted after my subject's status expired. Did you not say a person's status automatically terminates if he or she fails to file Form I-751 within the 90 days preceding the second anniversary of CR status?

A:  Yes, that is true. Their status automatically terminates.

Q:  Why would the service accept the I-751 after the expiration date?

A:  Money. It is very expensive to issue a Notice to Appear, arrest the alien, and bring them before an Immigration Judge. The alien may be forgetful rather than criminal or engaging in fraud. USCIS practice is to accept and adjudicate Form I-751 and adjudicate it on its merits even after the second anniversary has passed, as long as there is no letter of rescission or termination in the A-file. For FOIA purposes, if there is a Form I-751 in the file and the service accepted it for processing, whether it was filed before or after the second anniversary does not matter, meaning we would still process the case as PA.

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 8.     LPR CLASSES OF ADMISSION NO LONGER IN USE

Sometimes a processor will see an immigrant visa with a class of admission that, according to Appendix H of the processing guide, is a nonimmigrant class of admission. There are many immigrant classes of admission used as late as the 1960's which are no longer in use, due to numerous changes to the Immigration and Naturalization Act (INA). For example, O-1 (Native of certain Western Hemisphere countries) was an immigrant class of admission until Section 245 of the INA was amended in 1958. O-1 later became a nonimmigrant classification (Temporary worker with extraordinary ability) with an amendment to the INA in 1990.

If the immigrant visa was issued in the 1960's or before, and if Appendix H says the class of admission is Non-Immigrant, you may verify that it is really a permanent resident class of admission by following this link:

http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-26573/0-0-0-32054.html

You must go to section 4, which is "Classes Currently Not In Use - Legal Permanent Resident Aliens."

Please annotate that you verified the class of admission in your Discussion.


## 9.     CD OR PAPER?

In an effort to save time, money and resources, we send final action responses on CD to all requestors. When we send out the acknowledgement letter to the requestor, it advises them that unless they write in and specifically ask for their documents to be produced on paper, they will be receiving them in a CD format.

A few guidelines to follow:

- Case Creators will mark the "print to CD box" on all new case creates, unless the address is to a correctional facility or if the requestor specified paper only in the request.

- Prisoners/detainees may not receive CDs. All responsive records mailed to a correctional or detention facility must be on paper. If the subject is detained but responsive records are being sent to an attorney's office, please send it on a CD.

- If a requestor writes in and specifically asks for his or her records on paper, the Mail Team will uncheck the "Print to CD" box and create a Discussion explaining the reason. The correspondence will be scanned in as a case supporting document (CSD).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

- While the creator is primarily responsible for marking the print to CD box, the processor and the approver should ensure that the correct box is marked during pre-processing checks.

- If your records are printing to a CD, it is not <u>required</u> that duplicate pages be marked as fees are not assessed on CD's.

## 10.   <u>IN LITIGATION</u>

If you pull a case to process and it has "In **Litigation**" (in **red**), please stop any processing immediately and notify your supervisor. If you are approving and you see this warning, please do not take any action to approve the case and contact your supervisor. Supervisors should contact the FOIA Program Office when notified of a case with such a warning being in the processing or approving queue. The Program Office will provide directions on disposition of a FOIA request that is the subject of litigation.



## 11.   <u>FIRST PARTY REQUEST</u>

A first party request is a request from a person asking for access to his/her record. If the requestor is not the subject of the record, but provides certification of agreement from the subject of the record, we will process it as a first party request. If a parent of a minor child provides proof of parentage, we will process it as a first party request.  If a guardian provides proof of guardianship, we will process it as a first party request.

## 12.   <u>THIRD PARTY REQUESTS</u>

A third party requestor is any person who asks for access to a living individual's record. If a third party requestor provides certification of agreement from the subject of record, we will process the case the same as a first party request. Upon receipt of a third party request without written

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

certification of agreement from the subject of record, please close the case as a Total Denial. This includes a petitioner who may be asking for a photocopy of the Affidavit of Support he or she filed for an estranged spouse. If we do not have certification of agreement of the subject of record, we will not disclose the information. For Total Denial procedure, please refer to section 27.11 of this guide.

## 13.   DECEASED SUBJECTS AND THE 100-YEAR RULE

If the subject of a request is deceased, it is incumbent upon the requestor to provide proof of death. Proof of death could be any of the following:

- Death Certificate;
- Obituary;
- Funeral Memorial; or
- Photograph of headstone
- Screen print from the Social Security Death Index

If the subject of a request is over 100 years old, USCIS assumes the subject is deceased and does not require proof of death. This USCIS rule carries over from Department of Justice, Immigration and Naturalization Service, which used Social Security Administration actuarial studies. The studies showed that a male who was 30 years old in 1950 has a 0.01% chance of living to be 100 years old, while the chance that a female who was 30 in 1950 would do so is only 2%. For more information, see *Schrecker v. US Dept. of Justice, 349 F. 3d 657.*

You, the processor, may have a case in which there is some mention of the petitioner as being deceased. If that is the only mention of the person being deceased, please consult your supervisor before deciding to release that person's information (and note it in a Discussion). If you have the Social Security Number of an individual mentioned in a file, you may search SSDI to determine that the individual is deceased, and based on that search, you may release that person's information. Please include the information in a Discussion if you do that.

## 14.   ROUTINE USE

The Service may disclose records from the alien files to other Federal, State and local government agencies as a normal course of operation for law enforcement purposes. Certification of agreement is not necessary for the processing of these types of requests. Some examples of these types of requests include requests relating to child support enforcement and aliens seeking public assistance.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

Requests from non-Federal government agencies for verification of status of aliens are routine use.

These types of requests are not a part of FOIA and should not be scanned into the system.

## 15.   **BOND OBLIGORS – IMMIGRATION OR CRIMINAL BONDS**

Immigration Bond obligors are surety companies who have posted an immigration bond (Form I-352) for an alien who has been taken into custody by the Service. If the alien fails to attend his hearing, then the bond is forfeited. Under the court case *Amwest Surety v. Reno,* No. 93-3256 JSL (Shx) (C.D. CA., June 22, 1995), the surety companies, or their attorneys, are entitled to a partial copy of the alien's file to assist them in locating the alien. These types of requests are processed by Immigration and Customs Enforcement. Immigration bonds may also be posted by individuals. However, individuals are not covered under the court case.

Criminal bonds are bonds that have been posted by individuals or bail bondsmen relating to non-immigration violations of the law. This type of bond obligor is only entitled to proof of deportation of the alien by the Service. These types of requests are also processed by Immigration and Customs Enforcement.

Please assign a final action code of ER to any bond obligor requests that have been scanned into FIPS and send to Up-front Approver. Please send the OA room an e-mail containing the REQ number or control number, and also include the requestor's name.

OA room will mail the request to the following address.

Immigration and Customs Enforcement
Information Disclosure Section Attn: Debra Laird
1010 East Whatley Road
Oakdale, LA  71463

## 16.   **EXCLUSIONS**

In 1986, the Attorney General published a memorandum specifying circumstances under which an agency will respond as if the excluded records do not exist:

1.  Whenever a request is made which involves access to records described in subsection (b)(7)(A), and
    a.  The investigation or proceeding involves a possible violation of criminal law; and
    b.  There is reason to believe that
        i.   The subject of the investigation or criminal proceeding is not aware of its pendency, and

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

ii.  Disclosure of the existence of the records could reasonably be expected to interfere with enforcement proceedings.

2.  Whenever informant records maintained by a criminal law enforcement agency under an informant's name or personal identifier are requested by a third party according to the informant's name or personal identifier [access to records described in subsection (b)(7)(D)].

3.  Whenever a request is made which involves access to records maintained by the Federal Bureau of Investigation pertaining to foreign intelligence or counterintelligence, or international terrorism and the existence of those records is classified information as provided in subsection (b)(1).

If you are processing unclassified material, you may possibly encounter circumstances 1 and 2. If you believe information in the file falls under one of those circumstances, contact your supervisor. The Attorney General's memorandum directs us to treat this type of information as if it falls <u>outside the scope of FOIA</u>.

## 17.  <u>GLOMAR</u>

Hughes Aircraft owned a deepwater recovery vessel, the Glomar Explorer, that could go farther down than any officially known U.S. or Soviet technology in the early 1970's, and could recover things from the ocean floor. "Glomar" is a contraction of **Glo**bal **Mar**ine, an underwater exploration and drilling contractor which supervised construction of the ship. A reporter filed a FOIA request with the CIA asking about whether CIA used a ship called the Glomar Explorer to recover a Soviet ballistic missile submarine that had capsized north of Hawaii. The CIA refused to confirm or deny the existence of any such vessel or any such operation, and the agency cited Exemptions (b)(1) and (b)(3) in conjunction with the National Security Act of 1947. Since then, federal courts, including the Supreme Court, have allowed agencies the "Glomar response" when there is an issue of national security or when there is a cognizable privacy interest.

We do not provide any information if a third party requestor is seeking **specific** information from NAILS or any law enforcement system or copies of applications/petitions for benefits relating to asylum status, refugee status, spousal abuse protection and certain other benefits. We fully withhold documents if the requestor is neither a party to nor a rider on the application/petition. USCIS does not use the word "Glomar" or the particular language of the "Glomar response" in these situations. Instead, we cite applicable exemption(s) to substitute for the "Glomar" assertion if the case is appealed or goes to litigation. For this reason, you must fully withhold the pages.

Do not quote the word "Glomar" in the Final Action Letter. You will have to mark each page with the applicable Exemption(s). Cases like this frequently go to litigation.

This is not the same thing as exclusion. There may be information within a file that is exempt under (b)(7)(A) but the subject of record is fully aware, or should be fully aware, that he is being

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

investigated, and in any event, disclosure of the fact that there is an on-going investigation could not reasonably be expected to interfere with enforcement proceedings.

## 18.   PRIVACY ACT (PA) AMENDMENT REQUEST

This type of request applies to LPR's or USC's only. A Privacy Act (PA) amendment allows an LPR or USC to request an amendment or correction to his or her alien file.

Requests must be in writing. Requestors must identify themselves as described in the paragraph Certification of agreement and Verification of Identity when seeking to amend information in a PA system of records. They must identify the particular record involved, the nature of the amendment sought, and the justification for the amendment.

Currently, the Special Interest Group handles PA Amendments. If you open a PA Amendment request in the normal FOIA processing queue, put the case in the Admin Queue and contact your supervisor.

## 19.   TYPES OF RECORDS/DOCUMENTS

19.1.     Requests processed by the NRC could consist of complete alien files, specific documents from the alien file, files relating to contracts, statistics/reports and/or requests relating to special interest topics.

19.2.     Contained within the alien files can be various types of petitions/applications, processing sheets/worksheets and screen prints from various databases used for researching as well as documents provided by the alien. You may find a list of forms at www.uscis.gov under the tab titled "Forms." We provide guidance on some USCIS forms at Appendix H of this guide.

19.3.     Deferred Action for Childhood Arrivals



Please change the Category to "Deferred Action Childhood" if you see Form I-821D in the file or other evidence that the person filed for consideration of Deferred Action for Childhood Arrivals (for example, an approval notice).

Calculate Queue Position

Save

31

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

Click "Save" and then insert a Discussion with the page number where you found the Form I-821D or other evidence.

**NOTE: If the category "SFR Cases at NRC" is selected, but you determine that you have a DACA case, please change the category to DACA for inclusion in our annual report.**

19.4.        Track 1, Specific Documents.

If the requestor asked for specific documents, please view the acknowledgment letter.  Case creators modify the specific document language in the acknowledgement letter to be as close as possible to the language the requestor used in the request. The letter should have a sentence such as "You specifically requested a copy of your petition for name change," or whatever specific document the requestor mentioned.  If the acknowledgment letter contains the sentence "**You specifically requested Specific Doc Information**," we will have to process the whole file. Your supervisor may reassign the case to a track 2 processor or may have you process the whole file. If you are unable to contact a supervisor immediately, please place the case in Administrator pending further guidance. Please add a discussion explaining what happened and send an e-mail to your supervisor with the case number as the subject and with the body of the e-mail as follows:  "Words 'Specific Doc Information' left in acknowledgment letter. Case in Admin."

# 20.    REQUESTS FOR CERTIFIED COPIES OR CERTIFICATE OF NON-EXISTENCE

If the request contains any reference to "certified copies" or "certificate of non-existence" please e-mail that information, along with the page you found the document on to NRC, NRCFOIAMSB, and send a cc to your supervisor.

# 21.    CLASSIFIED RECORDS

We do **not** process classified records containing National Security Information (NSI) in FIPS. However, if there is an inadvertent classified data spill and you encounter a document bearing a security classification marking (Confidential, Secret, Top Secret, Sensitive Compartmented Information[SCI], or Department of Energy[DOE] Restricted/Formerly Restricted) immediately stop processing, lock (but do not turn off) your workstation, and contact one of the following people in this order:

Latimer, Mary E.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Innes, Kellie L.
Reed, Joe Dan
Panter, Jarrod T.
McBride, Lyne I.
Ring, Donna R.
Holt, Cynthia L.
Greenwood, Tembra A.
McDaniel, Marcia M.
Bellisime, Tracy A.
Welsh, Brian J.
Eggleston, Jill A.

The person authorized to handle classified documents will verify the document is classified NSI by viewing the document(s) on the employee's computer screen. If the document is determined to be classified, the employee who is cleared for NSI will contact their supervisor and one of the following individuals:   Field Security Manager, Tim Luke, Field Security Manager, Mike Wilson, Local Security Officer, Ruben Orozco, or Field Security Officer Linda Kline at the National Benefits Center (NBC). In addition, the NSI cleared employee should print out the FIPS history and provide it to Tim Luke or Mike Wilson.

If you are teleworking and encounter a document bearing a security classification marking (Confidential, Secret, Top Secret, SCI, or DOE Restricted/Formerly Restricted) in FIPS, please immediately stop processing, save the responsive record, exit FIPS and power down your workstation. Next, call your supervisor and one of the above NSI cleared individuals to notify them of a potential classified data spill. This is the type of statement you should use when making notifications, "I may have run into NSI information while processing."  When instructed, undock the laptop and proceed immediately to NRC with your laptop to have the documents reviewed by a NSI cleared employee.

Once the NSI cleared person confirms the document is classified, you must call the Citizenship and Immigration Services Network Operations Center (CISSNOC) immediately at (303)-542-8501. Explain that classified information has been found in a non-secure environment, answer their questions if you can, and ensure you obtain the incident remedy ticket; it should be a number preceded with INC – INC#xxxxxx. After you have the incident number, you should immediately call local OIT staff (Bryan Miller or Kevin Powell) so they can start local remediation efforts.

After CISSNOC notification, the discoverer and his or her supervisor must draft a Security Violation Report (DHS 11000-10). For the employees that have accessed the file without the appropriate security clearance, an Inadvertent Disclosure Agreement Statement (IADS) is also necessary. The NSI cleared employee and/or your supervisor will discuss it with you.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 22.   <u>FIPS</u>

**22a.  <u>SAVE YOUR WORK FREQUENTLY AND REVIEW EXEMPTIONS</u>** If you are processing and receive an error message, please go back and double check your work from the last time you saved. In most cases, any work you have done since the last save **will not hold.** This underlines the need for all of us to save our work frequently (every 50-100 pages). In addition, if you are having system issues while processing, compare the redactions listed on the left side with the pages on the image side.

If the listed exemptions do not match the exemptions on the image, you will have to delete all redactions on that page and resynch the page to start redactions over. Be especially cautious of this when you get an error message.

Please also create a Discussion explaining what the error message was, what page number you were on, or what pages did not match, so that the approver can look more closely to make sure the redactions are identified and are holding.

**22b.   FIPS PROBLEM (NRC, FIPSPROBLEM)**

Send e-mails to **NRC, FIPSPROBLEM, NRC, FOIA PROGRAM, Tracy Bellisime and your supervisor**:
A. If you are receiving FIPS errors, including if FIPS spontaneously closes
B. If responsive records need to be copied from one case to another
C. If records are incorrectly scanned in a case and need to be removed
D. If FIPS is running unusually slow.

If there are errors in FIPS or FIPS is running slowly, copy the following people on the e-mail: **NRC, FIPSPROBLEM, NRC, FOIA PROGRAM, Tracy Bellisime and your supervisor.** Include the following in the subject line of your e-mail:
• If you are at a Work Stoppage and cannot do any work in FIPS, please title your subject line: **WORK STOPPAGE**, control number and issue.
• If the case you are working on has a problem that is preventing you from completing it, please title your subject line, **CASE NEEDS CORRECTION**, control number and issue
• If the message deals with a problem you can work around, please title your subject line: **FYI ONLY**, control number and issue.

In all cases, in the body of your message, please follow the same format listed below. Attach sanitized screen prints if applicable.

All e-mails to **FIPSPROBLEM, NRC, FOIA PROGRAM, Tracy Bellisime and your supervisor** must contain specific instructions, including a description of the problem and the role

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

of the case; standalone, create, locator or processing and the control number or REQ number if you were creating the case.

- Are you teleworking or at the office?
- Temporarily:  What operating system are you using? XP or Win7?
- What is your cube number?
- What is you work extension number?
- If there are errors in FIPS or FIPS is running slowly, include the following information in the e-mail:
  - What were you doing when the problem began?
  - Did you get an error message? If so, include the message or a screenshot of the message.
  - Is it slow or not responding at all?
  - What other Internet sites do you have open?

- If you are viewing or editing Responsive Records:
  - How many pages of responsive records are there?
  - Do you have thumbnails on?
  - Were you checking in a document, image file or letter?

- If you were doing a search:
  - If you were using a wild card, which field(s) and what criteria?
  - If you were searching on one field or more, which fields (e.g. first and last name)?

## 23.    FOIA SAFE PROCEDURE

Occasionally when we receive a FOIA request, the responsive records will be marked "classified". The creator will staff for the file in the normal way, using the normal staffing sheet. When we receive a classified file in response to the FOIA request, a Government Information Specialist with appropriate security clearance reviews the file. That Government Information Specialist cancels the original staffing and creates a new one marked "FOIA SAFE," and after that prepares the file for processing. This involves removing the classified documents and replacing them with "dummy" sheets indicating the disposition of the classified documents (i.e. referred in full to ICE). The sanitized case is then scanned into FIPS.

The case goes into the general queue to await processing, and then it is assigned to a processor trained to process these types of cases.

If as a processor you encounter a case that has been staffed to FOIA SAFE (see example below), please perform the following procedure:

1. Create a Discussion stating that the case is staffed to FOIA SAFE.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

2. Send the case to Admin and e-mail the NRC, FOIASafe mailbox with the name of the subject of record and control number. Copy your supervisor on the e-mail also.

Note: Do not process the case. Even though it is sanitized and does not require a clearance to review the documents, special care is taken in the processing of these cases.

| 11 | 04/15/10 | Responsive Records | FOIA SAFE | 42 | Scanned |
| 10 | 04/15/10 | Staffing Response | FOIA SAFE | 1 | Scanned |

## 24. __PENDING CASES AS A PROCESSOR__

If you open a case in processing and there is an open slot for responsive records that is still pending, you must determine if we still need those responsive records.

For example, you open a case that has a staffing for an alien file and a staffing for a receipt. The creator staffed for both. The alien file is ready, but the receipt file slot is still open. You look at the alien file and determine that the receipt is consolidated into the A-file. At the time of staffing, it may not have been consolidated, but you can see that between the time of staffing and the time of scanning, it obviously was consolidated. In an instance like that, you do not need the open slot. Click on the icon beside the staffing response and select "Manage Document." A screen will open, allowing you to cancel that request. You are ready to process the case.

In another case, you may determine that one set of responsive records is scanned in but the other set is still pending. In that case, there is no need to send it to admin. Please click the PEND button on the screen (see screen shot below). If you do not know whether or not you still need the second set of responsive records, please contact your supervisor.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.



## 25.   FOIA EXEMPTIONS (5 U.S.C. § 552)

Congress and the courts influence our interpretation of FOIA from time to time. If we need clarification, our source is the Department of Justice's Guide to the FOIA, which is updated on the internet only now at http://www.justice.gov/oip/foia-guide.html

### 25.01   EXEMPTION (b)(1)

This exemption protects from disclosure National Security Information (NSI) concerning the nation's defense or foreign policy. If you think you have a situation where this exemption would apply, please consult your supervisor. (Refer to "Classified Records" on page 8)

### 25.02   EXEMPTION (b)(2)

Exempts internal personnel rules and practices of a relatively trivial nature and not of any genuine public interest, based on the rationale that the very task of processing and releasing some

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

requested records would place an administrative burden on the agency that would not be justified by any genuine public benefit.

This exemption does not apply to documents maintained by this agency.

*Milner v. Department of the Navy*, in which the Supreme Court granted certiorari to the Ninth Circuit Court of Appeals, was decided on March 7, 2011. This decision removed the definition of "high 2." The concept of "high 2" and "low 2" came about from a decision in 1976, *Department of the Air Force v. Rose*. The *Milner* decision goes back to the original legislative intent of (b)(2), saying that the exemption narrowly covers human resources and employee relations records, that "Low 2 is all of 2," and that "High 2 is not 2 at all."


## 25.03   EXEMPTION (b)(3)

Exempts from mandatory disclosure items specifically withheld in conjunction with other statutes. The information most often withheld pursuant to Exemption (b)(3) are taxpayer identification numbers, which we cite in conjunction with 26 U.S.C. § 6103. We may occasionally protect Grand Jury deliberative material, which is exempted by Rule 6(e) of the Federal Rules of Criminal Procedure.

Because there is no corresponding exemption under the PA, we release information normally withheld pursuant to Exemption (b)(3) in a FOIA case, unless that information is exempt under other applicable exemptions.

## 25.04   EXEMPTION (b)(4)

Protects "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential." At NRC, the information withheld citing this exemption normally pertains to contracts.

Because there is no corresponding exemption under the PA, we release information normally withheld pursuant to Exemption (b)(4) in a FOIA case, unless that information is exempt under other applicable exemptions.

## 25.05   EXEMPTION (b)(5)

Protects inter-agency or intra-agency memoranda or letters that would not be available by law to a party other than an agency in litigation with the agency. This includes documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, that represent **the work product of an attorney**, or that reflect **confidential communications between a client and an attorney** (i.e., this agency and its attorneys). This may also include documents of a pre-decisional nature used in the process of adjudicating

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

applications for benefits (**deliberative process**). This does not apply to communications between the alien and his attorney/representative.

The President and Attorney General have issued memoranda to all agencies emphasizing that the FOIA reflects a "profound national commitment to ensuring an open Government" and directing agencies to "adopt a presumption in favor of disclosure."  If USCIS reasonably foresees that disclosure would cause harm to *deliberative process*, we may withhold the information under Exemption (b)(5). Specifically, three types of harm consistently have been held to constitute a basis for withholding under the deliberative process privilege, if release would:

> (1) cast a **chilling effect** upon open, frank and honest discussion on matters of policy between subordinates and superiors; or
> (2) cause **premature disclosure** of proposed policies before they are actually adopted; or
> (3) cause public **confusion** that might result from disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action.

After you have determined that Exemption (b)(5) applies because of deliberative process, you should evaluate the need to protect the information based on one of the three factors listed above.

Some documents we routinely withhold pursuant to Exemption (b)(5) include adjudicator's notes; internal e-mail messages; memoranda and other internal documents. We also withhold Westlaw case printouts, including the web address, as long as those printouts were prepared by a United States attorney (that is, an attorney working for Department of Justice or USCIS, and NOT the alien's attorney). This also excludes attorney work product prepared by ICE attorneys, as we now refer those pages to ICE.

The corresponding exemption under the PA for this type of information is Exemption (d)(5), which exempts information compiled in reasonable anticipation of litigation in a civil action or proceeding. Most immigration issues are administrative in nature.

Documents with instructional legends (e.g., "For Official Use Only," "Adjudicative Work Product," "Do Not Release Outside the Agency.") **are not** automatically exempt from disclosure under the FOIA or PA. A processor must review these types of documents for content. As a  rule, any document marked "Attorney Work Product" is fully exempt under (b)(5) or (d)(5)/(b)(5) if PA unless the document is blank. If the attorney work product has to do with deportation, removal or detention, please refer it to ICE.

### 25.05.a        HANDWRITTEN NOTES AND EXEMPTION (b)(5)

The deliberative process prong of Exemption (b)(5) does not apply to notes that are trivial in nature or state facts. Read and analyze the notes found in the record. Review and carefully apply Exemption (b)(5) only when appropriate.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

For example, if a handwritten note states that in someone's opinion the I-485 should be denied and the file shows that a final decision has been made and the subject of the file has been notified, Exemption (b)(5) would still apply to the handwritten notes. Another example is a note asking that a file be returned to an individual; Exemption (b)(5) does not apply. Handwritten notes that are gibberish do not need protection from disclosure, so Exemption (b)(5) does not apply.

Notes in a file written by an attorney require a separate analysis of whether the note is a protected communication as attorney work product or falls under an attorney-client privilege.

## 25.06   EXEMPTION (b)(6)

Permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we withhold may consist of, but is not limited to, birth certificates, naturalization certificates, driver's licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

### 25.06.a        EXEMPTION (b)(6) AND PERSONALLY IDENTIFYING INFORMATION (PII)

**Personally identifiable information** or **personally identifying information** (**PII**) is any piece of information which can potentially be used to uniquely identify, contact, or locate a single person. This includes but is not limited to social security numbers, alien registration numbers, biometric identifiers, photographic facial images, addresses, and phone numbers. We must protect PII of family members of a deceased individual when working a third party request. You may find more information on PII in Section 27.31, "Third-Party Documents and PII."

## 25.07   EXEMPTION (b)(7)

Exemption (b)(7) protects from disclosure records or information compiled for law enforcement purposes. Exemption (b)(7) has six subparts that specify the different types of harm. The corresponding PA exemption for all (b)(7) subparts is Exemption (k)(2).

APPLICATION OF EXEMPTION (b)(7) – THE LAW ENFORCEMENT EXEMPTION

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

FOIA processors regularly encounter records containing information that is exempt from disclosure under one of the subparts of Exemption (b)(7). Keep in mind the language of the FOIA statute: Exemption 7 protects records or information **compiled for law enforcement purposes**. That will always be the first thing you consider in deciding if Exemption 7 applies. To make your analysis even simpler, most records and information produced by an agency engaged in law enforcement activities are **compiled for law enforcement purposes**. The following are some of the main Federal organizations generally considered to be engaged in law enforcement activities:

Federal Bureau of Investigation
Immigration and Customs Enforcement
U.S. Bureau of Customs and Border Protection
U.S. Secret Service
Central Intelligence Agency
Federal Bureau of Prisons
Drug Enforcement Administration
Bureau of Alcohol, Tobacco, Firearms, and Explosives
U.S. Marshals Service

While law enforcement may not be the primary mission of a Federal agency (such as USCIS), a subunit or section of that agency may perform law enforcement activities that generate records compiled for law enforcement purposes, so Exemption 7 may apply. The Office of Fraud Detection and National Security, part of USCIS, is a good example. The U.S. Coast Guard is a multi-mission organization in the Department of Homeland Security of which law enforcement is part of what they do. The U.S. Department of Labor is not viewed as a law enforcement agency, but Labor's Wage and Hour Division conducts investigations and imposes sanctions against employers who willfully violate the provisions of the H-1B program.

When processing a file, be alert to identifying records that contain information generated by a Federal organization that was performing a law enforcement function at the time. That will bring Exemption 7 into play in the processing of those records.

25.07.a     *EXEMPTION (b)(7)(A)*

Provides protection for records or information compiled for law enforcement purposes, the disclosure of which could reasonably be expected to interfere with enforcement proceedings. The types of documents and/or information that we have withheld could consist of active or ongoing law enforcement investigatory material, including memos, reports, statements, systems checks, or other documents.

25.07.b     *EXEMPTION (b)(7)(B)*

41

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Provides protection for records or information compiled for law enforcement purposes when the disclosure would deprive a person of a right to a fair trial or an impartial adjudication. It is aimed at preventing prejudicial pretrial publicity that could impair a court proceeding. This exemption is rare at NRC. It applies more to accused individuals who will likely have a jury trial.

25.07.c        *EXEMPTION (b)(7)(C)*

Provides protection for personal information in law enforcement records that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is the law enforcement counterpart of Exemption (b)(6). Various types of information relating to third-party individuals may be withheld.

The types of documents and/or information that we withhold could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal. This exemption is primarily used to protect the identities of law enforcement officers, adjudicators and other DHS employees if it is on a law enforcement document; however, it may also sometimes apply to information relating to other third-party individuals.

### 25.07.c.1        *Exemption (b)(7)(C) -The Law Enforcement Privacy Exemption*

We routinely withhold the identities of federal, state, and local law enforcement personnel referenced in an investigatory file or document, citing Exemption 7(C). What about individuals identified in an investigation file or record who are not normally considered law enforcement personnel?

Anytime an immigration officer takes part in a law enforcement activity (making an arrest; patrolling the border; carrying a firearm; serving and executing a search or arrest warrant; conducting a records or systems search for law enforcement purposes), or is identified in some manner in a law enforcement record, withhold the identity of the immigration officer citing Exemption 7(C). Refer to 8 C.F.R. § 287.5 for more detailed examples of when immigration officers, including Adjudication Officers, are considered to be performing duties in a law enforcement capacity. Likewise, when an Adjudications Officer runs an investigatory check on a subject using a law enforcement system such as IBIS, the identity of the Adjudications Officers shown anywhere on the IBIS print out is properly withheld citing Exemption 7(C).

Cite Exemption (b)(7)(C) redacting user ID's and initials involving the same scenarios as stated above.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

*25.07.d*        *EXEMPTION (b)(7)(D)*

Provides protection for records or information compiled for law enforcement purposes, which could reasonably be expected to disclose the identity of a confidential source, including a state, local, or foreign agency or authority or any private institution that furnished information on a confidential basis. A record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, is information furnished by a confidential source. We protect source's identities whenever they have provided information either under an express promise of confidentiality or under circumstances from which such an assurance could reasonably be inferred.

The types of documents and/or information that we may withhold could consist of names, addresses, telephone numbers, institutions, source symbol numbers, or source provided information, such as testimony, statements, reports, investigations, audio/video tapes, or various other documents or information withheld to protect the identity of a confidential source.

*25.07.e*        *EXEMPTION (b)(7)(E)*

Provides protection for records or information for law enforcement purposes that would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information that we may withhold could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

*25.07.f*        *EXEMPTION (b)(7)(F)*

Permits withholding of law enforcement-related information necessary to protect the physical safety of a wide range of individuals. This exemption provides broad protection to "any individual" when disclosure of information about him could reasonably be expected to endanger his life or physical safety. The types of documents and/or information that we may withhold could consist of names, addresses, telephone numbers, source provided information, such as testimony, statements, reports, investigations, audio/video tapes, or various other documents or information withheld as to not endanger the life or physical safety of an individual. This exemption is rare at the National Records Center.

## 25.08   EXEMPTION (b)(8)

Protects matters that are "contained in or related to examination, operating or condition reports prepared by, on behalf of, or the use of an agency responsible for the regulation or supervision of financial institutions."  This exemption does not apply to documents maintained by this agency.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 25.09   EXEMPTION (b)(9)

Covers "geological and geophysical information and data, including maps, concerning wells." This exemption does not apply to documents maintained by this agency.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

# 26.    PRIVACY ACT EXEMPTIONS, 5 U.S.C. § 552a

Congressional and court decisions do not influence our interpretation of the Privacy Act nearly as often as they influence FOIA. The purpose of the Privacy Act is primarily to protect an individual's privacy, and access to records is a secondary part of that protection. If we need clarification of a Privacy Act question, our source is the Department of Justice's Overview of the Privacy Act, which is updated on the internet only now at : http://www.justice.gov/opcl/1974privacyact-overview.htm

## 26.01   EXEMPTION (d)(5)

Permits the government to withhold all documents or information that has been compiled in reasonable anticipation of a civil action or proceeding. Exemption (b)(5) is the companion FOIA exemption. Exemption (d)(5) may not always apply, even if FOIA Exemption (b)(5) does. The information must have been compiled in reasonable anticipation of a civil action or proceeding. The courts have refined the definition of "reasonable anticipation" by saying the anticipation must be real and may not be theoretical or tentative.

There is no requirement that the document must be prepared by an attorney, but there is a requirement that the information must have been compiled in reasonable anticipation of a civil action or proceeding. Frequently, deliberative process has been compiled for that purpose, however, if it has not, then Exemption (d)(5) does not apply.

## 26.02   EXEMPTION (j)(1)

Protects documents maintained by the Central Intelligence Agency.  Exemption (b)(1) is the companion FOIA exemption.

## 26.03   EXEMPTION (j)(2)

Protects documents maintained by an agency or component thereof which performs as its principal function any activity pertaining to the enforcement of criminal laws, including police efforts to prevent, control, or reduce crime or to apprehend criminals, and the activities of prosecutors, courts, correctional, probation, pardon, or parole authorities. Exemption (b)(7) is the companion FOIA exemption.

## 26.04   EXEMPTION (k)(1)

This exemption protects from disclosure National Security Information (NSI) concerning the nation's defense or foreign policy, exactly as 5 U.S.C. § 552 (b)(1). (k)(1) permits the withholding of classified records from individuals without a "need to know" in the performance of their official duties. The exemption has been construed to permit the withholding of classified records from an agency employee with a security clearance who seeks only private access to records about him.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**26.05   EXEMPTION (k)(2)**

Provides protection for investigatory material compiled for law enforcement purposes, other than material that falls within the scope of (j)(2). Exemption (b)(7) is the companion FOIA exemption.


**26.06   EXEMPTION (k)(3)**

Provides protection for records maintained in connection with providing protective services to the President of the United States or other individuals pursuant to 18 C.F.R. § 3056.


**26.07   EXEMPTION (k)(4)**

Provides protection for records required by statute to be maintained and used solely as statistical records.

**26.08   EXEMPTION (k)(5)**

Provides protection for investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employees, military service, Federal contracts, or access to classified information, but only to the extent that the disclosure of such material would reveal the identity of a source who furnished the information to the government under an express promise that the identity of a source would be held in confidence. If the document in question originated before September 27, 1975, the exemption applies whether there is an express or implied promise that the identity of the source would be held in confidence.

**26.09   EXEMPTION (k)(6)**

This exemption provides protection for testing or examination material used solely to determine individual qualifications for appointment or promotion in the Federal service, the disclosure of which would compromise the objectivity or fairness of the testing or examination process.

**26.10   EXEMPTION (k)(7)**

Provides protection for evaluation material used to determine potential for promotion in the armed services, but only to the extent that the disclosure of such material would reveal the identity of a source who furnished information to the government under an express promise that the identity of the source would be held in confidence, or, before the effective date of this section [9-25-75], under an implied promise that the identity of the source would be held in confidence."

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.    REVIEWING RECORDS AND APPLYING EXEMPTIONS

While the USCIS *FOIA Processing Guide* is your primary reference, the *Guide* cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or hand written note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form.

Review each page for content. Each case is unique; therefore, consider disclosure on a case-by-case basis. Determining to release in full, withhold in full or release in part depends upon the type of document, the information on the document, the requestor and whether or not certification of agreement is present. As you process, consider the following:

- If this document/information is released, whom will it harm?

- How did we obtain the document/information, from the subject of the file, another individual, or results of an investigation?

- Is this document/information factual, or is an attorney, investigator or agent analyzing the information and making notes or writing down a plan of action (what steps need to be taken)?

Apply only the exemptions that are applicable. For example, the tables in this guide may say to fully withhold a certain document pursuant to Exemptions (b)(7)(C) and (b)(7)(E), but you determine that the document you are looking at contains no possible invasion of privacy – you would then determine not to cite (b)(7)(C).

Apply all exemptions that are applicable. For example, the tables in this guide may say to withhold law enforcement names, fax and phone numbers on a certain document pursuant to Exemption (b)(7)(C), but you see an IBIS stamp with a result on the document – you would then determine also to cite (b)(7)(E).

Without a Letter of Instruction or Memorandum of Understanding, we do not ordinarily withhold another agency's information. Refer or consult with the originating component or agency and withhold only if advised. See section 28, Referrals/Consultations.


### 27.01   Exemption Marking Placement

You should try to place the exemption stamp as close as possible to the information redacted in the nearest clear area of the document.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

If you have a "cluster" of several pieces of exempt information all withheld under only one exemption, you may place that exemption marking close to the center of the "cluster" so that it is obvious that all several pieces are exempt under one exemption.

If you are citing only one exemption on an entire page, you may either place the exemption stamp as close as possible to the information redacted or you may place an exemption stamp once at the top and once at the bottom of the page. The only time you may place a stamp once at the top and once at the bottom is when you are citing only one exemption on the entire page, or if the case is PA, only one FOIA exemption and only one corresponding PA exemption.

When withholding a page in full, the exemption may be completely or partially hidden (see "before" example below) if it is placed too close to the "PAGE WITHHELD PURSUANT TO" item. You won't see this while you are processing, but if you placed the stamp too close, you will see it after you check the document in.

To avoid this problem, place the exemption <u>further to the</u> <u>right of or below</u> the "PAGE WITHHELD PURSUANT TO" item.



## 27.02   Special legends and Sensitive Documents

Documents with instructional legends (e.g., "For Official Use Only," "Adjudicative Work Product," "Law Enforcement Sensitive," "Do Not Release Outside the Agency") **are not** automatically exempt from disclosure under the FOIA or PA. You must review these types of documents' content. As a rule, any non-ICE attorney work product is fully exempt under (b)(5) or (d)(5)/(b)(5) if PA unless the document is blank. If the attorney work product has to do with deportation, detention or removal, please refer the document to ICE.

If your determination is to release a specially marked page, you must line through the marking using the line tool:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.



Some types of application/petitions or investigative materials (I-589, I-360, Legalization and SAW or investigative material) are highly sensitive. When a third party requestor specifically requests these documents, see section on "Glomar".

### 27.03   What is reasonably segregable?

A processor should segregate information that is exempt (cannot be released) from information that is non-exempt (can be released). If a document contains one piece of information that is not releasable, but the rest of the document is releasable, it is usually improper to withhold the entire page. If you are able to give the requestor part of a page, you should. You should not fully withhold a page solely because it is more convenient. The principle in 5 U.S.C. § 552 is that the court may assess reasonable attorney fees and other litigation costs against the agency when the court determines that agency personnel acted arbitrarily or capriciously with respect to withholding information.

When we process documents that contain information that can be released, we are required to separate or isolate this information from information that cannot be released. One exception to

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

this rule is where the non-exempt material is inextricably intertwined with the exempt material and the only information being released are words and/or phrases that do not make sense.

"*Inextricably intertwined*" is a term used by the courts to describe material which, if redacted, would make no sense at all. That is to say, a person reading it would not be able to gather any idea of the purpose of the document, the possible subject of the document or any other meaningful piece of information.

Recent court decisions involving FOIA processing have continued to stress the requirement of an agency to provide to a requestor all reasonably segregable portions of a record that are not subject to any FOIA exemption.[1]

## 27.04   Out of Scope

Out of Scope pertains to documents or information contained within a record that does not relate to the requestor or the information being requested. Pages that you may mark "out of scope" could include, for example:

- Misfiled documents that have no relationship to the subject of the file.

- Documents not related to the specific receipt file or document requested.

- Documents not a part of the A-file but inserted by the scanner at the digitization facility, for instance, documents marked "Best Available Image" or "The TOC is not part of the certified copy of the A-file."

- Begin and End Visa Packet markers, Left Side / Right Side markers as well as Copy File and Last Page markers.

## 27.05   Third Party Documents Belonging to Another Agency

With the exception of ICE, please out of scope any third party documents that belong to another agency. This policy also applies to other agency's documents that you cannot positively identify as belonging to the subject. For example, if you have a document belonging to Manuel Gonzales (the name matches your subject of record), but the date of birth provided by the requestor does not match information in the file, out of scope the document. We refer third party documents belonging to ICE, and ICE will fully withhold those documents, as necessary.

---

[1] Freedom of Information Guide 2009 Edition  pg 82

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**27.06   What happens when a book is in the A-File?**

The contractor places this page (see attached) in the file when they receive books or items that are bound and are difficult to scan. Please out of scope this page.

<div align="center">

**OUT OF SCOPE**

Book

Front and Back covers

Scanned

_____

_____

_____

# of pages in book _51_
# of pages scanned in book_____

</div>

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.07   Reference Request Sheet for ARCIS - Out of Scope**

Please out of scope the ARCIS Reference Request Sheet if you see it in responsive records (example follows). It is not part of the alien's file.

<span style="color:red">OUT OF SCOPE</span>

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 27.08   Misfiled Documents

While processing, if you encounter misfiled documents take the following steps:

- Out of scope misfiled pages

- If both files are at the NRC, send an e-mail to the FST mailbox (NRC, NRCFOIAMSB) to have the file corrected.  Please copy and fill out the "Misfiled Document Form" located in the Case Processing References Folder on O drive in the FOIA Library, or on the Operations ECN Processor library.

Complete processing of case and send for approval. In the Summary Discussion, annotate the pages of the misfiled documents. If both files are not at NRC, omit sending an e-mail to FST, but still include the information in the Summary Discussion.

## 27.09   Registration and Fingerprint Records

Do not disclose information received as part of an alien registration or fingerprint application to any third person without written certification of agreement from the subject of record; or to another agency, component, or employee for any purpose. The exceptions are:

- When access is requested from a Federal, state or local law enforcement entity for enforcement purposes;

- If in conjunction with removal proceedings; or

- To persons or agencies designated by the Attorney General, by regulation.

None of the above type requests would occur under FOIA. When withholding alien registration or fingerprint records under the FOIA, cite 5 U.S.C. § 552(b)(3) and cite the statute 8 U.S.C. § 1304(b). In addition, you must apply all other applicable exemptions.

## 27.10   Translation of Documents[2]

This agency is responsible for making reasonable effort to translate documents contained within the record for purposes of processing the documents correctly. Since the first-party requestor of an alien file will most likely understand the foreign-language document contained in the file, we do not normally provide a translation to the requestor.  A majority of the foreign documents in A-files have been translated; if a document is not translated, there are individuals at the NRC available to translate. Here is the procedure:

---

[2] FOIA Post (2004):  *The Limits of Agency Translation Obligations Under the FOIA*

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- Insert a Discussion titled "Untranslated Documents" and the reference page numbers.

- Copy the text of the Discussion and paste it into an e-mail to NRC, NRCFOIAMSB, with a CC to your supervisor.

- Send the case to the Administrative queue.

- After translation, a copy of the translated information will be scanned as CSD or added as a Discussion, and returned to you for processing.


## 27.11   Total Denial

A total denial is the withholding of all agency records responsive to the FOIA/PA request. Different agencies have different reasons for totally denying a FOIA request, but the only instance you are likely to see processing a request for A-file or receipt is a request by a third party without adequate agreement to release information from the subject of record. If you determine that you have inadequate certification of agreement, do not make any redactions to the responsive record. Please go by the following procedure:
   A. Uncheck the Print to CD box.
   B. Change the case category to "Third Party No Consent."
   C. Click "Save."
   D. Select the "Final Action Letter" from the Tasks tab. Select "TD" from the final action codes list.
   E. Paste in the body of the "TD No Agreement language" onto the FIPS TD final action letter, which you may find in the Case Create References folder of the O drive FOIA Library or the ECN FOIA Operations Section Case Create Library.
   F. Review the letter to ensure the pasted content is in the correct format, save it and check it in.
   G. Create a Discussion:  "Third Party, No Agreement."
   H. Send to Case Approver.


## 27.12   Duplicates

We must mark duplicate pages when the case is over 240 pages and the requestor is receiving a paper copy. If the case is being printed to a CD, you do not have to mark duplicate pages.

To be considered a duplicate page, the documents must be an exact replica. There is an important exception to this rule:  if the document has been digitized, RDF will place a stamp at the top of the page. If two documents are exactly the same except for that RDF stamp, you may still mark it as a duplicate.  Otherwise, if one document has any markings that are not on the other, then the

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

documents are not duplicates. You should not mark the following types of documents as duplicates:

- Blank pages

- Any type of cover page and

- Documents referred to other agencies. (Refer every copy to the other agency.)


## 27.13   Medical/Psychological Records

As a rule, routine physical examinations received with visa packages and other routine health information is releasable to first parties without further consideration. Rarely however, there may be a case in which there is evidence that the medical information may adversely affect the individual if we release the information. In such an instance, confer with your supervisor first, then follow the following procedure:

- Advise the subject(s) of the request, by telephone or in writing, of the existence of the records and that they will be provided to a physician designated in writing by the subject, which we are allowed to do in accordance with Subsection (f)(3) of the Privacy Act of 1974.

- The physician must establish his/her identity in writing before we release medical records to the physician.

- Proof of identity may be satisfied if the request is received on official stationery.

- Request that the designated physician determine which records should be made available directly to the individual and which records should not be made available due to possible harm to the individual or another person.

- If the subject of the request refuses to follow this procedure and demands release directly to him or her, comply with that demand unless records are eligible to be withheld pursuant to any of the applicable exemptions.


## 27.14   Processing Border Crossing Card Information

If the requestor provides an 80,000,000 through 86,899,999 series number, please remember that these are Border Crossing Card/Border Apprehension numbers. Although these numbers are in CIS, a Border Crossing Card is an electronic record and no physical file exists.   If the only number found is a Border Crossing Card number, the case creator creates the case as Track 1,

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

prints the CIS screens, attaches a "Scan As" sheet marked as responsive records with the screen prints to be scanned and opens a RAFACS staffing slot. A designated FOIA/PA Assistant scans the screen prints into the RAFACS slot and forwards the case to the processing queue. Please include the following statement in your Final Action letter:

> The only file we could locate for you (or "your client") is for a Border Crossing Card. Border Crossing Cards are strictly electronic records. If any other records exist, they would be maintained under the jurisdiction of U.S. Customs and Border Protection at the following address:

> U.S. Customs and Border Protection
> FOIA Division
> 90 K Street, NE, 9th Floor
> Washington, DC 20229-1181

## 27.15   Processing Applications for Benefits

Alien files often contain applications that the alien has filed seeking benefits. These types of benefits include asylum status, refugee status, spousal abuse protection and other benefits. Hold in full those types of records which are prohibited from release to a third party, either by statute or promise of confidentiality, if written certification of agreement or a federal court order is not present. If the subject is a rider, please release the subject's information only.

When a third party requestor specifically requests these documents, see section on "Glomar".

## 27.16   Third Party Request for Asylum Application (I-589)

The confidentiality of applications for asylum (including information contained in the Refugee Asylum and Parole System (RAPS) and Asylum Pre-Screening System (APSS), or the withholding of deportation, based on an asylum application, is protected by 8 C.F.R. § 208.6. This includes records that might indicate that an alien has applied for either benefit.

Confidentiality protection also extends to credible fear and reasonable fear determinations. Asylum confidentiality does not affect any other records about the alien.

The confidentiality parameters are not to disclose a protected record unless:

- The alien has provided certification of agreement to release information;

- The Director of USCIS exercises discretion delegated from the Secretary of DHS to direct release; or

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- One of the exceptions listed in 8 C.F.R. § 208.6 applies.

You should process requests for asylum information originating from a rider on the asylum application as third party requests; however, requesting riders on an asylum application are entitled to information relating to themselves (i.e., his or her information on Form I-589, birth certificates, shot records, passports, etc.).  They are not entitled to any PII relating to the petitioner or any other individuals.

Asylum confidentiality does not affect any other records (i.e., ones that do relate to an application) about the alien. If your requestor is not the subject of the application for asylum, withhold these records as a clearly unwarranted invasion of personal privacy under 5 U.S.C. § 552(b)(6). For example, a rider requesting a copy of the file is not entitled to the narrative portion of the asylum application, the part describing the persecution. Use this same exemption when appropriate, such as to a third party not associated with the application for asylum, to make a "Glomar" denial (i.e., refuse to either confirm or deny whether the service has any records indicating whether a specific alien has filed an asylum application).

## 27.17   Third Party Request for Legalization Files (*8 U.S.C. § 1255a*(c)(5)) and Special Agricultural Worker (SAW) Records (*8 U.S.C. § 1160*(b)(6))

Do not disclose information received as part of an amnesty application to anyone without written certification of agreement from the subject; or to another agency, component, or employee for any purpose.

The exceptions to this rule are when a written request is:

- From an official coroner for purposes of affirmatively identifying a deceased individual; or

- From a Federal, state or local law enforcement entity engaged in a criminal investigation.

Requests must include relevant factual background to substantiate that the information is needed in conjunction with a criminal investigation or prosecution, and must be submitted on official letterhead of the agency and signed by the head of the requesting agency or his/her designee. Nondisclosure restrictions do not bar access to the Inspector General when the records are to be used in connection with an investigation into employee fraud concerning Legalization or SAW applications.

Cite Exemption (b)(6) when withholding this information.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.18   Third Party Request for Joint Petition Waiver Applications (VAWA)

Title 8 U.S.C. § 1186a(c)(4) imposes a statutory prohibition against the release of information concerning an abused alien spouse or child. Do not release the information contained in a waiver application and supporting documents (including the whereabouts of such spouse or child). Please cite Exemption (b)(6) when withholding Petition Waiver applications under the FOIA.

A record may be released, however, with a court order or the written certification of agreement of the applicant, or in the case of a child, the written certification of agreement of the parent or legal guardian who filed the waiver application on the child's behalf. Otherwise, release information only to the applicant; his or her authorized representative, an officer of DHS, or any Federal or state law enforcement agency.

## 27.19   National Automated Immigration Lookout System (NAILS)

NAILS records fall under the jurisdiction of Customs and Border Protection (CBP). We redirect requests seeking access to information about NAILS to that agency, although we do not refer NAILS screenprints or information within alien files to CBP.

Although CBP owns the system, individual records may contain information that belongs to ICE, and if so, we refer those pages to ICE (see Section 27.45).

If you are required to process NAILS records, the following guidelines and exemptions are applicable:

If a request specifically asks for a record from the NAILS system, regardless of whether responsive records exist, we will neither confirm nor deny by citing FOIA Exemption  (b)(7)(E) and (when applicable) PA Exemption (k)(2). Please fully withhold any NAILS LOOKOUT INQUIRY and/or NAILS LOOKOUT COMMENT INQUIRY citing FOIA Exemption (b)(7)(E) and, when applicable, PA Exemption (k)(2). The mere knowledge that a record exists (or *does not exist*) in NAILS could assist a person in violating laws of the United States, and could thus compromise enforcement. We refuse to confirm or deny the existence of records for all third-party requestors under Exemption (b)(7)(C).

NAILS is not a protected system. We protect the **results** of an NAILS search, however, pursuant to Exemption (b)(7)(E) of the FOIA. The mere knowledge that a record exists (or *does not exist*) in NAILS could assist a person in violating laws of the United States, and could thus compromise enforcement.   In the event of NAILS **results** in a PA case, withhold the results only pursuant to Exemptions (b)(7)(E) and (k)(2).

There is an exception to this rule for first party requestors only. Access is granted for records in this system when they relate to the exclusion grounds contained in 8 U.S.C. § 1182(a), 212(a) of the INA.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**27.20   Interagency Border Inspection System (IBIS)**

IBIS is not a protected system. We protect the **results** of an IBIS search, however, pursuant to Exemption (b)(7)(E) of the FOIA. The mere knowledge that a record exists (or *does not exist*) in IBIS could assist a person in violating laws of the United States, and could thus compromise enforcement.   In the event of IBIS **results** in a PA case, withhold the results only pursuant to Exemptions (b)(7)(E) and (k)(2).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.21   Processing the IBIS Resolution Memorandum

Please fully withhold the IBIS Resolution Memorandum, also known as the "IBIS Hit Resolution Memorandum" under (b)(7)(C) and (b)(7)(E), if processing under the FOIA. Fully withhold (k)(2), (b)(7)(C) and (b)(7)(E) if processing as a PA. NOTE:  Background Check Unit at National Benefits Center no longer refers to the procedure as IBIS Resolution, but now TECS Resolution, and so you will see "TECS Resolution Memorandum" or "TECS Hit Resolution Memorandum."  Please treat those documents the same as you would treat the IBIS Resolution Memorandum.

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521


U.S. Citizenship
and Immigration
Services

### IBIS RESOLUTION MEMORANDUM

February 13, 2008

FROM: Background Check Unit, Nebraska Service Center
SUBJECT:  IBIS Resolution
FORM: I140, IMMIGRANT PETITION FOR ALIEN WORKER
TECS / NCIC Number:

BENEFICIARY / APPLICANT:  Ocho-Cinco, C          PETITIONER:  Bengals, C
                                                 DOB: //

Systems checked completed: .

(b) (7)(E)

Anderson, Ken

BCU Supervisor, NSC

60

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.22   Fraud Referral Sheet

Adjudicating officers in the field use the Fraud Referral Sheet to alert FDNS of a potential need for criminal investigation. The officer is acting in a law enforcement capacity when preparing this sheet. Disclosure of certain information on this sheet could create a significant risk of circumvention of the law and could significantly impede current or future criminal investigations.

Please fully withhold this sheet, citing (b)(7)(C) if officers' names are present, and (b)(7)(E) when processing under FOIA, and (k)(2), (b)(7)(C) if officers' names are present, and (b)(7)(E) when processing under the PA.

For Official Use Only

U.S. Department of Homeland Security

U.S. Citizenship
and Immigration
Services

**Fraud Referral Sheet**

DATE: 4/3/07                                    CIS OFFICER: Hurry U. Up

RECEIPT NUMBER/A-NUMBER: A012345678       CIS SUPERVISOR: I. M. Busy II        SDAO

ATTACHED FILES:                              FORM TYPE: I-687N

STAGE IN ADJUDICATIONS PROCESS:
☐ Pre-Interview          ☒ Post-Decision,
☒ Post-Interview              submitted for:
Interview Date(s):        ☒ Documentation
                          ☒ Investigation

☐ INFORMATION REQUEST

REASON FOR REFERRAL (please check all that apply):

APPLY TO ALL FORMS:

(b) (7)(E)

Update 10/4/2004              For Official Use Only                    Page 1/4

61

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.23   Operation Names

"(b) (7)(E)                           is an operation. Please redact citing exemption (b)(7)(E) of the FOIA and (k)(2), (b)(7)(E) of the PA. Other operation names you might see are (b) (7)(E)

and many others.  If you are unsure, please contact a supervisor.



PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.24   Joint Automated Booking System (JABS)

This system is owned by the Department of Justice, United States Marshals Service (USMS). The Joint Automated Booking System contains information input by Federal, State and local agencies on alleged criminals. A-files sometimes contain a JABS Personal History Report form. Each form is assigned a JABS Number. The number on the form reflects what agency input information into JABS. The number will normally begin with an alpha code (INS-C-005256-INS). Process or refer this document according to the alpha code.

Please process any JABS documents completed by USCIS or CBP, applying all applicable exemptions. If you are able to determine the JABS document belongs to ICE, or within legacy INS, to a function inherent to ICE, please refer the document to ICE.



Indicates what office input the information into JABS.

1. JABS NO.
INS-C-005356-INS-C

**NOTE:**  If you find any one of the following, please refer the document(s) to the Drug Enforcement Agency (DEA):

1.  Agency is DEA
2.  DEA agency case number
3.  Narcotics and Dangerous Drugs Information System (NADDIS) number

Example of JABS to refer to DEA:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Joint Automated Booking System — ~~Limited Official Use~~                Page 2 of 2

or Received:
Fingerprint Date:                          Armed Description:
Drug History:                              Mental Competency:
Special Handling:                          Arrested or
                                           Received Narrative:

**Booking Information**          (a)(k)(2)        (b)(7)(c)
Agent: P            Phone:                Agency: DEA    ORI: NYDEA
Site:               Role:                 Date:

**Offender Identification - Numeric Identifiers**
Trans ID:                   USMS/BOP No:              SSN:
NADDIS No: 1111111          Agency Case No: DEA 11111111   FBI No:
INS No:

**Identifying Documents**
NONE
**Vehicle Information**
NONE
**Incarceration Information**
NONE
**Separatee Information**
NONE

## 27.25   FBI Documents

### 27.25.a        FD-258

The FD-258 Fingerprint Tracking System is owned by USCIS. The system is used to determine the status of pending fingerprints and control the receipt and processing of fingerprints submitted to the FBI in conjunction with an application or petition that has been filed by an alien. Two of the screens that you may see in A-files are the "FBI NAME CHECK RESPONSE" screen and the "FD-258 Tracking System" screen. If an FD-258 screen contains any result, whether positive or negative, please partially redact the page, citing Exemption (b)(7)(E) or if PA a(j)(2) and (b)(7)(E).

### 27.25.b        FBI Systems Check Results

Please partially redact documents containing the result of any FBI name check or FBI response descriptor, such as (b) (7)(E) citing Exemption (b)(7)(E) or if PA a(j)(2) and (b)(7)(E).  We are not withholding the fact that we conduct FBI name checks. Please release administrative information that does not have to do with an FBI response, such as a check mark beside "FBI RESULT" on a checklist, or comments such as FINGERPRINTS SENT TO FBI, FINGERPRINTS/BIOMETRICS SCHEDULED, and so forth. Next, there is no need to

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

withhold a response that does not indicate any result, positive or negative, such as PENDING or UNCLASS.

FBI uses the following result codes which you should redact:

No Record:

(b) (7)(E)

Positive Response:
Unknown Response:

The following codes do not indicate any result, and you may release them:

Pending:            IP or H
Duplicate:          DD or D
Request Cancelled:  RC
Error:              E

Please note that IAFIS is a fingerprint identification system belonging to FBI, and we withhold IAFIS under the same rules as any other FBI systems check result. You will often see IDENT and IAFIS listed together. If so, please withhold the result the same as you would withhold IAFIS by itself, that is to say, if it relates to criminal history, we release it, but if it relates to wants or warrants, we withhold it. Since IAFIS POS could relate either to criminal history or to wants or warrants, we withhold it.

## 27.25.c      FBI Criminal Number

RAP sheets and our 9101 screens show what we refer to as the "FBI Number."  FBI refers to these as "criminal numbers."  The FBI criminal number serves as a personal identifier, the same as an A-number for us. An FBI criminal number is nine alphanumerics and is usually identified as being associated with an individual (for example 153701RK0). If you are sure the FBI number relates to the first party requestor, you may release it to the individual. FBI numbers are based on fingerprints, so it would be extremely rare, if not impossible, that an individual would have two FBI numbers. As a corollary, if you see two different FBI numbers, it is extremely unlikely that they relate to the same person. If the FBI number does not relate to your subject of record, please withhold it under (b)(7)(C), or if PA, j(2) and (b)(7)(C).

## 27.25.d      FBI File Number

An FBI file number is not the same as a criminal number – a file number will contain up to 3 digits, sometimes with an alpha ( e.g., 415M) followed by a two letter Field office code (e.g., CG for Chicago, IP for Indianapolis) followed by the unique case number. So, for example, 91A-CG-12345 is a specific bank robbery investigation out of Chicago and you should withhold it under (b)(7)(E), or if PA, j(2) and (b)(7)(E).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.25.e          RAP Sheet or TECS III screen prints**
You may release an FBI RAP sheet pertaining to a first party requestor to the individual. The same is true for TECS Interstate Identification Index screen prints, which are essentially the same thing as an FBI RAP sheet, but may contain law enforcement identifying information. If the subject has a common name, the III search frequently returns several pages of "sounds-like" matches for people who are not the subject of record. If the FBI RAP sheet does not relate to your subject of record, please withhold it under (b)(7)(C), or if PA, j(2) and (b)(7)(C). If there is any law enforcement identifying information on the TECS III screen print, please withhold it, citing Exemption (b)(7)(C) or if PA, j(2) and (b)(7)(C).

**27.25.f          NCIC**
The National Crime Information Center (NCIC) is the United States' central database for tracking crime-related information. Since 1967, the NCIC has been maintained by the Federal Bureau of Investigation's Criminal Justice Information Services Division, and is interlinked with similar systems that each state maintains. The database receives information from federal law enforcement agencies, state and local law enforcement agencies, as well as tribal law enforcement agencies, railroad police, and other agencies, such as state and federal motor vehicle registration and licensing authorities. Since the NCIC collects data from so many systems, there is no general rule for releasing or withholding NCIC information. For example, we would release "NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III) FOR (the subject of record)" because the information comes from III. However, please partially redact documents containing the result of NCIC checks, such as (b)(7)(E) ██████████ citing Exemption (b)(7)(E) or if PA a(j)(2) and (b)(7)(E).  We are not withholding the fact that we check NCIC. Please release administrative information that does not have to do with NCIC checks, such as NCIC submitted, NCIC not available, NCIC results pending, and so forth. If the NCIC check does not relate to your subject of record, please add (b)(7)(C), or if PA, j(2) and (b)(7)(C).

**27.25.g          FBI Warning**
There may be a document originating with FBI marked with the following warning at the bottom:

> "This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency."

Please fully withhold the document, citing Exemption (b)(7)(E), or if PA, j(2) and (b)(7)(E). If the document does not relate solely to the subject of record or contains law enforcement identifying information, please add (b)(7)(C).

66

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.25.h      Joint Terrorism Task Force (JTTF)**

The Joint Terrorism Task Force (JTTF) falls under the purview of the Federal Bureau of Investigation (FBI). Please fully withhold any documents created by the Joint Terrorist Task Force citing Exemption (b)(7)(E), or if PA, j(2) and (b)(7)(E). If the document does not relate solely to the subject of record or contains law enforcement identifying information, please add (b)(7)(C).

**27.25.i      Questions about FBI documents**

If you are unsure of how to handle FBI records, please consult a supervisor.

**27.25.j      IAFIS and NCIC**

Since FBI is the lead agency for both IAFIS and NCIC, does that mean all results of IAFIS and NCIC are exempt?

No.

We may release criminal history that relates to the subject of record, but we may not release wants, warrants, fugitive or terrorist information. RAP sheets may show "IAFIS response" or "NCIC Interstate Identification Index," but since they pertain to criminal history rather than wants, warrants, fugitive or terrorist information, we may release them to the subject of record. On the other hand, we will withhold IAFIS or NCIC "positive" or "negative" because it could have to do with wants and warrants.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.26   ESTA

Please process the Electronic System for Travel Authorization (ESTA) application. See the attached ESTA page below.



PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

**27.27   Names of certain government employees and PII on law enforcement documents**

27.27.a        Redact all law enforcement personnel names citing Exemption (b)(7)(C) only, or Exemptions a(k)(2) and (b)(7)(C) if you are processing under the Privacy Act, *unless* release would not result in an invasion of privacy. If the subject of record was the victim, releasing the name of a police officer who took a police report would not be an invasion of that police officer's privacy. Redact names on investigations or law enforcement documents citing Exemption (b)(7)(C) any time release could constitute an unwarranted invasion of personal privacy. You may redact names of any person involved in law enforcement, be it at the federal, state or local level, if you believe release could constitute an unwarranted invasion of privacy.

27.27.b        Redact all initials, signatures, user ID's, telephone numbers, fax numbers and extensions of law enforcement personnel and personnel performing a law enforcement function citing Exemption (b)(7)(C) in a FOIA and (k)(2) and (b)(7)(C) in a PA. If the telephone number shown is not a law enforcement person's direct line number, release it.  If a signature protrudes into the narrative, protect only that portion of the signature which does not go up into the narrative. The principle is that we should not withhold possibly important information because of a signature. If the text is insubstantial or inconsequential, such as a form number or a paragraph that does not bear on the subject's situation, then redact the whole signature.

27.27.c        After applications/petitions are submitted to the agency, markings such as "Approval/Denial" stamps, names, initials or user ID's may be placed on the documents. You should release those unless the user ID's or initials pertain to a law enforcement function.

27.27.d        If user ID's or initials pertain to a law enforcement function, cite Exemption (b)(7)(C). This rule includes a fingerprint card if any law enforcement name or ID is on the card.

27.27.e        If you are processing a FOIA case, there are certain USCIS personnel whose names you should withhold even when not performing a law enforcement function, citing Exemption (b)(6) or (b)(7)(C) if FOIA, (k)(2) and (b)(7)(C) if PA. Those personnel are:

    (1)     Refugee Officers (b)(6)
    (2)     FDNS personnel (b)(7)(C) or (k)(2), (b)(7)(C)

In addition to that, there are times you must use your judgment. If an asylum or adjudications officer is working overseas, especially in a sensitive region, and if you feel that person could be a potential target for extortion, kidnapping or interference in performance of duty, you should protect that person's name, direct line phone numbers

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

and e-mail addresses, along with any other identifying information. If you have a doubt, please contact a supervisor.

27.27.f        Do not withhold names of the following government officials:

- (1) The district director or service center director;

- (2) The immigration judge; and

- (3) An officer in charge outside the United States.

## 27.28   Release of Detainee Information

Generally speaking, you should fully withhold information in requests for the identities of detainees or for any records regarding these individuals from third-party individuals where the subject of the request has not given certification of agreement, under FOIA Exemption (b)(6) or (b)(7)(C), depending upon the type of document.

In the event that we receive a request for records pertaining to detainees, and your analysis of the records requested falls within any of the categories shown below, you must apply the appropriate exemptions.

- The disclosure of information about a detainee or a group of detainees could affect the detainees' privacy interests. Withhold this information citing Exemptions (b)(6) or (b)(7)(C), depending upon the type of document.

- Disclosure of detainee information could affect ongoing investigations and could give an individual or organization information relating to the course and progress of investigation. You should withhold this information from disclosure pursuant to Exemption (b)(7)(A).

## 27.29   User Identification Numbers

You should not redact user ID's shown on CIS documents or screen prints from CIS computer systems. You **should** redact user ID's shown on a law enforcement documents or systems (a system owned by CBP, ICE, etc.) (DACS, IBIS, NAILS, etc.) citing Exemption (b)(7)(C).

On most receipt file bar codes, there is an employee user ID listed in the bottom right hand corner. Release this user ID. Release the receipt number to both the petitioner and beneficiary.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.



## 27.30   Tax Returns

If you are processing a case under the Privacy Act, you may not hold information under FOIA Exemptions (b)(3) or (b)(6), and so you will be releasing tax returns.

27.30.a  *Personal Tax Returns:*  If you are processing case under the FOIA and you see a personal tax return, (not a corporate tax return), the following rules apply:

1. If there is a joint tax return in the file and the subject of record is party to the return, we release it in full, including worksheets. If there is a joint tax return in the file and the subject of record is party to the return, we release all W-2's that go with that year's joint tax return in full.
2. If there is a joint tax return in the file and the subject of record is not party to the return and we do not have FOIA certification of agreement from that individual (for example, it was filed w/I-864 affidavit of support or possibly with an I-140) then we must PD the return and only release the name of the person who filed the I-864 or I-140. We fully withhold the spouse's information, including their W-2's if they are not part of the I-864/I-140.
3. Fully withhold the Earned Income Credit sheet of a third party when there is no certification of agreement. Release of any part of the form would provide sensitive information about the third party's economic status.

27.30.b  *Corporate Tax Returns:*  If you are processing a case under the FOIA and you see a corporate tax return, IRS Form 1120 (but not a personal tax return with an attached Schedule C), the following rules apply:

1. Companies in general do not have personal privacy protection, so if the petitioner is a company, you do not need the company's certification of agreement and you may release most information about the company. You should still protect any information that would reveal information about compensation of officers, citing Exemption (b)(6).
2. If you find evidence that the subject who requested the file worked for the company, release the Employer Identification Number to the subject. Otherwise, you should

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

withhold the employer's Employer Identification Number citing Exemption (b)(3) and § 6103 of 26 USC, but release the remaining information on this form to the requestor.

3. Even if the subject worked for the company, the company's tax return may have been prepared by an accounting firm that lists their Employer Identification Number. Please withhold the accounting firm's Employer Identification Number, citing Exemption (b)(3) and § 6103 of 26 USC. If you are processing under FOIA, and if the accountant is an individual who lists his or her social security number or Employer Identification Number, you should protect that number, citing Exemption (b)(6).

4. The Preparer Tax Identification Number, or PTIN, is a number issued by IRS to paid tax return preparers who do not wish to disclose their social security number on returns they prepare. A PTIN is a letter followed by eight digits. You should release that number. However – if they do not have an IRS-issued PTIN, IRS requires that paid tax preparers enter their social security number in that block. If the number in the PTIN block is nine digits, please withhold that number, citing Exemption (b)(6).


**27.31   Third-party Documents and PII**

27.31.a       Most files contain third party supporting documents and PII. If you are processing a Privacy Act case, third party supporting documents and PII are not an issue because you will be releasing the information.

If you are processing a FOIA, generally, the rule is to fully release supporting documents to which the **subject of record** is a party, which were completed by the subject of record, or which the subject of record signed. The rest of section 27.31 deals with specific types of supporting documents and exceptions to the general rule.

If you are processing a FOIA, generally, the rule is no certification of agreement = no information. The two major exceptions to the general rule are:
  i.   Information released elsewhere in the file, and
  ii.  Marked court exhibits. There are exceptions, which you can find in section 27.31.i.

We consider applications and petitions differently than we consider supporting documents.  For specific instructions on applications and petitions, please refer to Appendix H.

27.31.b       With the exception of law enforcement personnel (Exemption (b)(7)(C)) and Refugee Officers (Exemption (b)(6)), no privacy right will outweigh the public's right to know the name of the individual who performs an official act as part of their job. Consequently, you should not hold the names of doctors, notaries, attorneys, District Directors, judges, court clerks, translators, tax preparers, USCIS employees (other than Refugee Officers), etc. contained in an A-file.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

27.31.c        Do not redact PII that is contained in a public document. Public documents would include internet media or newspaper/news magazine articles and country human rights reports.

27.31.d        Fully withhold third party documents such as birth certificates, driver's licenses and passports, citing Exemption (b)(6).

27.31.e        If we cannot tell if a third party photograph of a person's face has been provided to us by the subject of the file or the requestor, please withhold the photograph citing Exemption (b)(6). One exception would be a third party photograph that has appeared in a newspaper article. You should release such a photograph, because it would be considered "public domain." If the subject of record is in a group photograph, such as a wedding or family event, fully release the photograph.

27.31.f        Fully withhold correspondence contained in the file relating to the employment of a third-party citing Exemption (b)(6).

27.31.g        If processing a FOIA request, fully withhold Naturalization Certificates, Lawful Permanent Resident Cards, and Employment Authorization Cards if they do not belong to the subject of the request, and the third party has not signed a certification of agreement for the FOIA case you are processing.

27.31.h        Redact the G-325, Biographical Information in part, if it does not relate to the subject of the file. Release the title of the form and the name of the individual. Fully release the G-325 if it pertains to the requestor.

Page 3(c) of the G-325 is designated for (b) (7)(E) . If INS/USCIS sent the form to (b) (7)(E) to conduct a name check and we have received a response, the page should be referred to (b) (7)(E) for release determination. Please hide the name of the agency. If there is no stamp or response in the bottom section, please process the page normal. The markings are similar to the ones shown below:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(b) (7)(E)



27.31.i        Other than deliberative grand jury documents, release court documents, such as transcripts and filed exhibits in full if the subject is named in the document.

An exception to this rule is if there is information in a pleading or exhibit clearly showing it was filed for in camera or ex parte review or filed under seal – in that situation, even though it was filed with the court, you fully withhold it, citing Exemption (b)(5), or (d)(5) and (b)(5) if the case is Privacy Act.

If the court document was prepared by ICE attorneys, please refer it to ICE. If you are unsure, please contact a supervisor.

Grand Jury deliberative documents, including witness statements, are covered under Exemption (b)(3), Rule 6(e). If an indictment is not stamped as filed with the court, we withhold grand jury forepersons' and members' names under Exemption (b)(7)(C), or (k)(2) and (b)(7)(C) if the case is Privacy Act.

27.31.j        Withhold all sensitive third-party information from an Affidavit of Support (Forms I-134, I-864 and I-864A). Partially release tax returns and W-2s provided in support of an Affidavit of Support. Release only the title of the tax return and the name of the individual who owns the tax return; all other information is exempt under Exemption (b)(6). Do not withhold the minimum income requirement portion since it corresponds to poverty guidelines and not to the person's income.

27.31.k        Relatives, neighbors, employers or close friends of the subject usually submit affidavits of character. Redact all sensitive information, such as A-numbers, status of the individual (USC/LPR) and social security numbers from these affidavits.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

27.31.l      If the subject's name is listed on a birth certificate (i.e., the child or parent), release it in full. Otherwise, withhold it in full, citing Exemption (b)(6).

Release documents relating to a minor child of the subject of a request, as long as that individual is still a minor at the time you process the case. These documents may include school documents, medical records, etc.

If the subject of record is listed anywhere on a Chinese or Korean family registry, please fully release it. If the subject of record is not listed on a Chinese or Korean family registry, please fully withhold it, if the case is FOIA, citing Exemption (b)(6). You may see two family registries if both the petitioner and beneficiary come from China or Korea. The Chinese or Korean version usually follows the English translation. The family registries are written in a logical fashion, and you may normally tell which registry you are looking at by the dates of birth which are listed beside the names. If in doubt, please consult your supervisor.

27.31.m      Withhold third party information on other miscellaneous documents. If a document can be reasonably segregated, redact only the personal information. Fully withhold documents such as birth certificates, driver's licenses, passports, or other documents which would disclose national origin or other personally sensitive information.

27.31.n      Death extinguishes the right to privacy. Sensitive or graphic personal details relating to an individual's death may be withheld to protect family members. Examples of this could be photographs of a death scene or results of an autopsy.

We always process the file of a deceased person under the FOIA, regardless of the subject of record's status at time of death.

PII rules in section 27.31 generally apply to living persons requesting copies of their own files. Third-party documents and PII rules are very different when you are processing the file of a deceased person, and that is because you are protecting the identities of every person except the deceased person or another person in the file from whom you have VOI and/or certification of agreement to release information. You must redact names and protect identities of any individual who could be alive, unless we have certification of agreement to release information from the individual. For instance, when you process the file of a deceased person, you would release only the name of the subject of record on a birth certificate, unless there is some other reason to release the other names and identifying information, for instance:

1. The requestor is identified in the file and the requestor provided signed verification of identity with the request.
2. The requestor also provided proof of death of other party(ies) potentially named in the file.

75

3. You know that other party(ies) named in the file are more than 100 years old.
4. You know from some other source, such as news media or SSDI that other party(ies) named in the file are deceased – and if that is the situation, please provide your source of information in your case summary discussion.

When you process the file of a deceased person, you will partially withhold other documents, such as marriage certificates, joint tax returns and even documents that were originally provided by the subject of record, all of which you would normally release if a living person requested a copy of his or her own file.

Additionally, you must review death certificates and possibly protect PII of the person reporting the death.

A requestor is not required to establish his or her own identity to request the file of a deceased person. If the requestor did not do so, you must withhold the requestor's own PII that may be within the deceased person's file.

27.31.o     Fully release documents completed by the subject of record if it is a first party request. For example, an I-485 completed by the alien to adjust status might include family members' PII. This rule does not apply to documents we refer. For example, the requestor may have completed an application for non-immigrant visa. Since the U.S. Department of State has specified a non-immigrant visa application as a document they need to review, we are not deciding whether to release or withhold it.

27.31.p     Redact direct line phone numbers and e-mail addresses of non-law enforcement federal employees citing exemption (b)(6) if release of that information could cause interference with that person's ability to perform her job.

27.31.q     Corporations have no privacy rights under Exemption (b)(6); however please withhold personal information relating to individuals, such as shareholder information. This does not apply to sole proprietorships, partnerships or "family corporations." While corporations have no privacy, we still protect personal financial information, including information about small businesses when the individual and corporation are identical.

## 27.32   Documents with Third Party Personally Identifiable Information (PII) addressed to subject

If the service mailed a letter to the subject listing other A-numbers, you may release those A-numbers throughout the file. This same rule applies to court documents listing several A-numbers. Note the page in your Summary Discussion.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 27.33   Supporting Documents or Exhibits Submitted with Petitions

Form I-129F or Form I-130, if submitted by an attorney, will be accompanied by a Form G-28 for each party. The G-28 is valid for representation specifically for the benefit being sought and does not carry over to other actions. As a result, when we process a subsequent FOIA request from the beneficiary, we cannot rely on the previously submitted G-28 in order to release personal information pertaining to the petitioner. Unless the FOIA request contains certification of agreement of both parties, the processor must withhold sensitive or personally identifiable third party information in accordance with the guidelines in section 27.31, Third-party Documents and PII.

For example, an attorney files an I-130 with the agency. He represents both the petitioner and the beneficiary in the filing and submits G-28's for both parties with the I-130. He files a FOIA request 12 months later, but includes with his FOIA request certification of agreement from the beneficiary only. The beneficiary has not adjusted status, so the case is FOIA. In order to protect the interest of USCIS, without certification of agreement for the purpose of the FOIA case you are processing, you should not release the information of the petitioner to the attorney, even though the petitioner's information was originally submitted by the same attorney.

Note:  Documents filed with the court, or that have been served on the subject or their attorney/representative do not fall under this rule.

## 27.34   Processing Documents Completed by a Petitioner

If the individual requesting copies of documents from an A-file or receipt file is the petitioner and/or the petitioner completed the documents being requested, and you have certification of agreement from both the petitioner and the beneficiary, you may release the documents in full, except for some markings applied by the Service, such as an IBIS result. However, if the petitioner requested a copy of an I-130 and does not have certification of agreement of the beneficiary, and the I-130 has been filed in the beneficiary's A-file, we will close the request as a Total Denial.

## 27.35   Asylum/Refugee Interview Notes

27.35.a        **Notes and worksheets:** Ordinarily, we fully  release Asylum interview notes and question/answer worksheets that pertain to the interview. Please review for clearly deliberative information, and if it is there, partially withhold the page, citing Exemption (b)(5), or (d)(5) and (b)(5) if the case is PA.

Asylum interviews are never supposed to have opinion or deliberation intermingled, although you may see it more often in refugee interviews, particularly toward the last few

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

pages of the interview. It is also possible, but not likely, that there may be (b)(7)(E) information in the interview notes.

Since Refugee officers live overseas and may be subjected to harassment, we process Refugee interview notes differently. Please fully withhold any Refugee interview notes (b)(7)(E), or (k)(2), (b)(7)(E) if PA.

27.35.b        In addition, if you are processing an asylum or refugee case as FOIA, you should withhold anything that would identify family members or other third parties, citing Exemption (b)(6). This also includes all factual question/answer notes and worksheets.

27.35.c        **Form I-870, Record of Determination/Credible Fear Worksheet:**  For a first party request, release everything up to SECTION IV, Credible Fear Findings, which is on page 5, unless there is something before SECTION IV that, in your judgment, should be withheld. If in doubt, please consult a supervisor.  Unless it is blank, fully withhold SECTION IV. Next, you should release SECTION V (again, unless there is something that, in your judgment, should be withheld) and then, if there is anything written in ADDITIONAL INFORMATION/CONTINUATION, evaluate it for deliberative process. If the case is FOIA, we cite (b)(5) and if PA, we cite (d)(5)/(b)(5). If this is not a first party request, please refer to guidance in section 27.16.

27.35.d        **Other Worksheets:**  Some worksheets, although they come from asylum offices, do not pertain to the interview. Some examples are the *Flowchart of the Asylum Process*, *ABC Eligibility Checklist* and the *Asylum and NACARA § 203 Background Identity and Security Checklist.* If a question/answer worksheet does not pertain to the interview, please process it according to section 27.42 of this guide.


## 27.36   Choicepoint/Discovery Plus/CLEAR/Accurint/LexisNexis Person Searches

Choicepoint and Discovery Plus (there could be others such as CLEAR, LexisNexis Faces of the Nation, and Accurint) are research tools used by adjudicators or investigators. These screen prints are compiled for law enforcement investigatory purposes. Fully withhold documents from systems such as these citing Exemption (b)(7)(E). If there is any third party PII, please also cite Exemption (b)(7)(C). If you are processing a Privacy Act case, you will need to apply Exemption (k)(2). Apply only the applicable exemptions.


## 27.37   Certificate of Service and Documents Filed in Court

If you find documents that were submitted as exhibits by the subject or his/her representative, and there is a stamp on the documents clearly indicating they were filed with a court, please release these documents in full. In addition, if there is a certificate of service that certifies

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

exhibits were filed with a court, you can release the exhibits listed in the certificate of service in full.

An exception to this rule is if there is information in a pleading or exhibit clearly showing it was filed for in camera or ex parte review or filed under seal – in that situation, even though it was filed with the court, you fully withhold it, citing Exemption (b)(5), or (d)(5) and (b)(5) if the case is Privacy Act. If you are unsure, please contact a supervisor.

It is important not to confuse this procedure for handling exhibits filed with a court with exhibits that are submitted along with a petition. For information on supporting documents or exhibits submitted with petitions, please refer to section 27.33.

## 27.38   Processing Form I-181, Memorandum of Creation of Record of Lawful Permanent Residence

If this is a first party request, release Form I-181, Memorandum of Creation of Record of Lawful Permanent Residence if marked (stamped or handwritten) approved. Keep in mind there may be an IBIS stamp on the form, so you might not always fully release it.

The same rule applies if the Form I-181 is marked denied or terminated. You should fully release it unless there is an IBIS stamp. If there are additional copies without markings following a denied or terminated copy, please fully withhold those copies, citing Exemption (b)(5).

If you are processing a FOIA and the I-181 **has not** been stamped approved, terminated or denied, then please fully withhold it, citing Exemption (b)(5).

If the Form I-181 belongs to a third party and we do not have that third party's certification of agreement, please fully withhold it, citing Exemption (b)(6).

If the case you are processing is PA, (b)(6) does not apply because there is no corresponding PA exemption, and although (b)(5) may apply, you should release the form anyway, since there is no reasonably foreseeable harm. For a discussion of what constitutes reasonably foreseeable harm, please review section 25.05 of this guide, or Department of Justice's *FOIA POST, "Applying the 'Foreseeable Harm' Standard"* at http://www.justice.gov/oip/foiapost/2009foiapost8.htm

Please apply any other applicable exemptions.

## 27.39   Acronyms in Responsive Records

Do not redact commands, acronyms or shortcuts that allow you to maneuver within a computer system such as "CSTA" on the Refugee/Asylee Processing System "Case Status" screen.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

Do not withhold acronyms shown on administrative or benefit type documents. An example is the Record of IBIS Query (ROIQ) or Record of Inquiry – TECS (ROIT).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.40   Processing Form I-696, Legalization/SAW Examinations Worksheet**

Process Form I-696 as follows:

> If "Box E" contains the Reviewer's Signature and the final decision is indicated, then release the information contained in "Box B."

> If "Box E" does not contain the Reviewer's Signature, then withhold the information in "Box B" citing Exemption (b)(5) of the FOIA or Exemption (d)(5) and (b)(5) if processing under the PA. This guidance was provided by OCC.

If you determine there is reasonably foreseeable harm, fully withhold the second page of the I-696 citing Exemption (b)(5) of the FOIA or Exemption (d)(5) and (b)(5) if processing under the PA, otherwise, release the page. If you are unsure, please consult a supervisor.


**27.41   Customs Fugitive Report**

Process the Customs Fugitive Report as follows:  there should be a Warrant of Removal / Deportation, I-205 in the file. If the warrant has not been served, fully withhold the document citing Exemptions (b)(5) and (b)(7)(C)of the FOIA or Exemptions (b)(5), (d)(5), (b)(7)(C) and (k)(2) if a PA case. NOTE:  This paragraph contains specific instructions for form I-205 when accompanied by a Customs Fugitive Report, and should not be confused with the general instructions for form I-205 found in the processing tables.

If the warrant has been executed, do not fully withhold the Customs Fugitive Report. Exemption (b)(7)(C) of the FOIA or (b)(7)(C) and (k)(2) of the PA would apply to law enforcement names, badge numbers and phone numbers on the page.


**27.42   Worksheets, Processing Sheets, Checklists and Flowcharts**

> 27.42.a        Most files contain some type of worksheets, processing sheets, checklists or flowcharts that are used internally and contain a variety of information. If the alien provided all information on the worksheet/processing sheet, you may fully release it. If the information was used to complete another document/form that the alien signed or received, you may partially release it after redacting information belonging to third parties from whom we do not have FOIA certification of agreement.

> 27.42.b        Some of the worksheets/processing sheets used by USCIS are the I-485 Processing Worksheet, Record of IBIS Query (ROIQ), Record of Inquiry – TECS (ROIT), the IBIS or TECS Worksheet, and the Applicant Information Worksheet. If blank, fully release these documents.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

27.42.c        Some worksheets/processing sheets could have attachments such as copies of Driver's Licenses, Social Security Cards or other documents provided by a third-party. Fully withhold these third party documents citing Exemption (b)(6), unless the attachments are part of a law enforcement document, then (b)(7)(C) is applicable. If certification of agreement of the third-party is present, fully release these documents.

27.42.d        Please partially withhold CBP Form 93, Unaccompanied Alien Child Screening Addendum to UAC Initial Placement Referral Form citing Exemption (b)(7)(E), or (k)(2)/ (b)(7)(E) if the case is PA. If there are law enforcement officers' names and/or badge numbers, please also withhold those, citing (b)(7)(C), or (k)(2)/(b)(7)(C) if the case is PA. CBP's concern is that release of the questions would reveal precise questioning procedures used by CBP in screening juveniles, and that release would pose a risk of circumvention of the law (b) (7)(E) This form may contain analysis, conclusions, or recommendations, and therefore you should evaluate for possible (b)(5), or (d)(5)/(b)(5) if the case is PA.

27.42.e        If it was filled out by CBP, please fully withhold the Discretionary Authority Checklist, citing (b)(7)(C), (b)(7)(E) and evaluate for (b)(5). If you are processing a Privacy Act case, please also cite Exemption (k)(2) and possibly (b)(5). The checklist contains analysis, conclusions, or recommendations, and contains protected systems check results. If it was filled out by ICE, please refer the Discretionary Authority Checklist to ICE.

27.42.f        Please partially withhold the Record of IBIS Query (ROIQ) or Record of Inquiry – TECS (ROIT) citing Exemption (b)(7)(E), or (k)(2)/ (b)(7)(E) if the case is PA. If there are law enforcement officers' names and/or badge numbers, please also withhold those, citing (b)(7)(C), or (k)(2)/(b)(7)(C) if the case is PA. Examples follow:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

■ FOR OFFICIAL USE ONLY ■

Do Not Distribute Beyond DHS without Prior Authorization from the Originator

(a)(k)(2)    (b)(7)(c)

**Record Of IBIS Query (ROIQ)**

(b)(7)(e)

**A-Number or Receipt Number:** A012345678

| No. | NAME (person/business) | DOB | Date IBIS'd /ID | No Match | DNR | Relates | Resolution Memo Completed |
|-----|------------------------|-----|-----------------|----------|-----|---------|---------------------------|
| 1 | GARCIA, JUAN | (b) (7)(E), (b) (7)(C) | | | | | |
| | CATEGORY ☑ A  ☐ P  ☐ B  ☐ D | | | | | | |
| 2 | GARCIA, MARIA | | | | | | |
| | CATEGORY ☐ A  ☑ P  ☐ B  ☐ D | | | | | | |
| 3 | GARCIA LOPEZ, MARIA | | | | | | |
| | CATEGORY ☐ A  ☑ P  ☐ B  ☐ D | | | | | | |
| 4 | GARCIA, MARIA LUISA | | | | | | |
| | CATEGORY ☐ A  ☑ P  ☐ B  ☐ D | | | | | | |
| 5 | GARCIA, JUAN JOSE | | | | | | |
| | CATEGORY ☑ A  ☐ P  ☐ B  ☐ D | | | | | | |

Properly annotate IBIS results on the ROIQ:

*Include the date of query in the appropriate box (NO MATCH, DNR, RELATES).

*Include the initials or identifying number of the USCIS personnel conducting the query in the same box as the date.

*If the hit was a RELATES and a Resolution Memo was completed, check the Resolution Memo Completed box in the last column.

NO MATCH – No Information found in IBIS.

DNR – Information found in IBIS but does not relate to the subject.

RELATES – Information found in IBIS that relates to the subject, case referred for resolution.

A = Applicant          P = Petitioner

B = Beneficiary        D = Derivative/Household Member

Friday, April 27, 2007

(b) (7)(C)

FOR OFFICIAL USE ONLY

Do Not Distribute Beyond DHS without Prior Authorization from the Originator

(a)(k)(2)   (b)(7)(c)

(b) (7)(C)

Page 1 of 2

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

RECEIPT NUMBER = EAC08012345   TOTAL RECORDS SELECTED = 1   DATE PRINTED = 9/21/2005   FORM TYPE = I129   RECORD OF IBIS QUERY
LAST C3 UPDATE = 20050921   LAST MANIFEST UPDATE = 20050921   USERID (b) (7)(C)

C3 LAST NAME, FIRST NAME, MIDDLE NAME                          DOB        DISP    RUN DATE      IBIS LAST NAME, FIRST NAME, MIDDLE NAME
 M- GENERIC, BOBBY                                            19820619 (b) (7)(E) 050921      GENERIC, BOBBY

(a)(k)(2)
(b)(7)(C)
(b)(7)(E)

27.42.g       CARRP - The Controlled Application Review and Resolution Program is
something USCIS Fraud Detection & National Security people use for subjects of
concern. The subject of record may be a national security concern. Please fully withhold
CARRP Worksheets, citing (b)(7)(E), and if there is an officer name, please cite also
(b)(7)(C). If this is a PA case, also cite (k)(2). Sample follows:

84

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal
interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

U.S. Department of Homeland Security

U.S. Citizenship & Immigration Services

PAGE WITHHELD PURSUANT TO:

For Official Use Only (FOUO) – Law Enforcement Sensitive
Do Not Include Classified Information in this Worksheet

**U.S. CITIZENSHIP & IMMIGRATION SERVICES**

**CARRP WORKSHEET**

(b)(7)(c)

(b)(7)(e)

(b) (7)(E)

85

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

27.42.h        Asylum and NACARA § 203 Background Identity and Security Checklist is used by asylum offices. There are several versions.

On the example below, we have withheld EARM, IBIS and US-VISIT results because they are protected systems. If there is nothing written in those blocks indicating a result, please release them. US-VISIT has instructed us to withhold any US-VISIT results (b) (7)(E)                                                                           .

We withheld the CCD result because (b) (7)(E)                                                                   . If both the US-VISIT and CCD blocks are blank, then you may release both of them.

FBI has instructed us to withhold FBI name check and fingerprint results, citing Exemption (b)(7)(E), or if PA, Exemptions a(j)(2) and (b)(7)(E). If there is no writing indicating any type of response in the FBI fingerprint and name check blocks, please release them.

We do not fully withhold this form because of our legal obligation under the FOIA to release non-exempt information when it is reasonably segregable. Note, in the example below, we cited Exemptions (b)(7)(C) and (b)(7)(E). Since this case is a PA, we also cited a(j)(2) to protect the FBI results and a(k)(2) to protect EARM, IBIS, US-VISIT and CCD. Example follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

FOR OFFICIAL USE ONLY

ASYLUM AND NACARA § 203 BACKGROUND IDENTITY AND SECURITY CHECKLIST (2nd Rev. 8/16/1010)

Name (LN1, LN2, Fn, Mn)

Alien Number(s) _____     Dates of Birth: _____

Alias(es) or alternate name(s) and date(s) of birth must be recorded on a Record of IBIS Queries (ROIQ).
IBIS checks must be conducted on each name and date of birth recorded on the ROIQ.

| ✓ by: | System Name: | Result: |
|---|---|---|
| (b) (7)(C) | **CIS** Sounds-like name and exact DOB required (9106) for primary name and all aliases and alternate DOB's | ☑ No other A-numbers found     ☐ Additional A-numbers in CIS  (a)(j)(2)   (a)(k)(2)   (b)(7)(c)   (b)(7)(e) |
| | **EARM (DACS hit flag)** A-Number search required; Name search required for alternate names | (b) (7)(E) |
| | **IBIS** ☐ Check here if under age 14 (no IBIS required) ☐ If recheck required (>180 days), please document on separate sheet. | |
| | **FBI NAME CHECK (Primary)** Check here if: ☐ Under age 14 ☐ Over age 79 (no name check required) | |
| | **FBI NAME CHECK (Alias(es)/Alt DOB(s))** Aliases, maiden names, and alternate DOB's outside the primary year of birth must be entered into RAPS via the NAME screen. | |
| | **FBI FINGERPRINTS** Check here if: ☐ Under age 14 ☐ Over age 75 (no prints required) | |
| | **US-VISIT/SIT** Check here if: ☐ Under age 14 (USVISIT not required) | |
| | **CCD (req'd if US-VISIT hit)** ☐ No visa applications | |

(a)(j)(2)   (a)(k)(2)   (b)(7)(c)   (b)(7)(e)

87

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

27.42.i       Validation Instrument for Business Enterprises (VIBE) is a national security and fraud detection tool used by USCIS and shared with CBP. Its two major purposes are to identify nonexistent, ineligible or fraudulent petitioners and to provide simultaneous information to all service centers.

Please fully withhold VIBE Status Reports, citing Exemptions (b)(5) and (b)(7)(E), and if PA, please add PA Exemptions (d)(5) and (k)(2). This applies only to VIBE status results – we do not hide the fact that VIBE exists, nor that it may have been used as an evaluation tool. Example follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

VIBE - Status Report                                                    Page 1 of 2



VIBE Status Report

(b) (7)(E)

For Official Use Only
(Kept on **RIGHT** side of record only)

https://pcq2.esb.uscis.dhs.gov/VIBE/VibeStatusReport.do                    9/25/2012

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(b) (7)(E)

## 27.43   Screen Prints

We commonly see screen prints from various law enforcement systems alien files. How we process screen prints depends on the system that it is related to. The information below will assist in processing these screen prints.

Occasionally, the requestor has asked for receipt file which has been destroyed and we are able to provide screen prints only. Close those cases as G1, unless you have made redactions on the screen prints. For more information, please refer to Section 41 of this guide, When do you close a case with no redactions as a PD?

The following are examples of computer codes we release:  the definition of the function keys on the bottom of the pages; and user identification numbers (NRC1234A) in the upper right-hand corner.

27.43.a        Withhold the codes that are user ID's on screen prints from law enforcement systems citing Exemption (b)(7)(C), or (k)(2) and (b)(7)(C), if PA. Release user ID's on non law enforcement screens.

27.43.b        Withhold law enforcement personnel names found on screen prints citing Exemption (b)(7)(C), [or (k)(2) and (b)(7)(C), if PA]. Withhold law enforcement phone numbers on screen prints citing Exemption (b)(7)(C), [or (k)(2) and (b)(7)(C), if PA].

27.43.c        **CIS – (Central Index Systems)** redactions made on CIS screen prints include the computer codes. Withhold any mention of (b) (7)(E) on the CIS 9101 (ID) screen prints citing Exemption (b)(7)(E), [or (k)(2) and (b)(7)(E), if PA]. Ordinarily, we release the name of the system but withhold the result, but not on a CIS 9101 screen. The mere mention of a system on the CIS 9101 screen means the subject is positive, so we withhold both the system named and the X. If the screen prints in a FOIA case belong to third party individuals and not the subject of the request, you should withhold in full, citing Exemption (b)(6).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.



```
    SEX:          POE: SYS   COB: MEXIC    DOE:
    FCO: NRC   COA: EWI   COC:                FATHER:
    PFCO:         SFCO:      DFO:          MOTHER:

         SSN:                    CONSOLIDATED A-NOS      --OTHER INFORMATION--
  I-94 ADM #:                                              EADS-X
  PASSPORT #:
      FBI #:
  DRIVER LIC:
  FINGER CD#:

  OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
  PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                         PF9 EAD PF11 EOIR
```

For exact name or sounds-like searches, please withhold the columns beneath EARM, DACS or NAIL, whether or not there are X's. Note the example:

```
CIMEXS    PAGE  0001       DEPARTMENT OF HOMELAND SECURITY - USCIS        05/10/13
COMMAND:              CENTRAL INDEX SYSTEM - MULTIPLE FINDS FROM          13:21:12
                            E X A C T   N A M E   SEARCH
TOTAL RECORDS READ = 0000013                                          LEENN ACV
SRCH DATA: LN: REYES GONZALES                    DOB:                 AAAAA PAI
           FN: JOSE                                                   PRDCI PRO
NAME                              A-NUMBER   DOB    COB    POE FCO SMSSL LDL
  REYES GONZALES      ,JOSE       2      0 1     7 MEXIC      HLG  X
  REYES GONZALES      ,JOSE       2      5 1     6 MEXIC      NRC  X  X     X
  REYES GONZALES      ,JOSE       2      0 0     0 MEXIC BRO NBC  X
  REYES GONZALES      ,JOSE       0      3 0     8 MEXIC DLR NRC  X  X     X
  REYES GONZALES      ,JOSE       0      0 1     0 MEXIC CHI LOS  X        X
  REYES GONZALES      ,JOSE       0      4 0     8                         X
  REYES GONZALES      ,JOSE       0      5 0     6 STATE SYS SND            X
  REYES GONZALES      ,JOSE       0      2 0     6 MEXIC                    X
  REYES GONZALES      ,JOSE       0      8 0     6 MEXIC SYS SND  X         X
  REYES GONZALES      ,JOSE       0      8 0     5 MEXIC                    X
  REYES GONZALES      ,JOSE       0      9 0     4 MEXIC LOS NRC  P         X
  REYES GONZALES      ,JOSE       0      4 0     8 MEXIC      NRC  X
  * * *  M O R E  * * *
      TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
   CLEAR EXIT  PF1 PAGE AHEAD  PF2 PAGE BACK  PF4 RETURN     PF5 HELP
                      PF6 MAIN MENU  PF9 ALTERNATE SEARCH
3270
```

27.43.d        **NCIC (National Crime Information Center)** Query Results and View Message screen prints are normally the results of a search done using the FBI number of an individual. Ensure any screen prints directly relate to the subject of the file and then release these screen prints except for the names and badge numbers of law enforcement personnel, citing Exemption (b)(7)(C).

27.43.e        **TECS (The Enforcement Communications System)**(formerly Treasury Enforcement Communications System) -

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Within the body of most TECS screen prints there is a "CONTACT" with an agency listed as the owner. This will indicate if and to whom the document should be referred. The upper left hand corner on TECS screen prints contain a field titled "TECS Record ID," this field consists of a grouping of alpha and numeric characters. The last three characters (alphanumeric characters) from the right also identify the owner of the TECS record. If you wish, you may cross-reference the last three characters of the TECS Record ID at Appendix F of this guide.

We refer TECS screen prints originating with Immigration and Customs Enforcement to ICE. Please process the TECS screens originating with Customs and Border Protection (CBP) according to the guidance provided in this guide.

Please fully withhold TECS II – SUBJECT QUERY RESULTS (HIT LIST), citing Exemptions (b)(7)(C) and (b)(7)(E), or (k)(2)/(b)(7)(C) and (b)(7)(E) if the case is PA. As always, please evaluate for any other exemptions that may apply.



27.43.f        **Marriage Fraud Mainframe System screen prints -** Unless there is an active investigation, you may partially release Marriage Fraud Mainframe System screen prints to first party requestors, redacting the PII of any third parties from whom we do not have certification of agreement, if the case is a FOIA. The Marriage Fraud Amendment System is not a secret system. If there is evidence in the file that there is a marriage fraud investigation ongoing at the time you are processing the file, fully withhold the screen print, citing Exemption (b)(7)(E). Otherwise, you should release those screens.

27.43.g        **Refugee and Asylee Processing System screen prints** – you may identify RAPS screen prints by the prefix "RAX" in the upper left-hand corner of the

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

screen print. The form is not compiled for law enforcement purposes, but there may be five protected systems check results. If the the fields are blank, do not redact them. If there is any result in IBIS, DACS, NAILS or USVISIT (US-Visit), please withhold those results citing Exemption (b)(7)(E), [or (k)(2) and (b)(7)(E), if PA]. If there is a result in FBI RESPONSE, please withhold those results citing Exemption (b)(7)(E), [or (j)(2) and (b)(7)(E), if PA].

```
RAXINQ03                      CASE STATUS (CSTA)                    09/09/08
                              MINOR PRINCIPAL                       13:36:38
   CCO: ZLA                                        A-NUMBER: 071234567
   INTERVIEW OFFICE: ZLA    NUNC PRO TUNC:       PRINCIPAL A-NUMBER: 071234567
   NAME: SMITH, MABEL            (P)
   CURRENT STATUS: ADM CLOSE-ABC INTV NO-SHOW  DOB: 12/21/1977  30   COB: ELSAL
   IMMEDIATE ACTION: NO        SPEC GRP: ABA    CLK DAYS ELAPSED:  3726 STOPPED
   FILED:  5/24/95 I589 AT AO:            BASIS OF CLAIM:
     IBIS: N DACS: N NAILS: N APSS:   FBIN: N USVISIT:        A-FILE RECD:
   INTERVIEW DATE:  8/05/05 TIME:  8:45 N/S ATTY:             CURR OFFICER:
     PICKUP DATE:          TIME:           PREP:
   PRELIM. DECISION:                        DATE:           OFFICER:
     BHRHA SENT:         RESP:        F/P WINDOW ST: 7/09/05 FP SENT:  7/01/05
     PDEC LTR :                       FBI RESPONSE: IDENT    RESP DT: 3/08/07
     REBUTTAL:                        CFP NUMBER:
   FINAL DECISION: ADM CLOSE - ABC INTV NO-SHOW  DATE:  8/20/05 OFFICER:
     SERVICE:          DENIAL:           NTA:             GRANT LTR:
     RESTORED TO STATUS:    DEPORTATION:
     PRIN REFERRED?:     IJ HEARING DATE:        TIME:        LOC:
     CHARGES:                   MTR FILED:          MTR DEC:
   COMMAND: CSTA                                  A-NUMBER: 071234567
     PF1             PF7         PF8        PF9       PF10      PF11
     PAGE 2          CODES      LOGOFF     RELAT     RETURN    NAMES   (7F)
```

27.43.h      **SEACATS** – Before DHS, the Seized Asset and Case Tracking System was owned by Department of the Treasury, US Customs Service. After 2003, SEACATS passed under CBP control.

Usually, these screens will belong to CBP, and if so, you should redact the TID as well as any law enforcement names and identifiers, citing Exemption (b)(7)(C) or if PA, Exemptions (k)(2) and (b)(7)(C).

If the SEACATS record belongs to ICE, please refer it to ICE. Examples below:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015



(b)(7)(C)

```
18::18                  SEACATS S/A/S SHORT/LONG SUMMARY INFO        10052006 T2M6B013
TID=  22965                           FPF CASE NBR: 1998  0100030502        T2P6B017
FISCAL YEAR:* 1998 TYPE:* SA CONTROL NBR: 0004522 VIOLATOR NBR: 02 TOTAL: 04
TOPIC:* ARREST OF :
VIOLATOR BUSINESS NAME:
    ID#:            TYPE:      CTZNSHP: XX DOB: 08261968 SEX: M RACE: W
VIOLATOR LAST NAME:
        FIRST NAME:                        MIDDLE NAME:              HISPANIC:
        STREET:*
        CITY:* MIAMI                                     APT/SUITE:
PERSONAL SEARCH:                              ST: FL CNTRY:* US ZIP: 33126
OFFICE: MI OI CSE#: P3FC6193508   ARREST/IND: 02041998 1730 SEIZURE: 02041998 1730
CONTRIBUTING INFO:* NONE   DEA   CBP/ICE   TECS   NCIC   OTHER Y BUREAU: CBP
PORT:* 5201           USERID   (b)(7)(C)  NAME-TITLE-AGENCY
DECLARATION TKN BY:
ARRSG OFC:                     YR CRIM IN  CASE AGENT:
SEIZING OFFICER   :                        CRIM INVSTGR-C
SUPERVISOR        :*                        SUPVY CRIM INVSTGR-C
PORT DIRECTOR     :
CONVEYANCE TYP:* N  INCIDENT CTGY:* O  SCIP?:      QRY NTFY?: 0
** INCIDENT IS APPROVED - 03/13/1998, FP&F CASE ACCEPTED **

     (PF1=HELP) (PF3=MAIN) (PF4=HITLIST) (PF5=HISTORY) (PF8=NEXT PAGE) (PF9=ACCESS)
        (PF10=IMAGE) (PF13=TEXT) (PF14/PF15=LINK) (PF16=PRINT) (PF17=HOME RECORD)
```



```
12:01           SEACATS S/A/S SHORT/LONG SUMMARY INFO        08182011 T2M6B013
TID= F6NP                           FPF CASE NBR: 2004470100180501     T2P6B017
FISCAL YEAR:* 2004 TYPE:* SA CONTROL NBR: 0019499 VIOLATOR NBR: 01 TOTAL: 01
TOPIC:* ARREST OF
VIOLATOR BUSINESS NAME:
    ID#:            TYPE:      CTZNSHP: US DOB: 11091976 SEX: M RACE: W
VIOLATOR LAST NAME:                                                 HISPANIC:
        FIRST NAME:                        MIDDLE NAME:
        STREET:*                                         APT/SUITE:
        CITY:*                             CNTRY:* US ZIP:
PERSONAL SEARCH:                                       SEIZURE:
OFFICE: JK OI CSE#:
CONTRIBUTING INFO:* NONE X DEA   CBP/ICE   TECS   NCIC   OTHER  BUREAU: ICE
PORT:* 4701          USERID           NAME-TITLE-AGENCY
DECLARATION TKN BY:
ARRSG OFC:                     CRIM IN  CASE AGENT:            /D-CRIM I
SEIZING OFFICER   :                        M INVSTGR-C
SUPERVISOR        :                        SUPVY CRIM INVSTGR-C
PORT DIRECTOR     :
CONVEYANCE TYP:* N  INCIDENT CTGY:* D  SCIP?:      QRY NTFY?: 0
** INCIDENT IS APPROVED = 08/27/2004, FP&F CASE ACCEPTED **  Because Bureau is ICE

     (PF1=HELP) (PF3=MAIN) (PF4=HITLIST) (PF5=HISTORY) (PF8=NEXT PAGE) (PF9=ACCESS)
        (PF10=IMAGE) (PF13=TEXT) (PF14/PF15=LINK) (PF16=PRINT) (PF17=HOME RECORD)
```

REFER TO IMMIGRATION CUSTOMS ENFORCEMENT

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

27.43.i        **PCQS records** – sometimes you will see PCQS screen prints as responsive records. If the system the PCQS record came from has spaces for EARM, DACS, NAIL, IBIS or US-VISIT results, we must hold those results the same as we would in the original system. In the example below, it is proper to draw a box over blank spaces or X's for the two protected systems. You should release results, or lack of results, of all other systems in the example below:

| | |
|---|---|
| Permanent Residence Since | |
| Card Expires Date | |
| Viol Flag | |
| EADS Flag | (b)(7)(e) |
| NAIL Flag | |
| LAPS Flag | |
| EARM Flag | X |
| NACS Flag | |
| Revn Flag | |
| Mother's First Name | |
| Father's First Name | |

## 27.44   Image Storage and Retrieval System (ISRS)

The Image Storage and Retrieval System (ISRS) is used to verify controlled USCIS documents. Sometimes within the A-file you will see screen prints from ISRS. Please release these screen prints to first-party requestors.

## 27.45  Processing TECS and NCIC/NLETS Screen Prints with Search Results

Most cases contain one or more screen prints from TECS, DACS, EARM and/or NCIC/NLETS.

Types of information we redact on these screen prints could be comments, information regarding information relating to a "LOOKOUT." LOOKOUT information is frequently on NAILS screen prints. LOOKOUT information is exempt from release. Please cite Exemption (b)(7)(E) of the FOIA and (k)(2) and (b)(7)(E) of the PA.

Note: We refer DACS screen prints to ICE. Please see section 28.14.i.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.45.a        TECS II Person Subject Query**
(not a hit list); we should refer TECS screen prints originating with Immigration and Customs Enforcement to ICE. Please process the TECS screens originating with Customs and Border Protection (CBP) according to the guidance provided in this guide.

**27.45.b        TECS II Person Subject Display**
we should refer TECS screen prints originating with Immigration and Customs Enforcement to ICE. Please process the TECS screens originating with Customs and Border Protection (CBP). The "TECS RECORD ID" in the upper left hand corner indicates who the screen print belongs to as does information listed in the "CONTACT" portion of the screen print.

The last three letters of the "TECS RECORD ID" identify the contact or the TECS record owner. At some point, TECS codes could become public knowledge. Certain TECS codes disclose the record concerns a NAILS lookout or other critical piece of law enforcement information. APPENDIX F of this guide has a listing of TECS codes. Please look up the last three characters of the TECS code. Ordinarily, we release the TECS RECORD ID number, and most of the codes would disclose nothing. However, for example, (b) (7)(E) ████████████████████████, then you should withhold the TECS RECORD ID, citing Exemption (b)(7)(E), or (k)(2) and (b)(7)(E) if PA. If you are unsure of whether to withhold the TECS RECORD ID, please contact a supervisor. If the TECS code is not in APPENDIX F, you may make a decision to withhold or release based on the content of the narrative. Again, if you are unsure, please contact a supervisor. It may be necessary to send the case to admin until QA/CS personnel are able to determine what the code is.

When you are processing a TECS record originating from CBP, first, you should withhold the TID number, citing Exemption (b)(7)(C), or (k)(2) and (b)(7)(C) if PA. Next, beginning with the portion of the screen print titled "CONTACT" and ending just above the computer function keys, you should redact this entire area citing Exemptions (b)(7)(C) and (b)(7)(E), or (k)(2) (b)(7)(C) and (b)(7)(E) if PA.

We do not refer anything to FAA. If there is a hit in the FAA Pilot Directory, please process as follows (see the example provided):
Withhold everything from CONTACT down to NO SUB-RECORDS, citing (b)(7)(C) & (b)(7)(E), or a(k)(2), (b)(7)(C) & (b)(7)(E) if PA.
The TECS RECORD ID, which has been removed from the example, ends in (b) (7)(E) ██  We should take that out with (b)(7)(E), or a(k)(2) & (b)(7)(E) if PA.
Finally, if we think the screen was possibly printed by CBP, we should take out the TID with (b)(7)(C), or a(k)(2) & (b)(7)(C) if PA.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

```
        16:30              TECS II - PERSON SUBJECT DISPLAY (1 OF 3)    051607  T2MRG003
TID=                                                                            T2PRG012
TECS RECORD ID                                             ENTRY 112001 UPDATE 112001
NAME- LAST                                              PHYSICAL IDENTIFIERS
FIRST              MID                     HISPANIC   RACE   SEX F HAIR     EYES
        IMAGE          ALIAS    NICKNAME      STC     HT 000      WT 000    ENGLSH
PERSONAL-
    DOB           POB- CNTRY    ST    CITY              S/M/T              MORE
    SSN           MORE  AFN          MORE                          CTZN CA MORE
    PPN                          TYPE  CNTRY    RES    EXC/SITE             MORE
    ADDRESS- DATE 112001    STREET         ISSDT         EXPDT              MORE
    CITY                            STATE   CNTRY   ZIP    APT   MORE
(b)(7)(E)
```

PF10 = STANDARDIZED ADDRESS
(F1/F2=HELP) (F3=MENU) (F4=HITLIST) (F8=NEXT PAGE) (F9=VIEW ACCESS) (F11=DISCLOSURE)
*  1 NCIC RESPONSES; <F12>=CK NCIC*    (F14/15=LINKLIST) (F16=PRINT) (F17=HOMEREC)

## 27.45.c      TECS II NLETS Message Screen

has a section to enter a text message. Thoroughly analyze any comments that have been entered in this section and apply Exemption (b)(5) [or (d)(5) and (b)(5), if PA], if applicable.

## 27.45.d      NAILS LOOKOUT Inquiry

If it does not originate from ICE, fully withhold screen prints citing Exemptions (b)(7)(E) and (b)(7)(C) if applicable [or (k)(2), (b)(7)(C) and (b)(7)(E), if PA]. This screen implies there may be an investigation.

## 27.45.e      NAILS LOOKOUT Comments Inquiry

If it does not originate from ICE, fully withhold screen prints citing Exemptions (b)(7)(E) and (b)(7)(C) if applicable (or (k)(2), (b)(7)(C) and (b)(7)(E), if PA). This screen implies there may be an investigation.

## 27.45.f      TECS I-94 printouts

**27.45.f.1      I-94 Departure Record** (computer generated) –should be released in full.

**27.45.f.2      I-94 Arrival/Departure Display -** Please withhold the TID number and the Inspector Number, citing Exemption (b)(7)(C), or (k)(2) and (b)(7)(C) if PA.

## 27.45.g      I-213, Report of Deportable/Inadmissible Alien

27.45.g.1 *(I-213 specific guidance)*   First, review the Form I-213 to see if it was prepared by ICE or any legacy INS detention or deportation function. If it was,

97

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

fully refer the I-213 and related forms to ICE. Do not withhold the name of the agency. Otherwise, we will redact it.

27.45.g.2 *(I-213 specific guidance)*   Release the boxes titled "INS Systems Checks" "Immigration Record" or "Criminal Record," unless they specifically state (b) (7)(E)   Normally the boxes will say, "See narrative," "Positive," or "Negative". In those instances, release the boxes but withhold the results of DACS, EARM, IBIS and/or NAILS in the "Narrative" under "INS Systems Checks." Withhold results from those systems listed citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA).

27.45.g.3 *(I-213 specific guidance)*   If the information in the INS System Checks, Immigration Record or Criminal Record blocks on the I-213 contains a class of admission (COA) such as "EWI" (entered without inspection) or a remark such as "see narrative" please release the information.

27.45.g.4 *(I-213 specific guidance)*   If the INS System Checks, Immigration Record or Criminal Record block contains a remark specifically indicating a result for EARM, IBIS, DACS, or Lookout Hit, withhold the block, citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA).

27.45.g.5 *(I-213 specific guidance)*   Review the narrative for protected systems results. If they are listed in the narrative but there is not an annotation showing the hit was positive or negative, release the systems listed. Where there is an annotation of positive or negative relating to IBIS, IAFIS, NAILS, EARM or DACS, please withhold the words "positive" or "negative," citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA). Please withhold references to (b) (7)(E)   citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA). Do not redact results of other systems, such as TECS, CIS and CLAIMS. Please release IDENT positive or negative, unless it is mentioned in conjunction with IAFIS.

27.45.g.6 *(I-213 specific guidance)*   You will not normally redact the narrative other than the systems checked, as long as it is factual. Beware that there can always be exceptions, so you must review the narrative carefully.

27.45.g.7 *(I-213 specific guidance)*   Withhold all names of any person acting in a law enforcement capacity on these documents with exemption (b)(7)(C) [or (k)(2) and (b)(7)(C), if PA]. Note that you may also see names and alien numbers of other individuals that are exempt from release. Withhold these also, citing exemption (b)(7)(C) [or (k)(2) and (b)(7)(C), if PA]. Sometimes I-213's that relate to third party individuals who were arrested at the same time as the subject

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

are placed in the file for investigatory purposes. Withhold these in full, citing Exemption (b)(7)(C) of the FOIA or (k)(2) and (b)(7)(C) of the PA.

## 27.45.h        I-275, Withdrawal of Application for Admission/Consular Notification

27.45.h.1        If ICE completed Form I-275, Withdrawal of Application for Admission/Consular Notification, please refer it to ICE. Otherwise, please treat the narrative and officer identifying information on Form I-275 the same way we would treat it on Form I-213.

27.45.h.2        *(I-275 specific guidance)* Review the narrative for protected systems results. If they are listed in the narrative but there is not an annotation showing the hit was positive or negative, release the systems listed. Where there is an annotation of positive or negative relating to IBIS, IAFIS, NAILS, EARM or DACS, please withhold the words "positive" or "negative," citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA). Please withhold references to (b)(7)(E) citing Exemption (b)(7)(E) (or (k)(2) and (b)(7)(E), if PA). Do not redact results of other systems, such as TECS, CIS and CLAIMS. Please release IDENT positive or negative, unless it is mentioned in conjunction with IAFIS.

27.45.h.3        *(I-275 specific guidance)*   You will not normally redact the narrative other than the systems checked, as long as it is factual. Beware that there can always be exceptions, so you must review the narrative carefully.

27.45.h.4        *(I-275 specific guidance)*   Withhold all names of any person acting in a law enforcement capacity on these documents with exemption (b)(7)(C) [or (k)(2) and (b)(7)(C), if PA]. Note that you may also see names and alien numbers of other individuals that are exempt from release. Withhold these also, citing exemption (b)(7)(C) [or (k)(2) and (b)(7)(C), if PA]. If there is a Form I-275 that relates to a third party individual, please withhold it in full, citing Exemption (b)(7)(C) of the FOIA or (k)(2) and (b)(7)(C) of the PA.

27.45.h.5        The second page of Form I-275 is not a certificate of service. The alien must sign the back of the form if he or she agrees to withdraw an application for admission and go back home. CBP keeps it as a legal record if the person later claims he or she was removed without consent.

27.45.h.6        CBP might provide a copy if the alien or the alien's attorney requests it. That is usually for a first-time offender with no other criminal record. Even so, it is always CBP's choice whether to give it to the alien or not. CBP does not provide the alien with a copy of the 275 if there is sensitive information such

99

as (b) (7)(E) ▮▮▮▮▮▮▮▮ or the like. If an attorney requests a copy in a case like that, CBP directs the attorney to file a FOIA.

## 27.46   Processing Marriage Fraud Interviews / Stokes Interviews

A marriage fraud interview is frequently part of the process of removing the conditions on permanent residency. If the outcome is favorable, we won't usually see the marriage fraud interview in the A-file. Ordinarily, we would fully release any question/answer notes taken during a marriage fraud interview to the first party requestor, unless there is deliberative process.

The adjudicator may divide the notes page in half, recording questions and answers on the left-hand side of the page, while using the right-hand side of the page to record impressions, opinions and deliberation. In such a case, you will normally withhold the right-hand side of the page, citing Exemption (b)(5) of the FOIA, or Exemptions (d)(5) of the PA and (b)(5) of the FOIA if the case is PA.

Unless you have certification of agreement from the other person involved in the interview, fully withhold that person's interview, citing Exemption (b)(6). This rule does not apply to a Privacy Act case.  You must also evaluate for the possibility impressions, opinions and deliberation. In such a case, you will normally withhold the deliberation, citing Exemption (b)(5) of the FOIA, or Exemptions (d)(5) of the PA and (b)(5) of the FOIA if the case is PA. If you are unsure, please consult your supervisor.

## 27.47   Report of Investigation or Memorandum of Investigation

A Report of Investigation or Memorandum of Investigation could be completed by CIS or CBP. If that is the case, please process the document. Otherwise, refer any Report of Investigation or Memorandum of Investigation completed by ICE to ICE for direct response to the requestor. Do not hide the name of the agency. You should also refer a Report of Investigation or Memorandum of Investigation completed by legacy INS (before March 2003) to ICE if it was prepared by a Special Agent or other Investigator who would now work for ICE.

## 27.48   Record of Information Disclosure (Privacy Act), Form G-658

Please mark Form G-658 Out of Scope if the "Disclosed to" agency is law enforcement or intelligence community. If the "Disclosed to" agency is for purposes of obtaining a benefit, please fully release. A listing of intelligence community agencies is at section 28.01.b. If you are unsure of the nature of the disclosure, please consult a supervisor.

## 27.49  No Last Page?

In virtually every case, the end of the file is designated with a "Last Page" page. If you don't have a last page in your case, please follow these instructions:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**1.** Place a discussion in your case, saying that you are sending an email to FST.
**2.** Email NRC, NRCFOIAMSB, copy your supervisor (if required) and explain the situation.
**3.** Send the case to Admin.

FST will investigate the situation and return the case to you for processing.

### 27.50   US-Visit Documents

**27.50.a          Redact the following from US-Visit documents, including ADIS:**
1. Hold the URL, (b)(7)(E), or a(k)(2) + (b)(7)(E) if PA. This is an agreement with OBIM (b) (7)(E).
2. If you see (b) (7)(E) ," withhold (b)(7)(E), or a(k)(2) + (b)(7)(E) if PA.
3. If you see " (b) (7)(E) ," withhold (b)(7)(E), or a(k)(2) + (b)(7)(E) if PA.
4. You may see FBI wants, warrants or lookout information. For example, hold (b) (7)(E) , (b)(7)(E) or a(j)(2) + (b)(7)(E) if PA.
5. You may see "Criminal Master File Hit," which is also FBI information. We do not know if it refers to criminal history (which we are free to release) or lookouts, wants or warrants. Withhold (b)(7)(E) or a(j)(2) + (b)(7)(E) if PA
6. A screen may belong to a third party, and if so, WIF (b)(7)(C) and (b)(7)(E), or if PA, a(j)(2), a(k)(2), (b)(7)(C) and (b)(7)(E)
7. Withhold Apprehended By and USER ID (b)(7)(C), or a(k)(2) + (b)(7)(C) if PA.
8. Withhold Apprehension Method (b)(7)(E), or a(k)(2) + (b)(7)(E) if PA.

**27.50.b          Things we should release from US-Visit documents, including ADIS:**
1. Apprehension Method: if "UNK" or blank.
2. Apprehended By: if "Unknown" or blank.
3. "Recidivist"
4. "Person of Interest"
5. "Subject of Previous Adverse Action"
6. Criminal history. Something that does not relate to wants, warrants or lookouts.
7. Frequently, US-Visit screens contain information obtained from USCIS databases – information we would release. For example, applicants for asylum or residency usually do not have other information to hold, except the URL.
8. State Data - so far, we have seen nothing we would refer to State. Usually the information is something the subject of record already possesses or did possess at one time, and we would release it.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**27.50.c        Aliases on US-Visit documents**

1. Sometimes an alias is the main reason an alien got denied a benefit. It's called "misrepresentation of a material fact" or "fraud." In some cases, the alien made up a name on the spot, while in other cases they used the actual identity of another person.
2. You, the processor, must decide if there is *more likely than not* an invasion of privacy. If the alias and date of birth closely resemble the alien's real name and date of birth, you may decide it is more likely than not that the alien made up the information at the time of arrest and there is no invasion of privacy. If the alias and date of birth are quite different from the alien's real name and date of birth, you might conclude that the alien gave someone else's information to the arresting officer, and there is more likely than not an invasion of another person's privacy.  If you decide there probably would be an invasion of privacy, withhold (b)(7)(C), or a(k)(2) + (b)(7)(C) if PA.

**27.51   Letterhead Memorandum (LHM)**

A Letterhead Memorandum (LHM) can be a classified document and is often stored on the Homeland Secure Data Network (HSDN), rather than in the A-file. If you are processing a case that contains a Memorandum to File by the National Benefits Center FBI Name Check Team (FBINCT) that references an LHM, please send an e-mail to **NRC, FOIASafe** and copy Joe Reed and your supervisor.

Please provide the control number, the page where you found the Memorandum to File and whether you are teleworking or in the office.

Next, prepare a discussion, make the subject of the discussion "LHM" and paste in the contents of the e-mail. After doing that, send the case to Administrator.

An authorized employee will need to review the case on your computer in the office either that day or the next time you are working in the office. This will reduce the chances of an NSI spill on multiple computers. If the classified processing team finds a classified LHM on the HSDN, they will reassign the case to a FOIA Safe processor. If a classified LHM is found in the records scanned in FIPS, it will be treated as an NSI spill. It is possible they will return the case to you for processing.

If that is the situation, please fully withhold any FBINCT Memorandum to File and/or LHM, citing Exemption (b)(7)(E), or if the case is PA, Exemptions a(j)(2) and (b)(7)(E). Sample follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015





FOR OFFICIAL USE ONLY

## 27.52   Forms I-526 and I-829

Forms I-526 and I-829 are petitions filed by an Alien Entrepreneur. There are special processing procedures for these types of requests. For this reason, these cases are processed by the Significant Interest Group (SIG). If you discover a form I-526 or I-829 in the file while processing, please follow these steps:

- Place a discussion that the file contains an I-526 or I-829 and list the page number(s).

103

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- Send the case to Admin.

- E-mail the NRC, FOIASIG mailbox and provide the NRC control number, the page(s) where the I-526 or I-829 was found, and the number of pages you processed. Copy your supervisor so that he or she can give you credit for the pages you processed.

- SIG will then reassign the case to the COW queue for processing.

## 27.53   Aliens with Multiple Unconsolidated A-Numbers

If the alien has multiple unconsolidated A-Numbers and both files are located at the NRC, please add them to the spreadsheet that Records Operations maintains at *O:/Government_Contractor_Shared_Folder/files_to_consolidate.xls*.You are responsible for entering the alien numbers of the files that may possibly need consolidation. Records Operations will review the files and consolidate if necessary.

Please double-check that your A-Numbers have not already been entered into the spreadsheet. Don't forget to include your actions in your case summary discussion.

**Note:** If both files are not at the NRC, do not add the information to the spreadsheet.

## 27.54   Off-line Exemption Spreadsheet Proceedures

Use this spreadsheet when you have to process an off-line, supplemental release. You will be tracking the pertinent data for inclusion in DHS' annual report.

Supervisors will:

1. Provide the processor tracking the information with a blank copy of the off-line exemption tracker.
2. Have the processor return it to you when completed.

Enter the information into the spreadsheet located in the Ops Supervisors folder on the S: drive.

Processors need to document:
1. Date supplemental release was processed off line.
2. NRC Control number
3. Agency Cited for
4. Number of times each exemption was used
5. Number of pages redacted, broken down by PD and WIF

**NOTE 1:** Anything that needs more explanation (ex. B3 citation with the statute) can be recorded in the notes column.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**NOTE 2:** Please don't confuse the off-line exemption spreadsheet with the New Exemption Tracker, which is only used for classified records.

### 27.55 Identifying Robert Schofield/Hidden Patriot Cases

The Hidden Patriot investigation determined that more than 200 people received benefits (LPR or Citizenship status) illegally through a former DHS official, Robert Schofield.

Schofield, who falsified immigration documents, admitted to approximately 700 people who received benefits. This does not include countless others who have received derivative benefits.

Previously, you could simply determine you had a Schofield case if it was located at SAC Washington, but no longer. FDNS is releasing cases that are not under SAC's jurisdiction. Any FCO may have a Schofield case.

Within the first 20-30 pages of a case, look for the following indicators:

- Notice of Intent to Deny or Revoke letters. The letter could mention Hidden Patriot or Robert Schofield.
- Memorandums from FDNS or ICE (normally following the NOID or NOIR letter) which give details concerning the investigation and how Robert Schofield is involved
- Form I-485 or N-400 with Robert Schofield's signature

If you believe you have a Schofield case, please send an email to your supervisor with the case number, that you have a Robert Schofield/Hidden Patriot case and have the case sent to Admin.

The case will be forwarded to the designated Hidden Patriot processor.

## 28.    REFERRALS/CONSULTATIONS

### 28.01   General Considerations for Referrals and Consultations

28.01.a        A referral is a document that originates with another component of DHS or another Federal agency. Consultations with another DHS component or Federal agencies occur when another DHS component or Federal agencies' information has been incorporated into a USCIS document. At this time, we obtain the views of the other components or agencies concerning the release of information.

28.01.b        Generally speaking, you will release the name of the agency. Hide the name of the referred agency if the referred documents come from the agencies listed below:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(b) (7)(E)



28.01.c        If the referred document originated with another agency and does not contain any USCIS information, refer the document to that agency for direct response to the requestor.

28.01.d        Please insert the name of the referred agency in your Final Action letter, unless you are referring a document to the "intelligence community" listed in 28.01.b. If that is the situation, please advise requestor of referral to "another government agency."

28.01.e        If a referred document contains USCIS information, you must review for release or withholding determination before you refer it. If you have made redactions to the USCIS portion of the document, you must include the applicable USCIS exemption paragraph(s) and the USCIS appeal paragraph in your referral letter. ICE and US-VISIT are exceptions to this rule.  We do not need to redact any information from a document we refer to ICE or US-VISIT.

28.01.f        USCIS FOIA has been given permission to make appropriate redactions on some documents that originated within other DHS components and Federal agencies. *The paragraphs below outline the exception relating to referring documents.* If you think you have a consultation talk with your supervisor.

28.01.g        If the case contains third party documents belonging to another agency, we should not refer those documents. Please mark those documents out of scope. The

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

exception to this rule is ICE. Even if the ICE-authored document refers to a third party from whom we do not have certification of agreement, refer the page to ICE.

Scenario:  This is a self-request. The file contains TECS screen prints that originated with the Secret Service. These prints belong to the subject's wife. Since the wife did not sign the request, the documents, you should mark it out of scope. If the wife has also given certification of agreement, you would refer her documents to the Secret Service.

28.01.h          Please treat attachments as independent documents. That is to say, if you refer a cover letter, you should not refer all attachments just because they are attachments. Instead, you should process those documents according to guidance we have already. For example, if an attorney addresses a letter to ICE and says Exhibit A attached is the subject's birth certificate, we should refer the letter addressed to ICE, but not the birth certificate. We know how to process the birth certificate, and ICE does not need that birth certificate in order to know how to withhold or release the cover letter.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 28.02   Referral with USCIS Redactions



If you refer this page to U.S. Marshals Service, they will redact the name **Bob Smith** under (b)(7)(C) because he is a United States Marshal, but they will release the name **Chris P. Bacon** because he is a US Border Patrol Agent.

If there is information we would withhold, you must redact it before you refer the page to another government agency. ICE and US-VISIT are exceptions to this rule.  We do not need to redact any information from a document we refer to ICE or US-VISIT.

If there is information we redact on a page that we refer to another government agency, you must paste in the USCIS paragraph for that exemption and the USCIS final action letter appeal paragraph. ICE has provided us with guidance not to redact information before we refer to them, as they redact any exempt information, regardless of agency of origination.

## 28.03   Modifying the Referral Letter

### 28.03.a         When do we send Requestor Docs or CSDs with Referrals?

When we receive a new request, our creators review the request for legal sufficiency. They ensure that it contains all required documents and information for you, the processor, to be able to process the case. When a case creator finds missing critical

108

information, the creator will send out for that information. Once we receive that information, OA scans it into the case as Requestor Documentation. Additionally, you may see information that has been scanned in as a Case Supporting Document. These documents are often vital to determining whether certification of agreement is present and verifying that the correct records are being processed. However, when a processor refers documents to another agency, only the Request Letter and Request Supporting Documents automatically are printed and sent with the referrals. If the agency to which we refer the information does not receive the critical information, they will send the entire referral back to us letting us know critical information is missing. If you had to go to Request Supporting Documents to verify legal sufficiency, and if you are referring, we must also forward those Request Supporting Documents to the referred agency. Therefore, please place an asterisk * in paragraph one where indicated in the picture below. The asterisk will alert the OA room to print and include all additional documents with the referral. Be sure to <u>add in your summary discussion</u> that you have alerted the OA room that all documentation is needed with the referral.

X   1.   Documents originated by your agency are being referred to you for review and **direct response** to the requester.

    X   There is 1 UNCLASSIFIED document consisting of a total of 1 page. <span style="color:red">Here</span> *

    _   There are _____ CLASSIFIED documents consisting of a total of _____ pages.  Please advise us if the classification of any of the documents has changed.

_   2.   Documents originated by Immigration that contain information furnished by your agency are being referred to you **for consultation**.  Please review your information that has been outlined.


**28.03.b          When do we add alias information?**

Please include alias information on your referral memo. This is especially important when the file is in the alias name. You do not need to list every alias; however, you must include any alias that is on the documents you are referring.
If the information is not there, the referral agency has no other choice than to determine they are not the same people. They send those back to us and we have to add that information to a new referral letter and refer it again.

Example follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

FROM:     Jill A. Eggleston
          Director, FOIA Operations

SUBJECT:  FOIA/PA Referral/Consultation
          FOIA/PA Control #: NRC2018197948

X  1.   Documents originated by your agency are being referred to you for review and **direct response** to
        the requester.  PLEASE NOTE:  The subject of record also used the aliases Wear U. At and
        Seymour Cash-Money.

        X      There is 1 UNCLASSIFIED document consisting of 16 pages.

## 28.04   DCII Referrals

Please refer all DCII (Defense Central Index of Investigations) printouts to Defense Security
Service (DSS). Currently there is no option in FIPS for DSS, so you will need to refer to _Other_
and insert the following address:

Defense Manpower Data Center
ATTN: Privacy Act Branch
P.O. Box 168
Boyers, PA 16020-0168

Please do not refer to DOD.

## 28.05   Referring documents relating to third party individuals

If you are processing a case that contains documents that you normally refer to another agency
but those documents **do not** relate to the subject of record, please **do not** refer those documents.
The exception would be if certification of agreement of all individuals has been given.  This rule
does not apply to documents originating with or authored by ICE.

Mark as "Out of Scope" any TECS screen prints relating to third party individuals, if we would
normally refer that screen print to another agency. Otherwise, withhold the TECS screen print in
full citing (b)(7)(C) of the FOIA and exemptions (k)(2) and (b)(7)(C) on PA cases. This rule
does not apply to documents originating with or authored by ICE.

## 28.06   U.S. Department of State documents

28.06.a            U.S. Department of State will make a direct response to requestor on documents
that we refer. "U.S. Department of State" is the referral choice in FIPS for Department of State.
Generally, if a State Department document pertains to an <u>investigation</u> or a <u>nonimmigrant visa</u>,

110

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal
interpretations contained herein should generally **NOT** be disclosed to the public.

we refer the document to State. We release the name of the agency. State Department has given us the following guidance for documents that are not third party:

28.06.a.1.   Process statements, acknowledgements, visa stamps, passports or visas the person has, or has received, or has signed.

28.06.a.2.   Process any immigrant visa paperwork except Report 71, investigative, deliberative or law enforcement related documents.

28.06.a.3.   Process documentation the alien would have filed to support immigrant visas, letters, or documents the alien would possess.

28.06.a.4.   Process any form that begins with an "I" (for example, I-130, I-140) even if it was filed overseas.

28.06.a.5.   Process the Report 24. <span style="color:red">(Withhold in full, (b)(7)(C) and (b)(7)(E) if FOIA or (k)(2), (b)(7)(C) (b)(7)(E) if PA).</span>

28.06.a.6.   Process the Immigrant Data Summary.

28.06.a.7.   Process Form IAP-66 (which is usually a full release to a first-party requestor).

28.06.a.8.   Refer messages, letters, e-mails, checklists and cables having to do with visa determination or investigations. This includes any Visa Lookout System, CLASS/SAO Name Check Results as well as "VISAS" + any animal or number. Keywords: (b) (7)(E) All those are Security Advisory Opinion types, and you should refer.



28.06.a.9.    Refer nonimmigrant visa (NIV) applications.
28.06.a.10.   Refer Embassy/Consulate fraud investigations.
28.06.a.11.   Refer State Department law enforcement related documents.
28.06.a.12.   Refer Refusal Worksheets
28.06.a.13.   Refer documents written by the United States Information Agency (USIA) addressed to the Department of State, if the document concerns advice on whether to grant a waiver to the 2-year foreign residency requirement, or if the document appears to be deliberative.  Refer asylum related documents with State-originated material, such as interagency communications, advisory opinions and deliberative material, including

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

        any documents entitled "Country Conditions." (Examples follow this paragraph.)

28.06.a.14.    Refer electronic database prints with information owned by State, if it has to do with NIV or law enforcement.

28.06.a.15.    Refer Report 71 – Case Accountability Report, as it may be investigative or deliberative.

28.06.a.16.    Refer TECS II screen prints marked State Department.

28.06.a.17.    Refer any State Department document, whether it pertains to a nonimmigrant visa or an immigrant visa <span style="color:red">including SEVIS screen prints</span>, if it bears the following warning:  **Sensitive But Unclassified (SBU) – Information Protected under INA 222(f) and 9 FAM 40.4.  This record cannot be transferred or reproduced in its entirety without the permission of the Department of State – Bureau of Consular Affairs (Visa Services)**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

Remember that the scanned document must be a State Department document in order to refer it. Consider the example below.

Is the document scanned a State Department document? We've enlarged the document on the next page. It is a copy of an email.



113

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

An adjudications officer is writing the State Department and asking questions about the subject of record.  This document is not a State Department document, and therefore; should be processed, not referred.



28.06.a.18.    State Department does not wish to review third party documents. If you would ordinarily refer a page to the Department of State, but it pertains to a third party from whom we do not have FOIA consent, please place the page out of scope. If we do have FOIA consent from the third party, please note that in your summary discussion and in the referral letter to Department of State.

28.06.b    We refer advisory opinions, as well as other documents originating with State which are related to asylum claims, Country Conditions, as well as any document that refers to the subject by name. We release information that is available on www.state.gov without redaction to the requestor.

28.06.c    To assist in the identification of Department of State documents contained within a visa packet, look for a scanning sheet which marks the beginning and end of the Visa packet. The contractor inserts these scanning sheets when scanning the A-file in to FIPS. Please mark these scanning sheets out of scope. They are not part of the responsive record. We process most, if not all, of the documents in the visa packet. If you see something within a visa packet that you believe is law enforcement related or deliberative process, check with your supervisor.

Some USCIS documents will be intermingled throughout the Visa packet (ex. I-129 Petition for Nonimmigrant Worker, I-130 Petition for Alien Relative, and support affidavits). Do not refer these USCIS documents to U.S. Department of State.

114

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

28.06.d     If an investigative or nonimmigrant visa document originating with Department of State contains a known alias that has not been listed on the original FOIA request, please include an explanation in your referral letter, for example:  "_____ _____ is a known alias per FBI rap sheet."

28.06.e     If the request is for a specific document that originated with Department of State, for example, a nonimmigrant visa application, and there are no other pages within the scope of the request, please close the case G1 and include an explanatory sentence in your final action letter, for example:  "We have referred ___ page(s) to the Department of State for their direct response to you."

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

Example 1: "Country Conditions" is in the title:

Referred to: State Department



United States Department of State

*Washington, D.C.  20520*

Bureau of Democracy, Human
Rights and Labor
December 20, 1994

CHINA - COUNTRY CONDITIONS AND COMMENTS ON ASYLUM APPLICATIONS

Table of Contents

|  |  | Page |
|---|---|---|
| I. | Introduction | 2 |
| II. | Overview and Recent Developments | 2 |
| III. | Most Frequently Occurring Claims | 4 |
| IV. | Miscellaneous Considerations for Adjudicators | 6 |
|  | A. Prior Persecution | 6 |
|  | B. Internal Flight Alternatives | 6 |
|  | C. Treatment of Minorities* | 8 |
|  | D. Treatment of Returning Illegal Emigrants | 9 |
|  | E. Significance of Exit Permits | 10 |
|  | F. Family Housing | 11 |
|  | G. Documentation | 12 |
|  | H. Household Registration and Identity Cards | 12 |
|  | I. Work Choices** | 14 |
|  | J. The Taiwan Factor | 14 |
|  | K. Place Names and Dialects | 14 |
|  | L. Alternative Reasons for Migration | 15 |
|  | M. Homosexuality** | 15 |
|  |  | 16 |
| V. | Requests On Account of Political Opinion | 17 |
|  | A. Activities In China | 17 |
|  | B. Activities In the United States | 20 |
| VI. | Requests on Account of Religion*** | 23 |
| VII. | Requests on Account of Coercive Family Planning | 28 |
|  | A. Fujian Province | 31 |
|  | B. Guangdong Province | 38 |
|  | C. Zhejiang province | 38 |

*includes ethnic Koreans
**new
***includes Yiguandao

116

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Example 2:  "Country Conditions" is in the title:

Referred to:  State Department



United States Department of State

*Washington, D.C.  20520*

Bureau of Democracy,
Human Rights and Labor
April 1996

FORMER YUGOSLAVIA - PROFILE OF
ASYLUM CLAIMS AND COUNTRY CONDITIONS

Table of Contents

|        |                                                      | Page |
|--------|------------------------------------------------------|------|
| I.     | Introduction                                         | 2    |
| II.    | Overview of Developments in in former Yugoslavia     | 3    |
| III.   | Summary of Claims                                    | 4    |
| IV.    | Asylum Requests on the Basis of Political Opinion    | 5    |
| V.     | Asylum Requests on the Basis of Ethnicity            | 6    |
| VI.    | Asylum Requests on the Basis of Refusal to Perform Military Service | 7 |
| VII.   | Asylum Requests on the Basis of Religion             | 8    |
| VIII.  | Other Factors in Migration                           | 9    |
| IX.    | Bosnia and Herzegovina                               | 9    |
| X.     | Croatia                                              | 10   |
| XI.    | Serbia                                               | 10   |
| XII.   | Montenegro                                           | 11   |
| XIII.  | Former Yugoslav Republic of Macedonia                | 12   |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 28.07   Broadcasting Board of Governors

A United States Information Agency document may deal with the former USIA's broadcasting function.  If it has anything to do with broadcasting, you should refer it to the Broadcasting Board of Governors (BBG), which has its own FOIA operation, at the following address:

BBG FOIA Office
Room 3349
330 Independence Ave. SW
Washington, D.C. 20237
(202) 203-4550

## 28.08   Bureau of Prisons documents

Refer all documents originating with the Bureau of Prisons (BOP) for their direct response to the requestor. Do not hide the name of the agency. Do not refer Inmate Locator screen prints to BOP because that information is available to the public through their website. The Pre-Sentence Investigation Report (PSIR) does not originate with BOP; however BOP has a policy not to release the report to a person while he or she is an inmate. After the person is no longer an inmate, BOP gives the person report without redaction. BOP will return the PSIR to us if we refer it to them, and for that reason, we will no longer refer the PSIR to BOP under any circumstances. If the mailing address for the responsive record is to a federal correctional institution, please fully withhold the PSIR, citing Exemptions (b)(5) and (b)(7)(C) or (d)(5)/(b)(5) and (k)(2)/(b)(7)(C) if the case is a PA. Otherwise, evaluate the report for sensitive information about the victim and withhold that information, citing (b)(7)(C), but otherwise release it fully.

## 28.09   Deleted

## 28.10   Foreign Broadcast Information Service (FBIS) documents

Occasionally, you may find a document from the FBIS in your file. This is not a Federal Bureau of Investigation document; this document belongs to the Foreign Broadcast Information Service, a subsidiary of the (b) (7)(E) _____ withholding the name of the agency. See example below:

118

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

UNCLASSIFIED

(b) (7)(E)

119

## 28.11   Should I refer Form I-643 to Health and Human Services (HHS)?

**No.** Since this form originated with Legacy INS (see attached), please do not refer. Instead, process this form. Generally, any United States government form that begins with an "I" followed by a dash and number is an immigration-related form and should not be referred to any other agency.



Form I-643 (Rev. 10-31-89)

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**28.12   Not used**


**28.13   Deleted**


**28.14   ICE Documents**

Refer any document originating with, authored by or addressed to Immigration and Customs Enforcement to ICE unless the document bears the State Department Bureau of Consular Affairs warning. In that situation, please refer to section 28.06.a.17 of this guide.  Do not hide the name of the agency. Please also refer any legacy INS document having to do with OPLA, detention or deportation to ICE. Generally speaking, legacy INS functions that became ICE are deportation, detention and removal. Most attorney work product has to do with removal and deportation, which is an ICE function. If attorney work product does not concern removal and deportation, it may have been prepared by a USCIS attorney. Ordinarily, if the case contains third party documents belonging to another agency, we do not refer those documents. The exception to this rule is ICE. Even if the ICE-authored document refers to a third party from whom we do not have certification of agreement, refer the page to ICE.

QUESTION:  What about a court document that was served on ICE?

Let's take the following example:
On page 210, we have the following court document:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Fernando Romo, Esq. SBN 234967
Olga Badilla, Esq. SBN 232285
Law Offices of Fernando Romo & Associates, PLC
1625 West Olympic Blvd. Suite 1035
Los Angeles, California 90015
Phone (213) 380-8850
Fax (213) 380-8851

Attorney for

COPY

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
606 SOUTH OLIVE STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90014

| In The Matter Of: | ) | IN REMOVAL PROCEEDINGS |
|---|---|---|
| | ) | |
| | ) | |
| Alien # | ) | NEXT MASTER HEARING |
| | ) | DATE: 08/12/2010 |
| Respondent | ) | TIME: 1:00 P.M. |
| | ) | |
| | ) | HONORABLE JUDGE |
| | ) | DI MARZIO |

ADDITIONAL DOCUMENTS IN SUPPORT OF TEMPORARY PROTECTED

STATUS

On page 212, we have a certificate of service to ICE:

CERTIFICATE OF SERVICE

I, Olga Badilla, certify that on 08/12/2010 I served by hand-delivery Additional Documents in
support of Temporary Protected Status upon the Office of the Chief Counsel, U.S. Immigrations
& Customs Enforcement at 606 S Olive, Courtroom 5*5, in Los Angeles, CA 90014.

Signed under penalty of perjury this 08/12/2010, in Los Angeles, California.

Olga Badilla, Esq.
Law Offices of Fernando Romo & Associates, PLC.
1625 West Olympic Blvd., Suite 1035
Los Angeles, CA 90015

ANSWER:  No. The document was written by Olga Badilla, Attorney at Law, representing the
alien, which means it neither originated with ICE, nor was it authored by ICE. The document is
addressed to Executive Office for Immigration Review, a part of Department of Justice, and so it

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal
interpretations contained herein should generally NOT be disclosed to the public.

is not addressed to ICE. Section 28.14 does not include the words "or served to ICE." The fact that the document was served to ICE is merely coincidental. Also, you may be assured that an attorney representing an alien in removal proceedings would not disclose a document she intended to send to EOIR unless she had already sent it to EOIR. Prior to that, it would be attorney work product. In short, please do not refer to ICE in that circumstance.

The Division of Immigration Health Services (DIHS) is a stand alone medical unit. It serves as the medical authority and provider of care for all detainees in ICE custody housed in DIHS staffed detention centers. Please refer documents created by DIHS to ICE. This guidance was provided by ICE.

### 28.14.a  IFS

We refer any Intelligence Fusion System (IFS) Search Result screen print to ICE.



### 28.14.b  SEVIS

Refer SEVIS documents (see example below) to ICE. Notice the "US Immigration and Customs Enforcement" logo in the upper left-hand corner unless the document bears the State Department Bureau of Consular Affairs warning. In that situation, please refer to section 28.06.a.17 of this guide.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015



PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

### 28.14.c  Daily DRO News Submission Report

The Daily DRO News Submission Report belongs to ICE. Please refer.

### 28.14.d  Record of Action, Form I-703

Form I-703, Record of Action, is attorney work product normally prepared in conjunction with deportation or removal proceedings. Please refer these documents to ICE. Bear in mind that all attorney work product is not always prepared by ICE attorneys, and we would be withholding that work product citing Exemption (b)(5) of the FOIA (along with Exemption a(d)(5) if the case is PA).

### 28.14.e  Field Operations Worksheet

ICE field agents use the Field Operations Worksheet after having detained a fugitive. The agent uses the form for a particular operation and normally does not include it in the file. Please refer Field Operations Worksheets to ICE. Do not hide the name of the agency.

### 28.14.f  Deportation/Detention Worksheets

Refer any worksheets prepared by ICE or any legacy INS deportation or detention function. An example of one of these types of worksheets/processing sheets is the Post Order Custody Review Worksheet. Do not hide the name of the agency.

### 28.14.g  Detainee Classification System Assessment Forms

If prepared by ICE, refer Detainee Classification System forms to ICE. Do not hide the name of the agency.

### 28.14.h  ICE / LESC Warrants

Please refer to ICE screenprints with outstanding warrants of deportation or removal or a notice to contact LESC. Example below:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015



ed 03/01/2012 from USCIS' EDMS; A-File No. 0██████ NCIC Query Results ██ Page 2 of 3 10/17/2

Query ID: **R0410372**   Processed By: ████████

ZW.VTVLET000.   10/17/2008 13:20:42

ZW.VTVLET000.0990.*0990437488.

***MESSAGE KEY ZW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.
WARNING REGARDING FOLLOWING RECORD - SUBJECT OF NIC/█████████ HAS AN
OUTSTANDING ADMINISTRATIVE WARRANT OF REMOVAL FROM THE UNITED STATES.
CONTACT LESC AT (877) 999-5372 FOR IMMEDIATE HIT CONFIRMATION AND
AVAILABILITY OF BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT DETAINER.
MKE/IMMIGRATION VIOLATION - FAILURE TO APPEAR FOR REMOVAL
ORI/VTINS1000 NAM/█████████████████████████████████████████ 8
HGT/506 WGT/125 EYE/BRO HAI/BLK SKN/MED
MNU/AR-█████████
OFF/ALIEN UNLAWFULLY PRESENT DUE TO ORDER OF REMOVAL OR EXCLUSION FROM THE USA
OCA/A(████████)
MIS/OUTSTANDING WARRANT OF DEPORTATION - FAILURE TO APPEAR CONTACT THE ICE LAW
MIS/ENFORCEMENT SUPPORT CENTER 1-877-999-5372
DNA/N
ORI IS BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, LAW ENFORCEMENT SUPPORT CENTER
877 999-5372
MNU/AR-0█████████
MNU/AR-7█████
MNU/AR ██████████ 746
NIC/N█████████ DTE/20081017 1306 EDT
***** THIS RECORD MAY ONLY BE USED BY CRIMINAL JUSTICE AGENCIES FOR
CRIMINAL JUSTICE PURPOSES.
***** END OF IMMIGRATION VIOLATOR FILE RESPONSE.  *****

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal
interpretations contained herein should generally **NOT** be disclosed to the public.

### 28.14.i  DACS

As with EARM and ENFORCE screen prints, we will refer all DACS screens to ICE. Do not hide the name of the agency. Listed below are various screens from DACS.

> DACS Bond Summary Screen
> DACS Case Comments Look Screen
> DACS Bond Look Screen
> DACS Alien Biographic Summary (BIOS)
> DACS Detention Summary (DETS)
> DACS Case Closure Summary (CLOS)
> DACS Chg Documents Summary (OSC, CHRG)
> DACS Case Summary (CASS)
> Related Crimes (CRIM)
> DACS-EOIR Data Inquiry
> DACS Custody Summary Inquiry
> DACS Previous Alien Address
> DACS Detainer Summary (JAIL)
> DACS Court Actions Screen
> DACS Motions Look Screen
> DACS Motion Look Screen
> DACS BIA Appeals Look Screen
> DACS IJ Hearing Data Look Screen
> DACS Case Closure Look Screen

### 28.14.j  I-352, Immigration Bond

Please fully refer this form to ICE. Do not withhold the name of the agency.

### 28.14.k  Bond Management Information System (BMIS)

 contains records pertaining to the management of immigration bonds posted for aliens. Information stored in BMIS includes personal information about the individual who posted the bond, the alien and the surety company. Please refer BMIS prints to ICE. Do not hide the name of the agency.

### 28.14.l  EARM and/or DACS subsystem displays

can be accessed from Central Index System. If the subsystem display is blank and there is no data for the individual, then there is *no need to refer* the screen to ICE. Also, we have received guidance from ICE that if the phrase "DEPORTATION (EARM) DATA NOT FOUND FOR THIS A-NUMBER" appears below the display, and it pertains to the subject of record, *we may release it.* However, if the

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

subsystem display does contain EARM information, since ICE owns that information, ICE should decide whether to withhold or release it. Please refer those screens to ICE.

```
CIMDDA              DEPARTMENT OF HOMELAND SECURITY - USCIS          10/15/12
COMMAND:          CENTRAL INDEX SYSTEM - CI/EARM SUBSYSTEM DISPLAY  ●19:47:25
A#:        NAME:                                         DOB:
      LAST NAME:
      FIRST NAME:
      MIDDLE NAME:
   AKA LAST NAME(S)                        AKA FIRST NAME(S)


  SSN:              SEX: M     POE: SFR     DOE:
============================================================================
MOST RECENT UPDATE TO CIS FROM EARM:
CASE CATEGORY:          AGGRAVATED FELON:
FINAL CHARGE:        DEPARTURE COUNTRY:          DEPART/CLEARED STATUS:
  PORT OF DEP:        DATE OF DEPARTURE:          DOCKET CONTROL OFFICE:
============================================================================
     OVER-KEY A-NUMBER TO DISPLAY NEW PERSON -- PRESS ENTER.

CLEAR EXIT   PF4 DISPLAY MENU   PF5 HELP   PF6 CIS MAIN MENU   PF8 DISPLAY HIST
DEPORTATION (EARM) DATA NOT FOUND FOR THIS A-NUMBER.
```

## 28.15   Deleted


## 28.16  White House and related agency's documents

White House related agencies accept consultations regarding White House records only.

- The President's immediate personal staff and units within the Executive Office of the President (EOP) whose sole function are to assist the President are not subject to FOIA. For a list of offices subject to the FOIA, please refer to www.whitehouse.gov/government/eop-foia.html.

- Referrals to the White House are not an option.

- Once White House consultations are completed, respond directly to the requestor as instructed by the originating agency.


## 28.17   Documents to be referred to ORR

Each office within Health and Human Services has a FOIA Office. The Office of Refugee Resettlement (ORR) belongs to the Administration for Children and Families. Documents originating with Office of Refugee Resettlement should be referred to the following address"

Administration for Children and Families

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

FOIA Office, 7th Floor East Aerospace Bldg
370 L'Enfant Promenade SW
Washington, DC  20447

## 28.18   Referrals and Consultations received from other agencies

As other agencies process FOIA/PA requests, they will sometimes find our agency's documents within their files. These documents will be referred to us for processing. The responsive records could be USCIS documents being referred to us for review or joint documents i.e., co-authored by the referring agency and other agencies. A transmittal memorandum advising us to respond directly to the referring agency is a consultation.

The referral package should consist of a cover letter from the agency, a copy of the FOIA request and the document/s being referred (responsive records). The FOIA request must have proper certification of agreement, per our agency's standards.

When we receive records from another agency for either direct response to the requestor or for consultation to review the information and respond to the originating agency, the processor should review the documents provided by the originating agency and apply any necessary redactions. If the reply is going directly to the requestor, the final action letter will need to reflect the fact that the request originated with a different agency. If the originating agency requests that we return our response to them, and if we made any redactions, we also need to send that agency our exemption paragraph(s) and appeal paragraph.

USCIS handles all consultations and referrals on a first-in, first-out basis, but does so according to the date of the request's initial receipt at the referring agency. [3]

## 29.   CONGRESSIONAL INQUIRIES

We occasionally receive inquiries from Congressional offices concerning the status of FOIA/PA requests. When we get them, NRC Congressional will attach a cover sheet with instructions for the case creator and OA will scan it in as a new request. If you are not a designated congressional inquiry processor and you open a case that has congressional correspondence in the request or as a case supporting document, please send an e-mail to Congressional, NRC and copy your supervisor. In the body of the e-mail, please paste in the case number. Create a discussion entitled "Congressional Inquiry."  No further comment is required. Next, send the case to Administrator.

---

[3] Freedom of Information Act Guide pg 121, and 6 CFR § 5.4(g)

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 30.   UNITED STATES MARSHALS SERVICE - WITNESS SECURITY PROGRAM (WSP)

The United States Marshals Service in conjunction with the Criminal Division of the Department of Justice is responsible for the Witness Security Program (WSP). Records under this program are extremely sensitive in nature. These records are not to be scanned into FIPS.

Although the responsibility of the subject program is jointly charged to the United States Marshals Service (USMS) and Bureau of Prisons (BOP) with the Department of Justice, Criminal Division having oversight responsibility, any agency having possession of a WSP record should respond to a request for access by citing FOIA Exemption (b)(3) alone.

NRC will handle such requests as follows:

- The WSP Office will forward only those records unrelated to the Program. NRC will process this material in the normal manner.

- The WSP Office will also forward a summary of the contents of the information concerning the WSP. Withhold this information in its entirety pursuant to 5 U.S.C. § 552 (b)(3). Do not cite a corresponding statute in the response letter.

- For third-party requests where the requestor lacks the certification of agreement of the individual mentioned in WSP, use the standard Exemptions (b)(6) and (b)(7)(C) without any reference to Exemption (b)(3). Follow this procedure even when the requestor has identified the subject of the request as being protected under the WSP.

## 31.   FUGITIVES FROM JUSTICE

Note:  Always **contact a supervisor** before closing a case TD because of fugitive status.

At NRC, we will **almost always** process the case because we cannot be certain that the person is a fugitive at processing time. Please refer to Lazaridis v. SSA, No. 10-1386, 2012 WL 1355656 (D.D.C. Apr. 19, 2012), in which the D.C. District Court established that fugitive status alone does not disqualify a person from entitlement to receive records under FOIA.

A template Fugitive letter is at:

*O:\Foia\FOIA LIBRARY\Case Processing References\Case Processing Template Letters\Fugitive Letter*

(Copy and paste the above address into your web browser to access the letter.)

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Persons are considered fugitives from justice when the following conditions exist:

- Received a final order of deportation/removal, and

- Failed both to surrender for deportation/removal in response to a timely notice, and to keep DHS apprised of his/her current residence, or

- Failed in a removal case to depart as required by a grant of voluntary departure.

Detained aliens are not fugitives.

The status of an alien classified as a fugitive can be determined by utilizing various screens of the ENFORCE Alien Removal Module (EARM) or the older Deportable Alien Control System (DACS).

The EARM Summary Screen (from 9101, type EARM) will have the code "8E" or "5B" in the CASE-CAT field or the FILE-LOC field could reflect "ABSCON/NRP or the acronym "B&B." Case category "8E" is for a subject who was ordered removed in absentia and now is a fugitive. Case Category "5B" is for a subject who was granted Voluntary Departure and has failed to depart and is now a fugitive.

A Voluntary Departure Decision Code is "V" and an Order of Removal in Absentia is "E". You may find in the comments in the DACS IJ HEARING DATA LOOK screen or the CASE COMMENTS LOOK screen referencing "I-166 sent on dd/mm/yyyy" or "I-340 sent on dd/mm/yyyy." Both of these are forms used for Fugitives. The I-166, Notice to Deportable Alien is a demand letter that will tell the subject when and where to appear for removal. An I-340 Demand on Bond is sent to the Bond Obligor for the subject to appear for Removal, Hearing or an Interview.

By viewing the DACS-EOIR DATA INQUIRY (EOIR) screen the overall status of the subject's ROP (Record of Proceedings) can be seen. This screen contains the FINAL DISP: FIN VD for a subject who has been granted Voluntary Departure. Also subjects with Final Order of Removal will have in the FINAL DISP: "ADM FRO." This is true for a subject who was ordered removed in absentia.

When a processor retrieves a case that has screen prints from EARM scanned as responsive records or as case supporting documents, and the screen prints or a Discussion indicates the subject of the file is a fugitive, the processor will need to check NFTS for the file location. If NFTS reflects that the file is no longer located at LSC (LESC), the processor should staff for the file. If you do not know how to staff for a file, please attach an appropriate discussion and send the case to Records Locator.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 32.    REQUESTS FROM FOREIGN CONSULATES

Please immediately forward any type of correspondence, FOIA request or inquiry received from the consulate of a foreign nation to the Director's Office (via your supervisor). The USCIS Director has not delegated to us the authority to correspond with foreign consulates concerning FOIA requests.

## 33.    REQUESTS RECEIVED ON THE I-694

If you see a case that has the I-694, Notice of Appeal of Decision Under Sections 245A or 210 of the Immigration and Nationality Act (INA), scanned as the FOIA request letter, it is considered a legitimate request. This form, along with the A-file, is sent to the NRC from the Administrative Appeals Office.

This form is used to notify USCIS that an individual is appealing the denial of their permanent residence, temporary residence, or a waiver of grounds of inadmissibility.

## 34.    REQUESTS FROM INMATES

If you pull up a request to process that was submitted by an inmate and the request is over **six months old**, please send the case to Records Locator with a Discussion to send out a Blank Letter, specifying interim interest. If the interim interest letter is returned saying the subject is no longer in custody and we do not have another address for the subject, you can create a Final Action Letter to close the case FC. **Do not close out the case FC without the returned mail.**

Please do not place any redactions on the records. If the correctional institution responds that the person is no longer an inmate and they have no forwarding address, we must return the case to the original processor, who will then have to remove every redaction.

## 35.    CHILD SUPPORT REQUESTS (NON-GOVERNMENT)

Advise persons requesting last known address for the purpose of either establishing paternity or obtaining child support to contact the appropriate state child support enforcement agency for this information. If the individual requesting the information provides evidence of a federal court order directing the subject to provide child support, release only the last known address.

132

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 36.   REQUESTS FOR ENTRY AND EXIT INFORMATION

When a requestor is specifically seeking information or documents from his or her A-file relating to their entry and/or exit in and out of the country, a processor should be reviewing the file for the following documents:

I-94 Arrival/Departure Record
Passport
Visa Registration
Advance Parole Document
I-205 Warrant of Removal/Deportation
I-166 or a Bag and Baggage Document
DACS Case Closure Summary screen print – Make sure the screen print reflects a Date Departed and Port Departed.
Document control card
I-213 Record of Deportable/Inadmissible Alien – This document sometimes reflects departure information.
Re-entry Permit
Refugee Travel Document

The final action letter should specifically address all documents being requested.

You may not locate the specific entry/exit information requested, or you may locate no entry/exit information at all. If you are able to send other entry/exit information that may provide the requestor with needed information, please do so.  If you do not locate the entry/exit information within the file, please close the case as "No Record."  Either way, you must address the issue specifically in the final action letter, stating that the document requested was not located in the file and suggesting that the requestor/subject contact CBP for the information. Add the following sentence to the final action letter:

> If such records exist, they would be maintained under the jurisdiction of U.S. Customs and Border Protection at the following address.

> U.S. Customs and Border Protection
> FOIA Division
> 90 K Street, NE, 9th Floor
> Washington, DC 20229-1181

ICE assigns case numbers for internal control of documents. These case numbers appear on various documents. Release case numbers. Examples of documents that contain a case number include, but are not limited to, the I-200, I-213, I-265, I-286, I-831, and I-862. USCIS documents do not typically contain internal control numbers. We release USCIS petition numbers to the petitioner and/or the beneficiary.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Always review these documents for comments, analysis and recommendations. Evaluate comments, analysis and recommendations for reasonably foreseeable harm to the government. Review and withhold comments that form an opinion or show a thought process, citing Exemption (b)(5) of the FOIA and (d)(5) and (b)(5) of the PA if applicable. We release facts such as dates of birth, A-numbers, removal charges, attorneys or representative names, and immigration history, as long as we have certification of agreement, or even without certification of agreement if the case is PA.

## 37.   GENEALOGY

### 37.01   Processing Index Cards

When the responsive record consists of an index card only, review the card's A-File location. Request the file if a search of CIS and/or NFTS with the A-number or C-number shown on the index card reveals the file location. When you are searching NFTS, if the search result reflects an A-file and a C-file of the same number, those files belong to different individuals

If an index card has been scanned, review it. You should be able to tell where the file is located and create a new staffing. The A or C number may or may not be in NFTS or CIS. Staff to the office that is shown on the index card, if the A or C number is not in NFTS or CIS.

Search CIS for an A-number. If you have an A or C number, check CIS and NFTS. If the number you have is an A-number and NFTS shows a C-file with that same number those are not the same people. Use 9504 to check for the file location. If you get something, go to the 9101 screen. From there you will be able to tell if the number is an A or C number.

### 37.02   Processing Index Cards That Contain Accession Data

When a records indexing search returns an index card showing an archived file with one of the following accession data patterns, the processor should close the case as a G1. This particular index card will not show an FCO (file control office).

The following numbers represent a file number that is located in the upper right hand corner of the index card.

<div align="center">

51###/##
52###/##
53###/##
54###/##
55###/##
56###/##

</div>

<div align="center">134</div>

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

The accession data is normally located on the third line of the card; the following numbers represent the accession data.

<div align="center">

58A733
58A734
59A2038
60A600

</div>

The index card is the only record CIS has that relates to the subject of the FOIA request. The final action letter should contain the following verbiage:

> The record you are requesting is part of a series transferred to and now maintained by the National Archives. Please write to the following address. Your request for this file must contain the following information:  name, file number (located in the upper right hand corner of the index card), the accession data (normally the last line on the index card, should consist of a box number and ACC number). Indicate in your request the file is part of NARA Record Group 85, Entry 9, and may have a new NARA box number.

> National Archives and Records
> Administration
> Old Military and Civil Records
> Textual Archives Division
> 7th & Pennsylvania Avenue, NW
> Washington,  DC  20408
> Attn:  RG85

**37.03   Processing Genealogy Records**

Sometimes the manual search for records relating to genealogy results in more than one file being scanned. With the information provided by the requestor, you will need to identify the correct record to be processed. Mark all other records "out of scope."  The record belonging to the subject can be released except for third party information.

If the requestor has not provided enough information to identify the record, the processor will need to contact the requestor by phone or request more information using the "Additional Information Sheet."

Before processing, review the staffing response for additional information.

# 38.   PRIVACY ACT AMENDMENT REQUESTS

<div align="center">135</div>

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

The Privacy Act requires agencies maintaining personal information about individuals to keep accurate, timely and complete files. The Privacy of Act of 1974, 5 U.S.C. § 552a(d)(2) permits an individual to request amendment of a record pertaining to themselves. Only LPR's and USC's can request an amendment to or correction of their records.

A Privacy Act Amendment Request is a request from a USC or LPR to amend, expunge or correct information in his/her PA record that the individual believes is not accurate, relevant, timely or complete.

Requestors must identify themselves as described in the paragraph Certification of agreement and Verification of Identity when seeking to amend information in a PA system of records. He or she must identify the particular record involved, the nature of the amendment sought, and the justification for the amendment.

Special Interest Group handles PA Amendment requests. If a creator opens a request that appears to be a true PA Amendment Request, he or she should create the case normally, send an e-mail with the case number to NRC, FOIASIG, and reassign the office to COW. If you, the processor, open a case that should have been created as a PA Amendment request, please place the case in Admin and send an e-mail to your supervisor. Your supervisor will then coordinate with SIG.

Upon determination, the SIG processor will send an acknowledgment letter to the requestor and forward the PA Amendment request to the appropriate adjudications center or a district office. An adjudicating officer will make a determination and return the findings and decision to SIG for preparation of a response to the requestor. By 5 U.S.C. § 552a(d)(2), USCIS has ten working days to make a decision.

# 39.   INTERNATIONAL FOIA MAIL

The following instructions apply to any mail going to a foreign address (including Canada and Mexico):

1. Send responsive records on CD, regardless of number of pages.
2. If we are sending one-page correspondence, such as an ack letter or a closure as no record, please send in paper format.

# 40.   FINAL ACTION

## 40.01   Preparing the Final Action Letter

40.01.a          After you have completed processing, you must prepare a Final Action Letter in FIPS. Before you go further, check to make sure the "Print to CD" button is

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

selected unless the requestor specified paper, or unless the mailing address is a correctional facility. Click on the task "Final Action Letter."



Select the appropriate final action code from the menu.



The letters generated by FIPS contain almost all the information you need, except for the exemption phrases. The resulting letter will require you to enter the exemptions you used. Ensure the introductory paragraph includes the date the request was received, the name of the subject of the request and the type of request (FOIA or PA). The body of the letter must identify:

- the total number of pages responsive to the request,
- the number of pages released in full, withheld in full and partially withheld,
- if any pages have been referred to another government agency, and
- which exemptions have been applied in withholding information.

40.01.b        Do not mention duplicate or out of scope pages on the final action letter.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

40.01.c          Do not insert paragraphs for exemptions you have not cited.

40.01.d          Cite the exemptions used with a description of the reasons(s) for withholding information in detail without divulging the information withheld. The exemption paragraphs are located on the common drive (O: FOIA\FOIA Library\Exemption Phrases).

40.01.e          For pages withheld in full, state that the "pages withheld contained no reasonably segregable portions of non-exempt information."  Include a statement reflecting, "the enclosed are the best reproducible copies available." Identify documents referred to another agency.

40.01.f          For all cases where we have withheld any information, we must advise requestors of their appeal rights.

40.01.g          If you do not refer any pages, please delete the following sentence from your final action letter:

"Additionally, we have referred [# of pages] in [its/their] entirety to [government agencies name] for their direct response to you."

If you do refer pages, you will have to modify the sentence to reflect the agency and number of pages, for example:

"Additionally, we have referred 3 pages in their entirety to US-Visit and 1 page in its entirety to the Department of State for their direct response to you."

In that paragraph, please do not mention Immigration and Customs Enforcement, or how many pages you are referring to them. If you are referring pages to ICE, you will mention them in the following paragraph:

"During our review, USCIS located # of pages of potentially responsive documents that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009."

If you are not referring any pages to ICE, please delete that paragraph. If you referred any pages, please leave the paragraph exactly the way it is.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## 40.02   Correctly Formatting the Final Action Letter

Often in an effort to save space, processors try to squeeze all information into one page. Unfortunately, trying to fit everything into one page prompts an error which causes the Final Action letter to not print. When the Final Action letter does not print, two sets of responsive records could be inadvertently sent to the requestor, causing a PII leak.

Bottom line: Don't worry about sending a three-page Final Action letter. Please move the final paragraph and signature to the next page.

## 40.03   Do I need to add the appeals paragraph?

If you are processing and our record is nothing other than screen prints from a Border Crossing card or a 100-million-series EAD, close the case as a G1 and do not add the appeals paragraph to the Final Action letter. Why? This is not a missing A-file. There is nothing more than the electronic record, and we have provided screen prints of that record.

The above situation is not the same as a lost file. Why?  In the case of a lost file, we know for a fact that the A-file is missing. The subject, in this case, has the right to appeal. Close this case as a PD. The appeals paragraph will be in the Final Action letter.

## 40.04   Final Action Letter – Zero pages withheld in full

If you have not withheld or referred any pages in full within the responsive records, the final action letter should not state that we "have withheld 0 (zero) pages in full."  Delete that portion of the sentence from the final action letter, as well as the following sentence:  "In our review of these pages we have determined that they contain no reasonably segregable portion(s) of non-exempt information."  If no pages have been withheld in full in a case, the final action letter will not need to contain the sentence relating to segregable portions of information. The same principle applies to a case in which you have not referred any pages.

## 40.05   Final Action Letter – Specific Documents

If you are processing a request for a whole file and the requestor has specifically mentioned that he or she is trying to locate a certain document(s), you should address this in your final action letter.  Please insert in the first paragraph one of the following statements;

"You specifically requested a copy of [name of the document(s)] from your file. Please note that the document(s) can be found within the enclosed record."

OR IF THE DOCUMENT WAS NOT IN THE FILE:

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

"The specific document(s), [name of document(s)] you requested was(were) not located within your file."

Note:  in such a case, the Final Action Code is PD, even if we fully released all pages. Closing the case PD will allow the requestor appeal rights.

If you are processing a request for specific document(s) and those specific document(s) are not in the file, you will close the case as a "No Record."


## 40.06   Dates on Final Action Letters

Final action letters must be dated within five (5) days of the day they are mailed out. If a case is returned to you for correction and more than five days have elapsed since you processed the case, please update the date of your final action letter. Also, if you are re-mailing final action letters because they were returned, and if you determine the letter was returned because of our mistake in the address, you must update the date on the corrected final action letter.

When the requestor receives final action letters, the requestor has 60 days to appeal our determination. When we receive an appeal, the first thing we do is check for timeliness of filing. If the appeal is filed more than 60 days after the date of the final action letter, then the appeal is closed out as not applicable and the requestor loses the right to challenge our findings. Therefore, if we mail out a letter and it comes back as undeliverable and through research we determine that we mailed it to the wrong address, if we do not change the date of the letter, then we are potentially prejudicing the requestor's right to appeal our case.


## 40.07   Documents that contain blacked out information

Usually, "blacked out information" is caused by highlighters that cause specific information on the photocopied or scanned record to appear to be blacked out. When processing a case that contains documents with information that is blacked out, the processor will need to insert a statement in the final action letter informing the requestor that there is/are document(s) that contain information that was previously blacked out. Insert the statement immediately after the sentence:  "The enclosed record consists of the best reproducible copies available."  Please also insert a comment in your Summary Discussion. The sentence is not referring to poor copies of documents or very dark or black pages, etc., but rather information that appears to have been marked out intentionally.

The sentence you include in your final action letter should read as follows:

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Certain pages contain marks that appear to be blacked-out information. The black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

## 40.08   Ensuring you get credit for pages

Before you send your case to approver, click on the <u>Fee</u> tab. If the 'pages' field is blank, click on the <u>Processing</u> tab then back to the <u>Fee</u> tab, and it should populate the pages field.



## 41.   When do you close a case with no redactions as a PD?

There are times you will close a case as a PD even though there were no redactions made on the documents being provided to the requestor.

When a specific document has been requested and the document is not in the file, but you have located a document with like information you should close your case as a PD.

Example 1 - If a requestor is looking for an I-94, Arrival/Departure Record and the I-94 is not in the A-file, you could provide one of the following documents. These documents contain information relating to entry and exit:

- I-94 Arrival/Departure Record
- Passport
- VISA Registration
- Advance Parole Document
- I-205

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- I-166 or a Bag and Baggage Document
- DACS Case Closure Summary screen print – Make sure the screen print reflects a Date Departed and Port Departed.
- Document control card
- I-213 Record of Deportable/Inadmissible Alien – This document sometimes reflects departure information.
- Re-entry Permit
- Refugee Travel Document

The final action letter should specifically address the I-94 that was requested and the document we are providing. This case would be closed as a PD. Closing this case as PD allows the requestor to appeal our response since a specific document was requested.

Example 2 - The requestor asks for entry exit information and we provide him with one of the documents listed above and the document requires no redactions be made. This is a G1.

Example 3 - The requestor specifically asked for an I-130 she/he filed showing the receipt number and/or the approval date. The Form I-130 was never consolidated into an A-file, NVC does not have the petition, and the only record remaining is screen prints from PCQS and/or CLAIMS, and possibly an NFTS screen print verifying that the I-130 has been destroyed. We provide the requestor screen prints containing this information. Please close the case as a G1, unless you have made redactions on the screen prints. There is nothing else we can provide them, therefore nothing to appeal. On the other hand, if the file is scanned in and we have provided them something other than what they wanted, we still close that PD as described in Example 1, above.

**Part I-08: Retention and Disposition of Records** of the **Records Operations Handbook** provides that if a petition (I-130 or I-140) is denied, and an A-File is created, the petition becomes a permanent part of the A-File and has a life cycle equaling that of the A-File. If a petition is approved but not used, and never becomes part of an A-File, it is to be disposed of three years after a visa number becomes available (the visa number may not become available for twenty years or longer). In such a case, your final action letter should state that the original petition has been destroyed in accordance with federal disposition instructions, and because of that, we are able to provide only the remaining electronic record from our database.

Example 4 - The requestor has asked for his A-number, he/she wants to file a petition. We have enough information to positively identify the requestor. The information located in CIS matches the information provided by the requestor. The screen prints from CIS should be scanned as responsive records. This case would be closed as a G1.

You will need to read/review the request letter, supporting documents, case supporting documents and the Discussions.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## 42.   FAILURE TO COMPLY (FC) CASE CLOSINGS

In the past, we assumed certification of agreement could be implied from the subject providing proper VOI, (including a signature under penalty of perjury or a notarized signature) alone. However, it has been decided that we not only need proper VOI (Block 4 with signature) from the subject of record, but we also need a signature in the certification of agreement block (Block 3 of the Form G-639 dated 01/29/2012) in order to release the documents to a third party (attorney, family member, etc…). Since the certification of agreement portion of current FC letter is no longer valid, we will use the FC letter with the certification of agreement paragraph shown below:

> Because the records you seek are those of a personal nature, DHS' regulations require you to provide certification of agreement from the records subject before a disclosure of records can be made. On [Date] we sent correspondence requesting you provide us with proper certification of agreement. Proper certification of agreement is defined under 6 CFR § 5.21 as either a notarized signature, a signature signed under penalty of perjury, or proof of death. Although you are not required to use form G-639 to provide certification of agreement, a notarized signature in section 7, or a signature at the bottom of section 8 would fulfill this requirement.

In addition, since the Form G-639 changed on 01/29/2012, the blocks for certification of agreement and VOI are now 3 and 4 instead of 7 and 8, respectively.

To solve both these issues, we have two letters that we copy and paste in place of the FC letter, called Unperfected Request letters.

One letter, simply called "Unperfected Letter," is for unperfected requests on the 01/29/2012 version of the Form G-639. You can find this letter at:

http://ecn.uscis.dhs.gov/team/esd/Division/NRC/Branches/FOIA_OPS/Case%20Create%20Library/Forms/AllItems.aspx

The other letter, called "Unperfected Letter for Older G-639 version" is for any other version of the Form G-639. You can also find this letter at the link shown above.

Alternatively, you may go to O:\Foia\FOIA LIBRARY\Case Create References\Case Create References and find both Unperfected Letters.

If you are closing a case WD or FC and there is a FOIA Safe Staffing, please send an e-mail to NRC, FOIASafe stating the case number and the fact that it is WD or FC. The classified

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

document person keeps files in the FOIA Safe until the case is closed. Once she is notified we do not need the file, she will return the file to the original FCO.

Notes:

1. Also use these letters when you do not have a reasonable description of records sought.
2. A self-requestor only needs to provide VOI (with signature). No certification of agreement is needed to request your own record.

## 43.    A-FILES CONTAINING MEDIA

Once a case is processed, the processor should send an e-mail to the NRC, FOIAMEDIA mailbox with "Media" in the subject line. Include the control number, A-number, and the page number(s) where the media can be located.

Modify the final action letter by inserting the following sentence: "The copy of the media located in your file will be addressed under a separate cover."

If you believe the media has a transcript, please process and when you e-mail the FOIA Media mailbox, state you believe it is a transcript and also note the page number(s) where the transcript is located in the file.

In the Summary Discussion, annotate that the file contained media, the page number(s) and that you have notified **NRC, FOIAMEDIA**. This should be done in every circumstance.

All files that contain media will be addressed. A separate letter is sent by the employee processing the media.

## 44.   FEES

NRC charges fees, when applicable, so long as we have not exceeded response time limits. The processor is not responsible for calculating or charging fees; the case approver will make the determination and generate the fee letter when necessary. For more information regarding fees see Office of Records Services FOIA/PA Handbook.

## 45.   DISCUSSIONS

### 45.01   Discussions in General

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

45.01.a          Discussions are an important part of the case. All relevant historic data concerning a case from case create through closing the case should be annotated in a Discussion. Discussions should contain details and facts regarding the case.

45.01.b          Discussions are not an appropriate forum for expressing an opinion or requesting clarification from an approver. Seek clarification from an approver by e-mail, telephone, or in person, but not by Discussion.

45.01.c          Both creator and processor should create Discussions regarding any unusual circumstances or factors regarding the request or information contained within the responsive records. Detailed Discussions are vital when a case is being appealed. Discussions become a permanent part of the case and are subject to FOIA after the case has been closed.

**45.01.d**          **Deleted**  ~~To help prevent accidental release of third party PII, please create a Discussion *citing the page number* where you matched each item below from the request to verify that it is the correct file. If there are two sets of responsive records, your discussion should show how you positively identified the subject of record *by page number for each set of responsive records*:~~

> ~~1. Signature~~
> ~~2. Parents names (if available)~~
> ~~3. Country and date of birth (if available)~~
> ~~4. Any alias names you find~~
> ~~5. Anything else you used to positively ID the file as belonging to the subject~~

~~You may include this as part of your Summary Discussion, or you may create a separate Discussion.~~

**45.02   The Summary Discussion**

45.02.a          Summary Discussions should include, if applicable, the information shown below as well as anything that is unique to the case.

- The type of case (FOIA or PA). If the case is a PA, please include page number for proof of PA. If the subject has lost PA status, please include the page number.
- The total number of pages of responsive records (print total)
- The number of pages released in full
- The number of pages withheld in full
- The number of pages partially released
- What exemptions have been applied in withholding information
- The number of documents referred to another agency
- The number of duplicate pages marked

145

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- The number of pages that were out of scoped (other than the last page).

45.02.a.1        To help prevent accidental release of third party PII, please ~~create a Discussion~~ ~~citing~~ *cite the page numbers in your discussion* where you matched each item below from the request to verify that it is the correct file. If there are two sets of responsive records, your discussion should show how you positively identified the subject of record *by page number for each set of responsive records*:

1. Signature
2. Parents names (if available)
3. Country and date of birth (if available)
4. Any alias names you find
5. Anything else you used to positively ID the file as belonging to the subject

~~You may include this as part of your Summary Discussion, or you may create a separate~~ ~~Discussion.~~ The goal is to have one case summary that includes verification info and all other pertinent info regarding the processing of the case.

45.02.b        If the request is for specific documents, and you have Out of Scoped all but a few pages, please put the page numbers you are <u>releasing</u> in your Summary Discussion.

45.02.c        Discussions become a permanent part of the FIPS record and are accessible after the case has been closed.

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

This page intentionally left blank

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX A – REFERENCES AND RESOURCES

References and resources used by FOIA are outlined below. The references consist of the statutes and laws that govern FOIA/PA day-to-day operations.

INTRANET/INTERNET addresses have been added for easy access.

**5 U.S.C. § 552a   Privacy Act of 1974**

**5 U.S.C. § 552   Freedom of Information Act**

http://www.dhs.gov/xfoia/editorial_0318.shtm

Executive Order 13,392

Freedom of Information Act Guide, 2009 Edition

Privacy Act Overview May 2010 Edition
(This guide is used for the Privacy Act only).

**6 C.F.R. § 5.1 Disclosure of Records and Information**

**8 C.F.R. Aliens and Nationality**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

This page intentionally left blank

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# <u>APPENDIX B - DEFINITIONS</u>

The definitions listed below are words and phrases that frequently appear in FOIA and PA requests. The list is arranged in alphabetical order. Additional definitions can be located at http://www.uscis.gov/portal/site/uscis/menuitem. Select the tab titled "Education and Resources."

<u>**Access**</u> - Includes any form of disclosure, to include oral, visual, or reproduced copy. A reproduced copy, whether in paper or electronic format, always satisfies FOIA/PA access requirements.

<u>**Accounting for Disclosures**</u> - A record of the date, nature, purpose, and the name and address of the person or agency to whom a disclosure is made when disclosing information from a Privacy Act System of Records without the prior written certification of agreement of the record subject. Form G-658 is utilized for this purpose. It is not required for intra-agency disclosures, or disclosures required by the FOIA.

<u>**Agency**</u> - Any executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government (including the Executive Office of the President), or any independent regulatory agency. This does not include the legislative (Congress) or judicial (Courts) branches of the Government, nor does it apply to state, local, or foreign government agencies. The Department of Homeland Security (DHS) is an agency as defined above. The following are components or bureaus of the Department of Homeland Security; United States Immigration and Customs Enforcement (ICE), United States Customs and Border Protection (CBP), United States Secret Service (USSS), etc.

<u>**Agency Record**</u> - Any tangible recording of information and/or any item, collection, or grouping of information, including electronic that is maintained and controlled by an agency.

Notes or documents which are made by an employee, kept purely voluntarily, not circulated to nor used by anyone other than the author, and discarded or retained at the author's sole discretion for his/her own individual purposes are personal records. These are not generally agency records because they are not subject to the rules and controls of the agency for records management and disposition. These may, however, become agency records for purposes of the FOIA or PA if used to carry out an agency function (e.g., as the basis for a performance rating).

<u>**Asylum**</u> -  Status granted to someone who has fled to the United States and submitted an application (I-589) asserting that he or she fears persecution if forced to return to his or her home country. Asylees can apply for permanent residence one year after their asylum approval.

150

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**Business Information** - Business information means commercial or financial information provided to USCIS by a person that may be protected from disclosure under Freedom of Information Act (5 U.S.C. § 552(b)(4)), because disclosure could reasonably be expected to cause competitive harm to the submitter or another person.

Submitter means any person or entity that provides business information, directly or indirectly, to DHS. A submitter includes, but is not limited to, corporations, state governments, and foreign governments. It does not include other Federal agencies.

**Component** - Each separate bureau, office, board, division, commission, service, or administration of an agency. For example:  Border and Transportation Security (BTS), Citizenship and Immigration Services (USCIS), Federal Emergency Management Agency (FEMA), Immigration and Customs Enforcement (ICE) are components of the DHS Agency.

**Conditions of Disclosure** - Specific provisions in the Privacy Act (5 U.S.C. § 552a(b)(1) through (12)) allows the agency to disseminate information from a PA system of records without the prior written certification of agreement of the record subject.

**Congressional Committee Request** - A request from either House of Congress, to the extent of matters within its jurisdiction; a subcommittee thereof; any joint committee of Congress; any subcommittee of any such joint committee. Agencies may not use FOIA or PA exemptions to deny records that are the subject of such a request.

**Congressional Request** - A request from a Member of Congress on his or her own behalf, or on behalf of a constituent. After acknowledgment under congressional correspondence procedures, congressional requests are to be processed in the same manner as any other FOIA or PA request.

**Consultation** - Obtaining the views of another DHS component or Federal agency concerning the release of information that has been incorporated into immigration documents or a reciprocal request. The National Records Center, FOIA/PA Division, makes the final overall determination on release.

**Deport -** Removal of an admitted alien from the United States. Deportation is ordered by an immigration judge without punishment being imposed.

**Derivative Information** - Information, classified or unclassified, originated by another DHS component or Federal agency, that has been extracted or paraphrased and incorporated in immigration documents.

**Freedom of Information Act (FOIA)** allows for the full or partial disclosure of previously unreleased information and documents controlled by the United States Government agencies under the executive branch. It was signed into law by President Lyndon B. Johnson on July 4, 1966 (Amended 2002), and went into effect the following year.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**Freedom of Information Act Request** - A request **in writing** by any person for access to any record maintained by any Federal agency. Federal agencies are not persons for purposes of FOIA.

Included are requests for access to Privacy Act records of another person without the written certification of agreement of the record subject, as well as requests from nonimmigrant aliens for access to their own records.

**FOIA/PA Information Processing System (FIPS)** - Through the use of imaging, workflow, and graphical user interface technologies, FIPS allows USCIS to electronically manage and process FOIA and PA requests.

**First Party Requestor** - A subject or designated representative asking for access to his/her record. A notarized signature or a sworn declaration under penalty of perjury from the record subject is required for access to records.

**\*Forms** – Various government forms available from http://www.uscis.gov/portal/site/uscis that are provided for the use of requestors and their representatives when submitting a FOIA or PA request with USCIS. The more common forms include:

- G-28 – Notice of Entry of Appearance as Attorney or Representative - This form is used for information purposes only. Should be signed by the attorney or representative and by the subject of the record. It is not considered verification of identity, but it is certification of agreement.

- G-639 Freedom of Information/Privacy Act Request – This form can be used to make a FOIA/PA request. When completed it provides enough information to complete an extensive search for records.

**Full Grant** - The release of all records responsive to a FOIA/PA request.

**Glomar** - A response to a FOIA request when an agency can "neither confirm nor deny" the existence of a record.

**Inadmissible (Excludable)** - An alien seeking admission at a port of entry who does not meet the criteria in the Immigration and Nationality Act for admission. The alien may be placed in removal proceedings or, under certain circumstances, allowed to withdraw his or her application for admission.

**Illegal alien** - A foreign national who entered the United States without inspection or with fraudulent documentation, or who after entering legally as a nonimmigrant remained in the United States without authority.

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

**Immigrant** – A person who lawfully or unlawfully intends to reside permanently in the United States.

**Individual** - The PA describes an individual as follows:  a U.S. Citizen (U.S.C.) or alien lawfully admitted for permanent residence (LPR). Conditional residents are considered LPRs. Corporations and organizations are not individuals.

**Lawful Permanent Residents/Permanent Resident Aliens (LPR) -** Aliens admitted to the United States and allowed to reside in the United States indefinitely despite not having citizenship. Permanent residents are also commonly referred to as immigrants; however, the Immigration and Nationality Act (INA) broadly defines an immigrant as any alien in the United States, except one legally admitted under specific nonimmigrant categories (INA section 101(a)(15)). An illegal alien who entered the United States without inspection, for example, would be strictly defined as an immigrant under the INA but is not a permanent resident alien. Lawful permanent residents are legally accorded the privilege of residing permanently in the United States. They may be issued immigrant visas by the Department of State overseas or adjusted to permanent resident status by U.S. Citizenship and Immigration Services in the United States.

**Mosaic approach** – A theory which holds that individual items of unclassified information have the potential to produce useable intelligence information, when compiled. All intelligence gathering activity involves a mosaic approach.

**Multi-track System** - USCIS uses a three-track system to process all FOIA requests.

- Track 1 is used for the less complex cases. These are cases where only one or a few specific documents are being requested from the file, or when the only record available is screen prints.

- Track 2 is used for the more complex cases. A complete copy of a file, requests from the news media or special interest groups are considered Track 2 cases.

- Track 3 is used for cases that specifically involve individuals who have been scheduled to appear before an immigration judge.

**Nonimmigrants -** Aliens who seek temporary entry to the United States for a specific purpose. The alien must have a permanent residence abroad (for most classes of admission) and qualify for the nonimmigrant classification sought. The nonimmigrant classifications include: foreign government officials, visitors for business and for pleasure, aliens in transit through the United States, treaty traders and investors, students, international representatives, temporary workers and trainees, representatives of foreign information media, exchange visitors, fiancé of U.S. citizens, intra-company transferees, NATO officials, religious workers, and some others. Most nonimmigrants can be accompanied or joined by spouses and unmarried minor (or dependent) children.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**Partial Denial** - The nondisclosure by withholding or deleting any portion of information from a record that is responsive to a FOIA or PA request.

**Partial Grant** - The full disclosure of a portion or portions of a multi-part request. The remaining portion resulted in a "no record."

**Personally Identifiable Information (PII)** -  Any information that permits the identity of an individual to be directly or indirectly inferred, including any other information that is linked or linkable to that individual regardless of whether the individual is a U.S. citizen, legal permanent resident, or a visitor to the U.S.

**Privacy Act (PA)** - Refers to the **Privacy Act of 1974**, Public Law No. 93-579, 88 Stat. 1897 (Dec. 31, 1974), codified in part at 5 U.S.C. § 552a, which was passed by the United States Congress following revelations of the abuse of privacy during the administration of President Richard Nixon. The PA requires that no agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written certification of agreement of, the individual (see definition of individual, above) to whom the record pertains, and permits individuals to request a copy of his or her record, and to request amendment of the record in the event the individual believes the record contains information that is not accurate, relevant, timely or complete.

**Privacy Act Amendment Request** - A request from a U.S.C. or LPR to amend, expunge, or correct information in his/her PA record that the individual believes is not accurate, relevant, timely or complete.

**Privacy Act Record** - Any item, collection, or grouping of information about an individual who is a U.S.C. or LPR that the maintaining agency retrieves by the person's name, identifying number, symbol, or other identifying particular assigned to that individual. This information includes, but is not limited to, a person's education, financial, medical, criminal or employment history.

**Privacy Act Request** - A request <u>in writing</u> submitted either in person or by mail, for records that are contained in a Privacy Act system of records. The records must be under the control of DHS and be retrieved by the name of the requestor or other personal identifier. Requests are received from:

- A USC or LPR for access to or his/her own records, or

- A third-party with a signed privacy waiver from the record subject acting on the subject's behalf, or

154

<u>PLEASE NOTE</u>:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

- The parent of an LPR or USC minor child or the legal guardian of a person declared incompetent by a court of competent jurisdiction.

**Records Custodian** - The official responsible for the maintenance, security, control, and final disposition of official records that are required by law, regulation, or other directive to be kept by the Agency.

**Referrals** - Information found in immigration records – the forwarding of a record that originated with another component of DHS or another Federal agency for direct response to the FOIA/PA requestor. Also includes transferring responsibility for responding to a request regarding the release of records to the DHS component best able to determine whether to disclose, or to the Federal agency that originated the record.

**Removal -** An immigration legal proceeding that is conducted before an immigration judge to decide whether or not an immigrant will be allowed to enter or remain in the country.

**Refugee -** Any person who lives outside their country of nationality and who is unable or unwilling to return to that country because of persecution or well-founded fear of persecution. They are allowed to live in the United States indefinitely. Refugees get their status before coming to the U.S., while asylum seekers obtain their status after arrival. Refugees may eventually get green cards.

**Routine Use** - An established use and authority for disclosure of records from a Privacy Act System of Records, other than an intra-agency disclosure. Disclosure or use must be for a purpose that is compatible with the purpose for it was collected, that would be otherwise prohibited by the PA. Such disclosures do not require the written certification of agreement of the record subject, but require <u>Federal Register</u> publication prior to such use.

**Sensitive Personally Identifiable Information (SPII)** - Any *personally identifiable information, which if lost, compromised, or disclosed without authorization, could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual*. Some categories of PII, when maintained by DHS, are sensitive as stand-alone data elements. Examples of such Sensitive PII include: Social Security number (SSN), alien registration number (A-Number), or biometric identifier. Other data elements such as driver's license number, financial account number, citizenship or immigration status, or medical information, in conjunction with the identity of an individual (directly or indirectly inferred), are also Sensitive PII. In addition, the context of the PII may determine whether the PII is sensitive, such as a list of employee names with poor performance ratings.

**System of Records** - A group of any records under the control of an agency from which information is retrieved by the name of the individual or by some other identifying number, symbol, or identifying particular assigned to the individual.

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**Temporary Protective Status (TPS) -** The U.S. government may grant Temporary Protected Status (TPS) to persons already in the United States who came from certain countries experiencing conditions of war or natural disasters. TPS allows someone to live and work in the United States for a specific time period, but it does not lead to a green card.

**Third Agency** - Other administrative agencies of the Executive Branch of the Federal government, including other components of DHS.

**Third Party Request** - A request from any person for access to another individual's record without that individual's written certification of agreement. The identity of a third party requestor and his/her relationship to the subject does not increase (or decrease) his/her rights of access to the records.

**Total Denial** - The withholding of all agency records responsive to a FOIA/PA request.

**USC -** United States Citizen.

**VAWA -** Stands for the Violence Against Women Act, and is an act that was passed by Congress in 1994 that, among other things, created special routes to immigration status for certain battered noncitizens (male or female).

**White House Inquiries** - An official request from any member of the White House staff, or letters of the President forwarded to the agency for response.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

# APPENDIX C - PROCESSING TABLES

The following tables provide guidance relating to processing specific and/or commonly used documents. This guidance does not comprehensively cover every scenario and cannot be used as a substitute for thought. The guidance provided does not mean you must always use all those exemptions, or only those exemptions. A processor must evaluate the page. These tables may instruct you to refer a form to ICE, but if a CBP officer prepared the form, your decision should be to process the page. The tables that relate to Immigration and Customs Enforcement (ICE) and Customs & Border Protection (CBP) have been prepared using the guidance located in the *Guide for Processing Detention and Removal Operations Alien Files under the Freedom of Information Act* and from e-mail correspondence with FOIA officers at those component agencies.

### Numeric Cross-Reference for commonly seen forms

| | |
|---|---|
| **I-90** | Application to Replace Alien Registration Card |
| **I-94** | Departure Record |
| **I-200** | Warrant for Arrest of Alien |
| **I-203** | Order to Detain or Release Alien |
| **I-203A** | Order to Detain or Release Aliens |
| **I-205** | Warrant of Removal/Deportation |
| **I-210** | Notice of Action - Voluntary Departure |
| **I-213** | Record of Deportable/Inadmissible Alien |
| **I-217** | Information for Travel Doc or Passport |
| **I-218** | Record of Persons & Property Transferred |
| **I-220** | Order of Supervision (Multi Pgs) |
| **I-220A** | Order of Release on Recognizance |
| **I-221** | Order to Show Cause and Notice of Hearing (Multi Pgs) |
| **I-229** | Warning for Failure to Depart (Memo w/other Doc Attached) |
| **I-246** | Application for Stay of Deportation or Removal |
| **I-247** | Immigration Detainer - Notice of Action |
| **I-259** | Notice to Detain, Remove, or Present Alien |
| **I-264** | Notice to Consular Officer Concerning Detention |
| **I-265** | Notice to Appear, Bond & Custody Processing Sheet (Multi Pgs) |
| **I-274** | Notice & Request for Disposition (Multi Pgs) |
| **I-275** | Withdrawal of Application for Admission/Consular Notification |
| **I-286** | Notice of Custody Determination |
| **I-294** | Warning to Alien Ordered Removed or Deported |
| **I-296** | Notice to Alien Ordered Removed/Departure Verification |
| **I-305** | Receipt of Immigration Officer US Bonds (Multi Pgs) |
| **I-323** | Notice of Immigration Bond Breach |
| **I-340** | Notice to Deliver Alien |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| I-352 | Immigration Bond (Multi pgs) |
|---|---|
| I-385 | Alien Booking Record |
| I-387 | Report of Detainees Missing Property |
| I-391 | Notice of Immigration Bond Cancelled (Multi pgs) |
| I-395 | Affidavit In Lieu of Lost Receipt of US INS for Collateral Accepted as Security |
| I-485 | Application to Register Permanent Residence |
| I-696 | SAW |
| I-770 | Notice of Rights and Request for Disposition (Multi Pgs) |
| I-751 | Petition to Remove Conditions |
| I-826 | Notice of Rights and Request for Disposition (Multi Pgs) |
| I-830 | Notice to EOIR: Alien Address |
| I-851 | Notice of Intent to Issue a Final Administrative Removal Order |
| I-851A | Final Administrative Removal Order |
| I-860 | Notice & Order of Expedited Removal |
| I-862 | Notice to Appear (Multi Pgs) |
| I-870 | Record of Determination/Credible Fear Worksheet |
| I-871 | Notice of Intent/Decision to Reinstate Prior Order |
| CBP 93 | Unaccompained Alien Child Initial Placement Referral Form |
| G-56 | Letter of Appointment |
| G-391 | Official Assignment Sheet |
| G-589 | Property Receipt |
| G-600A | Investigation Preliminary WkSheet |
| N-400 | Application for Naturalization |
| N-600 | Application for Certificate of Citizenship |

158

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release. | Review for (d)(5) and (b)(5), otherwise release. |
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |
| Non-ICE Attorney work product including attorney worksheets, trial attorney notes (blank sheets can be released) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Computer codes used to maneuver within the system such as the function keys (PF1) | Release | Release |
| Initials (not law enforcement function or refugee officer) | Release | Release |
| Names and initials of refugee officers (except on correspondence mailed to the refugee) | (b)(6) | Release |
| Refugee interview notes | (b)(7)(E) | (k)(2) and (b)(7)(E) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| Legalization/SAW Examinations Worksheet | See Section 27.40 | See Section 27.40 |
|---|---|---|
| **TITLE/SUBJECT** | **FOIA EXEMPTION** | **PA EXEMPTION** |
| Phone numbers (direct lines) of employees and e-mail addresses | (b)(6) | NA |
| Phone numbers and fax numbers of law enforcement personnel | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Record of Applicant and Interpreter Oaths During An Interview | Withhold PII relating to the interpreter (b)(6) | Release |
| Refugee Access Verification Unit (RAVU) Affidavit of Relationship Checklist | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Social Security Numbers | (b)(6) | Release |
| User ID's on bar codes with receipt numbers | NA | NA |
| User ID's on screen prints (CIS, CLAIMS, RNACS-non law enforcement) | NA | NA |
| User ID's on screen prints (Law enforcement computer systems – IBIS, DACS,) | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Initials law enforcement | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| | | |

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## PROCESSING CHARTS FOR ICE AND CBP DOCUMENTS

**NOTE**: If the subject has signed the document, you can release the officer's name(s). This does not pertain to ICE documents, which you refer.

| TITLE/SUBJECT | TYPE OF INFORMATION | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|---|
| Affidavit In Lieu of Lost Receipt of US INS for Collateral Accepted as Security I-395 | CBP Law enforcement names as well as address of any third party- or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| | Surety company taxpayer ID | (b)(3) and 26 USCA § 6103 | n/a |
| Alien Booking Record I-385 | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Application for Stay of Deportation or Removal I-246 | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Background Check Registry | Withhold in full if not ICE, or- if ICE, refer to ICE | (b)(7)(C) and (b)(7)(E) | (k)(2), (b)(7)(C) and (b)(7)(E) |
| | If comments, evaluate for | (b)(5) | (d)(5) and (b)(5) |
| Bag and Baggage, I-166 | Refer to ICE or Release if CBP | | |
| Baggage Check CBP Form I-77 | Refer to ICE or Release if CBP | | |
| Bond Backlog Action Team Action Sheet (BBAT) | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Bond Worksheet (multi page document) This document could have copies of social security cards, driver licenses and money orders attached if bond was posted by an individual. | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Money order attached to Bond Worksheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| CARRP Worksheet | Withhold in full | (b)(7)(C) and (b)(7)(E) | (k)(2), (b)(7)(C) and (b)(7)(E) |
| Continuation Page, Form I-831 | If not ICE and it is a continuation of a served document, release.<br><br>If not ICE and it is a continuation of an unserved document, Law enforcement names and identifiers<br><br>If ICE, refer to ICE. | (b)(7)(C) | (k)(2), (b)(7)(C) |
| DACS Screenprints | Refer to ICE | | |
| Deportation Case Check Sheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Deportation Worksheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Detention and Removal Case Check Sheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| Detainee Classification System Assessment Forms | CBP WIF  - or- Refer to ICE | (b)(7)(C) and (b)(7)(E) possibly (b)(5) | (k)(2)/(b)(7)(C) (b)(7)(E) possibly (d)(5)/(b)(5) |
|---|---|---|---|
| Discretionary Authority Checklist | CBP WIF - or- Refer to ICE | (b)(7)(C) and (b)(7)(E) possibly (b)(5) | (k)(2)/(b)(7)(C) (b)(7)(E) possibly (d)(5)/(b)(5) |
| EARM Screenprints | Refer to ICE | | |
| ENFORCE Screenprints | Refer to ICE | | |
| Escort classification Worksheet | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Fax cover sheet, ICE letterhead, or Detention & Removal | Refer to ICE | | |
| Final Administrative Removal Order, I-851A | WIF if not ICE and not served - or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5),(k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Fingerprint Card | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Field Operations Worksheet | Refer to ICE | | |
| Immigration Bond, I-352(multi page document) | Refer to ICE | | |
| Immigration Detainer – Notice of Action I-247 | CBP Law enforcement names - or- Refer to ICE | (b)(7)(C) | (k)(2)and (b)(7)(C) |

163

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | | |
|---|---|---|---|
| Information for Travel Document or Passport, I-217 | Refer to ICE if there is any ICE or Legacy INS ICE function signature. Otherwise, release. Note: there may be a continuation sheet signed by a CBPO, in which case, you should withhold the CBPO's identity. | Release (b)(7)(C) | Release (k)(2) and (b)(7)(C) |
| Intensive Supervision Appearance Program (ISAP) Placement Worksheet | WIF if not ICE - or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| Investigation Preliminary Worksheet G-600A | Refer to ICE | | |
| Letter for Appointment, G-56 | | Release | Release |
| Memo - ICE Letterhead | Refer to ICE | | |
| Memo - Subject Permission to remain | | Release | Release |
| Memo – Parole Revocation | | Release | Release |
| Nails Lookout Inquiry | Withhold in full | (b)(7)(E) always  (b)(7)(C) if applicable | (k)(2), (b)(7)(E)  (k)(2), (b)(7)(C) if applicable. |
| Nails Lookout Comments Inquiry | Withhold in full | (b)(7)(E) always  (b)(7)(C) if applicable. | (k)(2), (b)(7)(E)  (k)(2), (b)(7)(C) if applicable. |

164

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| NCIC/NLETS Entry Report Original Entry | CBP law enforcement names - or WIF if the results do not relate to the subject. If ICE record, refer to ICE. | (b)(7)(C) | (k)(2), (b)(7)(C) |
| NCIC/NLETS View Messages | Law enforcement names and identifiers | (b)(7)(C) | (k)(2), (b)(7)(C) |
| NCIC Query Results | CBP law enforcement names - or WIF if the results do not relate to the subject. If ICE record, refer to ICE. | (b)(7)(C) | (k)(2), (b)(7)(C) |
| NCIC Unit Worksheet | CBP - Withhold in full - or if ICE record, refer to ICE. | (b)(7)(C) and (b)(7)(E) (b)(5) would apply to comments that are not factual | (k)(2), (b)(7)(C) and (b)(7)(E) |
| Notice and Order of Expedited Removal, I-860 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Notice and Request for Disposition I-274 (multi page document) | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |

165

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Notice of Action – Voluntary Departure, I-210 | Law enforcement names, badge numbers | (b)(7)(C) | (k)(2)and (b)(7)(C) |
| Notice of Custody Determination I-286 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Notice of Immigration Bond Breach I-323 | Refer to ICE | | |
| Notice of Immigration Bond Cancelled I-391 (multi page document) | Refer to ICE | | |
| Notice of Intent to Issue a Final Administrative Removal Order I-851 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Notice of Intent/Decision to Reinstate Prior Order I-871 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |

166

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Notice of Rights and Request for Disposition I-826 (multi page document) | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5)<br><br>(b)(7)(C) if applicable | (d)(5), (k)(2), (b)(5) and (b)(7)(C) as applicable |
| | If not ICE and documents have been served | Release | Release |
| Notice of Rights and Request for Disposition, I-770 (multi page document) | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) if applicable | (d)(5), (k)(2), (b)(5) and (b)(7)(C) as applicable |
| | If not ICE and documents have been served | Release | Release |
| Notice to Alien Ordered Removed/Departure Verification I-296 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) if applicable | (d)(5), (k)(2), (b)(5) and (b)(7)(C) as applicable |
| | If not ICE and documents have been served | Release | Release |
| Notice to Appear, Bond and Custody Processing Sheet I-265(multi page document) | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) for names, badge numbers, ID numbers and direct line phone numbers | (k)(2) and (b)(7)(C) |

167

|  | Comments | (b)(5) if applicable | (d)(5) and (b)(5) if applicable |
|---|---|---|---|
| Notice to Appear, I-862 (multi page document) | Withhold in full if document **has not** been served - or if prepared by ICE, refer to ICE | (b)(5) and (b)(7)(C) if applicable | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
|  | If not ICE and documents have been served | Release | Release |
| Notice to Consular Officer Concerning Detention I-264 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Notice to Deliver Alien, I-340 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Notice to Detain, Remove, or Present Alien I-259 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Notice to EOIR:  Alien Address I-830 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) for names, badge numbers, ID numbers and direct line phone numbers | (k)(2) and (b)(7)(C) |
| Official Assignment Sheet G-391 | Refer to ICE |  |  |
| Order of Release on Recognizance I-220A | Refer to ICE, or if prepared by CBP and signed by alien, release. |  |  |
| Order of Supervision,  I-220, (multi page document) | Refer to ICE |  |  |

168

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Order to Appear Deferred Inspection I-546 | CBP law enforcement names | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Order to Detain or Release Alien I-203 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Order to Detain or Release Aliens I-203A | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Order to Show Cause and Notice of Hearing, I-221 (multi page document) | Withhold in full if document **has not** been served - or if prepared by ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2), (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Outprocessing Checklist (Deportation) | Refer to ICE | | |
| Post Order Custody Review Worksheet (consists of several pages) | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| | Could also contain comments, recommendations or opinions. Possibly: | (b)(5) | (d)(5) and (b)(5) |
| Property Receipt G-589 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Receipt of Immigration Officer US Bonds …I-305, (multi page document) | Refer to ICE | | |
| Record of Deportable/Inadmissible Alien I-213 | Many possible variations. See Section 27.45.g for guidance. | | |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| Record of Persons and Property Transferred, I-218 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
|---|---|---|---|
| Record of Sworn Statement in Affidavit | Refer to ICE, or if prepared by CBP and signed by alien, release. | | |
| Report of Detainees missing Property I-387 | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Stipulated Order of Removal | Refer to ICE, or if prepared by CBP and signed by alien, release. | | |
| TECS II External Message Display, Interstate Identification Index | Law enforcement names and identifiers | (b)(7)(C) | (k)(2), (b)(7)(C) |
| TECS II Subject Query Results (Hit List) | Withhold in full | (b)(7)(E) and (b)(7)(C) | (k)(2), (b)(7)(C) and (b)(7)(E) |
| Third Agency Check (TAC) may also be titled Netleads-AVALANCHE | Refer to ICE | | |
| Travel/Document Request and/or Worksheet | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| Unaccompanied Alien Child Initial Placement Referral Form and Unaccompanied Alien Child Screening Addendum, CBP Form 93 | Law enforcement names, badge and phone numbers, questionnaire to determine human trafficking. | (b)(7)(C) law enforcement names/numbers<br><br>(b)(7)(E) questionnaire | (k)(2) and (b)(7)(C) law enforcement names/numbers<br><br>(k)(2) and (b)(7)(E) questionnaire |

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| Warning for Failure to Depart I-229 (memo with other documents attached) | CBP law enforcement names - or - Refer to ICE | (b)(7)(C) | (k)(2) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Warning to Alien Ordered removed or Deported I-294 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2) (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Warrant for Arrest of Alien I-200 | Withhold in full if document has not been served or- if ICE, refer to ICE | (b)(5) and (b)(7)(C) | (d)(5), (k)(2) (b)(5) and (b)(7)(C) |
| | If not ICE and documents have been served | Release | Release |
| Warrant of Removal/Deportation, I-205 (2 pages)<br><br>NOTE: If the Form I-205 is accompanied by a Customs Fugitive Report, please refer to section 27.41 of this guide. | Refer to ICE if there is any ICE or Legacy INS ICE function signature.<br><br>Otherwise, withhold in full if it has not been served.<br><br>Release in full if it has been served and there is no ICE or Legacy INS ICE function signature. | (b)(5) and (b)(7)(C) | (d)(5), (b)(5), (k)(2) and (b)(7)(C) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| Withdrawal of Application for Admission/Consular Notification I-275 | Please refer to Section 27.45.h. |
| --- | --- |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX D – FORMS

The list below reflects forms and the definition of the forms that are used by FOIA. Additional forms can be viewed by accessing www.uscis.gov/portal/site/uscis.

**G-28 – Notice of Entry of Appearance as Attorney or Representative** – Provides notice and certification of agreement for an attorney or representative of a religious, charitable, social service or similar organization to appear before U.S. Citizenship and Immigration Services on behalf of a person involved in a matter before USCIS.

**G-396 – Request for Review of Classification** – This form is used for the review of classified information originated by USCIS.

**G-639 – Freedom of Information/Privacy Act Request** – This form is used by individuals or representatives/attorneys to request access to USCIS information under the Freedom of Information and Privacy Acts.

**G-658 – Record of Information Disclosure (Privacy Act)** – This form is used to record disclosures of information for which an accounting may be required under the provisions of the Privacy Act of 1974. Such disclosures include routine uses of information from systems of records (requests by other government agencies; investigations by DHS officers; etc.).

**G-734 – FOIA/PA Referral/Consultation Memorandum** – This form is used to refer documents/information to other Federal agencies (includes other DHS components) for release determination. This form is available in FIPS in memorandum format.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

# APPENDIX E – SYSTEMS USED AND DESCRIPTIONS OF SYSTEMS

The paragraphs below provide a description of some of the systems used by USCIS, ICE and CBP. Most A-files contain screen prints from one or more of these systems. For more detailed information, please refer to the USCIS page of System Notices.

The Central Index System (CIS) is used for data retrieval. The functions of CIS are to maintain records, search for records, and display data. CIS is a user-friendly menu driven system. There are several screens that can be used for searches in CIS, depending upon the information used to search by.  Searches can be conducted in CIS by using the a-number, a social security number, FBI number or a passport number. Sounds like and exact names searches can be conducted by using other available screens.

The Computer Linked Application Information Management System (CLAIMS) tracks applications and petitions. CLAIMS is a menu driven system. Searches can be conducted by using a receipt number, or names of the petitioner or beneficiary.

ENFORCE Alien Removal Module (EARM) is a database designed to track the status of aliens under proceedings. The system contains information about deported and deportable aliens. EARM provides information to include, but not limited to: name, date and country of birth, address, hearing date, final disposition, Immigration Judge Hearing screen, Board of Immigration appeals, EOIR, Bond obligor information, case comments and biographic summary. Information is maintained on the alien's entry and departure status until the alien is deported, a stay is granted, or relief is granted. In addition, pertinent information for criminal aliens is maintained. We refer EARM screen prints to ICE.

General Counsel Electronic Management System (GEMS) is a system for the benefit of ICE attorneys and attorney management to be used for the tracking, processing, and reporting on the preparation and presentation of cases for a court or adjudicative body before which the ICE or the DHS is authorized to appear. The system will enable ICE to carry out its assigned national security, law enforcement, immigration control, and other mission related functions and to provide associated management reporting, planning and analysis. The fact that a person has or does not have information in GEMS is not protected.

The National Automated Immigration Lookout System (NAILS) contains names and data on violators or suspected violators of the criminal or civil provisions of statutes enforced by CIS, ICE, CBP, and other Federal law enforcement agencies. This system also maintains the names and data on persons not entitled to be admitted into the United States. On December 31, 2004, the NAILS, which previously contained lookout information from DHS, the U.S. Department of State (U.S. Department of State), and the U.S. Department of Agriculture (DOA), was incorporated into the Interagency Border Inspection System (IBIS).

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

The Interagency Border Inspection System (IBIS) keeps track of information on suspect individuals, businesses, vehicles, aircraft, and vessels. IBIS terminals can also be used to access NCIC records on wanted persons, stolen vehicles, vessels or firearms, license information, criminal histories, and previous Federal inspections. The information is used to assist law enforcement and regulatory personnel. IBIS is "a multi-agency database of lookout information … initiated in 1989 to improve border enforcement and facilitate inspection of individuals applying for admission to the United States at ports-of-entry and pre-inspection facilities." The system resides at the CBP Data Center on The Enforcement Communications System (TECS). In addition to DHS, law enforcement and regulatory personnel from 20 other federal agencies or bureaus use IBIS. Some of these agencies are the FBI, Interpol, DEA, ATF, IRS, FAA, and Secret Service, just to name a few. Also, information from IBIS is shared with the Department of State for use by Consular Officers at U.S. Embassies and Consulates.

The Treasury Enforcement Communications System (TECS) contains information from a variety of federal, state, and local sources. Such records pertain to known violators, wanted persons, lookout, (temporary and permanent) reference information, regulatory and compliance data. Information about individuals includes, but is not limited to: name, alias, date of birth, address, physical description, various identification numbers, details and circumstances of search, arrest or seizures.

United States Visitor and Immigrant Status Indicator Technology/Secondary Inspections Tool (US-VISIT/SIT)  The Secondary Inspections Tool (SIT) is a Web-based application that interfaces with the US-VISIT database.
The SIT has the following features:
• 1:1 verification tool (ability to verify that the person who went to the Application Support Center (ASC) for fingerprinting is the same person appearing at the Asylum Office).
• Access to US-VISIT data.
• Ability to obtain and analyze data prior to applicants' appearance for an interview
• Early warning system for Watch list hits.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

# APPENDIX F – TECS CODES

. FBI / NCIC
. . FBI - INFORMATION TECHNOLOGY CENTERS
. INS, ON-LINE
. . INS, NAILS TAPE
. DOJ - OSI
. INS, BORDER PATROL
. INS - OASIS
. DACS ABSCONDER
. NSEERS
. TIPOFF / TERRORIST
. CIS/ADIT
. RAPS
. DACS DEPORTEE
. SEVIS
. TIPOFF / CRIMINAL
. . USCIS
. INS ONE DAY LOOKOUT
. . ICE OI - ALAMOGORDO NM
. . ICE OI - ALEXANDRIA BAY NY
. . ICE OI - ALAMOSA CO
. . ICE OI - CHIEF OF ADMINISTRATION
. . ICE OI - ALPINE TX
. ICE OI HQ - CHIEF, ASSET FORFEITURE
. . ICE OI - ALBANY GA
. . ICE OI - AGUADILLA PR
. . ICE OI - ABILENE TX
. . CUSTOMS ATTACHE - ABU DHABI, UNITED

. . CUSTOMS ATTACHE - ACCRA, GHANA
. . ICE OI - ALBUQUERQUE NM
. . ICE OI - AMARILLO TX
. . ICE OI - ANCHORAGE AK
. ICE OI HQ - CHIEF, HUMAN TRAFFICKING
. . CUSTOMS OI - APALACHICOLA FL **

. . CUSTOMS ATTACHE - CASABLANCA, MONACO
. . CUSTOMS ATTACHE - JAKARTA, INDONESIA
. . ICE OI - ASTORIA OR
. . ICE OI - ATLANTA GA
. . ICE OI - AUSTIN TX
. . ICE OI - ST. ALBANS VT
. . CUSTOMS ATTACHE - KINGSTON, JAMAICA
. . CUSTOMS ATTACHE - CUIDAD JUAREZ, MEXICO
. . ICE OI - ALBANY NY
. . ICE OI - SIERRA VISTA AZ
. BORDER PATROL - MIAMI SECTOR
. BORDER PATROL - MIAMI, FL
. BORDER PATROL - TAMPA, FL
. BORDER PATROL - JACKSONVILLE, FL
. BORDER PATROL - WEST PALM BEACH, FL
. BORDER PATROL - ORLANDO, FL
. ICE OI - BALTIMORE MD
. . CUSTOMS ATTACHE - BERLIN, GERMANY
. ICE OI - BELLECHASSE LA
. . CUSTOMS REP - VANCOUVER BC
. . CUSTOMS OI - BELLINGHAM WA ** HISTORICAL

. . CUSTOMS OI - BEAUFORT SC ** HISTORICAL **
. . CUSTOMS OI - BOWLING GREEN ** HISTORICAL

. . ICE OI - BANGOR ME
. ICE OI - BIRMINGHAM AL
. . CUSTOMS ATTACHE - BEIJING CHINA
. . CUSTOMS ATTACHE - BANKOK THAILAND

. . . . . . . . . . . ICE OI - BLAINE WA
. . . . . . . . . . . ICE OI - BURLINGTON VT
. . . . . . . . . . ICE OI - BOSTON MA
. . ICE OI - BAKERSFIELD CA
. ICE OI - BURKE NY
. . CUSTOMS OI - BRUNSWICK GA ** HISTORICAL **
. . CUSTOMS ATTACHE - BRUSSELS BELGIUM
. ICE OI - BATON ROUGE LA
. ICE OI - BUFFALO NY
. ICE OI - BROWNSVILLE TX
. . ICE OI - BOWLING GREEN KY
. ICE OI - BRUSH CO
. BORDER PATROL - BUFFALO SECTOR
. BORDER PATROL - BUFFALO, NY
. BORDER PATROL - NIAGARA FALLS, NY
. BORDER PATROL - WATERTOWN, NY
. BORDER PATROL - FULTON, NY
. ICE OI - CALEXICO CA
. ICE OI - PORT CANAVERAL, FL
. ICE OI - CORPUS CHRISTI TX
. ICE OI - CHRISTIANSTED, USVI
. ICE OI - CHAR. AMALIE, USVI
. ICE OI HQ - CHIEF, COVERT OPERATIONS
. ICE OI - CRAIG CO
. ICE OI - CHICAGO IL
. ICE OI HQ - CHIEF, CORNERSTONE
. ICE OI - CARLSBAD NM
. ICE OI HQ - CHIEF, FINANCIAL CRIMES

. ICE OI - CLEVELAND OH
. ICE OI HQ - COMMUNICATIONS MGMT
. ICE OI - NORTHERN KENTUCKY, KY
. ICE OI - COLUMBIA SC
. . CUSTOMS OI - CHERRY POINT **HISTORICAL**
. ICE OI HQ - CHIEF, MLCC - INTAKE
. ICE OI - CHARLOTTE NC
. . CUSTOMS OI - COOS BAY OR ** HISTORICAL **
. ICE OI - CHARLESTON SC
. ICE OI - COLUMBUS OH
. . CUSTOMS ATTACHE - CARACAS, VENEZUELA
. . CUSTOMS OI - CLEARWATER FL **

. . CUSTOMS ATTACHE - CARRIBEAN
. ICE OI - CHEYENNE WY
. . CUSTOMS OI - CORTEZ FL ** HISTORICAL **
. BORDER PATROL - EL CENTRO SECTOR
. BORDER PATROL - EL CENTRO, CA
. BORDER PATROL - INDIO, CA
. BORDER PATROL - RIVERSIDE, CA
. BORDER PATROL - CALEXICO, CA
. ICE OI - DALLAS TX
. USCS ATTACHE - DUBLIN ** HISTORICAL **
. ICE OI - WASHINGTON DC
. ICE OI - DETROIT MI (INT'L AP)
. ICE OI - DENVER CO
. ICE OI - DOVER DE
. ICE OI - DALTON GA
. ICE OI - FARGO ND
. . CUSTOMS OI - GULF SHORES ** HISTORICAL **
. . CUSTOMS ATTACHE - SANTO DOMINGO, PUBLIC
. ICE OI - DURANGO CO
. FAM - LITTLE ROCK
. . ICE OI HQ - OFFICE OF DOMESTIC OPS

176

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

. . ICE OI - DEMING NM
. . ICE OI - DOUGLAS AZ
. USCS ATTACHE SANTO DOMINGO (HISTORICAL)
. . ICE OI - DES MOINES IA
. . ICE OI - DEL RIO TX
. FAM - OKLAHOMA CITY
. ICE OI - DETROIT MI
. . ICE OI - DULUTH MN
. . ICE OI HQ - FIELD OPS DSK OFCR
. . ICE OI HQ - NORTHEAST DSK OFCR
. . ICE OI HQ - SOUTHEAST DSK OFCR
. . ICE OI HQ - SOUTHWEST DSK OFCR
. . ICE OI HQ - NORTHWEST DSK OFCR
. BORDER PATROL - DEL RIO SECTOR
. BORDER PATROL - DEL RIO, TX
. BORDER PATROL - COMSTOCK, TX
. BORDER PATROL - CARRIZO SPRINGS, TX
. BORDER PATROL - EAGLE PASS, TX
. BORDER PATROL - BRACKETTVILLE, TX
. BORDER PATROL - UVALDE, TX
. BORDER PATROL - ROCKSPRINGS, TX
. BORDER PATROL - SAN ANGELO, TX
. ICE OI HQ - EASTERN OPERATIONS
. ICE OI - BOISE, ID
. CUSTOMS OI - EXECUTIVE DIRECTOR - CENTRAL
*
. ICE OI HQ - DEPUTY ASST DIR, NTL SECURITY

. CUSTOMS OI - EXECUTIVE DIRECTOR - EAST **

. FOD BUFFALO
. ICE OI - EAGLE PASS TX
. CUSTOMS ATTACHE - SAN SALVADOR, EL

. FOD MIAMI
. ICE OI - EPIC STAFF
. CUSTOMS ATTACHE - CAIRO, EGYPT
. ICE OI - EL CENTRO CA
. . EPIC - WATCH PERSONNEL
. FAM - DETROIT
. FOD BOSTON
. ICE OI - EL PASO TX
. FOD WASHINGTON DC
. FOD ATLANTA
. ICE OI HQ - CHIEF LESC
. FOD BALTIMORE
. ICE OI - EUREKA CA
. FAM - CLEVELAND
. . CUSTOMS OI - EXECUTIVE DIRECTOR - WEST

. ICE OI HQ - STRATEGIC INV DIV
. FOD NEW YORK
. FOD NEWARK
. BORDER PATROL - EL PASO SECTOR
. BORDER PATROL - EL PASO, TX
. BORDER PATROL - LORDSBURG, NM
. BORDER PATROL - TRUTH OR CONSEQUENCES,

. BORDER PATROL - LAS CRUCES, NM
. BORDER PATROL - FABENS, TX
. BORDER PATROL - ALAMOGORDO, NM
. BORDER PATROL - FORT HANCOCK, TX
. BORDER PATROL - CARLSBAD, NM
. BORDER PATROL - DEMING, NM
. ICE OI - FARMINGDALE NY
. ICE OI - FT SMITH AR

(b) (7)(E)

. ICE OI - FRESNO CA
. ICE OI - FALCON DAM TX
. CUSTOMS REP - FRANKFURT
. ICE OI - FLAGSTAFF AZ
. ICE OI HQ - ASSIST DIRECTOR, FOREIGN OPS
. ICE OI - IDAHO FALLS ID
ICE OI HQ - DEPUTY ASST DIRECTOR, FINANCIAL

ICE OI - FAJARDO PR
. ICE OI HQ - CHIEF, CHIEF COMMERCIAL FRAUD
. ICE OI - FT LAUDERDALE FL
. ICE OI - FORT MYERS FL
. CUSTOMS - FINCEN
. ICE OI HQ - SPECIAL INV DIV
. ICE OI - FORT PIERCE FL
. ICE OI HQ - CHIEF, HUMAN RIGHTS VIOLATIONS
. ICE OI HQ - DIRECTOR, FRAUD INVESTIGATIONS
. ICE OI - NFPS FT BENNING, GA
. ICE OI - FREEPORT TX
. ICE OI - FAYETTEVILLE AR
. ICE OI HQ - FUGITIVE PROGRAM
. ICE OI HQ - EUROPE DSK OFCR
. ICE OI HQ - CHIEF, CRITICAL INFRASTRUCTURE

. ICE OI HQ - FAR EAST DSK OFCR
. BORDER PATROL - BLAINE SECTOR
. BORDER PATROL - BLAINE, WA
. BORDER PATROL - LYNDEN, WA
. BORDER PATROL - BELLINGHAM, WA
. BORDER PATROL - PORT ANGELES, WA
. ICE OI - GALVESTON TX
. ICE OI - GULFPORT "BLUE LIGHTNING"
. ICE OI - GRAND FORKS ND
. ICE OI HQ - CHIEF, SPECIAL OPS DIV (SOD)
. FAM - MIAMI
. ICE OI - GREAT FALLS MT
. ICE OI - ST GEORGE UT
. CUSTOMS REP - GUANGZOU, PRC
. ICE OI - GRAND ISLAND NE
. ICE OI - GRAND JCT CO
. ICE OI HQ - CHIEF, CONTRABAND SMUGGLING
. CUSTOMS ATTACHE - GUADALAJARA, MEXICO
. ICE OI - GUAM
. ICE OI FLETC - GLYNCO GA
. ICE OI - GRAND RAPIDS MI
. ICE OI HQ - DEP ASST DIR, SMUGGLING/PUBLIC

. CUSTOMS OI - GREENSBORO NC ** HISTORICAL

. CUSTOMS OI - GULF SHORES AL ** HISTORICAL

. CUSTOMS ATTACHE - GUATEMALA CITY,

. ICE OI - GULFPORT MS
. ICE OI - GREENVILLE SC
. ICE OI - GLENWOOD SPGS CO
. FAM - SAN JUAN
. ICE ATTACHE - ATHENS, GREECE
. ICE OI - GREER SC
. BORDER PATROL - GRAND FORKS SECTOR
. BORDER PATROL - GRAND FORKS, ND
. BORDER PATROL - PORTAL, ND
. BORDER PATROL - BOTTINEAU, ND
. BORDER PATROL - PEMBINA, ND
. BORDER PATROL - INTERNATIONAL FALLS, MN
. BORDER PATROL - WARROAD, MN

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

. BORDER PATROL - DULUTH, MN
. BORDER PATROL - GRAND MARAIS, MN
. CUSTOMS ATTACHE - PORT AU-PRINCE, HAITI
. ICE OI - HARRISBURG PA
. ICE OI - HARTFORD CT
. FAM - LOUISVILLE/COVINGTON
. CUSTOMS REP - HERMOSILLO
. ICE OI - HARTSFIELD INTL AIRPORT, ATLANTA

. . ICE OI - HARLINGEN TX
. . ICE OI - HARRISONBURG VA
. ICE OI - CHERRY HILL NJ
. FAM - INDIANAPOLIS
. . CUSTOMS REP - HONG KONG
. ICE OI - HONOLULU HI
. . ICE OI - HELENA MT
. FAM - CINCINNATI
. ICE OI - HOUSTON TX
. ICE OI - HEADQUARTERS
. ICE OI - VAN HORN TX
. DHS-INTEL ANALYSIS INFRASRUCTURE

. . ICE OI - HOULTON ME
. ICE OI - HOUMA LA
. CUSTOMS ATTACHE - HO CHI MINH CITY,

. . FAM - SAN ANTONIO
. FAM - EL PASO
. FAM - NEW ORLEANS
. FAM - HOUSTON
. BORDER PATROL - HOULTON SECTOR
. BORDER PATROL - HOULTON, ME
. BORDER PATROL - JACKMAN, ME
. BORDER PATROL - RANGELEY, ME
. BORDER PATROL - VAN BUREN, ME
. BORDER PATROL - FORT FAIRFIELD, ME
. BORDER PATROL - CALAIS, ME
. CUSTOMS INTERNAL AFFAIRS
. ICE FIELD INTELLIGENCE UNIT - BOSTON MA
. ICE NORTH CENTRAL FIELD INTELLIGENCE UNIT
. CBP INTEL ANALYSIS DIVISION
. CBP INTEL FIELD PROGRAMS DIVISION
. ICE TACTICAL INTELLIGENCE CENTER
. ICE FIELD INTELLIGENCE UNIT - NEW ORLEANS,

. ICE SOUTH CENTRAL FIELD INTELLIGENCE UNIT
FOREIGN INTELLIGENCE COLLECTION TEAM
CBP INTEL EXTERNAL RELATIONS DIVISION
. CBP INTEL NATIONAL SECURITY DIVISION
ICE PACIFIC FIELD INTELLIGENCE UNIT
. ICE SOUTH EAST FIELD INTELLIGENCE UNIT
. ICE NORTH EAST FIELD INTELLIGENCE UNIT
ICE OI - SPRINGFIELD IL
ICE OI - INDIANAPOLIS IN
CBP HQ - INTELLIGENCE
CBP INTELL SUPPORT BRANCH
ICE OI HQ - DEPUTY ASST DIR, INVESTIGATIVE

CUSTOMS OI DIO - TAMPA FL ** HISTORICAL **
. ICE OI - SIOUX CITY IA
. ICE OI HQ - CHIEF, INVESTIGATIVE SUPPORT
. ICE OI HQ - INTEL OPS CENTER
NCFIU - CHICAGO
ICE ALBUQUERQUE SPECIAL OPS CENTER
ICE SOUTH WEST FIELD INTELLIGENCE UNIT

(b) (7)(E)

IA - MANAGEMENT INFORMATION
. ICE OI - JACKSON MS
. FPS - BALTIMORE, MD
. FPS - CHICAGO, IL
. FPS - DALLAS, TX
. FPS - DENVER, CO
. FPS - MIAMI, FL
. FPS - OAKLAND, CA
. FPS - HOUSTON, TX
FPS - INDIANAPOLIS, IN
FPS - FARGO, ND
. ICE OI - JFK AIRPORT NY
. FPS - ST. LOUIS, MO
. FPS - KANSAS CITY, MO
. FPS - NEW YORK, NY
. FPS - BOSTON, MA
FPS - PHILADELPHIA, PA
. FPS - PATTERSON, NJ
. FPS - ROCHESTER, NY
. FPS - SAN FRANCISCO, CA
. FPS - SACRAMENTO, CA
. FPS - SEATTLE, WA
. FPS - LAS VEGAS, NV
FPS - SPOKANE, WA
BORDER PATROL - SAN DIEGO SECTOR
BORDER PATROL - SAN CLEMENTE, CA
BORDER PATROL - TEMECULA, CA
BORDER PATROL - BROWN FIELD, CA
BORDER PATROL - CHULA VISTA, CA
BORDER PATROL - CAMPO, CA
BORDER PATROL - BOULEVARD DUTY POST, CA
BORDER PATROL - EL CAJON, CA
BORDER PATROL - IMPERIAL BEACH, CA
. CUSTOMS ATTACHE - KARACHI PAK
. FPS - AUBURN, WA
. ICE OI - KANSAS CITY MO
. FPS - WASHINGTON DC
. FPS - DETROIT, MI
. ICE OI - KINGMAN AZ
. FPS - PORTSMOUTH, NH
ICE OI - KNOXVILLE TN
. FPS - SAN DIEGO, CA
. FPS - BINGHAMTON, NY
. ICE OI - KEY LARGO FL
. . ICE OI - KALISPELL MT
. FPS - ANCHORAGE, AK
. CUSTOMS ATTACHE - SEOUL KOREA
. FPS - PORTLAND, OR
. FPS - CHARLOTTE, NC
. ICE OI HQ - CHIEF, CYBERSMUGGLING CENTER
. FPS - TAMPA, FL
. FPS - BUFFALO, NY
. FPS - CLEVELAND, OH
. . ICE OI - KEY WEST FL
. FPS - PHOENIX, AZ
. FPS - FT SNELLING, MN
. BORDER PATROL - DETROIT SECTOR
. BORDER PATROL - DETROIT, MI
. BORDER PATROL - SAULT STE MARIE, MI
. BORDER PATROL - TRENTON, MI
. BORDER PATROL - PORT HURON, MI
. BORDER PATROL - GRAND RAPIDS, MI
. ICE OI - LOS ANGELES CA
. ICE OI - LUBBOCK TX
. ICE OI - LAKE CHARLES LA
. ICE OI - LAREDO TX

178

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

CUSTOMS FLETC - MARANA
ICE OI - LAFAYETTE LA
. FAM - TAMPA
. FAM - JACKSONVILLE
ICE OI - LONG ISLAND NY
. CUSTOMS OI - LUKEVILLE AZ ** HISTORICAL **
ICE OI - FISHKILL NY
. FPS - MILWAUKEE, WI
. CUSTOMS ATTACHE - LONDON UK
. ICE OI - LONDON, KY
FAM - ORLANDO
. ICE OI - LITTLE ROCK AR
ICE OI - LAS CRUCES NM
FPS - ATLANTA, GA
. ICE OI - LOUISVILLE KY
. ICE OI - LAS VEGAS NV
. FAM - LAS VEGAS
. ICE OI - LAX AIRPORT CA
FAM - PHOENIX
LESC OPERATIONS CENTER
BORDER PATROL - LAREDO SECTOR
BORDER PATROL - LAREDO DELMAR, TX
BORDER PATROL - COTULLA, TX
BORDER PATROL - HEBBRONVILLE, TX
BORDER PATROL - LAREDO SOUTH, TX
BORDER PATROL - DALLAS, TX
BORDER PATROL - FREER, TX
BORDER PATROL - SAN ANTONIO, TX
BORDER PATROL - ZAPATA, TX
. ICE OI - MAYAGUEZ PR
. CUSTOMS ATTACHE - MANILA
. ICE OI - MCALLEN TX
. ICE OI - MIDDLETON NY
. ICE OI - MEMPHIS TN
. ICE OI - MANCHESTER NH
. ICE OI - MINOT ND
. ICE OI - MOREHEAD CITY NC
ICE OI - MIAMI FL
ICE OI - SAULT STE. MARIE MI
. ICE OI - MILWAUKEE WI
. CUSTOMS REP - MILAN ITALY ** HISTORICAL **
. CUSTOMS REP - MERIDA MX ** HISTORICAL **
. CUSTOMS OI - MARATHON FL ** HISTORICAL **
. ICE OI - MOBILE AL
ICE OI - MARFA SECTOR
. ICE OI - SPRINGFIELD MO
. CUSTOMS OI - NAPLES, FL ** HISTORICAL **
ICE OI - ST PAUL MN
. CUSTOMS ATTACHE - MONTREAL CAN
. CUSTOMS ATTACHE - MADRID, SPAIN
. CUSTOMS ATTACHE - MONTEVIDEO, URUGUAY
. CUSTOMS ATTACHE - MOSCOW
. CUSTOMS ATTACHE - MEXICO CITY
. CUSTOMS REP - MONTERREY MX
. ICE OI - MASSENA NY
. BORDER PATROL - HAVRE SECTOR
. BORDER PATROL - HAVRE, MT
. BORDER PATROL - MALTA, MT
. BORDER PATROL - BILLINGS, MT
. BORDER PATROL - TWIN FALLS, ID
. BORDER PATROL - SHELBY, MT
. BORDER PATROL - SWEETGRASS, MT
. BORDER PATROL - ST MARY, MT
. BORDER PATROL - PLENTYWOOD, MT
. BORDER PATROL - SCOBEY, MT
. ICE OI - NAPANOCH, NY

(b) (7)(E)

FAM - NEW YORK
NDIC - JOHNSTOWN
FAM - ALBANY
ICE OI - NORFOLK VA
. ICE OI - NOGALES AZ
ICE OI - NEW HAVEN CT
CUSTOMS ATTACHE - NEW DELHI
FAM - NEWARK
. ICE OI - NEWARK NJ
CUSTOMS ATTACHE - ROTTERDAM
. FAM - BUFFALO
ICE OI - CINCINNATI OH
. ICE OI - NEW ORLEANS LA
ICE OI - NEWPORT VT
CUSTOMS ATTACHE - NAIROBI, KENYA
CUSTOMS OI - NASSAU ** HISTORICAL **
ICE OI - DERBY LINE VT
ICE OI - NASHVILLE TN
. ICE OI - NORTH PLATTE NE
FAM - COLUMBIA
ICE OI - NEW YORK NY
FAM - CHARLOTTE
BORDER PATROL - NEW ORLEANS SECTOR
BORDER PATROL - NEW ORLEANS, LA
BORDER PATROL - LAKE CHARLES, LA
BORDER PATROL - BATON ROUGE, LA
BORDER PATROL - GULFPORT, MS
BORDER PATROL - MOBILE, AL
BORDER PATROL - LITTLE ROCK, AR
ICE OI - PASCO WA
FAM HQ SYSTEM OPERATIONS CONTROL DIV.
ICE OI - OKLAHOMA CITY OK
HQ - ODS/LESD
ICE OI HQ - INS INVESTIGATIONS
ICE OI - SIOUX FALLS SD
CUSTOMS OI - OGDENSBURG NY ** HISTORICAL

ICE OI - O'HARE INTL AIRPORT CHICAGO IL
ICE OI HQ - DIRECTOR, INVESTIGATIONS
ICE OI - OMAHA NE
ICE OI - ORLANDO FL
. ICE OI - MEDFORD OR
FAM HQ INVESTIGATIONS DIVISION
FAM HQ FLIGHT OPERATIONS
ICE OI HQ - DIRECTOR, OFFICE OF OPERATIONS
. ICE OI - SANTA ANA (ORANGE CO) CA
ICE OI - OCEANSIDE CA
CUSTOMS ATTACHE - OTTAWA CAN
ICE OI - OGDEN UT
ICE OI HQ - MANAGEMENT OVERSIGHT

. ICE OI - OROVILLE WASHINGTON
. ICE OI - VENTURA CA
CUSTOMS ATTACHE - PARIS FRANCE
ICE OI - PITTSBURGH PA
. ICE OI - PANAMA CITY FL
ICE OI - PEMBINA ND
CUSTOMS OI - PEMBINA ND ** HISTORICAL **
ICE OI - PROVIDENCE RI
FAM - PITTSBURGH
ICE OI - PHILADELPHIA PA
CUSTOMS OI - PORT ISABEL TX ** HISTORICAL **
CUSTOMS ATTACHE - PRETORIA SOUTH AFRICA
ICE OI - PEMBROKE PINES FL
ICE OI HQ - POLYGRAPH OPERATIONS
. ICE OI - PORTLAND ME

179

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

CUSTOMS ATTACHE - PANAMA CITY
ICE OI - PONCE PR
ICE OI - PUEBLO CO
ICE OI HQ - PLANS AND POLICY
ICE OI - PRESIDIO TX
ICE OI - PENSACOLA FL
ICE OI - PORTLAND OR
ICE OI - BEAUMONT TX
CUSTOMS OI - PROVIDENCE, RI ** HISTORICAL

. ICE OI - PORT ANGELES WA
. ICE OI - PHOENIX AZ
ICE OI - PROVO UT
CUSTOMS ATTACHE - ISLAMABAD PAKISTAN
. ICE OI - ERIN, HANAHAN
. ICE OI - ERIN, FT LEONARD WOOD
. ICE OI - ERIN, KIRTLAND AFB
. ICE OI - ERIN, NAS FALLON
ICE TACTICAL INTELLIGENCE CENTER
ICE FIELD INTELLIGENCE DIVISION
ICE INTELLIGENCE PROGRAMS DIVISION
. ICE OI HQ - INTELLIGENCE
ICE INTELLIGENCE SUPPORT DIVISION
CUSTOMS ATTACHE - QUITO ECUADOR
. FAM - BOSTON
. ICE OI SECTOR - BOSTON MA
. ICE OI SECTOR - NEW YORK
. ICE OI SECTOR - MIAMI FL
. ICE OI SECTOR - SAN JUAN
ICE OI SECTOR - NEW ORLEANS
. ICE OI SECTOR - HOUSTON TX
. ICE OI SECTOR - LOS ANGELES
ICE OI SECTOR - CHICAGO IL
FAM - NEW HAVEN
. FAM - DENVER
. SALT LAKE CITY
. FAM - KANSAS CITY
FAM - ALBUQUERQUE
. ICE OI - RALEIGH NC
ICE OI ARCE - BOSTON MA
ICE OI ARCE - CHICAGO IL
. ICE OI HQ - R & D DIV
ICE OI - RENO NV
CUSTOMS OI ARCE - MIAMI FL ** HISTORICAL **
. CUSTOMS OI ARCE - NEW ORLEANS **

. CUSTOMS OI ARCE - HOUSTON TX **

CUSTOMS OI - RICHMOND VA (NEVER OPENED)
CUSTOMS REP - JEDDAH SAUDI ARABIA
. ICE OI - REDDING CA
CUSTOMS OI ARCE - LOS ANGELES **

. CUSTOMS ATTACHE - ROME ITALY
. CUSTOMS OI ARCE - NEW YORK NY **

. CUSTOMS OI - ROANOKE VA ** HISTORICAL **
ICE OI - ROUSES POINT NY
. ICE OI - CEDAR RAPIDS IA
CUSTOMS ATTACHE - RIYADH SAUDI ARABIA
ICE OI - STOCKTON, CA
. FAM - MEMPHIS
. ICE OI - SAN BERNARDINO CA
. FAM - BIRMINGHAM
. CUSTOMS OI - REEDVILLE, VA ** HISTORICAL **
. FAM - MOBILE

(b) (7)(E)

FAM - JACKSON
BORDER PATROL - RAMEY SECTOR
BORDER PATROL - RAMEY, PR
ICE OI - SAN ANTONIO TX
CUSTOMS ATTACHE - BOGOTA COLUMBIA
ICE OI - SALT LAKE CITY
ICE OI - SAN DIEGO CA
ICE OI - SEATTLE WA
CE OI - SAN FRANCISCO CA
ICE OI - SAN ANGELO TX
ICE OI - SHREVEPORT LA
CE OI - SAN FRANCISCO AIRPORT
CE OI - SAN JUAN PR
CUSTOMS ATTACHE - STOCKHOLM SW
ICE OI - YUMA/SAN LUIS, AZ
ICE OI HQ - DIRECTOR, SMUGGLING

ICE OI - SAN JOSE CA
ICE OI - SACRAMENTO CA
CE OI - SPOKANE, WA
CUSTOMS ATTACHE - BRASILIA (FORMERLY SAO

ICE OI - SARASOTA FL
CE OI - SELLS AZ
ICE OI - ST THOMAS VI
ICE OI - ST LOUIS MO
ICE OI - SAVANNAH GA
. ICE OI - SWANTON VT
CUSTOMS ATTACHE - SINGAPORE
ICE OI - SAN YSIDRO CA
CUSTOMS ATTACHE - BERN SWITZERLAND
. ORDER PATROL - SWANTON SECTOR
. ORDER PATROL - SWANTON, VT
. ORDER PATROL - RICHFORD, VT
. ORDER PATROL - NEWPORT, VT
. ORDER PATROL - BEECHER FALLS, VT
. ORDER PATROL - CHAMPLAIN, NY
. ORDER PATROL - OGDENSBURG, NY
. ORDER PATROL - MASSENA, NY
. ORDER PATROL - BURKE, NY
ICE OI - TAMPA FL
CUSTOMS ATTACHE - TEGUCIGALPA HONDURAS
CUSTOMS OI - TACOMA WA ** HISTORICAL **
ICE OI INTERPOL - WASHINGTON DC
ICE OI HQ - TACTICAL ENF
CUSTOMS REP - INTERPOL PARIS
ICE OI HQ - NTL TARGETING CNTR, OFF OF

ICE OI HQ - CHIEF, TECHNICAL OPERATIONS
CE OI HQ - DIRECTOR, STRATEGIC

. USTOMS REP - TIJUANA MX
ICE OI HQ - STRATEGIC OPERATIONS
ICE OI - TALLAHASSEE FL
. ICE OI - MIDLAND TX
CUSTOMS ATTACHE - TORONTO
CUSTOMS ATTACHE - TOKYO JAPAN
CE OI HQ - TACT ENF MARINE DIV
ICE OI HQ - CHIEF, NATIONAL SECURITY UNIT
ICE OI - ENF TRAINING STAFF
CE OI - TWIN FALLS ID
ICE OI - CHATTANOOGA TN
ICE OI - TUCSON AZ
ICE OI - DALLAS TX (TECH OPS)
. CUSTOMS ATTACHE - TAIPEI TAIWAN
ICE OI - TEXARKANA AR

180

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

**TREASURY - OFFICE OF FINANCIAL**

BORDER PATROL - MARFA SECTOR
BORDER PATROL - MARFA, TX
BORDER PATROL - LUBBOCK, TX
BORDER PATROL - AMARILLO, TX
BORDER PATROL - PRESIDIO, TX
BORDER PATROL - PECOS, TX
BORDER PATROL - FORT STOCKTON, TX
BORDER PATROL - SANDERSON, TX
BORDER PATROL - ALPINE, TX
BORDER PATROL - SIERRA BLANCA, TX
. TUCSON AIRG
. BALTIMORE AIRG
. DENVER AIRG
. DETROIT AIRG
. EL PASO AIRG
. SAN FRANCISCO AIRG
. BOSTON AIRG
. HOUSTON AIRG
CHICAGO AIRG
ATLANTA AIRG
. BUFFALO AIRG
. LOS ANGELES AIRG
. MIAMI AIRG
. NEW YORK AIRG
. SAN ANTONIO AIRG
. SAN JUAN AIRG
. NEW ORLEANS AIRG
. PHILADELPHIA AIRG
. SAN DIEGO AIRG
. TAMPA AIRG
. SEATTLE AIRG
. WASHINGTON DC AIRG
. NEWARK AIRG
. DALLAS AIRG
. ST PAUL AIRG
. PHOENIX AIRG
. BORDER PATROL - LLANO, TX
. BORDER PATROL - ABILENE, TX
. BORDER PATROL - SILVER CITY, NM
. BORDER PATROL - YSLETA, TX
. BORDER PATROL - ALBUQUERQUE, NM
. BORDER PATROL - SANTA TERESA, NM
. BORDER PATROL - BIG BEND NT'L PARK, TX
. BORDER PATROL - VAN HORN, TX
. BORDER PATROL - MIDLAND, TX
. ICE OI - TAMPA MARINE UNIT
. BELLINGHAM, WASHINGTON
. **ICE OI - FORENSIC DOCUMENT LAB**
. ICE OI - VENICE LA MARINE UNIT
. ICE OI - FT MYERS MARINE UNIT
. ICE OI - ST THOMAS MARINE UNIT
ICE OI - SAN DIEGO MARINE UNIT
ICE OI - FAJARDO MARINE UNIT
. ICE OI - KEY WEST MARINE UNIT
. ICE OI - FT LAUDERDALE MARINE UNIT
. ICE OI - MIAMI MARINE UNIT
. CUSTOMS ATTACHE - VIENNA AUST
. ICE OI - PONCE MARINE UNIT
. ICE OI - FT PIERCE MARINE UNIT
. ICE OI - KEY LARGO MARINE UNIT
. ICE OI - GULFPORT MARINE UNIT
. PLATTSBURG, NEW YORK
. ICE OI - SAN JUAN MARINE UNIT

(b) (7)(E)

. ICE OI - BROWNSVILLE (PORT ISABEL) MARINE
. ICE OI - WEST PALM BEACH MARINE UNIT
. ICE OI - MAYAGUEZ MARINE UNIT
BORDER PATROL - LIVERMORE SECTOR
. BORDER PATROL - SACRAMENTO, CA
. BORDER PATROL - STOCKTON, CA
. BORDER PATROL - FRESNO, CA
. BORDER PATROL - BAKERSFIELD, CA
. BORDER PATROL - SAN LUIS OBISPO
. FOD SEATTLE
. FAM - DALLAS
. ICE OI - CASPER WY
. FOD DENVER
. FOD SAN DIEGO
. FOD SAN FRANCISCO
. ICE OI - WILLMINGTON NC
. ICE OI - WICHITA KS
. FOD LOS ANGELES
. . ICE OI - WILMINGTON DE
. ICE OI - WENATCHEE WA
. WESTERN OPERATIONS
. ICE OI - WEST PALM BEACH FL
. ICE OI HQ - DETENTION & REMOVAL
. FAM - MINNEAPOLIS
. ICE OI - WINSTON/SALEM NC
. FAM - OMAHA
. FAM - BALTIMORE
. ICE OI - CHARLESTON WV
. . FAM - WASHINGTON
. FOD PHOENIX
. FAM - RICHMOND
. FAM - NORFOLK
. BORDER PATROL - SPOKANE SECTOR
. BORDER PATROL - SPOKANE, WA
. BORDER PATROL - PASCO, WA
. BORDER PATROL - OROVILLE, WA
. BORDER PATROL - WENATCHEE, WA
. BORDER PATROL - COLVILLE, WA
. BORDER PATROL - BONNERS FERRY, ID
. BORDER PATROL - WHITE FISH, MT
. BORDER PATROL - EUREKA, MT
. FOD SAN ANTONIO
. BRUNSWICK MARINE - HISTORICAL
. CENTRAL OPERATIONS
. FOD DALLAS
. FOD EL PASO
USCS OI FJTF - FT MEYERS FL ** HISTORICAL **
. FOD DETROIT
. USCS OI FJTF - HOMESTEAD FL ** HISTORICAL

FOD CHICAGO
USCS OI FJTF - JACKSONVILLE FL ** HISTORICAL

. FAM - CHICAGO
. ICE OI FJTF - MIAMI FL
. FOD NEW ORLEANS
. FOD HOUSTON
. FOD ST PAUL
. ICE OI HQ - AIR MARINE, DETENTION REMOVAL

. ICE OI - RIVERSIDE MARINE SUPRT CNTR (WEST)
. ICE OI - ST. AUGUSTINE MARINE SUPRT BRANCH
. USCS OI FJTF - TAMPA FL ** HISTORICAL **
. FAM - MILWAUKEE
. FAM - SPRINGFIELD

181

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

. JOINT INTERAGENCY TASK FORCE
. ICE OI - BLUE LIGHTNING
. FAM - ST. LOUIS
. BORDER PATROL - MCALLEN SECTOR
. BORDER PATROL - MCALLEN, TX
. BORDER PATROL - MERCEDES, TX
. BORDER PATROL - FALFURRIAS, TX
. BORDER PATROL - RIO GRANDE CITY, TX
. BORDER PATROL - BROWNSVILLE, TX
. BORDER PATROL - HARLINGEN, TX
. BORDER PATROL - KINGSVILLE, TX
. BORDER PATROL - FORT BROWN, TX
. BORDER PATROL - CORPUS CHRISTI, TX
. ICE OI - YAKIMA WA
. BFU - VERMONT (RAC YB)
. ICE OI - RAPID CITY SD
. BFU - DALLAS (RAC YD)
. FAM - LOS ANGELES
. FAM - SAN DIEGO
. FAM - SACRAMENTO
. FAM - SAN FRANCISCO
FAM - HONOLULU
ICE OI AIR - JACKSONVILLE P3 UNIT
. BFU - CALIFORNIA (RAC YL)
. FAM - PHILADELPHIA
. BFU - NEBRASKA (RAC YN)
. FAM - ATLANTA
. FAM - KNOXVILLE
. ICE OI HQ - CHIEF, IDENTITY & BENEFIT FRAUD
. ICE OI - SYRACUSE NY
. FAM - SEATTLE
. FAM - PORTLAND
. USCS OI - YUMA AZ ** HISTORICAL **
. FAM - ANCHORAGE
. ICE OI AIR - DAICC (E) AIR OPS
. ICE OI AIR - NTL AIR OPS CNTR (OKLAHOMA

. ICE OI AIR - DAICC, RIVERSIDE CA
. ICE OI AIR - C3I MIAMI FL
. BORDER PATROL - YUMA SECTOR
. BORDER PATROL - YUMA, AZ
. BORDER PATROL - BLYTHE, CA
. BORDER PATROL - WELLTON, AZ
. ICE OI AIR - ALBUQUERQUE NM
. ICE OI AIR - HOMESTEAD AFB
. ICE OI AIR - TUCSON AZ
. ICE OI AIR - SAN DIEGO CA
. ICE OI AIR - EL PASO TX
. ICE OI AIR - CINCINNATI OH
. ICE OI AIR - HOUSTON TX
ICE OI AIR - KANSAS CITY KS
ICE OI AIR - JACKSONVILLE FL
. ICE OI AIR - CORPUS CHRISTI TX
. PLATTSBURG AIR AND MARINE BRANCH, NEW

. ICE OI AIR - AIR OPS EAST (MIAMI)
. ICE OI AIR - NEW ORLEANS AIR/MARINE

. ICE OI AIR - SAN ANTONIO TX
ICE OI AIR - PENSACOLA FL
. ICE OI AIR - HQ AIR/MARINE DIV
. ICE OI AIR - RIVERSIDE CA (MARCH AFB)
ICE OI AIR - MEMPHIS TN (BELLINGHAM)
. ICE OI AIR - TAMPA FL
. ICE OI AIR - SACRAMENTO CA

(b) (7)(E)

. ICE OI AIR - NASHVILLE TN
. ICE OI AIR - AIR OPS WEST (RIVERSIDE)
. ICE OI AIR - PHOENIX AZ
. ICE OI AIR - NEW YORK NY
. ICE OI AIR - PUERTO RICO
. BORDER PATROL - TUCSON SECTOR
. BORDER PATROL - TUCSON, AZ
. BORDER PATROL - CASA GRANDE, AZ
. BORDER PATROL - NOGALES, AZ
. BORDER PATROL - WILLCOX, AZ
. BORDER PATROL - DOUGLAS, AZ
. BORDER PATROL - AJO, AZ
. BORDER PATROL - NACO, AZ
. BORDER PATROL - SONOITA, AZ
. COMMERCIAL OPS - NORTHEAST REGION
. COMMERCIAL OPS - NORTH CENTRAL REGION
. COMMERCIAL OPS - HEADQUARTERS
. COMMERCIAL OPS - SOUTHEAST (MIAMI)

. COMMERCIAL OPS - NEW YORK REGION
. COMMERCIAL OPS - SOUTH CENTRAL (NEW

COMMERCIAL OPS - PACIFIC (LOS ANGELES)

. COMMERCIAL OPS - SOUTHWEST (HOUSTON)

CBP HQ MIS LEVEL
CBP FIELD OPS - PORTLAND ME
CBP FIELD OPS - ALBANS VT
CBP FIELD OPS - BOSTON MA
CBP FIELD OPS - PROVIDENCE RI
CBP FIELD OPS - BRIDGEPORT CT
CBP FIELD OPS - CHAMPLAIN/OGDENSBURG NY
CBP FIELD OPS - BUFFALO NY
. COMMERCIAL OPS - BALTIMORE, MD.
. COMMERCIAL OPS - BOSTON, MA
. COMMERCIAL OPS - BUFFALO, NY
. COMMERCIAL OPS - PHILADELPHIA
. COMMERCIAL OPS - OGDENSBURG, NY
COMMERCIAL OPS - PORTLAND, ME
. COMMERCIAL OPS - ST. ALBANS, VT
. COMMERCIAL OPS - BRIDGEPORT, CT.
. COMMERCIAL OPS - PROVIDENCE, RI.
CBP FIELD OPS - NEW YORK NY
CBP FIELD OPS - PHILADELPHIA PA
CBP FIELD OPS - BALTIMORE MD
CBP FIELD OPS - NORFOLK VA
CBP FIELD OPS - WILMINGTOM NC
CBP FIELD OPS - CHARLESTON SC
CBP FIELD OPS - SAVANNAH GA
CBP FIELD OPS - TAMPA FL
CBP FIELD OPS - MOBILE AL
COMMERCIAL OPS - NEW YORK (JFK)
. COMMERCIAL OPS - NEW YORK, NY
. COMMERCIAL OPS - NEWARK, NJ
CBP FIELD OPS - NEW ORLEANS LA
CBP FIELD OPS - PORT ARTHUR TX
CBP FIELD OPS - LAREDO TX
CBP FIELD OPS - EL PASO TX
CBP FIELD OPS - SAN DIEGO CA
CBP FIELD OPS - NOGALES AZ
CBP FIELD OPS - LOS ANGELES CA
CBP FIELD OPS - SAN FRANCISCO CA
CBP FIELD OPS - COLUMBIA-SNAKE OR
. COMMERCIAL OPS - CHICAGO, IL
. COMMERCIAL OPS - DULUTH, MN

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

. COMMERCIAL OPS - GREAT FALLS, MT
. COMMERCIAL OPS - MILWAUKEE, WI
. COMMERCIAL OPS - CLEVELAND, OH
. . COMMERCIAL OPS - MINNEAPOLIS, MN
. COMMERCIAL OPS - PEMBINA, ND
. COMMERCIAL OPS - ST. LOUIS, MO
. COMMERCIAL OPS - DETROIT, MI
. CBP FIELD OPS - SEATTLE WA
. CBP FIELD OPS - ANCHORAGE AK
. CBP FIELD OPS - HONOLULU HI
. CBP FIELD OPS - GREAT FALLS MT
. CBP FIELD OPS - PEMBINA ND
. CBP FIELD OPS - MINNEAPOLIS MN
. CBP FIELD OPS - DULUTH MN
. CBP FIELD OPS - MILWAUKEE WI
. CBP FIELD OPS - DETROIT MI
. CBP FIELD OPS - CHICAGO IL
. COMMERCIAL OPS - CHARLSTON, SC
. COMMERCIAL OPS - WASHINGTON, D.C.

. COMMERCIAL OPS - SAN JUAN, PR
. COMMERCIAL OPS - MIAMI, FL
. COMMERCIAL OPS - NORFOLK, V.A.
. COMMERCIAL OPS - SAVANNAH, GA
. COMMERCIAL OPS - TAMPA, FL
. COMMERCIAL OPS - U.S. VIRGIN ISLANDS
. . COMMERCIAL OPS - CHARLOTTE, NC
. CBP FIELD OPS - CLEVELAND OH
. CBP FIELD OPS - ST. LOUIS MO
. CBP FIELD OPS - NEWARK NJ
. CBP FIELD OPS - NY (JFK)
. CBP FIELD OPS - SAN JUAN PR
. COMMERCIAL OPS - MOBILE, AL
. COMMERCIAL OPS - NEW ORLEANS, LA
. CBP FIELD OPS - US VIRGIN ISLANDS
. CBP FIELD OPS - MIAMI FL
. CBP FIELD OPS - HOUSTON TX
. CBP FIELD OPS - WASHINGTON DC
. CBP FIELD OPS - DALLAS-FW TX
. COMMERCIAL OPS - DALLAS/FT WORTH, TX
. COMMERCIAL OPS - EL PASO, TX.
. COMMERCIAL OPS - HOUSTON, TX.
. COMMERCIAL OPS - LAREDO, TX.
. COMMERCIAL OPS - NOGALES, AZ
. COMMERCIAL OPS - PORT ARTHUR, TX
. USCS - COMMERCIAL OPS.
. NAILS TO TECS MIGRATION 2004 - NAILS

. COMMERCIAL OPS - ANCHORAGE, AK
. COMMERCIAL OPS - COLUMBIA/SNAKE RIVER,

. COMMERCIAL OPS - SAN FRANCISCO, CA
. COMMERCIAL OPS - HONOLULU, HI
. COMMERCIAL OPS - LOS ANGELES, CA.
. COMMERCIAL OPS - SAN DIEGO, CA
. . COMMERCIAL OPS - SEATTLE, WA
. CBP FIELD OPS HEADQUARTERS
. CBP FIELD OPS REGION N-E
. CBP FIELD OPS REGION N-Y
. CBP FIELD OPS REGION N-C
. CBP FIELD OPS REGION S-E
. CBP FIELD OPS REGION S-C
. CBP FIELD OPS REGION S-W
. CBP FIELD OPS REGION PAC
. CBP FIELD OPS - CANADA PRECLEARANCE
. OLD ASA - INVALID

(b) (7)(E)

. OLD ASA - INVALID
. OLD ASA - INVALID
. CONVERTED TECS 1 RECORD
. OLD ASA - INVALID
. DHS - OFFICE OF SECURITY
. MASTER CREW LIST
. NEXUS-AIR PERSON ENROLLMENT
. NATIONAL SECURITY CONCERN
. USCS OFO, PLEASURE BOAT / PRIVATE VESSEL

. INCIDENT VIOLATOR RECORD
. CBP FIELD OPS - HQ, PRIVATE AIRCRAFT OPS
. TRAFFIC ANALYSIS PROGRAM (TAP)
. COMPEX REFERRAL
. CONCORDANCE
. PROJECT COOK - VESSEL TRACKING
. CROSSING RECORDS
. CUSTOMS ONE DAY LOOKOUT
. OUTBOUND TARGETING AND TRACKING
. CBP - SAN DIEGO DATA ENTRY
. CBP - DATA SYSTEMS, LESD
. TREASURY - OFC OF SECURITY
. NNBIS
. SECRET SERVICE ISD DESK
. FAA-ACFT REGISTRATION
. FAA-PILOT DIRECTORY
. COAST GUARD
. IRS-ISD
. IRS-EXAMINATION
IRS-CID
DEA-NADDIS
DEA, EPIC
DEA-CHEMICAL INSPECTION (ODC)
. DEPARTMENT OF JUSTICE, CRIMINAL DIV
. ALCOHOL TOBACCO & FIREARMS
. TREASURY - OFFICE OF FINANCIAL

. DOL-OFC OF LABOR MANAGEMENT STANDARDS
. MARSHALS SERVICE
. COURT SYSTEM - PROBATION DEPT
NATIONAL GUARD
. NATIONAL GUARD - BLAINE, WASHINGTON
. NATIONAL GUARD - PORTLAND ME
. NATIONAL GUARD - ALBANS VT
. NATIONAL GUARD - BOSTON MA
. NATIONAL GUARD - PROVIDENCE RI
. NATIONAL GUARD - BRIDGEPORT CT
. NATIONAL GUARD - OGDENSBURG NY
. NATIONAL GUARD - BUFFALO NY
. NATIONAL GUARD - NEW YORK NY
. NATIONAL GUARD - PHILADELPHIA PA
. NATIONAL GUARD - BALTIMORE MD
. NATIONAL GUARD - NORFOLK VA
. NATIONAL GUARD - WILMINGTON NC
. NATIONAL GUARD - CHARLESTON SC
. NATIONAL GUARD - SAVANNAH GA
. NATIONAL GUARD - TAMPA FL
. NATIONAL GUARD - MOBILE AL
. NATIONAL GUARD - NEW ORLEANS LA
. NATIONAL GUARD - PORT ARTHUR TX
. NATIONAL GUARD - LAREDO TX
. NATIONAL GUARD - EL PASO TX
. NATIONAL GUARD - SAN DIEGO CA
. NATIONAL GUARD - NOGALES AZ
. NATIONAL GUARD - LOS ANGELES CA
. NATIONAL GUARD - SAN FRANCISCO CA

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7)(E)

NATIONAL GUARD - COLUMBIA-SNAKE OR
NATIONAL GUARD - SEATTLE WA
NATIONAL GUARD - ANCHORAGE AK
NATIONAL GUARD - HONOLULU HI
NATIONAL GUARD - GREAT FALLS MT
NATIONAL GUARD - PEMBINA ND
NATIONAL GUARD - MINNEAPOLIS MN
NATIONAL GUARD - DULUTH MN
NATIONAL GUARD - MILWAUKEE WI
NATIONAL GUARD - DETROIT MI
NATIONAL GUARD - CHICAGO IL
NATIONAL GUARD - CLEVELAND OH
NATIONAL GUARD - ST. LOUIS MO
NATIONAL GUARD - NEWARK NJ
NATIONAL GUARD - NY (JFK)
NATIONAL GUARD - SAN JUAN PR
NATIONAL GUARD - US VIRGIN ISLANDS
NATIONAL GUARD - MIAMI FL
NATIONAL GUARD - HOUSTON TX
NATIONAL GUARD - WASHINGTON DC
NATIONAL GUARD - DALLAS-FW TX
NATIONAL GUARD - HEADQUARTERS
NATIONAL GUARD - REGION N-E
NATIONAL GUARD - REGION N-Y
NATIONAL GUARD - REGION N-C
NATIONAL GUARD - REGION S-E
NATIONAL GUARD - REGION S-C
NATIONAL GUARD - REGION S-W
NATIONAL GUARD - REGION PAC
NATIONAL GUARD - EAST CANADA

FLETC - GLYNCO, GA
NATIONAL GUARD - HQ, PRIVATE AIRCRAFT OPS
NATIONAL GUARD - HQ, PRIVATE VESSEL OPS
TREASURY - OFFICE OF INSPECTOR GENERAL
PLANT PROTECTION AND QUARANTINE
DOD (I&C) - PORTLAND ME
DOD (I&C) - ALBANS VT
DOD (I&C) - BOSTON MA
DOD (I&C) - PROVIDENCE RI
DOD (I&C) - BRIDGEPORT CT
DOD (I&C) - OGDENSBURG NY
DOD (I&C) - BUFFALO NY
DOD (I&C) - NEW YORK NY
DOD (I&C) - PHILADELPHIA PA
DOD (I&C) - BALTIMORE MD
DOD (I&C) - NORFOLK VA
DOD (I&C) - WILMINGTON NC
DOD (I&C) - CHARLESTON SC
DOD (I&C) - SAVANNAH GA
DOD (I&C) - TAMPA FL
DOD (I&C) - MOBILE AL
DOD (I&C) - NEW ORLEANS LA
DOD (I&C) - PORT ARTHUR TX
DOD (I&C) - LAREDO TX
DOD (I&C) - EL PASO TX
DOD (I&C) - SAN DIEGO CA
DOD (I&C) - NOGALES AZ
DOD (I&C) - LOS ANGELES CA
DOD (I&C) - SAN FRANCISCO CA
DOD (I&C) - COLUMBIA-SNAKE OR
DOD (I&C) - SEATTLE WA
DOD (I&C) - ANCHORAGE AK
DOD (I&C) - HONOLULU HI
DOD (I&C) - GREAT FALLS MT
DOD (I&C) - PEMBINA ND

(b) (7)(E)

. DOD (I&C) - MINNEAPOLIS MN
. DOD (I&C) - DULUTH MN
. DOD (I&C) - MILWAUKEE WI
. DOD (I&C) - DETROIT MI
. DOD (I&C) - CHICAGO IL
. DOD (I&C) - CLEVELAND OH
. DOD (I&C) - ST. LOUIS MO
. DOD (I&C) - NEWARK NJ
. DOD (I&C) - NY (JFK)
. DOD (I&C) - SAN JUAN PR
. DOD (I&C) - US VIRGIN ISLANDS
. DOD (I&C) - MIAMI FL
. DOD (I&C) - HOUSTON TX
. DOD (I&C) - WASHINGTON DC
. DOD (I&C) - DALLAS-FW TX
. DOD (I&C) - HEADQUARTERS
. DOD (I&C) - REGION N-E
. DOD (I&C) - REGION N-Y
. DOD (I&C) - REGION N-C
. DOD (I&C) - REGION S-E
. DOD (I&C) - REGION S-C
. DOD (I&C) - REGION S-W
. DOD (I&C) - REGION PAC
. DOD (I&C) - EAST CANADA PRECLEARANCE
. DOD (I&C) - HQ, PRIVATE AIRCRAFT OPS
. DOD (I&C) - HQ, PRIVATE VESSELS OPS
. DOD-INSPECTOR GENERAL
. RCMP - TAPE DATA
. COMMERCE EXPORT ENFORCEMENT
STATE DEPT, DIPLOMATIC SECURITY (DS)
STATE DEPT, DIPLOMATIC PLATES
STATE DEPT, CONSULAR AFFAIRS (CA)
STATE DEPT, AVLOS
STATE DEPT, OFFICE OF FOREIGN MISSIONS

STATE DEPT, INTELLIGENCE AND RESEARCH

STATE DEPT, CLASS SYSTEM
STATE DEPT, OFFICE OF DEFENSE TRADE

STATE DEPT, NON IMMIGRANT VISA
STATE DEPT, OFFICE OF THE INSPECTOR

STATE DEPT, DIPLOMATIC PERSONS
STATE DEPT, PASSPORT SERVICES
INTERPOL
. FDA
. INTERIOR - NAT'L PARK SERVICE
. TREASURY
. FLETC FOR NON-CUSTOM USER
. DOJ-USA EDNY
. CCRA - CANADIAN LOOKOUTS
. CHIEF COUNSEL
. DEPARTMENT OF DEFENSE
. TREASURY - PROPERTY CONTRACTOR (EG&G)
. TREASURY - PERSONAL PROPERTY

. FINCEN
. TREASURY - EOAF
. NATIONAL GUARD
. DHS-INSPECTOR GENERAL
. BUREAU OF LAND MANAGEMENT, INTERIOR
. FEDERAL RESERVE BOARD
. BUREAU OF ENGRAVING AND PRINTING
. DEPT OF LABOR

184

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

(b) (7) . . . . . . . . . . U.S. POSTAL SERVICE, OFFICE OF INSPECTOR GENERAL

(b) (7) . . . . . . . . . . TREASURY - OFFICE OF FOREIGN ASSET CONTROL

185

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX G – LOOKOUT CASE CODES

Codes keyed to § 212 of the INA:

(b) (7)(E)

Afflicted with a communicable disease
Lacks required vaccinations
Physical or mental disorder
Drug abuser or addict
Convicted of a crime involving moral turpitude (CIMT)
Convicted of a crime pertaining to controlled substances
Multiple criminal convictions
Controlled substance trafficker
Prostitute (within last 10 years)
Procurer of prostitutes
Engaged in unlawful commercialized vice
Asserted immunity to avoid prosecution
Involved in espionage, sabotage or laws involving technology transfer
Unlawful activity related to national security
Coming to overthrow the U.S. Government
Engaged in terrorist activities
Entrance prejudicial to public interest, or adverse foreign policy consequences
Communist Party membership (applies to immigrants only)
Nazi persecutor – Call OSI for additional information
Participant in genocide
Public charge
Lacking labor certification
Unqualified physician
Uncertified foreign health care worker
Alien present without admission or parole
Failure to attend removal proceedings
Misrepresentation/fraud
False claim to U.S. citizenship
Stowaway
Alien smuggler
Violation of Sec. 274(C)
Student visa violator
Immigrant without a visa
Immigrant visa outside numerical limits
Nonimmigrant without a valid passport or visa
Immigrant permanently ineligible for citizenship
Draft evader – was immigrant when departure occurred
Ordered removed upon arrival
Ordered removed upon arrival – multiple removals
Ordered removed upon arrival – convicted aggravated felony

186

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(b) (7)(E)

Ordered removed or departed while removal order outstanding
Ordered removed or departed while removal order outstanding – multiple removals
Ordered removed or departed while removal order outstanding – convicted aggravated felony
Unlawfully present 181-364 days
Unlawfully present 365 or more days
Unlawfully present after previous immigration violations
Practicing polygamist
Guardians required to accompany inadmissible helpless alien
International child abduction
unlawful voter
Former U.S. citizen who renounced citizenship to avoid taxation
Final Order Expedited Removal per Sec. 212(a)(6)(C)INA
Final Order Expedited Removal per Sec. 212(a)(7)INA
Expedited Removal Pending Credible Fear Interview

### Special Case Codes

(b) (7)(E)

Alien in illegal status. Required to apply for new NIV in country of alien's nationality.
Application for admission withdrawn.
Helms-Burton Act Refusal.
DETAIN. Special interest. Escort to INS secondary. Detain isolated and call Headquarters Inspections at (202) 514-4034 (24 hours). Report that there is a TIP lookout intercept.
DETAIN. Lost or stolen passport possibly in the hands of a terrorist. If name and passport data match, escort to INS secondary. Detain isolated and call Headquarters Inspections at (202) 514-4034 (24 hours). Report that there is a TIP-class lookout intercept.
DO NOT DETAIN OR ALERT. Collect itinerary from routine primary inspection, contents of I-94 and Customs Declaration. Immediately call Headquarters Inspections at (202) 514-4034 (24 hours). Report that there is a TIP-class lookout intercept.
Document reported lost or stolen.
Conditional resident whose status was terminated.
U.S. Department of State posted a notice of expatriation.
Possible expatriation.
Alien suspected of having abandoned permanent residence.
History of denied or voided I-184 Crewman Card.
Crewman departure enforced for willful violation of immigration laws.
Transit Without Visa (TWOV) abscondee.
DO NOT DETAIN OR ALERT. Notify EXODUS Command Center of arrival and itinerary.
Visa revoked by Department of State (U.S. Department of State).
DO NOT DETAIN OR ALERT. Notify nearest FBI Special Agent.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

(b) (7)(E)

DETAIN and notify the nearest FBI Special Agent immediately.
Confirmed overstay within Guam Visa Waiver Program.
Refusal within the Guam Visa Waiver Program.
DO NOT DETAIN OR ALERT. Notify the nearest Coast Guard Intelligence office.

*Although these are not codes keyed to 212 of the INA, they still may be released first party requestor.

(b) (7)(E)

DO NOT DETAIN OR ALERT. Notify EPIC.
Notify EPIC. DEA requests Customs search.
Convicted Narcotics Trafficker. DO NOT DETAIN OR ALERT U.S. CITIZEN. Notify EPIC of entry. Requires written report to EPIC.
DETAIN. Outstanding warrant. Notify EPIC (U.S. Marshals) immediately.
DO NOT DETAIN OR ALERT. Advise nearest Naval Intelligence office immediately.
DETAIN. Navy AWOL or deserter. Notify nearest Navy installation.
Olympic Family Member – Waiver approved. Do not refer.
DETAIN. Air Force AWOL or deserter. Notify nearest Air Force installation.
Contact INTERPOL before completing inspection.
DO NOT DETAIN OR ALERT. Advise nearest Army Intelligence office immediately.
DETAIN. Army AWOL or deserter. Notify nearest Army installation.
DO NOT DETAIN OR ALERT. Notify U.S. Department of State Passport Office of admission.
DO NOT DETAIN OR ALERT. Notify U.S. Department of State Visa Office of admission.
Confirmed overstay within the Visa Waiver Pilot Program.
Refusal within the Visa Waiver Pilot Program.
DO NOT DETAIN OR ALERT. Notify U.S. Secret Service.
DETAIN. Notify U.S. Secret Service.
OSC/WA OR NTA/WA pending. OSC/WA Order to Show Cause. NTA/WA Notice To Appear.
OSC/WA OR NTA/WA pending (aggravated felon).
Warrant of deportation or removal outstanding.
INS criminal warrant outstanding.
DO NOT DETAIN OR ALERT. Special Case. See instructions in NAILS lookout record.
DETAIN. Special case. See instructions in NAILS lookout record.
Update INS case code based on comments in lookout.

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

This page intentionally left blank

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX H – FORMS WITH EXPLANATION OF REDACTIONS

This appendix lists some forms that are frequently requested and seen in alien files or receipt files. Included with each form are the instructions for completing the form. The instructions and the form can consist of several pages. Only a portion of each form and the instructions have been included.

The descriptions that follow state who can file the form and what supporting documents the applicant or petitioner should submit with the form. The information you release on each form depends upon who requested the file/form and if certification of agreement is present. Normally the form can be released in full to the individual/company who completed the form (the petitioner) except for any initials/user identifications on IBIS stamps, IBIS results, or deliberative notes that adjudicating officers and/or attorneys have written on the form. As always, when processing these forms and releasing or exempting information, you must consider the status of the subject of the file and whether certification of agreement is present or not. Most of the forms in this appendix contain a section that is titled "FOR USCIS USE ONLY." Review this section for exempt information, such as IBIS checks, initials, user identification, and possibly deliberation.

The links to the forms will not work. If we turn on the link capability, it will run a Java machine that will interfere with the FIPS 7 Java machine.

Forms are available at http://www.uscis.gov/portal/site/uscis.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## G-325, Biographic Information

This form is found in most alien files. Some files contain one that has been completed by the subject of the file and one completed by the petitioner.

If the file is being requested by an attorney/representative on behalf of the subject of the file and certification of agreement has been provided by the subject of the file, fully release the G-325 completed by the subject.

Withhold a G-325 completed by anyone other than the subject of the file in part unless the person named on the form has given certification of agreement. Release only the title of the form and name of the individual.

Page 3(c) of the G-325 is designated for (b) (7) (E). If INS/USCIS sent the form to (b) (7) (E) to conduct a name check and we have received a response, the page should be referred to (b) (7) (E) for release determination. Please hide the name of the agency. If there is no stamp or response in the bottom section, please process the page normal. The markings are similar to the ones shown below:



## I-90, Application to Replace Permanent Resident Card

Release the I-90 to the requestor provided that certification of agreement is present. Review the right-hand side of the form, under the heading "FOR USCIS USE ONLY," for material that may be exempt.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## I-94 Arrival/Departure Record

The I-94 is a frequently requested form. This form is owned by U.S. Customs and Border Protection. We normally release the I-94 in full if it relates to the subject of record.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## I-129, Petition for a Nonimmigrant Worker

The I-129 is completed by an employer; this can be an individual or a company/organization. If the requestor is the individual or the company/organization, redact all third party PII, initials or user ID's on IBIS stamps and the IBIS results or notes that are deliberative.

## I-129F, Petition for Alien Fiancé(e)

The I-129F is completed by a petitioner on behalf of another individual/s. There may be exempt information, such as protected law enforcement system check results or possibly deliberative process commentary listed in the section titled "For USCIS Use Only."

If the requestor is the beneficiary (the fiancé(e)), and if the case is a FOIA, and if you do not have certification of agreement from the petitioner, you would release only information relating to the beneficiary. Please protect any highly personal information. If the petition has been consolidated into the beneficiary's A-file, the petitioner must have certification of agreement from the beneficiary to obtain a copy of it. If the petition has not been consolidated, the petitioner or beneficiary may obtain a copy of it. For an unconsolidated petition, you should fully release to the petitioner, other than protected system check results or possibly deliberative process. If the beneficiary has not provided the petitioner's certification of agreement, you should withhold any of the  petitioner's PII that has not been released elsewhere in the file.

Form I-129F requires extensive supporting documentation. If a Track 1 request specifies "petition and supporting documentation," you may find a detailed description of documentation the service requires at the following link:

http://www.uscis.gov/files/form/i-129finstr.pdf

| WHERE IS THE I-129F? | WHO IS THE REQUESTOR? | THEY GET |
|---|---|---|
| Unconsolidated | Petitioner | Everything except protected systems check results |
| Unconsolidated | Beneficiary | Only their own information and the signatures, unless they have certification of agreement from the Petitioner |
| Beneficiary's File | Petitioner | Either certification of agreement from the Beneficiary or nothing |
| Petitioner's File | Beneficiary | Either certification of agreement from the Petitioner or nothing |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## I-130, Petition for Alien Relative

The I-130 is completed by the petitioner for a beneficiary. There may be exempt information, such as protected law enforcement system check results or possibly deliberative process commentary listed in the section titled "For USCIS Use Only."

If the requestor is the beneficiary,and if the case is a FOIA, and if you do not have certification of agreement from the petitioner, you would release only information relating to the beneficiary. Please protect any highly personal information. If the petition has been consolidated into the beneficiary's A-file, the petitioner must have certification of agreement from the beneficiary to obtain a copy of it. If the petition has not been consolidated, the petitioner or beneficiary may obtain a copy of it. For an unconsolidated petition, you should fully release to the petitioner, other than protected system check results or possibly deliberative process. If the beneficiary has not provided the petitioner's certification of agreement, you should withhold any of the petitioner's PII that has not been released elsewhere in the file.

Form I-130 requires extensive supporting documentation. If a Track 1 request specifies "petition and supporting documentation," you may find a detailed description of documentation the service requires at the following link:

http://www.uscis.gov/files/form/i-130instr.pdf

| WHERE IS THE I-130? | WHO IS THE REQUESTOR? | THEY GET |
|---|---|---|
| Unconsolidated | Petitioner | Everything except protected systems check results |
| Unconsolidated | Beneficiary | Only their own information and the signatures, unless they have certification of agreement from the Petitioner |
| Beneficiary's File | Petitioner | Either certification of agreement from the Beneficiary or nothing |
| Petitioner's File | Beneficiary | Either certification of agreement from the Petitioner or nothing |

## I-131, Application for Travel Document

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

The I-131 is completed by the subject of the file. The form allows an individual to travel outside the United States and is also used by a permanent resident to obtain a reentry permit. If you are processing under FOIA, please fully release it, except for possible protected systems results. Review the block titled "FOR USCIS USE ONLY" for exempt information.

If the requestor is seeking information relating to reentry into the country or travel, this would be a document that he or she would need.

## I-134, Affidavit of Support

Form I-134 is completed by the individual/s sponsoring the alien. Each sponsor completes an I-134. Release this form in part to the beneficiary if certification of agreement of the sponsor (the person who completed the form) is not present. Redact all third party information, including the beneficiary's spouse and children (Section 3), unless you have certification of agreement from all third parties and except where it has been released elsewhere in the file. Not all files will contain an I-134.

## I-140, Immigrant Petition for Alien Worker

Form I-140 is used to petition for an immigrant visa based on employment. This form can be completed by a person or company/organization.
- If the petitioner is an individually owned or closely-held business, you need certification of agreement from the petitioner to release the petitioner's information.
- If the petitioner is an individually owned or closely-held business:
  - *and* if the case is a FOIA,
  - *and* if you do not have certification of agreement from the petitioner,
  - *then* you would release only information relating to the beneficiary. Please protect any highly personal information.
- Companies in general do not have personal privacy protection, so if the petitioner is a company, you do not need the company's certification of agreement and you may release most information about the company. You should still protect any information that would reveal information about the owners' personal finances, citing Exemption (b)(6).
- If the subject who requests the file worked for the company, release the TIN to the subject. Otherwise, if you are processing under FOIA, you should withhold the employer's TIN citing Exemption (b)(3) and § 6103 of 26 USC, but release the remaining information on this form to the requestor.
- Even if the subject worked for the company, the company's tax return may have been prepared by an accounting firm that lists their TIN. If you are processing under FOIA, you should withhold the accounting firm's TIN citing Exemption (b)(3) and § 6103 of 26 USC. If you are processing under FOIA, and if the accountant is an individual who lists his or her social security number, you should protect that number, citing Exemption (b)(6).

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

- If the petition has been consolidated into the beneficiary's A-file, the petitioner must have certification of agreement from the beneficiary to obtain a copy of it. If the petition has not been consolidated, the petitioner or beneficiary may obtain a copy of it. For an unconsolidated petition, you should fully release to the petitioner, other than protected system check results or possibly deliberative process. The block titled "For USCIS Use Only" could contain exempt information.

## I-360, Petition for Amerasian, Widow(er) or Special Immigrant

Form I-360 is used to classify an alien in a special category *(see the instructions)*. This is a self petition.

One of these categories is a battered or abused spouse or child of a U.S. Citizen or LPR. These are referred to as VAWA (Violence Against Women Act) petitions. Petitions filed under the VAWA are highly sensitive in nature. Please withhold third party information on requests made by the petitioner or by an attorney/representative of the petitioner where certification of agreement is present.

The block titled "For USCIS Use Only" could contain exempt information regardless of whether certification of agreement is present.

## I-485, Application to Register Permanent Residence or Adjust Status

If you are processing under FOIA and the subject of record filed the I-485, please fully release it, unless there are protected systems check results on the first page.

The block titled "For USCIS Use Only" could contain exempt information regardless of whether certification of agreement is present.

Form I-485 requires extensive evidence of eligibility. If a Track 1 request specifies "petition and supporting documentation," you may find a detailed description of documentation the service requires at the following link:

http://www.uscis.gov/files/form/i-485instr.pdf

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## I-526, Immigrant Petition by Alien Entrepreneur

For use by an entrepreneur who wishes to immigrate to the United States. Please refer to Section 27.52 if there is a Form I-526 in the file.

## I-539, Application to Extend/Change Nonimmigrant Status

Form I-539 is used by a nonimmigrant to extend his or her stay or to change to another nonimmigrant status. If you are processing under FOIA, , please fully release it, except for possible protected systems results. If the requestor is a party to or rider, you may release the form in part to that individual.

The block titled "For USCIS Use Only" may contain exempt information, such as IBIS results, law enforcement initials and/or identifying numbers, and possibly deliberative commentary.

Spouses and children may be included on this application. Redact accordingly.

## I-589, Application for Asylum and for Withholding of Removal

The Form I-589 is used to apply for asylum in the United States and for withholding of removal. If the subject of record is the primary asylee, please fully release the I-589, unless there are protected systems check results on the first page.  For more processing instructions, please see section 27.16 of this guide. The block titled "FOR USCIS USE" may contain exempt information, such as IBIS results, law enforcement initials and/or identifying numbers, and possibly deliberative commentary.

| WHERE IS THE I-589? | WHO IS THE REQUESTOR? | THEY GET |
|---|---|---|
| Asylum Applicant's File | Asylum applicant | Everything except protected systems check results |
| Rider's File | Rider | Only their own information and the signatures, unless they have certification of agreement from the Primary Asylum Applicant |
| Asylum Applicant's File | Rider | Either certification of agreement from the asylum applicant or nothing |
| Rider's File | Asylum applicant | Either certification of agreement (or proof of parentage, usually) from the rider or nothing |

197

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

### I-730, Refugee/Asylee Relative Petition

Form I-730 is filed if a person has been admitted to the United States as a refugee or if asylee status has been granted. If the subject of record is the primary refugee, please fully release the I-730, unless there are protected systems check results on the first page. Processing of Form I-730 is essentially the same as Form I-589, except that you should withhold the name of any Refugee Officer, citing Exemption (b)(6), if the case is FOIA. The block titled "FOR USCIS USE ONLY" may contain exempt information, such as IBIS results, law enforcement initials and/or identifying numbers, and possibly deliberative commentary.

### I-751, Petition to Remove Conditions on Residence

Form I-751 is filed by a conditional resident who obtained such status through marriage to petition USCIS to remove the conditions on their residence.

If you are processing under FOIA, please fully release it, except for possible protected systems results. The block titled "For USCIS Use Only" may contain exempt information, such as IBIS results, law enforcement initials and/or identifying numbers, and possibly deliberative commentary.

### I-829, Petition by Entrepreneur to Remove Conditions

For a conditional permanent resident who obtained such status through entrepreneurship to remove the conditions on his or her residence. Please refer to Section 27.52 if there is a Form I-829 in the file.

### I-864, Affidavit of Support Under Sect 213A of the Act

Form I-864 is submitted by the sponsor(s) of most family based immigrants and some employment based immigrants. If you are processing under FOIA, please withhold third party information on requests made by the petitioner or by an attorney/representative of the petitioner where certification of agreement is not present.   The block titled "For Government Use Only" may contain exempt information, such as IBIS results, law enforcement initials and/or identifying numbers, and possibly deliberative commentary.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX I – CLASS OF ADMISSION CHART

This appendix consists of a list of the Classes of Admission to assist in determining the status of an individual.

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# CLASS OF ADMISSION CHART

| | | |
|---|---|---|
| A-1 | UNKNOWN | UNKNOWN |
| A-2 | UNKNOWN | UNKNOWN |
| A-3 | UNKNOWN | UNKNOWN |
| AA1 | DIVERSITY TRANSITION | LPR |
| AA2 | SPOUSES OF AA1 OR AA6 | LPR |
| AA3 | CHILDREN OF AA1 OR AA6 | LPR |
| AA6 | DIVERSITY TRANSITION | LPR |
| AA7 | SPOUSES OF AA6 | LPR |
| AA8 | CHILDREN OF AA6 | LPR |
| ABD | ABANDONMENT OF RESIDENCY | ILLEGAL |
| ABS | ABANDONMENT OF STATUS | ILLEGAL |
| AM1 | AMERASIAN BORN IN VIETNAM | LPR |
| AM2 | SPOUSE OR CHILD OF AM1 OR AM6 | LPR |
| AM3 | MOTHER, GUARDIAN OF AM1 OR AM6 | LPR |
| AM6 | AMERASIAN B. VIET 1/1/62 | LPR |
| AM7 | SP/CH OF AM1 OR AM6 | LPR |
| AM8 | MOTHER/REL AM1 OR AM6 | LPR |
| AO | ASYLEE APPLICANT W/O WORK AUTH. | LEGAL |
| ARC | ADMINISTRATIVELY CLOSED/REF APPLICANT | |
| ARF | CLASSIFIED REFUGEE/HAS NOT COME TO US | |
| AR1 | CH OF CITZ UNDER PL 97-359 | LPR |
| AR6 | CH OF CITZ B. KOREA,LAOS,VIET | LPR |
| AS | ASYLEE APPLICANT W/WORK AUTHORIZATION | LEGAL |
| ASP | ASYLEES PENDING | |
| ASR | ASYLUM STATUS REVOKED | ILLEGAL |
| AS1 | APPROVED PRIMARY ASYLEE | LEGAL |
| AS2 | APPROVED SPOUSE ASYLEE | LEGAL |
| AS3 | APPROVED CHILD ASYLEE | LEGAL |
| AS6 | ADJ OF ASYLEE | LPR |
| AS7 | ADJ OF SPOUSE OF AN ASYLEE | LPR |
| AS8 | ADJ OF CHILD OF AN ASYLEE | LPR |
| AW | RAW APPLIED FOR AT A PORT | NI |
| AY | ASYLEE | |
| AY1 | AYUDA-EMPLOYMENT AUTHORIZATION | LEGAL |
| AY2 | AYUDA-NO EMPLOYMENT AUTHORIZATION | LEGAL |
| A1 | AMBASS, MINISTERS, DIPLOMAT | NI |
| A11 | UNMAR CH OF CITZ UNDER PL 97-359 | LPR |
| A12 | CHILD OF ALIEN CLASS P11/P16 | LPR |
| A16 | UNMARR CH OF CITZ B IN ASIA | LPR |
| A17 | CHILD OF A11 OR A16 ALIEN | LPR |
| A2 | OTHER FOR GOVT OFFICIALS | NI |
| A3 | A1-A2 ATTEN, SERV, EMPLY | NI |
| A31 | MAR CH OF U S CITIZENS, AMERASIANS | LPR |

200

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| A32 | AMER SPOUSE OF F31,A31,C31 | LPR |
| A33 | AMER CHILD OF F31, A31, C31 | LPR |
| A36 | MAR CH OF U S CITIZENS, AMERASIANS | LPR |
| A37 | AMERASIAN SPOUSES OF F36, A36, C36 | LPR |
| A38 | AMERASIAN CHILD OF F36, A36, C36 | LPR |
| A41 | MAR CH CITZ UNDER PL 97-359 | LPR |
| A42 | SPOUSE OF ALIEN CLASS A41/A46 | LPR |
| A43 | CHILD OF ALIEN CLASS A41/A46 | LPR |
| A46 | MARR CH OF CITZ B. IN ASIA | LPR |
| A47 | SPS OF A41 OR A46 ALIEN | LPR |
| A48 | CH OF A41 OR A46 | LPR |
| BCC | BORDER CROSSER CARD (I-586) APPROVED | NI |
| BCD | BORDER CROSSING CARD DENIED | ILLEGAL |
| BC1 | SPEC BROADCASTER/IBCB OF BBG, PRIN | LPR |
| BC2 | SPOUSE OF BC1 | LPR |
| BC3 | CHILD OF BC1 | LPR |
| BC6 | SPEC BROADCASTER/IBCB OF BBG, PRIN | LPR |
| BC7 | SPOUSE OF BC6 | LPR |
| BC8 | CHILD OF BC6 | LPR |
| BE | BERING STRAIT ENTRIES | NI |
| BX1 | SELF-PETITION SPOUSE OF LPR, EXEMPT | LPR |
| BX2 | SELF-PETITION CHILD OF LPR, EXEMPT | LPR |
| BX3 | CHILD OF BX1, BX2, EXEMPT | LPR |
| BX6 | SELF-PETITION SPOUSE OF LPR, EXEMPT | LPR |
| BX7 | SELF-PETITION CHILD OF LPR, EXEMPT | LPR |
| BX8 | CHILD OF BX6, BX7, EXEMPT | LPR |
| B1 | VISITOR FOR BUSINESS | NI |
| B11 | SELF-PET. UNMARR. SON/DAUGHTER USC | LPR |
| B12 | CHILD OF B11 | LPR |
| B16 | SELF-PET. UNMARR. SON/DAUGHTER USC | LPR |
| B17 | CHILD OF B16 | LPR |
| B2 | VISITOR FOR PLEASURE | NI |
| B20 | CHILD OF B29 | LPR |
| B21 | SELF-PETITION SPOUSE OF LPR | LPR |
| B22 | SELF-PETITION CHILD OF LPR, | LPR |
| B23 | CHILD OF B21, B22 | LPR |
| B24 | SELF-PET. UNMARR. SON/DAUGHTER LPR | LPR |
| B25 | CHILD OF B24 | LPR |
| B26 | SELF-PETITION SPOUSE OF LPR | LPR |
| B27 | SELF-PETITION CHILD OF LPR | LPR |
| B28 | CHILD OF B26, B27 | LPR |
| B29 | SELF-PET. UNMARR. SON/DAUGHTER LPR | LPR |
| B30 | CHILD OF B29 | LPR |
| B31 | SELF-PET. MARRIED SON/DAUGHTER USC | LPR |
| B32 | SPOUSE OF B31 | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| B33 | CHILD OF B31 | LPR |
| B36 | SELF-PET. MARRIED SON/DAUGHTER USC | LPR |
| B37 | SPOUSE OF B36 | LPR |
| B38 | CHILD OF B36 | LPR |
| CB1 | SPOUSE OF ALIEN GRANTED LEGAL COND | LPR |
| CB2 | CHILD OF ALIEN GRANTED LEGAL COND | LPR |
| CB6 | SPOUSE OF ALIEN GRANTED LEGAL COND | LPR |
| CB7 | CHILD OF ALIEN GRANTED LEGAL COND | LPR |
| CC | MASS MIGRATION, CUBAN PAROLEES | LEGAL |
| CF1 | REC ADM COND ENTRY FIANCE/E CITIZEN | LPR |
| CF2 | COND-ENTRY MINOR CH ALIEN CLASS | LPR |
| CH | PAROLEE (HUMANITARIAN-HDQTRS AUTH) | LEGAL |
| CH6 | CUBAN-HAITIAN ENTRANT | LPR |
| CNP | CUBA REF/NON-CUBA SP/CH CUBA REF | LPR |
| CP | PAROLEE (PUBLIC INTEREST-HDQTRS) | NI |
| CPT | CONTINUED PRESENCE TERMINATED | |
| CR1 | COND-ENTRANT SPOUSE OF US CITIZEN | LPR |
| CR2 | COND-ENTRANT STEP-CHILD US CITIZEN | LPR |
| CR6 | COND-ENTRANT SPOUSE OF US CITIZEN | LPR |
| CR7 | COND-ENTRANT STEP-CHILD US CITIZEN | LPR |
| CSS | ALIEN NOT ELIGIBLE FOR LEGALIZATION | NI |
| CS1 | CATHOLIC SOCIAL SERVICES-EMPLOY/AUTH | LEGAL |
| CS2 | CATHOLIC SOCIAL SERVICES-NO EMP/AUTH | LEGAL |
| CS3 | LEGAL-CSS-FRAUD INVESTIGATION | LEGAL |
| CUP | CUBA REF/NON-CUBA SP/CH CUBA REF | LPR |
| CU0 | CUBA REF PARENT OF US CITIZEN | LPR |
| CU6 | CUBAN REFUGEE | LPR |
| CU7 | NON-CUBAN SPS/CH CUBAN REF | LPR |
| CU8 | CUBA REF SPOUSE OF US CITIZEN | LPR |
| CU9 | CUBA REF CHILD OF US CITIZEN | LPR |
| CX1 | COND-EXEMPT SP OR ALIEN RESIDENTS | LPR |
| CX2 | COND-CHILD OF ALIEN RES, UNDER 21 | LPR |
| CX3 | COND-CHILDREN OF FX2, CX2 | LPR |
| CX6 | COND-SPOUSES OF ALIEN RESIDENTS | LPR |
| CX7 | COND-CHILD OF ALIEN RES UNDER 21 | LPR |
| CX8 | COND-CHILD OF FX7, CX7 | LPR |
| C1 | ALIEN IN TRANSIT | NI |
| C2 | ALIEN IN TRANSIT TO UN | NI |
| C20 | COND-CHILD OF F29, C29 | LPR |
| C21 | COND-ENTRANT SP OF PERM RESIDENT | LPR |
| C22 | COND-ENTRANT STEP-CHILD PERM RES | LPR |
| C23 | COND-ENTRANT CH ALIEN CLASS C22/C27 | LPR |
| C24 | COND-UNMAR CH OF ALIEN RES, OVER 21 | LPR |
| C25 | COND-CHILDREN OF F24, C24 | LPR |
| C26 | COND-ENTR SP PERM RESIDENT | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| C27 | COND-ENTR UNMARR STEP-CH PERM | LPR |
| C28 | COND-ENTR CH ALIEN CLASS C22/C27S | LPR |
| C29 | COND-UNMAR CH OF ALIEN RES OVER 21 | LPR |
| C3 | GOVT OFFICIAL, FAM & EMPL | NI |
| C31 | COND-CHILD OF U S CITIZENS | LPR |
| C32 | COND-SPOUSE OF F31, A31, C31 | LPR |
| C33 | COND-CHILD OF F31, A31, C31, F36, C36 | LPR |
| C36 | COND-CHILD OF U S CITIZENS | LPR |
| C37 | COND-SPOUSES OF F36, A36, C36 | LPR |
| C38 | COND-CHILD OF F36, A36, C36 | LPR |
| C4 | TRANSIT WITHOUT A VISA | NI |
| C41 | COND-ENTR MARRIED STEP-CH US CITIZEN | LPR |
| C42 | COND-ENTR SP ALIEN CLASS C41/C46 | LPR |
| C43 | COND-ENTR CH ALIEN CLASS C41/C46 | LPR |
| C46 | COND-ENTR MARRIED STEP-CH US CITIZEN | LPR |
| C47 | COND-ENTR SP ALIEN CLASS C41/C46 | LPR |
| C48 | COND-ENTR CH ALIEN CLASS C41/C46 | LPR |
| C51 | COND-EMPLOYMENT CREATION AREA | LPR |
| C52 | COND-SPOUSES OF E51, C51, E56, C56 | LPR |
| C53 | COND-CHILDREN OF E51, C51, E56, C56 | LPR |
| C56 | COND-EMPLOYMENT CREATION AREA | LPR |
| C57 | COND-SPOUSES OF E56, C56 | LPR |
| C58 | COND-CHILD OF E56, C56 | LPR |
| C7P | CUBA REF/NON-CUBA SP/CH CUBA REF | LPR |
| DA | ADVANCE PAROLE-DISTRICT AUTHORIZED | NI |
| DAS | DEFERRED ACTION STATUS | LEGAL |
| DAT | DEFERRED ACTION TERMINATED | |
| DE | DEFERRED INSPECTION | NI |
| DEC | DECEASED PERSONS | |
| DEP | DEPORTATIONS | ILLEGAL |
| DHR | DENIAL HAITIAN REFUGEE APPLICATION | ILLEGAL |
| DNA | DENATURALIZATION CASES | |
| DP | DISPLACED PERSON | LPR |
| DS1 | REC PERM RES B. UNDER DIPL | LPR |
| DT | PAROLEE (DISTRICT/POE AUTHORIZED) | NI |
| DT1 | DISPLACED TIBETANS | LPR |
| DT2 | SPOUSES OF DT1 OR DT6 | LPR |
| DT3 | CHILDREN OF DT1 OR DT6 | LPR |
| DT6 | DISPLACED TIBETANS | LPR |
| DT7 | SPOUSES OF DT6 | LPR |
| DT8 | CHILDREN OF DT6 | LPR |
| DV1 | DIVERSITY IMMIGRANTS | LPR |
| DV2 | SPOUSES OF DV1 OR DV6 | LPR |
| DV3 | CHILDREN OF DV1 OR DV6 | LPR |
| DV6 | DIVERSITY IMMIGRANTS | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| DV7 | SPOUSES OF DV6 | LPR |
| DV8 | CHILDREN OF DV6 | LPR |
| DX | CREW ARR'G/DETAINED ONBOARD SHIP | |
| D1 | 29 DAYS OR LESS ON VES OR | NI |
| D2 | 29 DAYS OR LESS NOT VES OR | NI |
| EC6 | CHINA STUDENT ACT-PRINCIPAL | LPR |
| EC7 | CHINA STUDENT ACT-SPOUSE | LPR |
| EC8 | CHINA STUDENT ACT-CHILD | LPR |
| EC9 | CHINA STUDENT ACT-CHILD | LPR |
| EF | EXPEDITED REM. PEND. CREDIBLE FEAR | ILLEGAL |
| EP | EXPEDITED REMOVAL PENDING OTHER | ILLEGAL |
| ER | EXPEDITED REMOVAL ALIEN REMOVED | ILLEGAL |
| ERF | EXPEDITED REM. PEND. CREDIBLE FEAR | LEGAL |
| ERP | EXPEDITED REMOVAL PENDING OTHER | LEGAL |
| ERR | EXPEDITED REMOVAL ALIEN REMOVED | ILLEGAL |
| ES1 | SOVIET SCIENTISTS, PRINCIPAL | LPR |
| ES6 | SOVIET SCIENTISTS, PRINCIPAL | LPR |
| EWI | ENTRY WITHOUT INSPECTION | ILLEGAL |
| EW0 | CHILDREN OF EW8 | LPR |
| EW3 | OTHER WORKERS SEC203 (B) (3) (A) (III) | LPR |
| EW4 | SPOUSES OF EW3, EW8 | LPR |
| EW5 | CHILDREN OF EW3, EW8 | LPR |
| EW8 | OTHER WORKERS | LPR |
| EW9 | SPOUSES AND CHILDREN OF EW8 | LPR |
| EXC | EXCLUSIONS | ILLEGAL |
| EXP | EXPATRIATION | ILLEGAL |
| EX1 | SCHEDULE-A WORKER | LPR |
| EX2 | SPOUSE OF EX1 | LPR |
| EX3 | CHILD OF EX1 | LPR |
| EX6 | SCHEDULE-A WORKER | LPR |
| EX7 | SPOUSE OF EX6 | LPR |
| EX8 | CHILD OF EX6 | LPR |
| E1 | TREATY TRADER, SPS AND CHILD | NI |
| E10 | CHILDREN OF PRIORITY WORKERS | LPR |
| E11 | ALIENS WITH EXTRA ABILITY | LPR |
| E12 | OUTSTAND PROFESSORS AND RESEARCHERS | LPR |
| E13 | MULTINATIONAL EXEC AND MANAGERS | LPR |
| E14 | SPOUSES OF PRIORITY WORKERS | LPR |
| E15 | CHILDREN OF PRIORITY WORKERS | LPR |
| E16 | ALIENS WITH EXTRA ABILITY | LPR |
| E17 | OUTSTAND PROFESSORS AND RESEARCHERS | LPR |
| E18 | MULTINATIONS EXEC AND MANAGERS | LPR |
| E19 | SPOUSES OF PRIORITY WORKERS | LPR |
| E2 | TREATY INVESTOR, SPS AND CHILD | NI |
| E21 | PROFESS WITH EXCEPTIONAL ABILITY | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| E22 | SPOUSE OF ALIEN CLASS E21 OR E26 | LPR |
| E23 | CHILDREN OF E21 OR E26 | LPR |
| E26 | PROFESS WITH EXCEPTIONAL ABILITY | LPR |
| E27 | SPOUSES OF E26 | LPR |
| E28 | CHILDREN OF E26 | LPR |
| E3 | AUSTRALIAN FREE TRADE AGREEMENT | NI |
| E30 | CHILDREN OF E36, E37 | LPR |
| E31 | SKILLED WORKERS SEC203 (B) (3) (A) (I) | LPR |
| E32 | PROFESSIONALS SEC203 (B) (3) (A) (II) | LPR |
| E34 | SPOUSES OF E31, E36, E32, E37 | LPR |
| E35 | CHILDREN OF E31, E36, E32, E37 | LPR |
| E36 | SKILLED WORKERS | LPR |
| E37 | PROFESSIONS | LPR |
| E39 | SPOUSES OF E36, E37 | LPR |
| E51 | TARGETED EMPLOYMENT AREA | LPR |
| E52 | SPOUSES OF E51, T51, T56 | LPR |
| E53 | CHILDREN OF T51, E56, T56 | LPR |
| E56 | TARGETED EMPLOYMENT AREA | LPR |
| E57 | SPOUSES OF E56, T56 | LPR |
| E58 | CHILDREN OF E56, T56 | LPR |
| FFD | FAMILY FAIRNESS APPL DENIED | ILLEGAL |
| FFG | FAMILY FAIRNESS APPL GRANTED | LEGAL |
| FFP | FAMILY FAIRNESS PENDING APPL | LEGAL |
| FFW | FAMILY FAIRNESS GRANTED W/EMP AUTH | LEGAL |
| FSM | CFA ADMISSION FED STATES MICRONESIA | |
| FUG | FAMILY UNITY/GRANT EXT VOL DEPART | LEGAL |
| FX1 | SPOUSES OF ALIEN RESIDENTS | LPR |
| FX2 | CHILD OF ALIEN RES, UNDER 21 | LPR |
| FX3 | CHILD OF FX2, CX2 | LPR |
| FX6 | SPOUSES OF ALIEN RESIDENTS | LPR |
| FX7 | CHILDREN OF ALIEN RES UNDER 21 | LPR |
| FX8 | CHILDREN OF FX7, CX7 | LPR |
| F1 | STUDENT | NI |
| F11 | UNMAR SONS & DAUGHTERS OF US CITIZEN | LPR |
| F12 | CHILDREN OF F11, A11 | LPR |
| F16 | UNMAR SONS & DAUGHTERS OF US CITIZEN | LPR |
| F17 | CHILDREN OF F16, A16 | LPR |
| F2 | SPS OR CH OF STUDENT | NI |
| F20 | CHILDREN OF F29, C29 | LPR |
| F21 | SPOUSES OF ALIEN RESIDENTS | LPR |
| F22 | CHILD OF ALIEN RESIDENTS UNDER 21 | LPR |
| F23 | CHILDREN OF F22, C22 | LPR |
| F24 | UNMAR CH OF ALIEN RES, OVER 21 | LPR |
| F25 | CHILDREN OF F24, C24 | LPR |
| F26 | SPOUSES OF ALIEN RESIDENTS | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| F27 | CHILD OF ALIEN RESIDENTS UNDER 21 | LPR |
| F28 | CHILDREN OF F27, C27 | LPR |
| F29 | UNMAR CH OF ALIEN RES, OVER 21 | LPR |
| F31 | SPOUSES OF E31 OR E26 | LPR |
| F32 | SPOUSE OF F31, A31, C31 | LPR |
| F33 | CHILDREN OF F31, A31, C31 | LPR |
| F36 | MAR CH OF U S CITIZENS | LPR |
| F37 | SPOUSES OF F36, A36, C36 | LPR |
| F38 | CHILDREN OF F36, A36, C36 | LPR |
| F41 | BROTHERS AND SISTERS OF US CITIZENS | LPR |
| F42 | SPOUSES OF F41 AND F46 | LPR |
| F43 | CHILDREN OF F41 AND F46 | LPR |
| F46 | BROTHERS AND SISTERS OF US CITIZENS | LPR |
| F47 | SPOUSES OF F46 | LPR |
| F48 | CHILDREN OF F46 | LPR |
| GA6 | GUAM ASYLEES, PRINCIPAL | LPR |
| GA7 | GUAM ASYLEES, SPOUSE | LPR |
| GA8 | GUAM ASYLEES, CHILD | LPR |
| GB | VISITOR WITHOUT A VISA 15 DA | NI |
| GR | GUAM VISA WAIVER PP REFUSAL | NI |
| GT | VISITORS WITHOUT VISA 15 DA | NI |
| G1 | PRIN RES REP FOR MEM GOVT | NI |
| G2 | OTHER REP OF FOR MEM GOVT | NI |
| G3 | REP NONREC OR NONMEM GOVT | NI |
| G4 | INTL ORG OFFICER OR EMPLOY | NI |
| G5 | G1, G2, G3, & G4 ATTEN, SER | NI |
| HA6 | 902B1A PL105277 HTIAN ADJ LPR, PRIN | LPR |
| HA7 | 902D SPOUSE OF HA6 (902B1A) ADJ LPR | LPR |
| HA8 | 902D CHILD OF HA6 (902B1A) ADJ LPR | LPR |
| HA9 | 902D UNMAR SON/DAU OF HA6 (902B1A) | LPR |
| HB6 | 902B1B PL105277 HTIAN ADJ LPR, PRIN | LPR |
| HB7 | 902D SPOUSE OF HB6 (902B1B) ADJ LPR | LPR |
| HB8 | 902D CHILD OF HB6 (902B1B) ADJ LPR | LPR |
| HB9 | 902D UNMAR SON/DAU OF HB6 (902B1B) | LPR |
| HC6 | 902B1CI PL105277 HTIAN ADJ LPR, PRN | LPR |
| HC7 | 902D SPOUSE OF HC6 (902B1CI) ADJ LPR | LPR |
| HC8 | 902D CHILD OF HC6 (902B1CI) ADJ LPR | LPR |
| HC9 | 902D UNMAR SN/DAU OF HC6 (902B1CI) | LPR |
| HD6 | 902B1CII PL105277 HTIAN ADJ LPR, PN | LPR |
| HD7 | 902D SPOUSE OF HD6 (902B1CII) ADJ LPR | LPR |
| HD8 | 902D CHILD OF HD6 (902B1CII) ADJ LPR | LPR |
| HD9 | 902D UNMAR SN/DAU OF HD6 (902B1CII) | LPR |
| HE6 | 902B1CIII PL105277 HTAN ADJ LPR PN | LPR |
| HE7 | 902D SPOUSE OF HE6 (902B1CIII) ADJ LPR | LPR |
| HE8 | 902D CHILD OF HE6 (902B1CIII) ADJ LPR | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| HE9 | 902D UNMAR SN/DAU, HE6 (902B1CIII) | LPR |
| HK1 | EMPLOY OF US BUSINESSES HONG KONG | LPR |
| HK2 | SPOUSES OF HK1 OR HK6 | LPR |
| HK3 | CHILDREN OF HK1 OR HK6 | LPR |
| HK6 | EMPLOY OF US BUSINESSES HONG KONG | LPR |
| HK7 | SPOUSES OF HK6 | LPR |
| HK8 | CHILDREN OF HK6 | LPR |
| HR | RETURNING (H2B) WORKER NOT SUBJECT TO CAP | NI |
| HSC | H1B1 FREE TRADE, SINGAPORE/CHILE | NI |
| H11 | TEM WORKER W/SPECIALTY OCCUPATION | NI |
| H1A | REGISTERED NURSE/SPOUSE/CHILDREN | NI |
| H1B | TEM WORKER W/SPECIALTY OCCUPATION | NI |
| H1C | RN-SPECIAL HEALTH NEED AREAS | NI |
| H2 | H2B/TEMP NON-AGRICULTURAL WORKER | NI |
| H2A | TEMP AGRICULTURAL WORKER | NI |
| H2B | TEMP NON-AGRICULTURAL WORKER | NI |
| H2R | RETURNING (H2B) WORKER NON SUBJECT TO CAP | NI |
| H3 | INDUSTRIAL TRAINEEE | NI |
| H4 | SPS OR CH OF H1, H2, H3 OR H2R | NI |
| IB0 | BATTERED OR ABUSED PARENTS OF USC | LPR |
| IB1 | SELF-PETITION SPOUSE OF USC | LPR |
| IB2 | SELF-PETITION CHILD OF USC | LPR |
| IB3 | CHILD OF IB1 | LPR |
| IB5 | BATTERED OR ABUSED PARENTS OF USC | LPR |
| IB6 | SELF-PETITION SPOUSE OF USC | LPR |
| IB7 | SELF-PETITION CHILD OF USC | LPR |
| IB8 | CHILD OF IB6 | LPR |
| IC6 | INDOCHINESE REFUGEE | LPR |
| IC7 | SPS/CH INDCHN REF NOT QUA SEC | LPR |
| ID6 | INDOCHINESE PAROLEE | LPR |
| IF1 | ALIEN REC ADM FOR PER RES CREA | LPR |
| IF2 | MINOR CHILD OF IF1 ALIEN | LPR |
| IJ | REFERRED TO IMMIGRATION JUDGE | LEGAL |
| IMM | IMMIGRANT | LEGAL |
| IR0 | PARENT OF USC | LPR |
| IR1 | SPOUSE OF USC | LPR |
| IR2 | CHILD OF USC | LPR |
| IR3 | ORPHAN ADOPTED ABROAD BY USC | LPR |
| IR4 | ORPHAN TO BE ADOPTED BY USC | LPR |
| IR5 | PARENT OF USC | LPR |
| IR6 | SPOUSE OF USC | LPR |
| IR7 | CHILD OF USC | LPR |
| IR8 | ORPHAN ADOPTED ABROAD BY USC | LPR |
| IR9 | ORPHAN TO BE ADOPTED BY USC | LPR |
| IW1 | WIDOWS OR WIDOWERS OF USC | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| IW2 | CHILD OF WIDOWER) OF USC | LPR |
| IW6 | WIDOWS OR WIDOWERS OF USC | LPR |
| IW7 | CHILD OF WIDOWER) OF USC | LPR |
| I1 | REP OF FOR INFO MEDIA & FA | NI |
| I51 | INVEST PILOT TARGET PRINCIPAL-COND | LEGAL |
| I52 | INVEST PILOT TARGET SPOUSE-COND | LEGAL |
| I53 | INVEST PILOT TARGET CHILD-COND | LEGAL |
| I56 | INVEST PILOT TARGET PRINCIPAL-COND | LPR |
| I57 | INVEST PILOT TARGET SPOUSE-COND | LPR |
| I58 | INVEST PILOT TARGET CHILD-COND | LPR |
| J1 | EXCHANGE VISITOR | NI |
| J2 | SPS OR CH OF J1 ALIEN | NI |
| K-5 | SP/CH 1ST PREF PET APR P 6-6-58 | NI |
| K-6 | BEN 2ND PRE PET APPR P 7-1-57 | NI |
| K-7 | BEN 3RD PREF PET APPR P 7-1-57 | NI |
| K-8 | GERMAN EXPELLEE | NI |
| K-9 | NETHERLANDS REFUGEE OR RELATIVE | NI |
| KIC | KICKAPOO INDIAN CITIZEN | LPR |
| KIP | KICKAPOO INDIAN PASS | LPR |
| KN4 | BEN SEC PREF PET FILED PR 7/61 | LPR |
| KP4 | BEN 3RD PREF PET FILED PR 7/61 | LPR |
| KR3 | BEN 1ST PREF PET FILED P 4-1-62 | LPR |
| KR4 | BEN 1ST PREF PET FILED PR 4/62 | LPR |
| KS3 | SPOUSE/CHILD ALIEN CLASS K23/KR4 | LPR |
| KS4 | SPS/CH OF K23 OR KR4 ALIEN | LPR |
| KT4 | BEN 4TH PREF PET FILED PR 4/54 | LPR |
| KU4 | SPS/CH OF K25 OR KT4 ALIEN | LPR |
| K1 | FIANCÉ FIANCÉE OF A USC | NI |
| K10 | REFUGEE-ESCAPEE | LPR |
| K11 | AZORES NATURAL CALAMITY VICTIM | LPR |
| K12 | ACOM SPOUSE/UNMAR CH OF CLASS K11 | LPR |
| K13 | NETHERLANDS NATIONAL DISPLACED IND | LPR |
| K14 | ACCOM SPOUSE/UNMAR CH CLASS K13 | LPR |
| K15 | PARENT US CITZ REG PRIOR 12-31-53 | LPR |
| K16 | SPOUSE/CHILD OF RES REG P 12-31-53 | LPR |
| K17 | BRO/SIS/SON/DAU US CITZ P 12-31-53 | LPR |
| K18 | SPOUSE/CH ALIEN CLASS K15/K16/K173 | LPR |
| K19 | PARENT CITZ ADM UNDER REF RELIEF73 | LPR |
| K2 | CH OF ALIEN ENTERING AS K1 | NI |
| K20 | SPOUSE/CH ADM UNDER REF RELIEF | LPR |
| K21 | BEN 2ND PREF PET FILED P 7-1-61 | LPR |
| K22 | BEN 3RD PREF PET FILED P 7-1-61 | LPR |
| K23 | BEN 1ST PREF PET FILED P 4-1-62 | LPR |
| K24 | SPOUSE/CH ALIEN CLASS K23/KR4 | LPR |
| K25 | BEN 4TH PREF PET FILED P 1-1-62 | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| K26 | SPOUSE/CH OF ALIEN CLASS K25/KT4 | LPR |
|---|---|---|
| K3 | SPOUSE/USC LIVING ABROAD DEC 2000 | NI |
| K3M | SP/CH ADJ 1ST PREF IMMIGRANT | NI |
| K4 | CHILD/USC LIVING ABROAD DEC 2000 | NI |
| K4M | BEN 1ST PREF PETITION APR P 6-1-58 | NI |
| K5 | SP/CH 1ST PREF PET APR P 6-6-58 | NI |
| K6 | BEN 2ND PREF PET APPR P 7-1-57 | NI |
| K7 | BEN 3RD PREF PET APPR P 7-1-57 | NI |
| K8 | GERMAN EXPELLEE | NI |
| K9 | NETHERLANDS REFUGEE OR RELATIVE | NI |
| LA6 | PAROLEE ADJUST SOVIET/INDOCHINESE | LPR |
| LB1 | SPOUSES OF LEGALIZED ALIENS | LPR |
| LB2 | CHILDREN OF LEGALIZED ALIENS | LPR |
| LB6 | SPOUSES OF LEGALIZED ALIENS | LPR |
| LB7 | CHILDREN OF LEGALIZED ALIENS | LPR |
| LPR | LEGAL PERMANENT RESIDENT | LPR |
| LU1 | LULAC-EMPLOYMENT AUTHORITY | LEGAL |
| LU2 | LULAC-NO EMPLOYMENT AUTHORIZATION | LEGAL |
| L1 | INTRA-COMP TRANSFEREE TO CONT EMPL | NI |
| L2 | SPS OR CH OF L1 ALIEN | NI |
| M-1 | SPOUSE OF USC | NI |
| M-2 | CHILD OF US CITIZEN | NI |
| M-3 | ELIGIBLE ORPHAN ADOPTED ABROAD | NI |
| M-4 | ELIGIBLE ORPHAN TO BE ADOPTED | NI |
| M-8 | REF-ESCAPEE ADM FOR PERM RES | NI |
| M-9 | HUNG PAROLEE ADM FOR PERM RES | NI |
| MIS | CFA ADMISSION REP MARSHALL ISLANDS | |
| MI1 | TT CITZ ON 11/2/86 & DOM IN US/NMI | LEGAL |
| MI2 | TT CITZ ON 11/2/86 DOM CONT 81-86 | LEGAL |
| MI3 | NOT TT CITZ-CONT DOM BEF 1/7/84 | LEGAL |
| MR0 | PR USC PRE PERM RES PL94-2 | LPR |
| MR6 | SP USC PRE PERM RES PL94-2 | LPR |
| MR7 | CHILD OF USC UNDER PL94-241 | LPR |
| M1 | STUDENT PURSUING COURSE OF STUDY | NI |
| M2 | SPS OR CH OF M1 ALIEN | NI |
| M3 | ELIGIBLE ORPHAN ADOPTED ABROAD | NI |
| M4 | ELIGIBLE ORPHAN TO BE ADOPTED | NI |
| M8 | REF-ESCAPEE ADM FOR PERM RES | NI |
| M83 | REF-ESCAPEE ADM FOR PERM RES | LPR |
| M9 | HUNG PAROLEE ADM FOR PERM RES | NI |
| M93 | HUNG PAROLEE ADM FOR PERM RES | LPR |
| N | SEC 101(A) (27) (B) - FORMER CITIZEN | LPR |
| NA | CH B ABROAD OF PERM RES/NATIONAL | LPR |
| NA3 | CH B ABROAD OF PERM RES/NATIONAL | LPR |
| NC6 | NICARAGUAN/CUBAN (NACARA) | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

| | | |
|---|---|---|
| NC7 | SPOUSE OF NC6 (NACARA) | LPR |
| NC8 | CHILD OF NC6 (NACARA) | LPR |
| NC9 | UNMARR SON/DAUGHTER OF NC6 (NACARA) | LPR |
| NP0 | NONPREFERENCE IMMIGRANT SEC 31 | LPR |
| NP1 | NONPREFERENCE IMMIGRANT | LPR |
| NP2 | FAMILY MEMBER ACCOM COND ENTRANT | LPR |
| NP5 | NONPREFERENCE IMMIGRANT SEC 314 | LPR |
| NP6 | NONPREFERENCE IMMIGRANT | LPR |
| NP7 | ADJ OF NP2 | LPR |
| NP8 | QUA AS INVESTORS PRIOR 6-78 | LPR |
| NP9 | SPS-CH OF NP8 | LPR |
| N1 | NATO ADMISSION | NI |
| N2 | NATO ADMISSION | NI |
| N3 | NATO ADMISSION | NI |
| N4 | NATO ADMISSION | NI |
| N5 | NATO ADMISSION | NI |
| N51 | EMP CREAT-PRINC-DENIED LPR-NEW ARR | LEGAL |
| N52 | EMP CREAT-SPOUS-DENIED LPR-NEW ARR | LEGAL |
| N53 | EMP CREAT-CHILD-DENIED LPR-NEW ARR | LEGAL |
| N56 | EMP CREAT-PRINC-DENIED LPR-ADJUST | LEGAL |
| N57 | EMP CREAT-SPOUS-DENIED LPR-ADJUST | LEGAL |
| N58 | EMP CREAT-CHILD-DENIED LPR-ADJUST | LEGAL |
| N6 | NATO ADMISSION | NI |
| N7 | NATO ADMISSION | NI |
| N8 | PARENT INTL ORG SPECIAL IM | NI |
| N9 | CHILD OF N8/INTL SPECIAL I | NI |
| OP | PAROLEE-OVERSEAS OR SUBOFFICE AUTH | NI |
| OPC | ADMINISTRATIVELY CLOSED/PAROLEE APPLICANT | |
| OPN | OFFERED PAROLEE/HAS NOT COME TO US | |
| OP1 | UNDERREPRESENTED CTRY DIVERSITY PRO | LPR |
| OP6 | CTRY DIVERSITY PROG. (ADJUSTMENT) | LPR |
| O1 | PRINCIPAL | NI |
| O1M | NATIVE OF WEST HEMIS COUNTRIES | LPR |
| O2 | ACCOMPANYING ALIENS | NI |
| O2M | SPOUSE OF ALIEN CLASSIFIED 01M | LPR |
| O3 | SPOUSE OR CHILD OF 01 OR 02 | NI |
| 03M | CHILD OF ALIEN CLASSIFIED 01M | LPR |
| P-7 | REF ADJ UNDER SEC 203 (A) (7) | LPR |
| PAC | WORK AUTH CARD FOR PAC TRUST TERR | LEGAL |
| PAL | CFA ADMISSION PALAU | LEGAL |
| PEN | PENDING CLASSIFICATION CODE | LEGAL |
| PH6 | POLISH-HUNGARIAN PAROLEE | LPR |
| PI | TRUST TERR. EAD COA | NI |
| PL1 | LEGAL-PEREALES-CLASS MEMBER | LEGAL |
| PL2 | LEGAL-PEREALES-NON-CLASS MEMBER | LEGAL |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| PR | PAROLEE | LEGAL |
| P1 | ATHLETE OR ENTERTAINER | NI |
| P1M | INDIV LOST CITIZENSHIP BY MARRIAGE | LPR |
| P11 | 1ST PREF UNMAR CHILD US CITZ | LPR |
| P12 | 1ST PREF CHILD OF ALIEN P11/P16 | LPR |
| P16 | UNMARRIED SON/DAUGHTER OF CITZ | LPR |
| P17 | CHILD OF P11 OR P16 ALIEN | LPR |
| P2 | EXCHANGE ARTIST/ENTERTAINER | NI |
| P2M | LOST CITZ BY FOREIGN SERVICE | LPR |
| P21 | 2ND PREF SPOUSE OF ALIEN RESIDENT | LPR |
| P22 | UNMARRIED CHILD OF ALIEN RESIDENT | LPR |
| P23 | CHILD ALIEN P21, P22, P26, OR P27 | LPR |
| P26 | SPOUSE OF ALIEN RESIDENT | LPR |
| P27 | UNMAR SON/DAUGHTER OF ALIEN RES | LPR |
| P28 | CH OF P21, P22, P26, P27 ALIEN | LPR |
| P3 | UNIQUE ARTIST/ENTERTAINER | NI |
| P3M | LOST CITZ PARENT'S FOREIGN NATZ | LPR |
| P31 | 3RD PREF PRO OR HIGHLY SKILLED | LPR |
| P32 | SPOUSE OF ALIEN CLASS P31 OR P36 | LPR |
| P33 | CHILD OF ALIEN CLASS P31 OR P36 | LPR |
| P36 | PRO/HIGHLY SKILLED IMM | LPR |
| P37 | SPOUSE OF P31 OR P36 ALIEN | LPR |
| P38 | CHILD OF P31 OR P36 ALIEN | LPR |
| P4 | SPOUSE OR CHILD OF P1, P2, P3 | NI |
| P41 | 4TH PREF MAR CHILD OF USC | LPR |
| P42 | SPOUSE OF ALIEN CLASS P41 OR P46 | LPR |
| P43 | CHILD OF ALIEN CLASS P41 OR P46 | LPR |
| P46 | MARRIED SON/DAUGHTER OF USC | LPR |
| P47 | SPS OF ALIEN CLASS P41 OR P46 | LPR |
| P48 | CH OF P41 OR P46 ALIEN | LPR |
| P51 | 5TH PREF BRO/SIS OF USC | LPR |
| P52 | SPOUSE OF ALIEN CLASS P51 OR P56 | LPR |
| P53 | CHILD OF ALIEN CLASS P51/P56 | LPR |
| P56 | BROTHER/SISTER OF CITIZEN | LPR |
| P57 | SPOUSE OF P51 OR P56 ALIEN | LPR |
| P58 | CHILD OF P51 OR P56 ALIEN | LPR |
| P61 | 6TH PREF NEED SKILL/UNSKILL WORKER | LPR |
| P62 | 6TH PREF SPOUSE CLASS P61 OR P66 | LPR |
| P63 | CHILD OF ALIEN CLASS P61/P66 | LPR |
| P66 | NEEDED SKILL/UNSKILL WORKER | LPR |
| P67 | SPS OF P61 OR P66 ALIEN | LPR |
| P68 | CH OF P61 OR P66 ALIEN | LPR |
| P7 | REF ADJ UNDER SEC 203 (A) (7) | LPR |
| P71 | 7TH PREF: COND ENTRY REFUGEE | LPR |
| P72 | COND ENTRY BY NATURAL CALAMITY VIC | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| P76 | REF ADJ UNDER SEC 203 (A) (7) | LPR |
| Q1 | CULTURAL EXCHANGE PROGRAM | NI |
| Q1M | MINISTER OF RELIGION | LPR |
| Q2 | PARTICIPANTS OF IRISH PPCT PROGRAM | NI |
| Q2M | SPOUSE OF ALIEN CLASSIFIED Q1 (Q1M) | LPR |
| Q3 | DEPENDENTS OF IRISH PPCS PROGRAM | NI |
| Q3M | CHILD OF ALIEN CLASS Q1M (Q-1) | LPR |
| RAD | REFUGEE APPLICANT DENIED | |
| RE | REFUGEE | LEGAL |
| REC | LPR STATUS RESCINDED-SEC. 246 | LEGAL |
| REF | REFUGEE | LEGAL |
| REM | REMOVALS/PER INA ACT 1952, SEC252B | ILLEGAL |
| REP | REFUGEES PENDING | |
| RE1 | REFUGEE | LEGAL |
| RE2 | SPOUSE OF REFUGEE RE1 | LEGAL |
| RE3 | CHILD OF REF CLASS RE1 | LEGAL |
| RE4 | DERIVE REFUGEE STAT FROM PRINCIPAL | LEGAL |
| RE5 | HAITIAN WITH REFUGEE STATUS I U.S. | LEGAL |
| RE6 | ADJ OF REFUGEE | LPR |
| RE7 | ADJ OF SPS OF A REFUGEE | LPR |
| RE8 | ADJ OF CH OF A REFUGEE | LPR |
| RE9 | PERM RES STAT FRM PRINCIPAL REFUGEE | LPR |
| RF | REFUGEE | |
| RN6 | REGISTERED NURSE FORMER H-1 NOSTAS | LPR |
| RN7 | SPOUSE OR CHILD OF RN6 | LPR |
| RRA | REFUGEE RELIEF ACT | LPR |
| RW | RAW APPLIED FOR AT A US CO | NI |
| R1 | ALIENS IN RELIGIOUS OCCUPATION | NI |
| R1M | EMP/FORM EMP OF U.S. ABROAD | LPR |
| R16 | REPLENISHMENT AGRICULTURAL WORKER | LPR |
| R2 | SPOUSE OR CHILD OF R1 | NI |
| R2M | ACCOMP SPOUSE OF ALIEN CLASS R1 | LPR |
| R3 | PAROLED FOR MEDICAL/LEGAL REASONS | NI |
| R4 | WITHDRAWAL | |
| R5 | STOWAWAY | |
| R51 | INVEST PILOT NOT TARGET PRINC-COND | LPR |
| R52 | INVEST PILOT NOT TARGET SPOUSE-COND | LPR |
| R53 | INVEST PILOT NOT TARGET CHILD-COND | LPR |
| R56 | INVEST PILOT NOT TARGET PRINC-COND | LPR |
| R57 | INVEST PILOT NOT TARGET SPOUSE-COND | LPR |
| R58 | INVEST PILOT NOT TARGET CHILD-COND | LPR |
| R86 | ENTRY PRIOR TO 4/1/80 | LPR |
| SA1 | ALIEN BORN INDEP W. HEMIS COUNTRY | LPR |
| SA2 | SPOUSE ALIEN CLASS SA1 OR SA6 | LPR |
| SA3 | CHILD OF ALIEN CLASS SA1 OR SA6 | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| SA6 | ALIEN BORN INDEP W. HEMIS COUNTRY | LPR |
| SA7 | SPOUSE OF ALIEN CLASS SA1 OR SA6 | LPR |
| SA8 | CHILD OF ALIEN CLASS SA1 OR SA6 | LPR |
| SB1 | RETURNING RESIDENT | LPR |
| SC1 | LOST US CITIZEN BY MARRIAGE | LPR |
| SC2 | LOST CITIZEN BY FOREIGN SERVICE | LPR |
| SC6 | LOST CITIZENSHIP BY MARRIAGE | LPR |
| SC7 | LOST CITIZENSHIP SER FOREIGN ARMED FORCES | LPR |
| SDF | SUSPECTED DOCUMENT FRAUD | ILLEGAL |
| SD1 | MINISTER OF RELIGION | LPR |
| SD2 | SPOUSE OF ALIEN CLASS SD1 OR SD6 | LPR |
| SD3 | CHILD OF ALIEN CLASS SD1 OR SD6 | LPR |
| SD6 | MINISTER OF RELIGION | LPR |
| SD7 | SPOUSE OF SD1 OR SD6 ALIEN | LPR |
| SD8 | CHILD OF SD1 OR SD6 ALIEN | LPR |
| SHE | EMPLOYEE OF US MISSION IN HONG KONG | LPR |
| SEK | EMPLOYEE OF US MISSION IN HONG KONG | LPR |
| SE1 | EMP/FORM EMP US GOVT | LPR |
| SE2 | ACCOM SPOUSE ALIEN CLASS SE1/SE6 | LPR |
| SE3 | ACCOM CHILD ALIEN CLASS SE1/SE6 | LPR |
| SE6 | EMPL/FORM EMPL GOVT ABROAD | LPR |
| SE7 | ACCOM SPS SE1 OR SE6 ALIEN | LPR |
| SE8 | ACCOM CH SE1 OR SE6 ALIEN | LPR |
| SF1 | FORMER EMP OF PANAMA CANAL CO/GOVT | LPR |
| SF2 | ACCOM SPOUSE/CHILD OF CLASS SF1 | LPR |
| SF6 | ADJ FORM EMPL CANAL (ZONE) | LPR |
| SF7 | ADJ OF ACCOMP SPS/CH OF SF6 | LPR |
| SG1 | FORM EMPL US GOVT IN PANAMA CANAL | LPR |
| SG2 | ACCOM SPOUSE/CHILD CLASS SG1/SG6 | LPR |
| SG6 | ADJ FORM EMPL IN CANAL ZONE | LPR |
| SG7 | ADJ ACCOMP SPS/CH OF SG6 | LPR |
| SH1 | FORM EMPL PANAMA CANAL CO/GOVT | LPR |
| SH2 | ACCOM SPOUSE/CH OF CLASS SH1/SH6 | LPR |
| SH6 | ADJ FORM EMPL CANAL 4/1/79 | LPR |
| SH7 | ADJ ACCOMP SPS/CH OF SH6 | LPR |
| SI1 | SPCL IMMIGRANT INTERPRETER-PRINCIPAL | |
| SI2 | SPOUSE OF SI1 | |
| SI3 | CHILD OF SI1 | |
| SI6 | SPCL IMMIGRANT INTERPRETER-PRINCIPAL | |
| SI7 | SPOUSE OF SI6 | |
| SI8 | CHILD OF SI6 | |
| SJ2 | SPOUSE/CHILD OF ALIEN CLASS SJ6 | LPR |
| SJ6 | MED SCHOOL GRAD PR 1-9-78 | LPR |
| SJ7 | SPOUSE/CHILD OF SJ6 | LPR |
| SK1 | RETIRED EMPLOYEE INTL ORGANIZATION | LPR |

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| SK2 | ACCOMPANYING SPOUSE SK1/SK2 | LPR |
| SK3 | UNMARRIED CHILD EMPLOYEE INTL ORG | LPR |
| SK4 | SURVIVING SP DECEASED EMP INTL ORG | LPR |
| SK6 | RETIRED EMPLOYEE INTL ORGANIZATION | LPR |
| SK7 | ACCOMPANYING SPOUSE SK1/SK2 | LPR |
| SK8 | UNMARRIED CHILD EMPLOYEE INTL | LPR |
| SK9 | SURVIVING SP DECEASED EMP INTL | LPR |
| SL1 | JUVENILE COURT DEPENDENTS | LPR |
| SL6 | JUVENILE COURT DEPENDENTS | LPR |
| SMO | SPOUSE OR CHILD OF SM4 OR SM9 | LPR |
| SM1 | ALIEN US ARMED/12YRS (AFTER 10/1/91) | LPR |
| SM2 | SPOUSE OR CHILD OF SM4 OR SM6 | LPR |
| SM3 | CHILD OF ALIEN CLASS SM1 OR SM6 | LPR |
| SM4 | ALIEN US ARMED/12YRS (BEFORE 10/1/91) | LPR |
| SM5 | SPOUSE OR CHILD OF SM4 OR SM9 | LPR |
| SM6 | ALIEN US ARMED/12YRS (AFTER 10/1/91) | LPR |
| SM7 | SPOUSE OF SM1 OR SM6 | LPR |
| SM8 | CHILD OF SM1 OR SM6 | LPR |
| SM9 | ALIEN US ARMED/12YRS (BEFORE 10/1/91) | LPR |
| SN1 | CERTAIN RETIRED NAT06 CIVILIAN EMP | LPR |
| SN2 | ACCOMPANYING SPOUSE OF SN1 OR SN6 IMMIG | LPR |
| SN3 | UNMAR SON/DAUGHTER OF NAT06 CIVILIAN EMP | LPR |
| SN4 | SURVIVING SPOUSE OF NAT06 CIVILIAN EMP | LPR |
| SN6 | CERTAIN RETIRED NAT06 CIVILIAN EMP | LPR |
| SN7 | ACCOMPANYING SPOUSE OF SN1 OR SN6 IMMIG | LPR |
| SN8 | UNMAR SON/DAUGHTER OF NAT06 CIVILIAN EMP | LPR |
| SN9 | SURVIVING SPOUSE OF NAT06 CIVILIAN EMP | LPR |
| SO1 | SOD-EMPLOYMENT AUTHORIZATION | LEGAL |
| SO2 | SOD-NO EMPLOYMENT AUTHORIZATION | LEGAL |
| SQ1 | SPECIAL IMMIGRANT IRAQI OR AFGHAN EMPLOYEE | LPR |
| SQ2 | SPOUSE OF SQ1 | LPR |
| SQ2 | CHILD OF SQ1 | LPR |
| SQ6 | SPECIAL IMMIGRANT IRAQI OR AFGHAN EMPLOYEE ADJUSTING STATUS IN THE UNITED STATES | LPR |
| SQ7 | SPOUSE OF SQ6 | LPR |
| SQ8 | CHILD OF SQ6 | LPR |
| SR1 | RELIGIOUS WORKERS | LPR |
| SR2 | SPOUSES OF RELIGIOUS WORKERS | LPR |
| SR3 | CHILDREN OF RELIGIOUS WORKERS | LPR |
| SR6 | RELIGIOUS WORKERS | LPR |
| SR7 | SPOUSES OF RELIGIOUS WORKERS | LPR |
| SR8 | CHILDREN OF RELIGIOUS WORKERS | LPR |
| ST | STOWAWAY | NI |
| ST0 | PARENT OF ST6 | LPR |
| ST6 | T1-VIC SEVERE FORM OF TRAFFICKING-ADJ | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| ST7 | SPOUSE OF ST6 | LPR |
| ST8 | CHILD OF ST6 | LPR |
| ST9 | SIBLING OF AN ST6 | LPR |
| SUP | SU IND W/PAROLE STAT PRE-ENT TO US | |
| SU0 | PARENT OF SU6 | LPR |
| SU2 | SUGAR CANE-NO EMPLOYMENT AUTH | LEGAL |
| SU6 | VICTIM OF CRIME ACT-U1-ADJ | LPR |
| SU7 | SPOUSE OF SU6 | LPR |
| SU8 | CHILD OF SU6 | LPR |
| SU9 | SIBLING OF SU6 | LPR |
| SY6 | SYRIAN ADJ UNDER PL 106-378 | LPR |
| SY7 | SPOUSE OF SY6 | LPR |
| SY8 | CHILD OR UNMARRIED SON/DAUGHTER OF SY6 | LPR |
| S1 | TEMP SAW 3 YRS PRIOR 5/1/1986 | NI |
| S1D | DENIED TEM RES SEC245A GROUP I SAW | ILLEGAL |
| S13 | AMERICAN INDIAN BORN IN CANADA | LPR |
| S16 | PERM RES SPEC AGRICULTURAL WORKER GROUP1 | LPR |
| S2 | TEMP SAW YR ENDING 5/1/1986 | NI |
| S2D | DENIED TEM RES SEC245A GROUP II SAW | ILLEGAL |
| S26 | PERM RES SPEC AGRICULTURAL WORKER GROUP 2 | LPR |
| S3 | H1B1 FREETRADE, SINGAPORE/CHILE | |
| S4 | H1C RN - SPECIAL HEALTH NEED AREAS | |
| S8 | H1A REGISTERED NURSE/SPOUSE/CHILD | |
| S9 | H2A TEMP AGRICULTURAL WORKER | NI |
| TA | SPECIAL AGRICULTURAL WORKER (S1) | NI |
| TB | SPOUSE OR CHILD OF  CAN. FR | NI |
| TC | CANADA FREE TRADE AGREEMENT | NI |
| TC1 | COND. SPOUSE OF USC DENIED | LEGAL |
| TC2 | COND STEP-CHILD OF USC DENIED | LEGAL |
| TD | DEPENDENT SPOUSE OR CHILD OF TN | NI |
| TF1 | COND. FIANCE (E) OF USC DENIED | LEGAL |
| TF2 | CHILD OF FIANCE (E) DENIED | LEGAL |
| TN | NAFTA PROF/PRIN SEEK ENTRY TO US | NI |
| TR | REGULAR LEGALIZATION (WI)  (SI) | LEGAL |
| TRM | COND RESIDENT STATUS TERMINATED | ILLEGAL |
| TR1 | R A W APPLIED WITHIN US | LEGAL |
| TR2 | R A W APPLIED OUTSIDE US | LEGAL |
| TR6 | COND SPOUSE OF USC DENIED | LEGAL |
| TR7 | COND STEP-CHILD OF USC DENIED | LEGAL |
| TS1 | TEMP RES SPEC AGRICULTURAL WORKER | LEGAL |
| TS2 | TEMP RES SPEC AGRICULTURAL WORKER | LEGAL |
| TW1 | TEMP RES ILLEGAL ENTERED BEF | LEGAL |
| TW2 | TEMP RES NOSTAS ENTERED BEF | LEGAL |
| TW3 | TEM RES SEC245A EVD GROUP | LEGAL |
| T1 | VICTIM OF SEVERE FORM OF TRAFFICKING | |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| T1D | DENIED TEM RES SEC 245A EWI | ILLEGAL |
| T1M | 1ST PREF SELECTED ALIEN | |
| T2 | SPOUSE OF T1 | |
| T2D | DENIED TEM RES SEC245A OVERSTAYER | ILLEGAL |
| T2M | 1ST PREF SPOUSE OF ALIEN CLASS T1M | |
| T21 | COND SPOUSE OF LPR DENIED | LEGAL |
| T22 | COND UNM STEP-CHILD OF LPR DENIED | LEGAL |
| T23 | COND CHILD OF C22 OR C27 DENIED | LEGAL |
| T26 | COND SPOUSE OF LPR DENIED | LEGAL |
| T27 | COND STEP-CHILD OF LPR DENIED | LEGAL |
| T28 | COND CHILD OF C22 OR C27 DENIED | LEGAL |
| T3 | CHILD OF T1 | |
| T3D | DENIED TEM RES SEC245A EVD GROUP | LEGAL |
| T3M | 1ST PREF CHILD OF ALIEN CLASS T1M | |
| T4 | PARENT OF T1 | |
| T41 | COND. MAR STEP-CHILD OF USC DENIED | LEGAL |
| T42 | COND SPOUSE OF C41 OR C46 DENIED | LEGAL |
| T43 | COND CHILD OF C41 OR C46 DENIED | LEGAL |
| T46 | MAR STEP-CHILD OF USC DENIED | LEGAL |
| T47 | COND SPOUSE OF C41 OR C46 DENIED | LEGAL |
| T48 | COND CHILD OF C41 OR C46 DENIED | LEGAL |
| T5 | SIBLING OF A T1 | |
| T51 | CONT TARGETED EMPLOYMENT AREA | LPR |
| T52 | COND SPOUSES OF R51, T51 OR T56 | LPR |
| T53 | COND CHILDREN OF T51, E56 OR T56 | LPR |
| T56 | COND TARGETED EMPLOYMENT AREA | LPR |
| T57 | COND SPOUSES OF E56 OR T47 | LPR |
| T58 | COND CHILD OF E56 OR T56 | LPR |
| UN | UNKNOWN, NONE, OR NOT REPORTED | UNKNOWN |
| USC | US CITIZEN | USC |
| UU | UNKNOWN OR NOT REPORTED | UNKNOWN |
| U1 | VICTIM OF CRIMINAL ACTIVITY | |
| U1M | 2nd PREF PARENT OF USC | |
| U2 | SPOUSE OF U1 | |
| U2M | 2ND PREF UNMARRIED SON/DAUGHTER USC | |
| U3 | CHILD OF U1 | |
| U4 | PARENT OF U1 | |
| U5 | UNMARRIED, U18, SIBLING OF U1 NIMM | |
| VD | VOLUNTARY DEPARTURE | ILLEGAL |
| VI0 | ADJ PARENT OF US CITZ ADJ PL-271 | LPR |
| VI5 | PARENT USC ADMIT V16, V17 PL-271 | LPR |
| VI6 | ADM VIRGIN IS AS H-2 | LPR |
| VI7 | SPS-CH OF H-2 ADM VIRGIN ISLAND | LPR |
| V1 | SPOUSE/LPR 3Y+ WAIT IMM VIS LIFE2000 | NI |
| V1M | 3RD PREF SPOUSE OF ALIEN RESIDENT | |

216

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | | |
|---|---|---|
| V2 | CHILD/LPR 3Y+ WAIT IMM VIS LIFE2000 | NI |
| V2M | 3RD PREF UNMARRIED SON/DAUGHTER ALIEN | |
| V3 | DEPENDANTS OF V1 OR V2 | NI |
| V-1 | 4TH PREF BROTHER/SISTER USC | |
| W-2 | 4TH PREF MARRIED CHILD USC | |
| W-3 | 4TH PREF ACCOM SPOUSE OF W1 OR W2 | |
| W-4 | 4TH PREF ACCOM CHILD OF W1 OR W2 | |
| W-5 | 4TH PREF ADOPTED CHILD USC | |
| WB | VISITOR WITHOUT VISA 90 DAYS | NI |
| WD | WITHDRAWAL | NI |
| WI | WITHOUT INSPECTION | ILLEGAL |
| WR | VISA WAIVER PILOT PROGRAM REFUSAL | NI |
| WT | VISITOR WITHOUT VISA 90 DAYS | NI |
| W1 | ILLEGAL PRE 1/1/82 APPLY TEM LPR | NI |
| W1D | DENIED PER RES SEC245A EWI | ILLEGAL |
| W16 | PERM RES ILLEGAL ENTERED BEF 1/1/82 | LPR |
| W2 | NI PRE 1/1/82, OVERSTAY, TEM LPR | NI |
| W2D | DENIED PER RES SEC245A OVERSTAYER | ILLEGAL |
| W26 | PERM RES NOSTAS ENTERED BEF 1/1/82 | LPR |
| W3 | 4TH PREF ACCOM SPOUSE OF W1 OR W2 | NI |
| W3D | DENIED PER RES SEC245A EVD GROUP | LEGAL |
| W36 | PERMANENT RESIDENTS | LPR |
| W4 | 4TH PREF ACCOM CHILD OF W1 OR W2 | NI |
| W46 | LEGALIZED ALIENS ADJ LPR UNDERLIFE | LPR |
| W5 | 4TH PREF ADOPTED CHILD USC | NI |
| X | NONPREFERENCE QUOTA IMMIGRANT | LPR |
| XA | CH B SUB TO ISSUE VISA TO PARENT | LPR |
| XA3 | CH B SUB TO ISSUE VISA TO PARENT | LPR |
| XB | LAWFULLY ADMITTED FOR PERM RES | LPR |
| XB3 | PRESUM LAW ADM PERM RES | LPR |
| XE3 | PAR IS AN EMPLOY BASED PREF IMMIG | LPR |
| XF3 | PARENT IS A FAMILY PERF IMMIGRANT | LPR |
| XN3 | PAR IS NOT IN 1 OF THE AVOBE 3 CAT | LPR |
| XR3 | PARENT IS AN IMMEDIATE RELATIVE | LPR |
| X5 | NONPREFERENCE QUOTA IMMIGRANT | LPR |
| Y-1 | GER EXPELLE IN W GER, BER/AUSTRIA | LPR |
| Y-2 | ESCAPEE IN W GER, BERLIN/AUSTRIA | LPR |
| Y-3 | ESCAPEE NATO COUNTRIES | LPR |
| Y-4 | POLISH VET REF IN BRITISH ISLES | LPR |
| Y-5 | ITALIAN REFUGEE ITALY OR TRIESTE | LPR |
| Y-6 | ITALIAN RELATIVE USC/RESIDENT | LPR |
| Y-7 | GREEK REFUGEE IN GREECE | LPR |
| Y-8 | GREEK REL USC/RESIDENT | LPR |
| Y-9 | DUTCH REF IN NETHERLANDS | LPR |
| Y1 | GER EXPELLE IN W GER, BER/AUSTRIA | |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| Y10 | DUTCH REL USC/RESIDENT NETHERLANDS | LPR |
| Y11 | FAR EAST REFUGEE - ASIAN | LPR |
| Y12 | FAR EAST REFUGEE - ASIAN | LPR |
| Y13 | CHINESE REFUGEE | LPR |
| Y14 | PALESTINE REF IN NEAR EAST | LPR |
| Y15 | ORPHAN UNDER 10 YEARS OF AGE | LPR |
| Y16 | REFUGEE IN THE UNITED STATES | LPR |
| Y2 | ESCAPEE IN W GER, BERLIN/AUSTRIA | |
| Y2A | RECENT HUNGARIAN ESCAPEE | |
| Y3 | ESCAPEE NATO COUNTRIES | |
| Y4 | POLISH VET REF IN BRITISH ISLES | |
| Y5 | ITALIAN REFUGEE ITALY OR TRIESTE | |
| Y6 | ITALIAN RELATIVE USC/RESIDENT | |
| Y64 | REFUGEE IN THE UNITED STATES | LPR |
| Y7 | GREEK REFUGEE IN GREECE | |
| Y8 | GREEK REL USC/RESIDENT | |
| Y9 | DUTCH REF IN NETHERLANDS | |
| Z-0 | CASE REC CREATE ENTER BET 6/24 & 6/40 | |
| Z-1 | ALIEN GRANT SUS DEP ENT P 5/19/21 | |
| Z-2 | | |
| Z-3 | | |
| Z-4 | | |
| Z-5 | ADJUSTMENT OF STATUS OF ORPHAN | |
| Z-6 | ADM PERM RES 6/28/40-6/30/48 | |
| Z-7 | ADJ OF SPOUSE/CHILD OF Z6 | |
| Z-8 | ADJ OF IMM REL CITIZEN/SPEC IM | |
| Z-9 | ADJ PREF/NON-PREF IMMIGRANT | |
| ZM1 | ZAMBRANO-EMPLOYMENT AUTHORIZATION | LEGAL |
| ZM2 | ZAMBRANO-NO EMPLOYMENT AUTHORIZATION | LEGAL |
| ZN | NO DESCRIPTION | LPR |
| ZO | CASE REC CREAT ENTER BET 6/24 & 6/40 | LPR |
| Z03 | REC PERM RES 6/30/24-6/28/40 | LPR |
| Z1 | ALIEN GRANT SUS DEP ENT P 5/19/21 | LPR |
| Z11 | SUS DEP/ADJ PREF IMM/NON-PREF | LPR |
| Z13 | SUS DEP/ADJ IMM REL/SPECIAL IMM | LPR |
| Z14 | VAWA SUSPEND DEPORT/CANCEL REMOVAL | LPR |
| Z15 | SUSPEND DEPORT/CANCEL REMOVAL (NACARA) | LPR |
| Z2 | MULTIPLE CLASSES | LPR |
| Z3 | | |
| Z33 | REC ADM PERM RES PR 7/1/24 | LPR |
| Z4 | PRIVATE BILL | LPR |
| Z41 | ADJ PVT LAW (PREF IMM/NON-PREF) | LPR |
| Z43 | ADJ PVT LAW (IMM REL CTZ/SP IMM) | LPR |
| Z5 | ADJUSTMENT OF STATUS OF ORPHAN | LPR |
| Z56 | SUS DEP CREWMAN ENT PR 7/64 | LPR |

218

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| Z57 | SUS DEP CREWMAN ENT PR 7/64 | LPR |
| Z6 | ADM PERM RES 6/28/40-6/30/48 | |
| Z66 | ADM PERM RES 6/28/40-1/1/72 | LPR |
| Z7 | ADJ OF SPOUSE/CHILD OF Z6 | LPR |
| Z8 | ADJ OF IMM REL CITIZEN/SPEC IMM | LPR |
| Z83 | ADJ UNDER SECTION 13 | LPR |
| Z9 | ADJ PREF/NON-PREF IMMIGRANT | LPR |
| Z91 | ADJ UNDER SECTION 13 | LPR |
| 1 | NATIVE VIRGIN ISLANDS RES FOREIGN | LPR |
| 12 | PER OF GERMANIC ETHNIC ORIGINS | |
| 12A | PER OF GERMANIC ETHNIC ORIGINS | |
| 12C | CHILD ADOPTED USC GER/AUSTRIAN | |
| 13A | CH B SUB ISSUE VISA/REENTRY PER | |
| 2 | CHINESE ACT OF DEC 17, 1943 | |
| 2-C | DISPLACED PERSONS ACT OF 1948 | LPR |
| 2-D | DISPLACED PERSONS ACT OF 1948 | LPR |
| 2-E | DISPLACED PERSONS ACT OF 1948 | LPR |
| 2-F | DISPLACED PERSONS ACT OF 1948 | LPR |
| 2-G | DISPLACED PERSONS ACT OF 1948 | LPR |
| 2C | DISPLACED PERSONS ACT OF 1948 | |
| 2C6 | DISPLACED PERSONS ACT OF 1948 | |
| 2D | DISPLACED PERSONS ACT OF 1948 | |
| 2E | DISPLACED PERSONS ACT OF 1948 | |
| 2F | DISPLACED PERSONS ACT OF 1948 | |
| 2G | DISPLACED PERSONS ACT OF 1948 | |
| 231 | PHILIPPINE CITZ, WIFE/UNMAR CHILD | LPR |
| 3-B | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3-C | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3B | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3B2 | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3B3 | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3B4 | DISPLACED PERSONS ACT OF 1948 | LPR |
| 3C | DISPLACED PERSONS ACT OF 1948 | LPR |
| 317 | DUAL NATIONAL EXPAT ACT OF 1940 | LPR |
| 318 | FORMER CITZ EXPAT ACT OF 1940 | LPR |
| 4 | DISP PERSON IN US ADJ IMM STATUS | LPR |
| 4-A | REFUGEE RELIEF ACT OF 1953 | LPR |
| 4-B | ALIEN RETURNING FROM TEMP ABROAD | LPR |
| 4-C | REFUGEE | LPR |
| 4-D | REFUGEE | LPR |
| 4-F | REFUGEE | LPR |
| 4A | DISP PER TEMP IN US GRANT PERM | LPR |
| 4B | ALIEN RETURNING FROM TEMP ABROAD | |
| 4C | REFUGEE | |
| 4D | REFUGEE | |

219

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | |
|---|---|---|
| 4F | REFUGEE | |
| 5 | ORPHAN UNDER 10 YEARS OF AGE | LPR |
| 503 | HOLDER CERT OF ID PROSECUTE ACTION | LPR |
| 6 | REFUGEE IN THE UNITED STATES | LPR |
| 6-A | INS ACT OF 1924 | LPR |
| 6A | INS ACT OF 1924 | |
| 6A1 | 1ST PREF REF ACT OF 1924 | LPR |
| 6A2 | 2ND PREF REF ACT OF 1924 | LPR |
| 6A3 | NONPREFERENCE | LPR |
| 991 | CARTER SPECIAL | LPR |
| 992 | CARTER GENERAL | LPR |
| 993 | SPELLMAN GENERAL | LPR |
| 994 | SPELLMAN HUMANITARIAN | LPR |
| 999 | ALIEN AWAITING DECISION OF ASYLUM | LPR |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

# APPENDIX J – ACRONYMS

| | |
|---|---|
| AAPM | Affirmative Asylum Procedures Manual |
| ABC | American Baptist Churches |
| ACLU | American Civil Liberties Union |
| ACPA | Assistant Chief Patrol Agent (CBP) |
| ADD | Administration on Developmental Disabilities |
| ADDE | Assistant District Director for Examinations (legacy USCIS) |
| ADDD | Assistant District Director for Deportation  (legacy ICE) |
| ADDI | Assistant District Director for Investigations  (legacy ICE) |
| ADIS | Arrival Departure Information System |
| AEDPA | Antiterrorism and Effective Death Penalty Act of 1996 |
| AFACS | A-Files Accountability and Control System |
| AFIS | American Forces Information Service |
| AFM | Adjudicators Field Manual |
| A File | Alien Registration File (basic Alien File) |
| AIA | Air Interdiction Agent |
| AILA | American Immigration Lawyers Association |
| AO | Asylum Officer (USCIS) |
| AOBTC | Asylum Officer's Basic Training Course |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| AOIC | Assistant Officer in Charge |
| AQAM | Al Qaeda and Associated Movements |
| ARB | Administrative Review Board |
| ARC | Alien Registration Card |
| ASC | Application Support Center |
| ASIS | Anti-Smuggling Information System |
| ASVI | Alien Status Verification Index |
| A-TCET | Anti-Terrorism Contraband Enforcement Team |
| ATF | (Bureau of) Alcohol, Tobacco and Firearms |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| ATS-P | Automated Targeting System – Passenger (Customs One Day Lookout) |
| AUSA | Assistant United States Attorney |
| AVL | Asylum Virtual Library |
| AVLOS | Automated Visa LookOut System (belongs to State) |
| BBAT | Bond Backlog Action Team |
| BCAA | Background Check and Adjudicative Assessment (USCIS). Used by adjudicating officers to review possible national security concerns and possibly forward a file to FDNS. |
| BCIC | Border Crossing Identification Card |
| BCC | Border Crossing Card |

222

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| BCIS | Bureau of Citizenship and Immigration Services |
| BDO | Behavior Detection Officer |
| Bene | Beneficiary |
| BEP | Backlog Elimination Plan |
| BIA | Board of Immigration Appeals; or Bureau of Indian Affairs |
| BJS | Bureau of Justice Statistics |
| BLM | Bureau of Land Management |
| BLS | Bureau of Labor Statistics |
| BMIS | Bond Management Information System |
| BOP | Bureau of Prisons |
| BORTAC | Border Patrol Tactical Unit (CBP) |
| BORSTAR | Border Patrol Search, Trauma and Rescue team  (CBP) |
| BP | Border Patrol (CBP) |
| BPA | Border Patrol Agent (CBP) |
| BRB | Benefits Review Board |
| BRP | Backlog Reduction Plan |
| BSS | Biometric Storage System |
| CAA | Cuban Adjustment Act |
| CAIR | Council on American Islamic Relations |

223

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| CAP | Criminal Alien Program |
| CAPES | Classification and Placement Evaluation System |
| CARE | Co-operative for American Relief Everywhere |
| CARRP | Controlled Application Review and Resolution Program (USCIS). Used by FDNS to transition applications or petitions with a national security concern to a field office or service center. |
| CAT | Convention Against Torture |
| CBIAC | Chemical and Biological Defense Information Analysis Center |
| CBO | Congressional Budget Office / Community Based Organization |
| CBP | Customs and Border Protection |
| CBPO | Customs and Border Protection Officer |
| CCB | Child Care Bureau |
| CCC | Command and Control Center |
| CCD | Consolidated Consular Database (belongs to State) |
| CDC | Center for Disease Control |
| CDC # | California Detention Center number |
| CDL | Commercial Driver's License, or California Driver's License |
| CDSO | Collateral Duty Security/Safety Officer |
| CFIUS | Committee on Foreign Investment in the United States |
| CFR | Code of Federal Regulations |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| CHR | Committee for Human Rights |
|---|---|
| CIA | Central Intelligence Agency |
| CID | U.S. Army Criminal Investigation Division |
| CII | Critical Infrastructure Information |
| CINV | Criminal Investigator (Legacy INS, ICE function) |
| CIO | Chief Information Officer |
| CIS | Central Index System |
| CISO | Chief Information Security Officer |
| CJIS | Criminal Justice Information Services |
| CLAIMS | Computer Linked Application Information Management Systems |
| CLASS | Consular Lookout And Support System (refer results of this system to State) |
| CLC | Central Logistics Command |
| CMHS | Center for Mental Health Services |
| CMIC | Combined Military Intelligence Center |
| CNO | Chief of Naval Operations |
| COA | Class of Admission or Change of Address or Certification of Agreement |
| COMSEC | Communications Security |
| CONUS | Continental United States |

225

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| COOP | Continuity of Operations Plan |
|------|-------------------------------|
| COTR | Contracting Officer Technical Representative |
| COW | Central Office Washington |
| CP | Case Processor |
| CPA | Chief Patrol Agent  (CBP) |
| CPO | Chief Privacy Officer |
| CRC | Central Records Complex |
| CREW | Citizens for Responsibility and Ethics in Washington |
| CSAT | Computer Security Awareness Training |
| CSPA | Child Status Protection Act |
| CSPS | Credentials & Shields Processing System |
| CSR | Center for Scientific Review |
| CSRS | Civil Service Retirement System |
| CSWP | Customer Service Web Portal |
| CUI | Controlled Unclassified Information |
| CUSA | Citizenship USA |
| CVI | Chemical-Terrorism Vulnerability Information |
| CWC | Chemical Weapons Convention |
| DAA | Designated Accrediting Authority |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| DACA | Deferred Action for Childhood Arrival |
| DACS | Deportable Alien Control System |
| DAO | District Adjudication Officer (legacy USCIS) |
| DCO | Docket Control Office |
| DD | District Director |
| D&D | Detention & Deportation (ICE) |
| DDD | Deputy District Director |
| DDO | Detention and Deportation Officer (ICE) |
| DDP | Detention and Deportation Program (ICE) |
| DEA | Drug Enforcement Agency (DOJ) |
| DEO | Detention Enforcement Officer (ICE) |
| DFS | Designated Fingerprint Service |
| DHS | Dept. of Homeland Security |
| DIA | Defense Intelligence Agency |
| DIS | Defense Investigative Service |
| DLA | Defense Logistics Agency |
| DLEA | Designated Law Enforcement Agency |
| DMAAC | Defense Mapping Agency Aerospace Center (now NGIA) |
| DMO | Designated Management Official |

227

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| DNI | Director of National Intelligence (formerly DCI) |
| DO | Deportation Officer  (ICE) |
| DOC | Deptartment of Commerce |
| DOD | Department of Defense |
| DOE | Date of Entry or Deptartment of Energy |
| DOJ | Department of Justice |
| DORA | District Office Rapid Adjudication |
| DOS | U.S. Department of State  / Dept. of State |
| DSS | Defense Security Service |
| DUCS | Division of Unaccompanied Children Services |
| EABM | Enforce Apprehension Booking Module |
| EAC | Eastern Adjudications Center |
| EADM | ENFORCE Alien Detention Module |
| EADS | Employment Authorization Document System |
| EAP | Employee Assistance Program |
| EARM | ENFORCE Alien Removal Module |
| ECM | Electronic Counter Measures |
| EDMS | Enterprise Document Management System |
| EEOC | Equal Employment Opportunity Commission |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| EEV | Employment Eligibility Verification |
| EFF | Electronic Frontier Foundation |
| EFOIA | Electronic Freedom of Information Act (initiative) |
| EIR | Entrepreneur in Residence |
| ELIS | ELectronic Immigration System |
| EMC | Emergency Management Coordinator |
| ENFORCE | Enforcement Case Tracking System |
| ENS | Emergency Notification System |
| EOIR | Executive Office for Immigration Review |
| eOPF | electronic Official Personnel Folder |
| EPA | Environmental Protection Agency |
| ER | Expedited Removal |
| ERO | Eastern Regional Office |
| ESC | Eastern Service Center |
| ETC | Eastern Telephone Center |
| EVD | Extended Voluntary Departure |
| EWI | Entry (or Entered) Without Inspection |
| FAA | Federal Aviation Administration |
| FAIR | Federal Activities Inventory Reform (Act) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| FAPAC | Federal Asian Pacific American Council |
|---|---|
| FARES | Fees and Applications Receipt and Entry System |
| FBI | Federal Bureau of Investigation |
| FCC | Federal Communications Commission |
| FCI | Federal Correctional Institution |
| FCO | File Control Office |
| FD-258 | Fingerprint Card database |
| FDL | Forensic Document Laboratory |
| FDNS | Fraud Detection National Security (USCIS) |
| FDNS-DS | Fraud Detection National Security – Data System |
| FDU | Fraud Detection Units |
| FEDVIP | Federal Employees Dental and Vision Insurance Program |
| FEGLI | Federal Employees Group Life Insurance |
| FEHB | Federal Employees Health Benefits |
| FEMA | Federal Emergency Management Agency |
| FHA | Federal Housing Administration |
| FIPS | Freedom of Information & Privacy Act Processing System |
| FISMA | Federal Information Security Management Act |
| FIST | Field Intelligence Support Team |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| FLETC | Federal Law Enforcement Training Center |
| FMLA | Family Medical Leave Act |
| FOD | Field Office Director |
| FOH | Federal Occupational Health |
| FOIA | Freedom of Information Act |
| FOSC | Fugitive Operations Support Center |
| FOUO | For Official Use Only |
| FPS | Federal Protective Service |
| FRA | Federal Railroad Administration |
| FRB | Federal Reserve Board |
| FRC | Federal Records Center |
| FSM | Field Security Manager |
| FST | FOIA Support Team (formerly MSB) |
| FTC | File Transfer Completed |
| FTI | File Transfer Initiated |
| FWS | Fish and Wildlife Service |
| G-28 | Notice of Entry of Appearance as Attorney or Representative |
| G-325 | Biographic Information Card |
| G-325A | Biographic Information Supplement |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| G-639 | Freedom of Information/Privacy Act Request |
| GAO | Government Accountability Office |
| GEMS | General Counsel's Electronic Management System |
| GILS | Government Information Locator Service |
| GPO | Government Printing Office |
| GPS | Global Positioning System |
| GSA | General Services Administration |
| GSFS | Goddard Space Fight Center |
| HAB | HIV/AIDS Bureau |
| HCFSA | Health Care Flexible Spending Account |
| HHS | Department of Health and Human Services |
| HIDTA | High Intensity Drug Trafficking Area |
| HIFCA | High Intensity Financial Crimes Area |
| HQASM | Headquarters Asylum Division |
| HQNSU | Headquarters National Security Unit |
| HRIFA | Haitian Refugee Immigration Fairness Act of 1998 |
| HRSA | Health Resources and Services Administration |
| HSA | Health Savings Account |
| HSI | Homeland Security Investigations (a directorate of ICE) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | |
|---|---|
| HSPC | Houston Service Processing Center |
| HUD | Deptartment of Housing and Urban Development |
| I-90 | Application to Replace Permanent Resident Card (Green Card) |
| I-129 | Petition for Nonimmigrant Worker |
| I-129F | Petition for Alien Fiancée |
| I-130 | Petition for Alien Relative |
| I-131 | Application for Travel Document |
| I-134 | Affidavit of Support |
| I-140 | Immigrant Petition for Alien Worker |
| I-212 | Application for Permission to Reapply for Admission into the United States after Deportation or Removal |
| I-360 | Petition for Amerasian, Widow(er) or Special Immigrant |
| I-485 | Application to Register Permanent Residence or to Adjust Status |
| I-485A | Supplement to Form I-485 |
| I-485B | NACARA Supplement to Form I-485 Instructions |
| I-526 | Immigrant Petition by Alien Entrepreneur (SIG case) |
| I-539 | Application to Extend/Change Nonimmigrant Status |
| I-551 | Alien Registration Card (Green Card) |
| I-589 | Application for Asylum and Withholding of Removal |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| I-600 | Petition to Classify Orphan as an Immediate Relative |
| I-601 | Application for Waiver of Grounds of Inadmissibility |
| I-601A | Application for Provisional Unlawful Presence Waiver |
| I-730 | Refugee/Asylee Relative Petition |
| I-751 | Petition to Remove Conditions of Residence |
| I-765 | Application for Employment Authorization |
| I-821 | Application for Temporary Protected Status |
| I-821D | Consideration of Deferred Action for Childhood Arrivals |
| I-829 | Petition by Entrepreneur to Remove Conditions (SIG case) |
| I-864 | Affidavit of Support Under Section 213A of the Act |
| IA | Immigration Agent; or Investigative Assistant (normally associated with ICE), or Immigration Analyst (USCIS) |
| IAFIS | Integrated Automated Fingerprint Identification System (owned by FBI) |
| IBF | Identity and Benefit Fraud (program) |
| IBIS | Interagency Border Inspection System |
| ICE | Immigration and Customs Enforcement |
| ICE ACCESS [287(g)] | Agreement of Cooperation in Communities to Enhance Safety and Security. Section 287(g) of the Immigration and Nationality Act. A 287(g) officer is a LLEO with a completed background investigation and a four week course at FLETC, authorized to act as an ICE officer. |
| ICE-BFU | ICE Benefit Fraud Unit |

234

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| ICEPIC | ICE Pattern Analysis and Information Collection. |
| ICF | Immigration Card Facility |
| ICS | Information and Customer Service |
| IDDMS | Integrated Digitization Document Management Program |
| IDENT | Automated Biometric Identification System |
| IDMS | Identity Management System |
| IDP | Individual Development Plan |
| IE | Immigration Examiner (Legacy INS with functions that could be associated with ICE or USCIS) |
| IEA | Immigration Enforcement Agent  (normally associated with ICE) |
| IED | Improvised Explosive Device |
| IHP | Institutional Hearing Program (ICE function, carried out by Deportation Officers) |
| II | Immigration Inspector (CPB) |
| III | Interstate Identification Index |
| IIRIRA | Illegal Immigration Reform and Immigrant Responsibility Act of 1996 |
| IJ | Immigration Judge |
| IMMACT | Immigration Act of 1990 |
| INA | Immigration and Nationality Act |

235

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| INS | Immigration and Naturalization Service (legacy) |
| INTCA | Immigration and Naturalization Technical Corrections Act of 1994 |
| INTERPOL | International Criminal Police Organization |
| IO | Information Officer |
| IRCA | Immigration Reform and Control Act |
| IRS | Internal Revenue Service |
| ISAP | Intensive Supervision Appearance Program |
| ISCPM | Identity and Security Checks Procedures Manual |
| ISO | Immigration Services Officer (USCIS) |
| ISRS | Image Storage and Retrieval System |
| ISSM | Information Systems Security Manager |
| ISSO | Information Systems Security Officer |
| IT | Information Technology |
| ITSR | Information Technology Service Request |
| JABS | Joint Automated Booking System |
| JAG | Judge Advocate General |
| JCS | Joint Chiefs of Staff |
| JDC-D | Justice Data Center-Dallas |
| JDC-W | Justice Data Center-Washington |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| JFSC | Joint Forces Staff College |
| JPATS | Justice Prisoner and Alien Transportation Service |
| JTTF | Joint Terrorism Task Force |
| KGB | Committee for State's Security (former Soviet Union) |
| KST | Known or Suspected Terrorist  An individual who has been nominated and accepted for placement in the Terrorist Screening Database (TSDB), is on the Terrorist Watch List and has a specially coded lookout posted in the Treasury Enforcement Communications System (TECS/IBIS), and/or the Consular Lookout Automated Support System (CLASS), as used by the Department of State (DOS). |
| LANL | Los Alamos National Laboratory |
| LAPR | Lawfully Admitted Permanent Resident |
| LAPS | Legalization Application Processing System |
| LAU | Legalization Appeals Unit |
| LEAD | Leadership Education and Development |
| LES | Law Enforcement Sensitive |
| LESC | Law Enforcement Support Center |
| LHM | Third Agency Letterhead Memorandum is a document created by the Federal Bureau of Investigation (FBI) as a result of a positive response to a FBI name check. |
| LIFE | Legal Immigration Family Equity (Act) |
| LIN | Northern Service Center (Lincoln, NE) |
| LLEO | Local Law Enforcement Officer |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| LMS | Learning Management System |
| LOC | Library of Congress |
| LOU | Limited Official Use |
| LPR | Lawful Permanent Resident |
| LRNB | Laboratory Response Network for Bioterrorism |
| LULAC | League of United Latin American Citizens |
| MCAS | Marine Corps Air Station |
| MFAS | Marriage Fraud Amendment System |
| MOA | Memorandum of Agreement |
| MOU | Memorandum of Understanding |
| MSC | Missouri Service Center (now NBC) |
| MSPB | Merit System Protection Board |
| N-300 | Application to File Declaration of Intention |
| N-400 | Application for Naturalization |
| N-565 | Application for Replacement of Naturalization/Citizenship Document |
| N-600 | Application for Certification of Citizenship |
| NACARA | Nicaraguan Adjustment and Central American Relief Act of 1997 |
| NACIC | National Counterintelligence Center |
| NACS | Naturalization Application Casework System |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| NAILS | National Automated Immigration Lookout System |
| Natz | Naturalization / Naturalized |
| NBC | National Benefits Center |
| NCD | National Council on Disability |
| NCI | National Cancer Institute |
| NCIC | National Crime Information Center |
| NCIS | Naval Criminal Investigative Service |
| NCJRS | National Criminal Justice Reference Service |
| NCS | National Communications System |
| NCTC | National Counterterrorism Center |
| NDIC | National Drug Intelligence Center |
| NDSSL | Network Dynamics and Simulation Science Laboratory |
| NDU | National Defense University |
| NEC | National Economic Council |
| NEIC | National Earthquake Information Center |
| NFTS | National File Tracking System |
| NGDC | National Geophysical Data Center |
| NGIA | National Geospatial Intelligence Agency |
| NHI | National Highway Institute |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| NIC | National Institute of Corrections |
| NIIS | Nonimmigrant Information System (Owned by legacy INS, a CBP function, not Dept. of State) |
| NIJ | National Institute of Justice |
| NIV | Nonimmigrant Visa |
| NLA | National Liberation Army of Iran |
| NLETS | National Law Enforcement Telecommunications System |
| NLRB | National Labor Relations Board |
| NN13 | A TECS query which returns active NCIC wants or warrants. |
| NN16 | A TECS query which returns the FBI RAP sheet. It will return the state record if the state ID number is entered rather than the FBI number. |
| NNSA | National Nuclear Security Administration |
| NOAA | National Oceanic and Atmospheric Administration |
| NOID | Notice of Intent to Deny |
| NOIL | Non-Officer Immigration Law (Course) |
| NPS | National Parks Service |
| NQP | Naturalization Quality Procedures |
| NRC | National Records Center / Nuclear Regulatory Commission |
| NRDAA | Nursing Relief for Disadvantaged Areas Act of 1999 |
| NRO | National Reconnaissance Office |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| NSA | National Security Agency |
| NSC | Northern Service Center / National Security Council |
| NSEERS | National Security Entry/Exit Registration System |
| NSI | National Security Information |
| NSLD | National Security Law Division |
| NSRV | National Security Records and Verification |
| NSU | National Security Unit |
| NTA | Notice to Appear |
| NTSB | National Transportation Safety Board |
| NVC | National Visa Center (Dept. of State) |
| NVOAD | National Volunteer Organizations Active in Disasters |
| NWIRP | Northwest Immigrant Rights Project |
| NWS | National Weather Service |
| OASIS | Operational Activities Special Information System |
| OCC | Office of Chief Counsel |
| OCDETF | Organized Crime Drug Enforcement Task Force |
| OCIO | Office of the Chief Information Officer |
| OCSE | Office of Child Support Enforcement |
| OEM&S | Office of Emergency Management & Safety |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| OEP | Occupant Emergency Plan |
| OEPC | Office of Emergency Preparedness and Coordination |
| OFC USC | Oral False Claim to United States Citizenship |
| OFR | Office of the Federal Register |
| OHCT | Office of Human Capital and Training |
| OIC | Officer in Charge |
| OIG | Office of the Inspector General |
| OINT | Office of Intelligence (belongs to CBP) |
| OIS | Office of Immigration Statistics |
| OIT | Office of Information Technology |
| OMB | Office of Management and Budget |
| ONR | Office of Naval Research |
| OPF | Official Personnel File |
| OPLA | Office of the Principal Legal Advisor (ICE) |
| OPM | Office of Personnel Management |
| OPSEC | Operational Security |
| ORR | Office of Refugee Resettlement |
| ORS | Office of Records Services |
| OSC | Order to Show Cause / Office of Special Council |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| OSCE | Office of Child Support Enforcement |
| OSI | Office of Security and Integrity |
| OTD | Office of Training and Development |
| OVC | Office for Victims of Crime |
| OWCP | Office of Workers' Compensation Programs |
| PA | Patrol Agent  (CBP) |
| PA | Privacy Act |
| PAAT | Performance Appraisal Assessment Tool |
| PAIC | Patrol Agent in Charge  (CBP) |
| PC | Peace Corps |
| PCBE | President's Council on Bioethics |
| PCII | Protected Critical Infrastructure Information |
| PCS | Permanent Change of Station |
| PFIAB | President's Foreign Intelligence Advisory Board |
| PHS | Public Health Service |
| PIA | Privacy Impact Assessment |
| PII | Personally Identifiable Information / Personally Identifying Information |
| PLAIN | Plain Language Action and Information Network |

PLEASE NOTE:  The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| PMOI | People's Mujahidin Organization of Iraq |
| POE | Port of Entry |
| POHA | Period of Heightened Alert |
| POV | Privately Owned Vehicle |
| POW/MP | Prisoner of War/Missing Personnel |
| PRM | Bureau of Population, Refugees and Migration |
| PTA | Privacy Threshold Assessment |
| PTIG | Privacy Technology Implementation Guide |
| PTO | Patent and Trademark Office |
| PWA | Present Without Authorization |
| RAC | Resident Agent in Charge (normally associated with FBI or ICE) |
| RAFACS | Receipt and Alien File Accountability and Control System |
| RAIO | Refugee Asylum and International Operations (USCIS) |
| RAP | Record of Arrests and Prosecutions |
| RAPS | Refugee, Asylum and Parole System |
| RAVU | Refugee Access Verification Unit |
| RDF | Records Digitization Facility |
| RFE | Request for Evidence |
| RNACS | Redesigned Naturalization Application Casework System |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| ROH | Record Operations Handbook |
| ROIT | Report of Inquiry – TECS (see section 27.42.f) |
| RPC | Responsible Party Code |
| RTD | Refugee Travel Document |
| RWA | Reimbursable Work Authorizations |
| SA | Special Agent  (normally associated with FBI or ICE) |
| SAC | Special Agent in Charge  (normally associated with FBI or ICE) |
| SAO | Supervisory Adjudications Officer  (USCIS) |
| SAO | Security Advisory Opinion (if this contains a result, refer it to State) |
| SAVE | Systematic Alien Verification for Entitlement |
| SAW | Special Agricultural Worker |
| SBA | Small Business Administration |
| SBPA | Senior Border Patrol Agent  (CBP) |
| SBU | Sensitive But Unclassified |
| SCCLAIMS | Service Center CLAIMS |
| SCI | Sensitive Compartmented Information |
| SCIF | Sensitive Compartmented Information Facility |
| SDAO | Supervisory District Adjudications Officer  (USCIS) |
| SDDO | Supervisory Detention and Deportation Officer (ICE) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| SDEO | Supervisory Detention Enforcement Officer  (ICE) |
| SDO | Supervisory Detention Officer  (ICE) |
| SEACATS | Seized Asset and Case Tracking System |
| SEC | Security and Exchange Commission |
| SES | Senior Executive Service |
| SEVIS | Student and Exchange Visitor Information System |
| SGI | Safeguarding Information |
| SHSI | Sensitive Homeland Security Information |
| SIEA | Supervisory Immigration Enforcement Agent (normally associated with ICE) |
| SII | Supervisory Immigration Inspector  (CBP) |
| SIG | Significant Interest Group |
| SIMS | Secure Information Management Service |
| SIO | Supervisory Information Officer |
| SIR | Significant Incident Report |
| SISO | Supervisory Immigration Services Officer (USCIS) |
| SLOB | Service Lookout Book (old way, used prior to NAILS/TECS/IBIS) |
| SOC | Special Operations Command (Center) / Security Operations Center |
| SOG | Studies and Observations Group |
| SOI | Special Operations Inspector  (normally associated with CBP) |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

| | |
|---|---|
| SOII | Special Operations Immigration Inspector  (normally associated with CBP) |
| SORN | System of Records Notices |
| SPOT | Screening Passengers by Observation Techniques |
| SPBP | Special Public Benefit Parole |
| SQVS | A TECS query which answers whether or not a person has any record in the Consolidated Consular Database, any record of visa issuance or denial. |
| SQ11 | A TECS query which returns possible lookouts for State, CBP, ICE, ATF, DEA, FBI, or Secret Service. If the NCIC query field is Y, it also returns results of NCIC query, such as wants, warrants, protection orders, supervised probation, sex offender registration, etc. |
| SQ94 | A TECS query which returns any border crossings involving Form I-94. |
| SRC | Southern Regional Center (Southern Service Center) |
| SSA | Supervisory Special Agent (ICE function); or Social Security Administration |
| SSC | Southern Service Center |
| SSI | Sensitive Security Information |
| SSO | Special Security Officer |
| STEM | Science, Technology, Engineering and Mathematics |
| TAC | Third Agency Checks |
| TAP | Tuition Assistance Program |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| TCDD | Training and Career Development Division |
| TECS | formerly known as Treasury Enforcement Communication System |
| TFI | Office of Terrorism and Financial Intelligence |

(b) (7)(E)

| | |
|---|---|
| TIPS | Terrorist Information and Prevention System (owned by FBI) |
| TPO | Transformation Program Offices |
| TPS | Temporary Protected Status |
| TSA | Transportation Security Administration |
| TSC | Texas Service Center (USCIS) or |
| TSC | Terrorist Screening Center (FBI) |
| TSCA | Top Secret Control Account |
| TSCO | Top Secret Control Officer |
| TSP | Thrift Savings Plan |
| UCNI | Unclassified Controlled Nuclear Information |
| UK | United Kingdom |
| UNHCR | United Nations High Commissioner for Refugees |
| UNICEF | United Nations Children's Fund |
| USA | United States Army |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | |
|---|---|
| USACE | U.S. Army Corps of Engineers |
| USAF | United States Air Force |
| USC | United States Citizen |
| U.S.C. | United States Code |
| USCG | United States Coast Guard |
| USCIRF | United States Commission on International Religious Freedom |
| USCIS | United States Citizenship and Immigration Services |
| USCS | United States Customs Service |
| USMC | United States Marine Corps |
| USMS | United States Marshals Service |
| USN | United States Navy |
| USNCB | United States National Central Bureau of INTERPOL |
| USPS | United States Postal Service |
| USRAP | U.S. Refugee Admissions Program |
| USSS | United States Secret Service |
| VA | Department of Veterans Affairs, Veterans Administration |
| VAWA | Violence Against Women Act |
| VBI | Virginia Bioinformatics Institute |
| VCCLEA | Violent Crime Control and Law Enforcement Act of 1994 |

249

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| VD | Voluntary Departure |
|---|---|
| VIS | Verification Information System |
| VSC | Vermont Service Center (Now ESC) |
| VTVPA | Victims of Trafficking and Violence Protection Act of 2000 |
| VWPP | Visa Pilot Waiver Program |
| WAC | Western Adjudications Center |
| WA/NTA | Warrant for Arrest/Notice to Appear |
| WHO | World Health Organization |
| WHTI | Western Hemisphere Travel Initiative |
| WPS | Wireless Priority Service |
| WRI | Workforce Restructuring Initiative |
| WSC | Western Service Center (same as California Service Center) |
| WTC | Western Telephone Center |
| WTO | World Trade Organization |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## APPENDIX K – ALIEN NUMBER ASSIGNMENT

| CLASSIFICATION | TYPE OF NUMBER | STARTING NUMBER | ENDING NUMBER |
|---|---|---|---|
| ISSUED PRE-1960 | PHYSICAL FILES | A 001-000-000 | A 011-999-999 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 012-000-000 | A 014-999-999 |
| | | | |
| CREWMAN | PHYSICAL FILES | A 015-000-000 | A 016-999-999 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 017-000-000 | A 029-999-999 |
| | | | |
| VISA (STATE DEPT) | PHYSICAL FILES | A 030-000-000 | A 069-999-999 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 070-000-000 | A 070-491-200 |
| | | | |
| FAMILY FAIRNESS | PHYSICAL FILES | A 070-491-201 | A 070-503-200 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 070-503-201 | A 070-527-200 |
| | | | |
| FAMILY FAIRNESS | PHYSICAL FILES | A 070-527-201 | A 070-987-200 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 070-987-201 | A 077-536-951 |
| | | | |
| KOSOVO | PHYSICAL FILES | A 077-536-952 | A 077-537-451 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 070-537-452 | A 079-999-999 |
| | | | |
| BORDER APPREHENSIONS | ELECTRONIC ONLY | A 080-000-000 | A 086-899-999 |
| | | | |
| ADJUSTMENTS | PHYSICAL FILES | A 086-900-000 | A 089-999-999 |
| | | | |
| LEGALIZATION | PHYSICAL FILES | A 090-000-000 | A 093-999-999 |
| | | | |
| TEMPORARY PROTECTED STATUS (TPS) | PHYSICAL FILES | A 094-000-000 | A 094-250-500 |
| | | | |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| TEMPORARY PROTECTED STATUS (TPS) | PHYSICAL FILES | A 094-328-751 | A 094-334-250 |
| HURRICANE MITCH | PHYSICAL FILES | A 094-250-501 | A 094-328-750 |
| HURRICANE MITCH | PHYSICAL FILES | A 094-334-251 | A 094-364-250 |
| TEMPORARY PROTECTED STATUS (TPS) | PHYSICAL FILES | A 094-364-251 | A 094-399-500 |
| KOSOVO | PHYSICAL FILES | A 094-399-501 | A 094-404-750 |
| TEMPORARY PROTECTED STATUS (TPS) | PHYSICAL FILES | A 094-404-751 | A 094-500-000 |
| KOSOVO | PHYSICAL FILES | A 094-502-001 | A 094-527-000 |
| TEMPORARY PROTECTED STATUS (TPS) | PHYSICAL FILES | A 094-750-000 | A 095-099-999 |
| NSC ORPHANS | PHYSICAL FILES | A 094-500-001 | A 094-502-000 |
| NSC ORPHANS | PHYSICAL FILES | A 094-527-001 | A 094-528-000 |
| REFUGEES | PHYSICAL FILES | A 094-528-001 | A 094-628-000 |
| REFUGEES | PHYSICAL FILES | A 094-638-001 | A 094-749-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 095-100-000 | A 096-749-999 |
| LIFE ACT | PHYSICAL FILES | A 096-750-000 | A 096-999-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 097-000-000 | A 098-099-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 098-100-000 | A 099-099-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 099-100-000 | A 099-299-999 |

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

| | | | |
|---|---|---|---|
| ADJUSTMENTS | PHYSICAL FILES | A 099-300-000 | A 099-999-999 |
| EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) | ELECTRONIC ONLY | A 100-000-000 | A 199-999-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 200-000-000 | A 203-999-999 |
| NOT ISSUED | NOT ISSUED | A 204-000-000 | A 2049-999-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 205-000-000 | A 205-999-999 |
| NOT ISSUED | NOT ISSUED | A 206-000-000 | A 209-000-000 |
| ADJUSTMENTS | PHYSICAL FILES | A 210-000-000 | A 211-999-999 |
| REFUGEES | PHYSICAL FILES | A 212-000-000 | A 212-399-999 |
| ADJUSTMENTS | NOT ISSUED | A 212-400-000 | A 299-999-999 |
| NOT ISSUED | NOT ISSUED | A 300-000-000 | A 300-299-999 |
| ADJUSTMENTS | PHYSICAL FILES | A 300-300-000 | A 300-322-501 |
| NOT ISSUED | NOT ISSUED | A 300-322-502 | A 999-999-999 |

LEDGER:

   CREWMAN: Fifteen and sixteen million series have been issued to Alien Crewman Landing Permit and Identification Cards groups. The blocks of numbers are assigned to offices issuing such cards.

   ELECTRONIC ONLY: No physical jackets are created.

   PHYCIAL FILES: A-Number with A-File Jackets

   NOT ISSUED: The numbers are not by used any Office or Program

   VISA (STATE DEPT): U.S. Dept of State is electronically assigned blocks of A-Numbers which they assign to Visa packets.

253

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

## APPENDIX L – RECORD OF REVISIONS

Any revisions to this guide are after June 15, 2015.

# July 10, 2015

**We have updated** section 5.02, Verification of Identity, of the Processing Guide as follows (~~deleted information in strikethrough~~, <span style="color:red">new information in red</span>):

### 5.02    Verification of Identity

If the requestor is asking for records concerning *(a living)* individual, ~~and if~~ there is only one signature, and ~~it~~ <span style="color:red">the request</span> does not fall under one of the categories above for certification of agreement and/or verification of identity, create a new Discussion stating the problem and ~~send the case to Records Locator~~ <span style="color:red">either close the case as a Total Denial or a Failure to Comply, based on the decision matrix shown below.</span>

| Who is the Requestor? | Certification | VOI | Close? |
|---|---|---|---|
| **Self** | Not needed | If adequate | No close - staff |
| **Self** | Not needed | If inadequate | FC – Sec. 16b |
| **3rd Party (incl Atty)** | If adequate | If adequate | No close - staff |
| **3rd Party (incl Atty)** | If inadequate then | Does not matter | TD – Sec. 16a |
| **3rd Party (incl Atty)** | If adequate | If inadequate | FC – Sec 16b |
| **3rd Party (incl Atty)** | Other proof (death cert, proof of guardianship) | Must establish identity of subject of record | No close - staff |

**We have updated** paragraph 6.1.f. of section 6, PREPARING RECORDS FOR DISCLOSURE, of the Processing Guide as follows (~~deleted information in strikethrough~~, <span style="color:red">new information in red</span>):

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

6.1.f. Confirm certification of agreement, verification of identity, and reasonable description of records being sought. For more information, read section 5, CERTIFICATION OF AGREEMENT AND VERIFICATION OF IDENTITY. If the requestor has specified that it is a third party request, please read the section 12, THIRD PARTY REQUESTS. Otherwise, if you do not have the necessary certification of agreement or verification of identity, ~~please consult with your supervisor~~ please close the case as a Total Denial or Failure to Comply based on the decision matrix found in section 5.02, Verification of Identity.

# August 3, 2015

**We have added** section 5.02, Verification of Identity (G-639 dated 3-31-2015), of the Processing Guide as follows (new information in red):

**5.02     Verification of Identity** (G-639 dated 3-31-2015)

**Note:** On this version of the Form G-639, Certification of Agreement (consent) and Verification of Identity are combined. You still need a name, current address, date of birth and place of birth. However, you only need **one** signature, either notarized or signed under Penalty of Perjury.

<u>Do not</u> close any cases as Total Denials (TD) based on the 3-31-2015 version of the G-639. Failure to Comply (FC) still applies.

If a requestor is asking for a Privacy Act record, he or she must provide verification of identity.

A Privacy Act record, for USCIS purposes, is any item, collection, or grouping of information about a person which we retrieve by the person's name, identifying number, symbol, or other identifying particular assigned to that person. This information includes, but is not limited to, a person's nationality, immigration status, education, financial, medical, criminal, or employment history.

6 CFR § 5.21(d) *Verification of Identity,* says the requestor must provide us:

- Full Name

- Current address

- Date of Birth

- Place of Birth

255

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

Providing the Alien Registration Number may not substitute for any of the four items of information required by 6 CFR § 5.21(d).

Next, it says the subject of record must sign the request and his or her signature must either be notarized or submitted under 28 U.S.C. 1746 *(penalty of perjury in lieu of notarized signature).*

**8.a.**   ☐   **Notarized Affidavit of Identity** (Do **NOT** sign and date below until the notary public provides instructions to you.)

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** I also consent to pay all costs incured for search, duplication, and review of documents up to **$25** (if filing this request for myself).

_____

Signature of Subject of Record

_____

Date of Signature (mm/dd/yyyy)

Subscribed and sworn to before me on this   _____

day of   _____   in the year   _____.

Daytime Telephone Number   _____

_____

Signature of Notary

My Commission Expires on   _____

256

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

**8.b.** ☐ **Declaration Under Penalty of Perjury**

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2**. I also consent to pay all costs incurred for search, duplication, and review of documents up to **$25** (if filing this request for myself).

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

_____

Signature of Subject of Record

_____

Date of Signature (mm/dd/yyyy)

The notarized signature of the subject or the signature under penalty of perjury does not need to be on the G-639. If a requestor has inserted the **penalty of perjury statement on <u>ANY</u> document**, and the subject of the file has signed the document, it fulfills the requirement to verify identity.

The notarized signature or signature under penalty of perjury **might** be on a:

- Separate letter, or any piece of paper *including* a G-28, but then only if the penalty of perjury statement is directly above the signature of the subject of record.
- G-639, when the subject has signed part 4, either notarized or under penalty of perjury.
- DOJ-361, Certificate of Identity: we may not suggest or require that a requestor use a DOJ-361, but we can accept one as certification of agreement with a signature under penalty of perjury.

A current photo ID is for information purposes only and is <mark>not</mark> verification of identity.

**"Verification of Identity"** for purposes of FOIA/PA does <u>not</u> include a Form G-28 with a statement made under penalty of perjury by the requesting attorney or representative "that the information I have provided on this form is true and correct." The statement must come from the subject of the record. A statement made under penalty of perjury must conform to the

257

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

requirements of **28 U.S.C. § 1746:  Unsworn declarations under penalty of perjury**, which reads as follows:

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**(1)**If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).(Signature)".

**(2)**If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).(Signature)".

# August 7, 2015

**We have updated** section 27.08 Misfiled Documents of the FOIA/PA Processing Guide as follows (new information in red):

### Section 27.08 Misfiled Documents
Complete processing of case and send for approval. In the Summary Discussion, annotate the pages of the misfiled documents and that you have notified FST. If both files are not at NRC, omit sending an e-mail to FST, but still include the pages of the misfiled documents and the reason you did not notify FST in the Summary Discussion.

**We have updated** portions of section 45, Discussions, of the FOIA/PA Processing Guide as follows (deleted information in strikethrough, new information in red):

**45.01.d        Moved to 45.02.a.1**  To help prevent accidental release of third party PII, please create a Discussion *citing the page number* where you matched each item below from the request to verify that it is the correct file. If there are two sets of responsive records, your discussion

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

~~should show how you positively identified the subject of record *by page number for each set of responsive records*:~~

> ~~6.  Signature~~
> ~~7.  Parents names (if available)~~
> ~~8.  Country and date of birth (if available)~~
> ~~9.  Any alias names you find~~
> ~~10. Anything else you used to positively ID the file as belonging to the subject~~

~~You may include this as part of your Summary Discussion, or you may create a separate Discussion.~~

## **45.02   The Summary Discussion**

45.02.a          Summary Discussions should include, if applicable, the information shown below as well as anything that is unique to the case.

- The type of case (FOIA or PA). If the case is a PA, please include page number for proof of PA. If the subject has lost PA status, please include the page number.
- The total number of pages of responsive records (print total)
- The number of pages released in full
- The number of pages withheld in full
- The number of pages partially released
- What exemptions have been applied in withholding information
- The number of documents referred to another agency
- The number of duplicate pages marked
- The number of pages that were out of scoped (other than the last page).

45.02.a.1          To help prevent accidental release of third party PII, please ~~create a Discussion citing~~ *cite the page numbers in your discussion* where you matched each item below from the request to verify that it is the correct file. If there are two sets of responsive records, your discussion should show how you positively identified the subject of record *by page number for each set of responsive records*:

1. Signature
2. Parents names (if available)
3. Country and date of birth (if available)
4. Any alias names you find
5. Anything else you used to positively ID the file as belonging to the subject

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

~~You may include this as part of your Summary Discussion, or you may create a separate~~ ~~Discussion.~~ The goal is to have one case summary that includes verification info and all other pertinent info regarding the processing of the case.

# October 23, 2015

**We have updated** section 40. Final Action, paragraph 40.01.g of the Processing Guide as follows (new information in red, deleted information in strikethrough):

**Section 40**. **Final Action, paragraph 40.01.g**

If you do not refer any pages, please delete the following sentence from your final action letter:

"Additionally, we have referred [# of pages] in [its/their] entirety to [government agencies name] for their direct response to you."

If you do refer pages, you will have to modify the sentence to reflect the agency and number of pages, for example:

"Additionally, we have referred ~~3 pages in their entirety to US-Visit and~~ 1 page in its entirety to the Department of State for their direct response to you."

In that paragraph, please do not mention Immigration and Customs Enforcement, or how many pages you are referring to them. If you are referring pages to ICE, you will mention them in the following paragraph:

"During our review, USCIS located # of pages of potentially responsive documents that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009."

If you are not referring any pages to ICE, please delete that paragraph. If you referred any pages, please leave the paragraph exactly the way it is.

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

# November 30, 2015

**We have updated** section 28.06.a.5., U.S. Department of State Documents of the FOIA/PA Processing Guide as follows <span style="color:red">(new information in red):</span>

28.06.a.5. Process the Report 24. <span style="color:red">(Withhold in full, (b)(7)(C) and (b)(7)(E) if FOIA or (k)(2), (b)(7)(C) and (b)(7)(E) if PA).</span>

**We have updated** section 21, Classified Records of the FOIA/PA Processing Guide as follows (<span style="color:red">new information in red,</span> deleted information in strikethrough):

Latimer, Mary E.
<span style="color:red">Innes, Kellie L.</span>
<span style="color:red">Reed, Joe Dan</span>
Panter, Jarrod T.
McBride, Lyne I.
Ring, Donna R.
Holt, Cynthia L.
Greenwood, Tembra A.
~~Cameron, Lincoln L.~~
McDaniel, Marcia M.
Bellisime, Tracy A.
Welsh, Brian J.
Eggleston, Jill A.

**We have updated** section 27.27.e, Names of certain government employees and PII on law enforcement documents, of the FOIA/PA Processing Guide as follows (<span style="color:red">new information in red</span>):

27.27.e          If you are processing a FOIA case, there are certain USCIS personnel whose names you should withhold even when not performing a law enforcement function, citing Exemption (b)(6) <span style="color:red">or (b)(7)(C) if FOIA, (k)(2) and (b)(7)(C) if PA</span>. Those personnel are:

(1)          Refugee Officers <span style="color:red">(b)(6)</span>
(2)          FDNS personnel <span style="color:red">(b)(7)(C) or (k)(2), (b)(7)(C)</span>

In addition to that, there are times you must use your judgment. If an asylum or adjudications officer is working overseas, especially in a sensitive region, and if you feel

261

<u>PLEASE NOTE:</u>  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

PROCESSING GUIDE December 14, 2015

that person could be a potential target for extortion, kidnapping or interference in performance of duty, you should protect that person's name, direct line phone numbers and e-mail addresses, along with any other identifying information. If you have a doubt, please contact a supervisor.

# December 14, 2015

**We have updated** section 19.3, Deferred Action for Childhood Arrival of the FOIA/PA Processing Guide as follows (new information in red):

19.3    Deferred Action for Childhood Arrivals



Please change the Category to "Deferred Action Childhood" if you see Form I-821D in the file or other evidence that the person filed for consideration of Deferred Action for Childhood Arrivals (for example, an approval notice).



Click "Save" and then insert a Discussion with the page number where you found the Form I-821D or other evidence.

**NOTE: If the category "SFR Cases at NRC" is selected, but you determine that you have a DACA case, please change the category to DACA for inclusion in our annual report.**

PLEASE NOTE:  The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.