# EXHIBIT 1

Declaration of David L. Cleveland about FOIA response received on January 26, 2018

March 17, 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al,<br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>            Defendant, | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 15-cv-0459 [RBW]<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAVID L. CLEVELAND dated March 17, 2018

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action.

Catholic Charities made a FOIA request for the asylum officer assessment for Naw Hla Kyi. Via a letter dated January 26, 2018, the DHS mailed me the four pages attached hereto, as Attachment A.

The four pages show that DHS released the first nine paragraphs of the Assessment.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: March 17, 2018.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A

## ASSESSMENT TO GRANT ASYLUM

ALIEN NUMBER: 075369821    DATE: 9/7/11

NAME: Naw Hla Kyi    ASYLUM OFFICER: Bibby-Gerth, ZAR 326

COUNTRY: Burma / Myanmar    REVIEWING SAO: Komis, ZAR 162

LOCATION: ZAR

The applicant indicated that she is a 62-year-old female native and citizen of Burma who entered the United States on January 7, 1995 at New York, NY and was admitted as a A-3 domestic employee of a diplomat until January 6, 1998. Applicant presented an original, expired Burmese passport to establish her identity.

The applicant was represented by David Cleveland, Esq. The interpreter at the asylum interview was Kay Thwe Khine. The I-589 application was prepared by David Cleveland.

The applicant fears that she will be arrested by the government of Burma on account of her political opinion in opposition to the government of Burma and her Christian religion.

The applicant filed her first asylum application on July 14, 1997. Applicant's asylum application was denied on December 4, 1997. Applicant filed her second asylum application on August 1, 2011. The applicant failed to establish by clear and convincing evidence that the second application was filed within one year after the last date of arrival to the United States. Nevertheless, Applicant established that she qualifies for a changed circumstances exception to the one year filing deadline. Country conditions reports describe the following regarding recent events in Burma:

In November, 2010, Burma held elections for the first time since 1990 and, the elections were rigged to ensure that the pro-military Union Solidarity and Development Party won a huge victory.[1] Country conditions worsened during the time period leading up to the elections – "...the number of political prisoners doubled in the years leading up to the poll, all media outlets continued to be censored, international media and election observers were barred and voting was cancelled in several regions where ethnic minorities predominate."[2] "The number of political prisoners in Myanmar reached an estimated 2,200 during 2010, and was likely to have been significantly higher ...."[3] After the election fighting between government forces and ethnic-minority militias increased.

---

[1] Freedom House, *The Worst of the Worst 2011 - Burma (Myanmar)*, 1 June 2011, available at: http://www.unhcr.org/refworld/docid/4e049a4b23.html [accessed 7 September 2011].
[2] Minority Rights Group International, *State of the World's Minorities and Indigenous Peoples 2011 - Burma*, 6 July 2011, available at: http://www.unhcr.org/refworld/docid/4e16d37c8.html [accessed 7 September 2011].
[3] Amnesty International, *Amnesty International Annual Report 2011 - Myanmar*, 13 May 2011, available at: http://www.unhcr.org/refworld/docid/4dce1551c.html [accessed 7 September 2011].

A 075369821    1

The Democratic Karen Buddhist Army (DKBA) had employed a ceasefire with the Burmese regime following its split from the Karen National Liberation Army (KNLA) in the mid 1990s. However, on 7 November, election day, a DKBA faction occupied the town of Myawaddy. The fighters were unhappy with the regime's demands that they be incorporated into the border guard. A counter-attack from the Burmese Army caused thousands of civilians to flee .... [Subsequently] the DKBA faction and the KNLA [agreed] to cooperate against the Burmese Army.[4]

Applicant applied for asylum approximately eight months after the Union Solidarity and Development Party won the elections. Due to Applicant's unique circumstances, eight months is a reasonable amount of time to wait before applying for asylum. Applicant is an elderly woman without significant formal education and she is not fluent in English. Applicant speaks only Burmese fluently. Applicant's ability to communicate with US residence outside her ethnic community is profoundly limited by her lack of education and language skills. Therefore, because Applicants eight month wait was reasonable, Applicant is eligible to apply for asylum. *He application for asylum is considered as timely filed.* SEP - 7 2011

Applicant is a member of the minority Karen Ethnic group and a Christian. In 1983, Applicant owned a store in Thonze, Burma where she had many Karen customers. Police officers falsely accused Applicant of supporting Karen rebel forces. Officers held Applicant under a tree and hit her in the back with a gun. Applicant relocated to Pak Kung City but continued to have problems with the police. Applicant relocated to Rangoon. In 1988, Applicant witnessed government forces shooting student protesters. Applicant avoided harm because she was the household employee of a diplomat from Singapore and she stayed in diplomat's house. Applicant left Burma on May 10, 1991 and has never returned. Applicant first traveled to Singapore where she continued to work as a housekeeper. Applicant traveled to the U. S. in January 1995 as a household employee of a diplomat. Applicant has not left the U. S. since January 1995.

Since August 8, 1999, Applicant has participated in annual protest vigils in front of the Burmese embassy in Washington, DC and in front of the Whitehouse. Applicant carries flowers and other protesters carry Burmese flags and signs criticizing the Burmese government. Each year, officials from the Burmese embassy photograph the protestors. These protests are organized by the U. S. Campaign for Burma. In 2010, Applicant became a member of the U. S. Campaign for Burma. Applicant joined in 2010 because the organization had become more active and because she wanted to promote democracy in Burma.

A 075369821

2

(a)(d)(5)

(b)(5)

However, the applicant has

A 075369821

3

Assessment is to grant.

A 075369821

4