**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICA GATORE, et al.,

Plaintiffs

v.                                              Civ. Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## PLAINTIFFS' JUNE 2018 REPORT TO THE COURT

Counsel for plaintiffs hereby submits their report to the Court. Plaintiffs' counsel had a brief email conference with opposing counsel: plaintiffs' counsel suggested that, since the DHS recently released 14 paragraphs from the assessment of another asylum applicant, the DHS agreed in general with plaintiffs that large portions of all assessments can similarly be released. The DHS, through its counsel, disagreed.

THE DHS HAS APPARENTLY CONCEDED IT CAN SEGREGATE PARAGRAPHS OUT OF ASYLUM OFFICER ASSESSMENTS

On June 6, 2018, the DHS released 14 paragraphs from the assessment of Mr. Qaraghuli. *See* Exhibit 1, attached hereto.

The DHS has come a long way. First, DHS said that nothing can segregated out of an assessment. In March 2017, the DHS released parts of each assessment of the seven named plaintiffs in this case. ECF #73.  In December 2017, the DHS released several paragraphs from the assessments of Mr. Watungisa, Mr. Kapende, and Ms. Garcia Reyes. ECF #98. In January 2018, the DHS released nine paragraphs from the assessment of Ms. Kyi. ECF #102-1.

June 2018: fourteen paragraphs about Mr. Qaraghuli were released. The DHS has demonstrated it can now do what plaintiffs have demanded in their complaint. The Court should deny the DHS motion for summary judgment and rule upon plaintiffs' motion for class certification.

June 28, 2018

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com