# EXHIBIT 1

# Declaration of David L. Cleveland about FOIA response received on June 18, 2018

## June 28, 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al,<br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>          Defendant, | Civil Action No. 15-cv-0459 [RBW] |

## DECLARATION OF DAVID L. CLEVELAND dated March 17, 2018

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action.

Catholic Charities made a FOIA request for the asylum officer assessment for Mr. M.A. Qaraghuli. Via a letter dated June 18, 2018, the DHS mailed me the four pages attached hereto, as Attachment A.

The four pages show that DHS released the first seven paragraphs of the Assessment; and also seven more paragraphs, on pages 3-4. This totals 14 paragraphs.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: June 28, 2018.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A

released June 18, 2018

## ASSESSMENT TO REFER

ALIEN NUMBER: 205 886 871

DATE: January 31, 2017

NAME: Mohammed Al Qaraghuli

ASYLUM OFFICER: Interview J. Kline ZCH103
Assessment: C. Fairbank, ZCH075

COUNTRY: Iraq

REVIEWING SAO: [signature]

LOCATION: ZCH

The applicant indicated that he is a 27 year-old male native and citizen of Iraq who entered the United States at JFK International Airport, New York on January 30, 2013 and was admitted as an F1 student for duration of status. Applicant is not in status.

The applicant fears that he will be killed by sectarian militias on account religion, i.e. because of his secular beliefs and/or his mixed Shia/Sunni heritage. Applicant also fears he will be killed by sectarian militias on account of his political opinion opposed to the use of violence.

The applicant filed his asylum application on April 8, 2013. DHS records confirm the applicant entered the United States on January 30, 2013. The applicant established by clear and convincing evidence that the application was filed within one year after the last date of arrival to the United States.

The applicant testified as follows: In 2004 Applicant's father, who was a chemist (educated in the USA) working for the Ministry of Industry was abducted and threatened to be killed if he did not stop working with American Forces. Applicant's father was released and resigned from his post. Neither Applicant nor other family members received any threats or harm related to this threat to his father. Applicant's brother is a civil engineer who worked with American Forces in 2004; he was not directly threatened, but fled Iraq after co-workers were threatened. Neither Applicant nor his family members received any threats or harm related to his brother's work with US forces. In 2008 a car bomb exploded next to a vehicle the applicant was sitting in. This explosion happened in Al Harethia area of Baghdad. Applicant was injured in his right eye from this explosion. Applicant does not know who was responsible for setting off the car bomb.

Applicant testified that sometimes he speaks to people conversationally when he is in public, voicing his opinion that he is against violence and against the militias that use violence, that are killing civilians. He will do this for example, when seeing Iraqi military forces have blocked a street or when there is an explosion or when civilians are killed.

Applicant applied for refugee status with UNHCR in Syria after having eye surgery there incident to the injury he received from the bomb in 2008. He returned to Iraq due to financial need and completed his studies in Iraq. He was working as a civil engineer for a private company that worked on power plant projects in Baghdad and Diyala Province. In October 2012 while working on a project construction site in Diyala that had a joint contract with a French company and the UAE, 3 dead dogs were found at the worksite about 200 meters from the office

trailer applicant shared with a colleague and head director. On the outside of the trailer graffiti was written, "You will be killed like these dogs". Applicant believes a worker with access to the site belongs to an Islamic militia and that an unknown Islamic militia is responsible for these acts. Applicant believes the threat was because of the contract with a French company as the foreign company has one of their own employees working with the applicant's company at the site and the Islamic militias believe that foreigners are infidels and that the foreign company is against the militia's program. Applicant also believes he could have been a target for this threat because his co-workers are aware that applicant drinks alcohol with his friends and his co-workers are aware that he does. Applicant testified that he has been verbally abused for this behavior by some co-workers. After this incident, applicant asked his employer to transfer him. Applicant was transferred to an office in Baghdad. Applicant had no other incidents of threat or harm after he left the worksite in Diyala until he departed Iraq three months later January 30, 2012.

(b)(5)

The applicant testified that the trailer that the graffiti was written on was one that was shared with an Iraqi who was a company head or director and that this colleague could have been targeted because the company had a contract with foreign companies and a foreign employee. Applicant testified that this colleague who shared the trailer could have had secrets applicant did not know.

Applicant inferred that the graffiti was directed at both himself and the colleague who shared the trailer because people at his worksite know that he drinks alcohol; however, Applicant testified that a co-worker that he drank alcohol with did not have problems with the militia in Diyala.

Applicant testified that he fears returning to Iraq because sectarian militias will kill him because he has secular beliefs. Applicant established that he holds secular beliefs through his credible testimony and that secular militias could become aware of his secular beliefs, or impute non-adherence to religion to him through applicant's not attending mosque and his not practicing prayers. While applicant received comments from co-workers and people in his neighborhood on account of his secular practices, he was not threatened or harmed in the past on account of his being secular.

Applicant also fears he will be killed by Shia or Sunni militants on account of imputed political opinion for being perceived as a spy because he will return from the U.S. he will be perceived as an agent of the U.S.A. Applicant failed to establish that Islamic militants will impute to him that he is a spy due to the fact that he had traveled to the U.S.A. Applicant's parents traveled to the U.S.A. in 2012 and returned to Iraq and have not been threatened or harmed in the two years since their return up to the time of applicant's asylum interview. Nor do country conditions support that travel to the U.S. increases one's risk of being targeted for harm in Iraq. Country conditions indicate that there is widespread societal violence due to incursions by Da'esh and resultant combat. According to the U.S. Department of State, "During the year the security situation remained unstable due to widespread fighting between the Iraqi Security Forces (ISF) and Da'esh (see section 1.g.) and, to a lesser extent, Shia PMF. There were numerous reports that government forces, independent militias, and terrorist groups committed arbitrary or unlawful killings." Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2015, Iraq. April 13, 2016 available at: http://www.state.gov/j/drl/rls/hrrpt/humanrightsreport/index.htm?year=2015&dlid=252925 accessed January 31, 2017.

Applicant also fears he will be killed by Islamist militias because his father is Shi'ite and his mother is Sunni.

⬜ Applicant testified he has brothers who reside in Iraq who likewise are of the same mixed sect parentage. Applicant testified that his siblings have not experienced harm on account of their being of mixed sect because they do not express their secular beliefs in public. ⬜ ⬜ Country conditions indicate that it is religious adherents that are most at risk of being targeted by Islamist militants:

(b)(5)

> Throughout the year, the government fought numerous battles to regain control of significant terrain lost to Da'esh. At the same time, Da'esh pursued a campaign of violence against members of all faiths, but against non-Sunnis in particular. . . . In areas not under Da'esh control, it continued suicide bombings and vehicle-borne improvised explosive device (VBIED) attacks against all segments of society. Da'esh also targeted religious pilgrims and pilgrimage sites for attack. The United Nations Assistance Mission to Iraq (UNAMI) reported Da'esh IEDs caused at least 5,403 casualties (1,167 killed and 4,236 wounded), amounting to half of all verified casualties in the first half of the year.
>
> According to media and human rights organizations, the deterioration of security conditions was accompanied by societal violence, mainly committed by sectarian armed groups, in many parts of the country. Armed groups continued to target Sunnis for execution-style killings and the destruction of homes and businesses. Non-Muslim minorities reported threats, pressure, and harassment to force them to observe Islamic customs. (Bureau of Democracy, Human Rights and Labor, International Religious Freedom Report for 2015, Iraq, August 10, 2016 available at: http://www.state.gov/j/drl/rls/irf/religiousfreedom/index.htm?year=2015&dlid=256267 accessed January 31, 2017.)

[redacted box]

For the foregoing reasons, the applicant is not eligible for asylum status in the United States. Assessment is to refer to the Immigration Judge.