UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                    Civil Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
Defendant

## PLAINTIFFS' NOTICE OF ADDITIONAL FACTS

The DHS recently released the first eight paragraphs of yet another asylum officer assessment. On June 19, 2018, the DHS released several paragraphs from the assessment of Ms. Grace Ninsiima. *See* Exhibit 1, attached hereto.

This shows that the DHS has conceded it now agrees with plaintiffs: large portions of asylum officer assessments are easily segregable.

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com