# EXHIBIT 1

## Declaration of David L. Cleveland about FOIA response received on June 19, 2018

## July 10, 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICA GATORE, et al, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-0459 [RBW] |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Defendant, | ) | |
| | ) | |

## DECLARATION OF DAVID L. CLEVELAND dated July 10, 2018

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury: I am counsel for plaintiffs in this action.

Catholic Charities made a FOIA request for the asylum officer assessment for Ms. Grace Ninsiima. Via a letter dated June 19, 2018, the DHS mailed me the four pages attached hereto, as Attachment A.

The four pages show that DHS released the first eight paragraphs of the Assessment.

I declare under penalty of perjury under the laws of the District of Columbia that foregoing is true and accurate. Dated: July 10, 2018.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A

# ASSESSMENT TO REFER

ALIEN NUMBER: A206-816-034

NAME: Grace NINSIIMA

COUNTRY: Rwanda

LOCATION: ZAR

ASSESSMENT DATE: January 6, 2016

ASYLUM OFFICER: K. Boyne/ZAR440

REVIEWING SAO: E. Joseph/ZAR432

The applicant indicated that she is a 34-year-old female native of Uganda and citizen of Rwanda who was admitted to the United States through Washington Dulles Airport on July 23, 2013 on a B-1 visa. This status expired on February 2, 2014. The applicant is not in lawful status.

The applicant's attorney at the interview was Isabel Saavedra. The I-589 application was prepared by the applicant's previous attorney, Erica Morgan. The interview was conducted in English.

The applicant fears that she will be targeted, imprisoned, and tortured by the Rwandan government on account of her membership in a particular social group of *family of Kayumba Nyamwasa*. The applicant also fears she will be harmed by the police force, government, and/or unknown actors in Burundi, due to threats and harm she and her husband suffered there in 2013.

The applicant filed her asylum application on July 22, 2014. The applicant established by clear and convincing evidence that the application was filed within one year of her last date of arrival. DHS database records demonstrate that the applicant last arrived in the United States on July 23, 2013. Therefore, the applicant filed a timely application.

The applicant testified as follows:

The applicant was born in Uganda to her parents, who were Rwandan nationals. The applicant testified that her parents were citizens of Rwanda. She further testified that she never applied for asylum status in Uganda, nor was she ever issued a Ugandan passport. The applicant resided in Uganda until 1995, when she relocated to Rwanda, where she resided with her uncle, Kayumba Nyamwasa ("Kayumba"), and her aunt. The applicant resided with her uncle until February 2009, when she relocated to Burundi after marrying a Burundi citizen. The applicant did not visit her uncle after she moved out of his home, nor did she maintain contact with him. The applicant testified that although the applicant resided in Burundi, she never applied for citizenship there. She did possess a temporary visa that her husband obtained for her.

From 2009 to 2013, the applicant regularly traveled to and through Rwanda without incident to purchase supplies for her husband's business, each time presenting her passport at immigration checkpoints. In January 2013, the applicant was traveling through Rwanda to Burundi, at which time she presented her passport to the Rwandan immigration officials. The applicant was taken into a room, where she was questioned about why she returned to Rwanda, with whom she had been residing while she lived in Rwanda, and the location of her uncle, Kayumba. The immigration officials took down the applicant's information from her passport and national identification card.

telling her she would have to be ready to cooperate with them if they ever needed information from her in the future. The applicant stated she perceived this comment as a threat. The applicant was held by the immigration officials for about two hours and then released. The applicant was not physically harmed and returned to Burundi.

While in Burundi, approximately one month after the applicant was interrogated by Rwandan immigration officials, in February 2013, the applicant's husband received a call on his cell phone from a private number, urging him and the applicant to leave their home, warning him something bad would happen if he did not obey with the caller's demands, and questioning the applicant's husband as to why he married a Rwandese woman. The applicant testified that she and her husband did not receive any calls like this before or after this incident. In April 2013, four men wearing Burundian police uniforms broke into the applicant's home in Burundi. These men spoke to the applicant's husband, telling him they had warned him. These men shot and killed the applicant's husband. They then raped the applicant, and told her to go back to Rwanda. The applicant was hospitalized following this attack. She was later informed by a friend that individuals had come to the applicant's home looking for her and asked the applicant's neighbors about her whereabouts. The applicant believes the assailants were either members of the Rwandan government or members of the Burundi government who were working with the Rwandan government. The applicant relocated to the United States shortly after this incident.

The applicant believes she was targeted by immigration officials in Rwanda and the assailants in Burundi based on her relation to her uncle, Kayumba. She further believes her family has been targeted by the Rwandan government based on their relation to Kayumba. Kayumba previously worked with the Rwandan government, but later became an outspoken opponent of President Kagame and his policies. The applicant testified that members of the Rwandan government began looking for and threatening Kayumba, forcing him to flee to South Africa in February 2010. The applicant further testified that her uncle (Kayumba's brother), Rugigana Ngabo, was arrested in 2010 and her aunt was arrested in 2011 in Rwanda. The applicant stated Rugigana was charged with treason and supporting a terrorist, and sentenced to nine years in prison. The applicant testified her aunt was arrested, but she is unaware of the details of her arrest. The applicant also stated that her brother and sister continue to reside in Rwanda, and she has not maintained contact with them since she relocated to the United States. She stated that she did speak with these siblings while she was living and Burundi and they did not report any instances of receiving threats or being harmed. The applicant further testified that, since relocating to the United States, the applicant has spoken with her friend, who remains in Rwanda, and she informed the applicant that she had received a call in 2013 from a private number, asking about the applicant's whereabouts. The applicant's friend does not know the identity of the caller. The applicant testified she is unaware of any other instances in which people were inquiring about her whereabouts in Rwanda.

(b)(5)

(b)(5)



(b)(5)

