UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RICA GATORE, et al.,                )
                                    )
            Plaintiffs,             )
                                    )
     v.                             )   Civil Action No. 15-459 (RBW)
                                    )
UNITED STATES DEPARMENT             )
OF HOMELAND SECURITY,               )
                                    )
            Defendant.              )
_____)

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendant's Renewed Motion for Summary Judgment, ECF No. 77, is **DENIED**. It is further

**ORDERED** that the Plaintiffs' Motion for Class Certification, ECF No. 15, is **DENIED**. It is further

**ORDERED** that summary judgment is entered sua sponte for the individual plaintiffs on their claims in the first through seventh and tenth causes of action regarding their requests for the reasonably segregable portions of their assessments. It is further

**ORDERED** that the defendant shall disclose to plaintiff Rica Gatore the first six paragraphs of her assessment. It is further

**ORDERED** that the defendant shall disclose to plaintiff Isam Al Timemy the first five paragraphs of his assessment. It is further

**ORDERED** that the defendant shall disclose to plaintiff Georgine Lumonika the first eight paragraphs of her assessment. It is further

**ORDERED** that the defendant shall disclose to plaintiff Innocent Kabano Shyaka the first five paragraphs of his assessment.  It is further

**ORDERED** that the defendant shall disclose to plaintiff Charly Minth Ayessa the first four paragraphs of his assessment.  It is further

**ORDERED** that the defendant shall disclose to plaintiff Aminata Ouedraogo the first eight paragraphs of her assessment.  It is further

**ORDERED** that the defendant shall disclose to plaintiff Herve Shyaka the first ten paragraphs of his assessment.  It is further

**ORDERED** that the defendant shall disclose to plaintiff Veronica Carolina Lemus Miranda the first ten paragraphs of her assessment.[1]

**SO ORDERED** this 24th day of August, 2018.

REGGIE B. WALTON
United States District Judge

---

[1] The Court recognizes that several of the paragraphs that it orders the defendant to disclose have already been released to the individual plaintiffs, but it nonetheless orders the release of them for the sake of simplicity. Additionally, the Court notes that in identifying "paragraphs" to be released pursuant to this Order, the defendant should count as one paragraph each portion of text that is separated from the text above and below it by a single space, even if that portion of text contains only one sentence or clause.