UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                  Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

### PLAINTIFF CATHOLIC CHARITIES' MOTION FOR SUMMARY JUDGMENT AS TO EIGHTH CAUSE OF ACTION

Plaintiff Catholic Charities, pursuant to Fed.R. Civ. P. 56, hereby moves this Court to grant summary judgment in its favor, as to the Eighth Cause of Action in the complaint. As shown in the attached memorandum, plaintiff is entitled to this relief.

The Eighth Cause of Action, beginning at ¶ 55 of the amended complaint, states that plaintiff Catholic Charities "has made many FOIA requests for Assessments of asylum applicants in the past, and will continue to do in the future. ¶56.  Catholic Charities "conducts trainings and seminars for lawyers representing asylum applicants…..Catholic Charities wants to monitor and examine the work of asylum officers, to ensure that all asylum applicants obtain justice… ¶ 57 and 58.

¶ 59 states:

> Catholic Charities is being injured by the above policies, practices, and acts of the defendant. Its ability to effectuate its above-stated goals is being adversely affected. It relies heavily and frequently on FOIA to conduct work that is essential to the performance of certain of their primary institutional activities. The acts of defendant hinder and prejudice this plaintiff in achieving its goals.

August 31, 2018

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RICA GATORE, et al.,

Plaintiffs

v.                                         Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

ECF # 110, Memorandum Opinion, dated August 24, 2018, sets forth the basis for the Court to grant this motion.

Plaintiff Catholic Charities has submitted FOIA requests for the asylum officer assessments for 41 applicants, as of June 2015.  *See* ECF #110, at page 3. By April 2017, the number had grown to 61 applicants. *Id.* at 4.  Seven more requesters are identified in Exhibit 1, attached to "Catholic Charities' Motion for Class Certification," filed on August 31, 2018.

Catholic Charities has demonstrated that defendant DHS has this illegal policy: DHS never provides any part of an assessment to a FOIA requester. *Id.* at 18.  The evidence "clearly supports the existence of [this] policy…" *Id.* at 27.

Catholic Charities has also demonstrated that DHS has another illegal policy; DHS does not even attempt to determine if there are reasonably segregable portions of the assessment. *Id.* at 19.

Catholic Charities has demonstrated "a likelihood of future injury for purposes of standing to bring its policy-or-practice claims." *Id.* at 18. Catholic Charities has demonstrated that it is "likely to be subjected to the [illegal] policies again." *Id.* at 19.

Filing FOIA requests for assessments is "critical to Catholic Charities' stated mission of helping asylum applicants by filing FOIA requests and monitoring and examining the work of asylum officers to ensure that all asylum applicants obtain justice." *Id.* at 22 [punctuation and brackets omitted].

The DHS instructs its FOIA processors to "withhold in full" asylum officer assessments. *Id.* at 24. In the "nearly five-year period before plaintiffs filed their amended complaint, the defendant denied over forty FOIA requests for assessments, including the requests submitted by the individual plaintiffs in this case." *Id.* at 26.

"And, notably, the defendant has not identified a single instance in which it voluntarily provided <u>any</u> part of an assessment to a FOIA requester during this time period." *Id.* at 26; emphasis in original.

The DHS "does not dispute Catholic Charities' assertion that all assessments follow a standard format." *Id.* at 30.

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com