## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                    Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH

## THERE IS NO GENUINE ISSUE

The Plaintiffs submit the following facts as to which there is no genuine issue:

1. Catholic Charities has submitted at least 61 FOIA requests for asylum Officer assessments in the past ECF #110 at 3 and 4.

2. The DHS has a policy of not providing any part of an Assessment to a FOIA requester. ECF #110 at 18 and 27.

3. Catholic Charities had FOIA requests currently pending, and will file more requests in the future. It is likely to be subjected to the illegal policy again. ECF #110 at 19.

August 31, 2018

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com