# EXHIBIT 1

Declaration of David L. Cleveland
about still-pending FOIA requests

August 31, 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al,<br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>                    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 15-cv-0459 [RGW]

<u>DECLARATION OF DAVID L. CLEVELAND dated August 31, 2018</u>

I, David L. Cleveland, pursuant to 28 U.S. C. § 1746, declare under penalty of

perjury: I am counsel for plaintiffs in this action.

Catholic Charities made a FOIA request for the asylum officer assessment for the

seven applicants noted in the attached documents.  All seven FOIA requests are still

pending:

Anebab Francoise Kouame's request has been pending since May 8, 2018
Kenou Mbaye's request is pending since May 27, 2018
Elizabeth Kintero Yacob's request is pending since June 6, 2018
Wei Zhang's request is pending since July 5, 2018
Yeraldine Veruska Quinonez Michelena's request is pending since July 23, 2018
Fnu Yilihamu's request is pending since August 9, 2018
Isaac Mbuyamba's request is pending since August 30, 2018

*See* Attachments A-G, attached hereto.

I declare under penalty of perjury under the laws of the District of

Columbia that foregoing is true and accurate.  Dated: August 31, 2018.

Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
DC Bar # 424209
Catholic Charities of Washington

# ATTACHMENT A



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

May 8, 2018                                                          NRC2018067012

David L. Cleveland
924 G Street, NW, Suite 225
Washington, DC 20001

Dear David L. Cleveland:

We received your request for information relating to Anebab Francoise Kouame on May 08, 2018.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2018067012. Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been
placed in the complex track (Track 2). You may wish to narrow your request to a specific document in
order to be eligible for the faster track. To do so, please send a written request, identifying the specific
document sought, to the address above. We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations,
USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond
within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time
period in certain circumstances. Due to the increasing number of FOIA requests received by this office,
we may encounter some delay in processing your request. Additionally, due to the scope and nature of
your request, USCIS will need to locate, compile, and review responsive records from multiple offices,
both at headquarters and in the field. USCIS may also need to consult with another agency or other
component of the Department of Homeland Security that have a substantial interest in the responsive
information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request
pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your
request or to agree on a different timetable for the processing of your request. We will make every effort
to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

4-24-18
~~May 14, 2013~~

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

     FOIA Request for Amenan Francoise KOUAME

Dear Sir or Madam:

I, David L. Cleveland, am a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to me.

I hereby request:

    -a copy of the notes written by the Asylum Officer;
    -a copy of the Assessment to Refer of the Asylum Officer;
    -a copy of any material used by the Asylum Officer, but not given to him by the individual named above.
    = = = =

I also request Track 3 priority processing treatment.
Attached hereto is Form I-862, Notice to Appear.

Sincerely,

David L. Cleveland
924 G Street NW, #225
Washington, DC 20001   [202] 772-4345

= = = = = = = = = = = = = = =  = = = = = = = = = = = = = == =


I, Amenan Francoise Kouame, hereby declare under penalty of perjury:

    - I agree that my records may be released to:
     *David L. Cleveland* 924 G Street NW, Wash. DC 20001;
    -I was born on 9/30/1970 in Tiassale, Cote D'Ivoire;
    -My address is: 8510 16th St., Silver Spring MD 20910
    -my A# is 205-697-648;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 14, 2013 Signature: _____

                 Page 1 of 2

# ATTACHMENT B

May 21, 2018

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010  Fax: [816] 350-5785

FOIA Requestfor Kenou Mbaye
Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a request for records of the individual named above. This individual agrees that his/her records may be released to us.

Catholic Charities hereby requests:
     -a copy of his I-94;
     -a copy of the notes of the asylum officer;
     -a copy of theassessment written by the Asylum Officer;
     -a copy of his entire file
= = = =

We also request Track 3 priority processing treatment.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I,Kenou Mbaye, hereby declare under penalty of perjury:
     - I agree that my records may be released to:
            *Catholic Charities of Washington*, 924 G Street NW,
     Wash. DC 20001;
     -I was born on 08/12/1962 in Dakar, Senegal;
     -My address is: **1335 New York Avenue NE, Washington 221514522 Bentley Park Drive Burtonsville MD 20866**
     -my A# is 098-320-492;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on May 21, 2018 Signature: *Kenou Mbaye*

Page 1

TRANSMISSION VERIFICATION REPORT

TIME : 05/27/2018 16:04
NAME :
FAX :
TEL :
SER.# : BROM6J592151

| | |
|---|---|
| DATE,TIME | 05/27 16:04 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:37 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

-a copy of his entire file

= = = =

We also request Track 3 priority processing treatment.

Sincerely,

Catholic Charities of Washington

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001 [202] 772-4345

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

I,Kenou Mbaye, hereby declare under penalty of perjury:

- I agree that my records may be released to: *Catholic Charities of Washington*, 924 G Street NW, Wash. DC 20001;
- -I was born on 08/12/1962 in Dakar, Senegal;
- -My address is: **1335 New York Avenue NE, Washington 221514522 Bentley Park Drive Burtonsville MD 20866**
- -my A# is 098-320-492;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on May 21, 2018 Signature: Kenou Mbaye

Page 1

# ATTACHMENT C

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

June 6, 2018                                                        **NRC2018086354**

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

Dear David L. Cleveland:

We received your request for information relating to Elizabeth Kintero Yacob on June 06, 2018.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552).
It has been assigned the following control number: NRC2018086354. Please cite this number in all future
correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been
placed in the complex track (Track 2). You may wish to narrow your request to a specific document in
order to be eligible for the faster track. To do so, please send a written request, identifying the specific
document sought, to the address above. We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations,
USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond
within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time
period in certain circumstances. Due to the increasing number of FOIA requests received by this office,
we may encounter some delay in processing your request. Additionally, due to the scope and nature of
your request, USCIS will need to locate, compile, and review responsive records from multiple offices,
both at headquarters and in the field. USCIS may also need to consult with another agency or other
component of the Department of Homeland Security that have a substantial interest in the responsive
information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request
pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your
request or to agree on a different timetable for the processing of your request. We will make every effort
to comply with your request in a timely manner.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer.
The CD is readable on all computers through the use of Adobe Acrobat software. A version of Adobe
Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be
printed onto paper. Only records 15 pages or more are eligible for CD printing. To request your
responsive records on paper, please include your control number and write to the above address Attention:
FOIA/PA Officer, or fax them to (816) 350-5785.

5-29-18

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010        Fax: [816] 350-5785

    FOIA Request for Elizabeth Kintero Yacob

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the asylum officer;
    -a copy of the other evidence used by the asylum officer, but
    not given to the officer by the applicant
    -a copy of asylum application;
    -a copy of I-485;
    -a copy of everything in the file
 = = = =

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Elizabeth Kintero Yacob, hereby declare under penalty of
perjury:
    - I agree that my records may be released to:
        *Catholic Charities of Washington*, 924 G Street NW,
    Wash. DC 20001;
    -I was born on 09/24/1980 in Adis Ababa, Ethiopia;
    -My address is: 924 G St NW, Wash. DC 20001;
    -my A# is 088 152 228

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on___5-29-18____   Signature: X _____

ATTACHMENT D



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

July 5, 2018                                                NRC2018103165

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

*Dear David L. Cleveland:*

We received your request for information relating to Wei Zhang on July 05, 2018.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2018103165. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2). You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request is placed in the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

6-29-18

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010        Fax: [816] 350-5785

     FOIA Request for Wei Zhang

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a request
for records of the individual named above. This individual agrees
that his/her records may be released to us.

Catholic Charities hereby requests:
    -a copy of the notes of the asylum officer;
    -a copy of the assessment written by the Asylum Officer;
    -a copy of the evidence relied upon by the Asylum Officer, not
    supplied by the applicant
  = = = =

We also request Track 3 priority processing treatment.
~~Attached hereto is Notice of hearing/ Notice to Appear.~~

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = =  = = = = = = = = = = = = == =
I,Wei Zhang, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
            *Catholic Charities of Washington*, 924 G Street NW,
    Wash. DC 20001;
    -I was born on 09/17/1974 in Beijing, China;
    -My address is: 924 G St8504 Towne Manor Court, Alexandria,
    VA 22309
    -my A# is 215-506-472;

I hereby declare under penalty of perjury, as per 28 U.S.C. § 1746,
that the foregoing is true and correct.
Executed on 6-29-18  Signature: _____ *Wei Zhang*

        Page 1 ~~of 2~~

# ATTACHMENT E

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010        Fax: [816] 350-5785

        FOIA Request for Yeraldine Veruska Quinonez Michelena

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests a copy of:

        -the notes of the asylum officer;
        -the assessment written by the asylum officer;
        -any material used by the asylum officer, but not given to
        him by the individual named above

        We request Track 3 processing. Attached is Notice to Appear.

Sincerely,

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = = == =
I, Yeraldine Veruska Quinonez Michelena, hereby declare under
penalty of perjury:
        - I agree that my records may be released to:
                *Catholic Charities of Washington,* 924 G Street NW,
        Wash. DC 20001;
        -I was born on 02/20/1978 in Caracas, Venezuela;
        -My address is: 924 G St NW Wash. DC 20001
        -my A# is 215-624-342;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on 7-24-18           Signature: _____

                        psa 1 of 2

-the assessment written by the asylum officer;
-any material used by the asylum officer, but not given to
him by the individual named above

We request Track 3 processing. Attached is Notice to Appear.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Yeraldine Veruska Quinonez Michelena, hereby declare under
penalty of perjury:
      - I agree that my records may be released to:
            *Catholic Charities of Washington*, 924 G Street NW,
      Wash. DC 20001;
      -I was born on 02/20/1978 in Caracas, Venezuela;
      -My address is: 924 G St NW Wash. DC 20001
      -my A# is 215-624-342;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on 7-24-18      Signature: _____

psr 1 of 2

| DATE,TIME | 07/23 17:04 |
| FAX NO./NAME | 18163505785 |
| DURATION | 00:00:47 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 07/23/2018 17:05
NAME :
FAX :
TEL :
SER.# : BROM6J592151

ATTACHMENT F

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship and Immigration Services**

August 9, 2018                                              NRC2018118496

David L. Cleveland
Catholic Charities of Washington
924 G Street NW
Washington, DC  20001

Dear David L. Cleveland:

Don't waste time waiting for the US Postal Service to deliver the information you requested. Go online, create an account, and receive the information electronically! Read the attached yellow flyer for more details.

We received your request for information relating to Fnu Yilihamu on August 09, 2018.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2018118496.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been placed in the fast track (Track 3).

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt.  Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances.  Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field.  USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information.  Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request.  We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

    FOIA Request for FNU Yilihamu

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests a copy of:

    -the notes of the asylum officer;
    -the assessment written by the asylum officer;
    -any material used by the asylum officer, but not given to
    him by the individual named above

    We request Track 3 processing. Attached is Notice to Appear.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001    [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = = == =
I, FNU Yilihamu, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
         *Catholic Charities of Washington,* 924 G Street NW,
    Wash. DC 20001;
    -I was born on 11/11/1978 in Yining, China;
    -My address is: 924 G St NW Wash. DC 20001
    -my A# is 215-622-817;

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on __7-31-18__      Signature: X __Yilihamu__

# ATTACHMENT G

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

    FOIA Request for Isaac Mbuyamba

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests a copy of:

    -the notes of the asylum officer;
    -the assessment written by the asylum officer;
    -any material used by the asylum officer, but not given to
    him by the individual named above

    We request Track 3 processing.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001   [202] 772-4345
= = = = = = = = = = = = = =  = = = = = = = = = = = = == =
I, Isaac Mbuyamba, hereby declare under penalty of perjury:
    - I agree that my records may be released to:
        *Catholic Charities of Washington,* 924 G Street NW,
    Wash. DC 20001;
    -I was born on 02/12/1992 in Kinshasa, DRC;
    -My address is: 924 G St NW Wash. DC 20001
    -my A# is 215- 631- 967

I hereby declare under penalty of perjury, as per 28 U.S.C. §
1746, that the foregoing is true and correct.
Executed on  8 - 30 - 18    Signature: _____

```
┌─────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘
```

```
                                          TIME  : 08/29/2018 22:43
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : BROM6J592151
```

```
    DATE,TIME              08/29  22:42
    FAX NO./NAME           18163505785
    DURATION               00:00:26
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

FOIA Officer for US-CIS
Lee's Summit, MO 64064-8010      Fax: [816] 350-5785

      FOIA Request for Isaac Mbuyamba

Dear Sir or Madam:

Catholic Charities of Washington is a "third party" making a
request for records of the individual named above. This individual
agrees that his/her records may be released to us.

Catholic Charities hereby requests a copy of:

      -the notes of the asylum officer;
      -the assessment written by the asylum officer;
      -any material used by the asylum officer, but not given to
      him by the individual named above

      We request Track 3 processing.

Sincerely,

*Catholic Charities of Washington*

Catholic Charities of Washington
c/o David L. Cleveland
924 G Street NW
Washington, DC 20001    [202] 772-4345
= = = = = = = = = = = = = = = = = = = = = = = = == =
I, Isaac Mbuyamba, hereby declare under penalty of perjury:
    - I agree that my records may be released to: