UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                  Civ. Action No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## PLAINTIFFS' REPORT TO THE COURT

The parties have had several settlement discussions, and also discussions about a Joint Report to the court. But, no agreement was reached.

Plaintiffs request that defendant DHS respond to all outstanding motions, by October 26th[h]:

- Plaintiff Catholic Charities' Motion concerning the 8th cause of action [ECF #111]
- Plaintiff Catholic Charities' Motion to certify [ECF #112];
- individual plaintiffs' Motion to certify [ECF #113]
- Plaintiffs' motion for leave to add 56 plaintiffs [ECF #115]

Defendant would like more time to respond.  Defendant does not agree to the October 26th date.

Attached is a Proposed Order.

October 12, 2018

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                                 No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

## ORDER

Upon consideration of Plaintiff' Report to the Court, it is hereby:

ORDERED that defendant DHS shall respond to each outstanding Plaintiffs' motions by October 26th.

SIGNED:

Date  _____                             _____
                                                                              REGGIE B. WALTON
                                                                              U.S. District Judge