# ATTACHMENT A

Three pages, undated

ASSESSMENT TO REFER

(b) (5)

(b) (5)

(b) (5)

The remaining portion (bottom of page two) is still subject to the 25-year Sunset Provision.

Partially withhold the deliberative information (b)(5).


U.S. Citizenship and Immigration Services

ALIEN NUMBER: 2   DATE: 11

NAME: F   ASYLUM OFFICER:

COUNTRY:   REVIEWING SAO:

LOCATION:

Amendments 10-15-18

(1) The applicant indicated that he is a (b) (6) year-old male, native and citizen of who entered the United States , and was admitted as a (b) (6) until 13.

(2) The applicant was not represented at his asylum interview. The asylum interview was conducted in English and French. The interpreter at the asylum interview was . The asylum application (Form I-589) was prepared by .

(3) The applicant fears that the government of will harm him on account of his political opinion, as a member of the a political party that is opposed to the government of .

(4) The applicant first filed his asylum application on . 13. The application was returned and the applicant resubmitted his application on 13. Applicant first made his intention to file for asylum on 13, and the second applicant was submitted within a reasonable time.

(5) Applicant testified as follows: He was born and returned to at the age of Applicant became a member of the 11. Applicant's activity was to gather the youths and explain the platform of the .

(6) Applicant was arrested two times. His initial arrest occurred on 4, when he was distributing flyers calling for the . Applicant was taken to a secret location, where he was 04.

(7) Applicant's second arrest occurred on 10, when he received a summons from the In the evening, applicant reported to a in his neighborhood, where he was days. Applicant was subsequently

```
                    transferred to a secret location, where he was                      . During the
            (7)   period of his          , applicant was                  during this
```

```
                    Applicant was left .                                               10 and he
                    used the telephone of a                                                  On
            (8)           2, a summons was issued                                        on the
                          12. Applicant became fearful
```

The remaining portion of the document is deliberative, and therefore is still subject to the 25-year Sunset Provision.

Withhold the bracketed, deliberative information (b)(5).



(b) (5)



U.S. Citizenship and Immigration Services

Assessment to Refer

The Assessment to Refer, Assessment to Terminate or Assessment to Grant are partially deliberative; therefore, they are subject to the 25-year Sunset Provision.

Withhold the deliberative information (b)(5).

Release the factual information.

ALIEN NUMBER: (b) (6)

NAME: (b) (6)

COUNTRY: (b) (6)

(b) (6)

DATE: March 22, 2007

ASYLUM OFFICER: Jay Dedd

REVIEWING SAO: Iherdit All

Withhold this section (b)(5). →

(b) (5)



U.S. Citizenship and Immigration Services