# ATTACHMENT B

# Page 159 of Processing Guide dated December 15, 2015

PROCESSING GUIDE December 14, 2015

## USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release. | Review for (d)(5) and (b)(5), otherwise release |
| Initials (not law enforcement function or refugee officer) | Release | Release |
| Names and initials of refugee officers (except on correspondence mailed to the refugee) | (b)(6) | Release |
| Refugee interview notes | (b)(7)(E) | (k)(2) and (b)(7)(E) |

159

PLEASE NOTE: The FOIA/PA Handbook is for **INTERNAL USE ONLY**. Instructions on processing requests, training, and legal interpretations contained herein should generally **NOT** be disclosed to the public.

## USCIS MISCELLANEOUS DOCUMENTS

| TITLE/SUBJECT | FOIA EXEMPTION | PA EXEMPTION |
|---|---|---|
| Assessment to reject, terminate, grant or refer (relates to Asylum) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Assessment Sheet (Preliminary Assessment) | Review for (b)(5) (deliberative process), otherwise release | Review for (d)(5) and (b)(5) (deliberative process), otherwise release |
| Asylum/Refugee flowcharts and worksheets that pertain to the interview | Review for (b)(5), otherwise release. | Review for (d)(5) and (b)(5), otherwise release. |
| Blank asylum/refugee flowcharts | Release | Release |
| Record of Determination/Credible Fear Worksheet, I-870 | See section 27.35.c | See section 27.35.c |
| Non-ICE Attorney work product including attorney worksheets, trial attorney notes (blank sheets can be released) | Withhold in full (b)(5) | (d)(5) and (b)(5) |
| Computer codes used to maneuver within the system such as the function keys (PF1) | Release | Release |
| Initials (not law enforcement function or refugee officer) | Release | Release |
| Names and initials of refugee officers (except on correspondence mailed to the refugee) | (b)(6) | Release |
| Refugee interview notes | (b)(7)(E) | (k)(2) and (b)(7)(E) |

PLEASE NOTE: The FOIA/PA Handbook is for INTERNAL USE ONLY. Instructions on processing requests, training, and legal interpretations contained herein should generally NOT be disclosed to the public.