UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-459 (RBW) |
| ) | |
| UNITED STATES DEPARMENT ) | |
| OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on this same date, it is hereby

**ORDERED** that the defendant's Motion for an Extension of Time and for a Scheduling Order, ECF No. 117, is **GRANTED**. It is further

**ORDERED** that on or before December 17, 2018, the defendant shall file its oppositions to (1) Plaintiff Catholic Charities' Motion for Summary Judgment as to Eighth Cause of Action, ECF No. 111; (2) Catholic Charities' Motion for Class Certification, ECF No. 112; (3) the Individual Plaintiffs' Motion for Class Certification Under Civil Rule 23(b)(3), ECF No. 113; and (4) the Plaintiffs' Motion for Leave To Add 57 Plaintiffs to the Complaint, and To File that Amended Complaint, ECF No. 115. It is further

**ORDERED** that on or before January 3, 2019, the plaintiffs shall file any replies to the defendant's oppositions. It is further

**ORDERED** that the parties shall appear for a status conference on Friday, April 12, 2019, at 9:30 a.m.

**SO ORDERED** this 1st day of November, 2018.

REGGIE B. WALTON<br>United States District Judge