UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 15-0459-RBW |

## JOINT STATUS REPORT

Defendant, the Department of Homeland Security, and Plaintiffs, Catholic Charities and several individuals, by their undersigned counsel, submit this joint status report pursuant to the Court's minute order dated January 2, 2019.

1.  At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Funding was not restored until the evening of Friday, January 25, 2019. During the period of the lapse, the undersigned Assistant United States Attorney assigned to this case was prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2.  In light of that, on December 27, 2018, Defendant moved to vacate the December 28, 2018, deadline for it to respond to several pending motions and to stay proceedings in this case until funding to the Department had been restored. ECF No. 123. The Court granted the motion in part and denied it in part. The Court vacated the pending deadlines, but declined to stay the case, instead directing the parties to file a joint status report on or before January 28, 2019.

3.  In response to the Court's order and in light of the recent appropriation to the Department of Justice, the parties propose that Defendant will file a response to the pending

motions on or before February 8, 2019. This amount of time is required in light of the undersigned Assistant United States Attorney's other litigation responsibilities, which include an argument before the D.C. Circuit on January 30, 2019, and the need to evaluate and reset deadlines in over 30 cases that have been stayed pending the lapse in appropriations. Plaintiff proposes to file replies in support of the pending motions on or before February 15, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ David Cleveland | JESSIE K. LIU, D.C. Bar #472845 |
| David Cleveland, D.C. Bar #424209 | United States Attorney |
| CATHOLIC CHARITIES | |
| 924 G Street, N.W., #125 | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Washington, District of Columbia 20001 | Chief, Civil Division |
| Telephone: 202 772 4345 | |
| Facsimile: 202 386 7032 | By:  /s/ Johnny Walker |
| Email: 1949.david@gmail.com | JOHNNY H. WALKER, D.C. Bar #991325 |
| *Counsel for Plaintiffs* | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| | Telephone: 202 252 2575 |
| | Email: johnny.walker@usdoj.gov |
| | *Counsel for Defendant* |

Dated: January 28, 2019