UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>      *Defendant*. | Civil Action No. 15-0459-RBW |

**DEFENDANT'S MOTION TO DISMISS**
**CATHOLIC CHARITIES' POLICY-OR-PRACTICE CLAIM**

    Defendant, the United States Department of Homeland Security ("DHS"), respectfully moves to dismiss Catholic Charities' claim that DHS violated the Freedom of Information Act through an alleged "policy and practice of not even attempting to determine if there are reasonably segregable portions of an Assessment." As explained in the accompanying memorandum of points and authorities and the accompanying declaration, a change in DHS policy has rendered that claim moot.

Dated: February 8, 2019

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    By:   /s/ Johnny Walker
    JOHNNY H. WALKER, D.C. Bar # 991325
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, District of Columbia 20530
    Telephone: 202 252 2575
    johnny.walker@usdoj.gov

    *Counsel for Defendant*