UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                              Civil Action No.  15-cv-459 [RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

# PLAINTIFF CATHOLIC CHARITIES' REPLY TO DHS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS TO EIGHTH CAUSE OF ACTION

Plaintiff Catholic Charities now replies to the Opposition of DHS to Catholic Charities' motion for summary judgment as to the Eight Cause of Action.

Catholic Charities moved for summary judgment as to the Eighth Cause of action, in ECF #111.  The DHS filed a Memorandum of Points and Authorities…opposing Catholic Charities' motion for summary judgment…" ECF # 126.

The Eighth Cause of Action, beginning at ¶ 55 of the amended complaint, states that plaintiff Catholic Charities "has made many FOIA requests for Assessments of asylum applicants in the past, and will continue to do in the future. ¶56.  Catholic Charities "conducts trainings and seminars for lawyers representing

asylum applicants…..Catholic Charities wants to monitor and examine the work of asylum officers, to ensure that all asylum applicants obtain justice… ¶ 57 and 58.

¶ 59 states:

Catholic Charities is being injured by the above policies, practices, and acts of the defendant. Its ability to effectuate its above-stated goals is being adversely affected. It relies heavily and frequently on FOIA to conduct work that is essential to the performance of certain of their primary institutional activities. The acts of defendant hinder and prejudice this plaintiff in achieving its goals.

From March 2009 to 2017, the DHS did not disclose the first several paragraphs of assessments to the clients of Catholic Charities.  During this time period, Catholic Charities was unable to monitor and examine the work of asylum officers. It could not fully perform its "primary institutional activities."

The DHS does not mention the Eighth Cause of Action in its Opposition. Nor does the DHS mention ¶s 58 and 59 of the complaint. The DHS has conceded that from 2009 to 2017, Catholic Charities was injured. The Court should grant judgment in its favor as to the Eighth Cause of Action.

As stated by the Court in its Memorandum Opinion dated August 24, 2018, ECF #110, at page 22: Filing FOIA requests for assessments is "critical to Catholic Charities' stated mission of helping asylum applicants by filing FOIA requests and monitoring and examining the work of asylum officers to ensure that all asylum applicants obtain justice." [punctuation and brackets omitted].

The more paragraphs of assessments that Catholic Charities can read, the more it can know what asylum officers are doing, and the more it can help asylum

applicants obtain justice. Catholic Charities was prevented from reading assessments from 2009 to 2017. During this time, it was injured. The Court should grant judgment in its favor, as to the Eighth Cause of Action.

February 15, 2019

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com