UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICA GATORE, et al.,
          Plaintiffs,

       v.                         Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
          Defendant,

**PLAINTIFFS' REPLY TO OPPOSITION OF DHS TO MOTION FOR LEAVE TO ADD 57 PLAINTIFFS TO THE COMPLAINT, AND TO FILE THAT AMENDED COMPLAINT**

Plaintiffs now reply to the opposition of DHS to plaintiffs' motion to add 57 plaintiffs.

Plaintiffs filed a Motion for Leave to Add 57 Plaintiffs, ECF # 115.  DHS filed an Opposition, ECF # 126.

The DHS has known, since the complaint was filed, that a large number of plaintiffs were seeking relief.  The DHS already has a file on each of the proposed plaintiffs.  The DHS will suffer no prejudice if it is required to respond to the new proposed plaintiffs.

THE 57 PLAINTIFFS COULD FILE A NEW
 CLASS ACTION LAWSUIT TOMORROW

If no class is certified, and if the new plaintiffs are not allowed to join this lawsuit, they can file a new lawsuit tomorrow. That would be a waste of resources for everyone.

If the new plaintiffs file a class action lawsuit, perhaps the DHS would then give each plaintiff the first several paragraphs of their assessment, and then file a motion to dismiss, arguing that the case is moot. That would be unfair to the class members.

1

The Court should resolve this case as follows:

1. DHS, since December 2017, has been able to segregate and disclose the first several paragraphs of each assessment requested of it. If DHS can segregate and disclose from 2017 to now, it can segregate and disclose from 2009 to 2017.

2. DHS should segregate and disclose the first several paragraphs of the 57 new plaintiffs. There is no need for them to file a new lawsuit.

3. The Court should certify as a class action, the class of requesters from 2009 to 2017 who have yet to receive their first several paragraphs.

4. Then, the DHS shall undertake "reasonable efforts" to determine the members of the class. The parties shall then propose what notice is appropriate.

February 15, 2019

Respectfully submitted,

Attorney for Plaintiffs

David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com