UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,
          Plaintiffs,

          v.                                                        Civil Action No. 15-cv-459   (RBW)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
          Defendant,

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiffs respectfully move for leave to file a Sur-Reply, concerning their motion for class certification.

The D.C. Circuit just published a decision concerning class actions, *J.D. v. Azar,* 2019 U.S. App. LEXIS 17900 (June 14, 2019). A district court recently allowed a new plaintiff to substitute, if a named plaintiff can no longer represent the class: *Borum v. Brentwood,* 329 F.R.D. 90 (D.D.C. 2019). Another district court allowed a community-based organization to serve as a class representative, for a class of disabled persons seeking more access to a university campus. *Westchester Indep. Living Ctr. v. State Univ of N.Y.,* 2019 U.S. Dist. LEXIS 99010 (S.D.N.Y., June 12, 2019).

A discussion of these cases will aid the Court in arriving at the correct decision in this case.  These circumstances show "good cause."  Where a party shows "good cause," a surreply or supplement will be allowed. *Stanford v. Potomac Electric Power,* 394 F. Supp. 2d 81, 87 (D.D.C. 2005)

1

Undersigned counsel attempted to secure the consent of counsel for defendant DHS, via email, but was unable to secure it.

A copy of the proposed Motion is attached hereto.

A proposed Order is attached hereto.

Dated: July 5, 2019     Respectfully submitted,

DAVID L. CLEVELAND
Attorney for Plaintiff    DC Bar # 424209
924 G Street, NW  Washington, DC 20001
[202] 772-4345  Fax: [202] 386-7032
1949.david@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                                  No.  15-cv-459 [RBW]

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY

Defendant

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for leave to file sur-reply, it is hereby:

ORDERED that the motion is granted.

SIGNED: _____                                   Date _____
         U.S. District Judge

3