# EXHIBIT 1

# Four additional class representatives



U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

**U.S. Citizenship and Immigration Services**

February 2, 2016

APP2016000192

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2015156750

This is to advise you that we received your administrative appeal regarding the action by the National Records Center relating to Michaux Kaninda Lukusa, on December 19, 2015.

We have the responsibility of adjudicating appeals and will make every effort to respond to your request as quickly as possible. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. *We have assigned control number APP2016000192 to your appeal. Please mention this number in any future correspondence to this office regarding this matter.*

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

We will notify you of the decision on your appeal as quickly as possible. However, we must first contact the National Records Center and obtain the background material on your request. If you have further questions, please direct your inquiry to this office.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

www.uscis.gov



**U.S. Department of Homeland Security**
FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

**U.S. Citizenship and Immigration Services**

June 9, 2015

APP2015000756

Deborah Sulu Mulangu
c-o Catholic Charities of Washington
924 G. Street NW
Washington, DC 20001

Dear Ms. Mulangu:

Re: NRC2015022901

You appealed the action of the National Records Center regarding your request for access to records pertaining to Deborah Sulu Mulangu, dated February 20, 2015. The original determination of the National Records Center was to withhold 17 pages in part and 14 in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, we have decided to release 8 additional pages to you, copies of which are enclosed. We are releasing these pages in part. We have redacted information pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6) and (b)(7)(E).

On the remaining pages, we found that the National Records Center properly withheld certain information that is protected from disclosure. We have determined that this information is not appropriate for discretionary release.

An asylum officer's written assessment is exempt from disclosure. *See* Anguimate *v. U.S. Dep't of Homeland Sec.*, 918 F. Supp. 2d 13, 19 (D.D.C. 2013) (finding that USCIS properly withheld an asylum officer's assessment under the deliberative process privilege) *and* Abramyan *v. US Dep't of Homeland Security*, 6 F.Supp.3d 57, (D.D.C. 2013)(finding that, [b]ecause the Assessment to Refer was both predecisional and deliberative, it qualifies for withholding under exemption (b)(5)).

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). Your request that we itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. *See Judicial Watch v. Clinton*, 880 F.Supp. 1,11 (D.C. Cir. 1995).

The National Records Center located potentially responsive documents that may have originated from the U.S. Department of State and Immigration and Customs Enforcement. The National Records Center has sent the document(s) and a copy of your FOIA request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)). Questions concerning the status of the processing of the document(s) should be directed to the individual agencies. Please visit their websites for current contact information.

www.uscis.gov



U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

**U.S. Citizenship and Immigration Services**

January 12, 2016

APP2016000021

David L. Cleveland
Catholic Charities of Washington
924 G Street, NW
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2015102903

This is to advise you that we received your administrative appeal regarding the action by the National Records Center relating to Jean Luc Bori Mekouangori, on August 11, 2015.

We have the responsibility of adjudicating appeals and will make every effort to respond to your request as quickly as possible. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. *We have assigned control number APP2016000021 to your appeal. Please mention this number in any future correspondence to this office regarding this matter.*

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

We will notify you of the decision on your appeal as quickly as possible. However, we must first contact the National Records Center and obtain the background material on your request. If you have further questions, please direct your inquiry to this office.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

www.uscis.gov

U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139



U.S. Citizenship
and Immigration
Services

March 31, 2017

APP2017000278

David L. Cleveland
Catholic Charities of Washington
924 G Street NW
Washington, DC 20001

Dear Mr. Cleveland:

Re: NRC2016103432

You appealed the action of the National Records Center regarding your request for access to records pertaining to Nyankoye Dramou, dated August 17, 2016. The determination of the National Records Center was to withhold 24 pages in part, 13 in full, and 9 pages referred to Immigration and Custom Enforcement (ICE).

After careful consideration of your appeal, and as a result of discussions with the National Records Center, I have decided to release 11 additional pages to you, copies of which are enclosed. I am releasing 11 pages in part. Information has been redacted pursuant to 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E).

The National Records Center located potentially responsive documents that may have originated from Immigration and Customs Enforcement (ICE), *which has directed U.S. Citizenship and Immigration Services (USCIS) to refer all ICE equities to ICE.*

The National Records Center sent the document(s) and a copy of your Freedom of Information Act (FOIA) request to the ICE FOIA Office for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(c)).

Questions concerning the status of the processing of the document(s) should be directed to the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ice-foia@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

In your appeal letter, you requested what is tantamount to a Vaughn index; however, at this stage a Vaughn index is not given or required. See Vaughn v. Rosen, 484 F. 2d 820 (D.C. Cir. 1973). Your request to itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act (FOIA) requests and appeals. See Judicial Watch v. Clinton, 880 F.Supp. 1, 11 (D.D.C. 1995). Since what you seek is outside the responsibilities of this office, I cannot assist you in this matter.

On the remaining pages, I found that the National Records Center properly withheld certain information that is protected from disclosure. This information is not appropriate for discretionary release.