UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICA GATORE, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 15-459 (RBW) |
| UNITED STATES DEPARMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

In accordance with the Court's oral rulings issued at the status conference held on this same date, and in light of the parties' representation that their settlement discussions are ongoing, it is hereby

**ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**:

- Plaintiff Catholic Charities' Motion for Summary Judgment as to Eighth Cause of Action, ECF No. 111;

- Catholic Charities' Motion for Class Certification, ECF No. 112;

- Individual Plaintiffs' Motion for Class Certification Under Civil Rule 23(b)(3), ECF No. 113;

- Plaintiffs' Motion for Leave to Add 57 Plaintiffs to the Complaint, and to File that Amended Complaint, ECF No. 115;

- Defendant's Motion to Dismiss Catholic Charities' Policy-or-Practice Claim, ECF No. 125; and

- Plaintiffs' Motion for Leave to File Sur-Reply, ECF No. 132.

It is further

**ORDERED** that the parties shall appear for a status conference on October 11, 2019, at 9 a.m. to update the Court regarding the status of their settlement discussions.

**SO ORDERED** this 7th day of September, 2019.

REGGIE B. WALTON<br>United States District Judge