# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                             Civil Action No.  15-cv-459 DAR/RBW

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

= = = = = = = = = = = = = = = = = =

DEBORAH MULANGU, et al.,

Plaintiffs

v.                             Civil Action No.  19-cv-2682 DAR/RBW

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

= = = = = = = = = === = = = === =

## PLAINTIFFS' MOTION FOR ATTORNEY FEES

Plaintiffs hereby moves this Court to grant them attorney fees of $571,494.70 and costs of $400.

As shown in the attached memorandum, plaintiffs are entitled to this relief.

November 4, 2019

Respectfully submitted,

Attorney for Plaintiffs

/s/
David L. Cleveland

DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICA GATORE, et al.,

Plaintiffs

v.                              Civil Action No.  15-cv-459  DAR/RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

= == = = = = = = == ==  = = = = === =

DEBORAH MULANGU, et al.,

Plaintiffs

v.                              Civil Action No.  19-cv-2682 DAR/RBW

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

= = = == = === = ==== == ==== ==

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEY FEES**

PROCEDURAL HISTORY

Plaintiffs submitted FOIA requests for the segregable portions of their asylum officer "assessments." Even though a court in the year 2014 ruled that there were indeed "easily" segregable portions of those assessments [*Abtew v. DHS,* 47 F. Supp. 3d 98, 113 (D.D.C. 2014), the defendant DHS persisted in refusing to release any portion of the assessments. So, plaintiffs filed a class action complaint against the DHS. In 2017, the DHS changed its policy, and agreed

with plaintiffs, that indeed portions of assessments were segregable and disclosable. However, DHS kept that change secret until the year 2018.

## CLASS ACTIONS ARE USEFUL IN FOIA CASES

In *Nightingale v. U.S. Citizenship & Immigration Services,* 2019 U.S. Dist. LEXIS 178516, *18, 2019 WL 5191 066 (N.D. Cal. October 15, 2019) a class was certified of all individuals who made a FOIA request of US-CIS, which have been pending for more than 30 business days without a determination. Class certification is important in the immigration context because at times, "claims become moot when the non-citizen no longer has a threat of future harm because he or she has successfully received an immigration benefit or defended against removal."

The Court certified the case as a class action because: "Both the FOIA statutory timeline and defendants' violation of it are clear. The repeated, routine violations of these deadlines by agencies has been a continual source of concern for Congress."   2019 U.S. Dist LEXIS 178516, *28 (cleaned up).

## PLAINTIFFS' COUNSEL SPENT A REASONABLE NUMBER OF HOURS ON THIS CASE

*Time period February 2015 through May 2015*

As indicated on attached "Exhibit 9-15-18," counsel spent 47.16 hours during this time.

Counsel should be paid $789 per hour for this time period. *See* "Exhibit LSI Laffey" attached hereto.

$$47.16 \times \$789 = \$37{,}209.24$$

*Time period June 2015 through May 2016*

During this time, counsel spent 168.76 hours.
During this time, counsel should be paid $796 per hour.

$$168.76 \times \$796 = \$134{,}332.96$$

*Time period June 2016 through May 2017*

During this time, counsel spent 75.95 hours.

During this time, counsel should be paid $826 per hour.

    75.95 x $826 = $62, 734.70

*Time period June 2017 through May 2018*

During this time, counsel spent 230.6 hours.

During this time, counsel should be paid $864 per hour.

    230.6 x $864 = $199,238.4

*Time period June 2018 through May 2019*

During this time, counsel spent 101.4 hours.

 See "Exhibit 9-15-18" and "Exhibit 8-15-19," attached hereto.

During this time, counsel should be paid $894 per hour.

    101.4 x $894 = $90, 651.6

*Time period June 2019 through November 1, 2019*

During this time, counsel spent 52.2 hours.

    See "Exhibit 11-1-19" attached hereto.

During this time, counsel should be paid $899 per hour.

    52.2 x $899 = $46, 927.8

*The DHS should pay costs of $400.*

The filing fee for a complaint in district court is $400. DHS should pay this.

    = === == = =

    Dollars:

46, 927.8 + 90, 651.6 + 199,238.4 + 62, 734.70 + 134, 332.96 + 37,209.24 =$571, 094.70

THE DEPARTMENT OF JUSTICE HAS AGREED THAT THE LSI-LAFFEY MATRIX IS APPROPRIATE

In *American Oversight v. U.S. Dep't of Justice,* 375 F. Supp. 3d, 50, 70 (D.D.C. 2019), Plaintiffs submitted a Bill of Fees and Costs based on the LSI-Laffey Matrix. Defendants accepted that matrix as "reasonable." *See* "Exhibit LSI Laffey" attached hereto.

PLAINTIFFS' CLAIMS ARE RELATED; THEREFORE, FEES SHOULD NOT BE REDUCED SIMPLY BECAUSE THE DISTRICT COURT DID NOT ADOPT EACH CONTENTION RAISED

*Securitypoint Holdings v. TSA,* 836 F.3d 32 (D.C. Cir. 2016) involved a claim for fees under the EAJA: 28 USC § 2412.  Plaintiffs sought $108,000; they were awarded $86, 000.  The Court ruled that where there are multiple claims for relief; and plaintiff only has partial success, if the claims are related, fees should not be reduced "simply because the district court did not adopt each contention raised." 836 F.3d at 40 (cleaned up).

CONCLUSION

The DHS has failed to comply with the mandates of FOIA, requiring counsel to spend many hours. Therefore, this Court should order the DHS to pay fees of $571,494.70 and costs of $400.

Respectfully submitted,

Attorney for Plaintiffs

/s/
David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                                                                                      No.  15-cv-459 DAR/RBW

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Defendant

= = = == == = === =

DEBORAH MULANGU, et al.,

Plaintiffs

v.                                                                                      Civil Action No.  19-cv-2682 DAR/RBW

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

## ORDER [proposed by plaintiffs]

Upon consideration of the plaintiffs' request, and of any opposition thereto, it is hereby:

ORDERED that the DHS shall pay costs of $400 and fees of $571,494.70 to counsel for plaintiffs.

SIGNED:

Date _____                                              _____
                                                                                          DEBORAH A. ROBINSON
                                                                                          U.S. Magistrate Judge