# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICA GATORE, et al.,

Plaintiffs

v.                              Civil Action No.  15-459 [DAR/RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

= = = = = = = = = = = =   = = = = = = = = =   = = = = = = = = = = = = = = =

DEBORAH MULANGU, et al.,

Plaintiffs

v.                              Civil Action No.  19-2682 [DAR/RBW]

U.S. DEPARTMENT OF
HOMELAND SECURITY

Defendant

### PLAINTIFFS' SECOND PROPOSAL CONCERNING NOTICE TO THE CLASS

Plaintiffs propose that Exhibit A, attached hereto, be given to the class members.

Plaintiffs propose that DHS provide that notice, as per Exhibit B, attached hereto.

December 10, 2019

Respectfully submitted,

Attorney for Plaintiffs

/s/
David L. Cleveland
DC Bar # 424209
Catholic Charities
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com