EXHIBIT A

"Notice of Rights"

NOTICE OF RIGHTS UNDER THE FREEDOM OF INFORMATION ACT

Asylum applicants, and others, have the right to make a Freedom of Information Act ["FOIA"] request to the U.S. Citizenship and Immigration Services [US-CIS] for documents inside their own files.

If you had an interview with an asylum officer, the officer wrote an "Assessment" about your case. This document might be 3-4 pages long. The first several paragraphs will be the facts, according to the officer.  There may be mistakes in those paragraphs. The entire Assessment may be used against you in Immigration Court.

If you make, or have already made, a FOIA request for this document, or if you requested "all the documents in my file," the US-CIS has the duty to give you the first several factual paragraphs of the Assessment.  You may have already made a FOIA request for this document, and the US-CIS might have refused to give you any part of the document.

A lawsuit about this issue was filed in the federal court in Washington DC: *Gatore v. Department of Homeland Security,* Case No. 15-cv-459. It is now pending before Judge Reggie B. Walton. Do not contact the court!

You may contact the Class Administrator: Tyzazi Services at  info@Tyzazi.com

 Counsel for plaintiffs is David L. Cleveland <David.Cleveland @cc-dc.org>.  He is a volunteer lawyer for Catholic Charities of Washington DC. He will not charge you any money.

 Counsel for defendant is Johnny Walker <johnny.walker@us.doj.gov>

US-CIS has changed the instructions it gives to its FOIA processors. It is now prepared to re-examine old requests, and perhaps release the first several paragraphs of the Assessment.

If you made a FOIA request on or after March 9, 2009, for your asylum office Assessment, and were given no part of the document, you may now make a new request. Or, you make ask to re-open your old request.  If you are not sure if you made a request, or what was in your request, you may make a FOIA request for your earlier FOIA request.

You can send your request to the US-CIS at <uscis.foia@uscis.dhs.gov>