EXHIBIT B

"how notice shall be given"

## HOW THE DHS SHALL GIVE EXHIBIT A TO CLASS MEMBERS

#1.

Send one email, with Exhibit A attached, to each person on the list serve whereby David L. Cleveland received his email on February 12, 2019, from uscis@public.govdelivery.com concerning *Zhang v. USCIS,* No. 15-cv-995.  [The email sent to David Cleveland is in ECF # 13, at page 4 of 9.]

= = = =

#2. ICE sends A numbers of each respondent to US-CIS, so that US-CIS can determine which of them made a FOIA request.  DHS sends email, with attachment, to each respondent.

= = =

#3.

EOIR shall send one email, with Ex. A, by January 15, 2020, to each lawyer listed in its database.

= = =

#4.

Publish Exhibit A for 60 consecutive days, beginning on January 6, 2020, on these websites:

a] US-CIS b] DHS c] EOIR d] Department of Justice

 = = = = = = = = = = == = = = = = = = = = == = = = = == = =

#5.

Post Exhibit A on the wall, for 60 consecutive days, beginning on January 6, 2020, at the 54 Immigration Courts in the United States.

= = = = = = === = = == =

#6.

Post Exhibit A on the wall, for 60 consecutive days, beginning on January 6, 2020, at each ICE office in the United States.

#7.

Post Exhibit A on the wall, for 60 consecutive days, beginning on January 6, 2020, at the 8 asylum offices and the two sub-offices in the United States.

=

#8.

Each asylum office, and each sub-office, emails Exhibit A to each applicant referred to court, from 2010 to December 2017.

= = = =

#9.

The instructions to Form G-639 shall be amended to include the notice. This form is available at https://www.uscis.gov/sites/default/files/files/form/g-639.pdf

= = =

#10.

The same notice as was ordered by the court in *Mendez Rojas v Johnson,* 2018 WL 1532 715 (W.D. Wash. March 29, 2018)

= = = =

#11.

Publish three Mondays in a row, beginning on January 6, 2020 a notice in these newspapers: [a major newspaper in the same city as the asylum offices and sub-offices]

- Arlington VA Asylum Office---Washington Post
  http://www.mypublicnotices.com/washingtonpost/PublicNotice.asp?Page=PlaceAPublicNotice Carmen Alianza-Javier
  202-334-7007 202-334-6020 (fax)  legalnotices@washpost.com
- 
- Chicago Asylum Office---Chicago Tribune  legalnotices@chicagotribune.com
- 
- Houston Asylum Office---Houston Chronicle

  https://www.chron.com/neighborhood/article/Place-your-classified-ad-online-9771581.php

- New Orleans Sub-Office of Houston Asylum Office—The Times Picayune

    https://publicnotices.neworleanscitybusiness.com/info.aspx?page=about

    1-800-960-6397

- Los Angeles Asylum Office—LA Times

    https://placeanad.latimes.com/legal-notices

- Miami Asylum Office---Miami Herald 305-376-5169
- 
- Newark Asylum Office—NY Times 800-698-4637
- 
- Boston Asylum Sub-Office of the Newark Asylum Office

    https://customerservice.globe.com/hc/en-us/articles/360020668111-How-do-I-place-a-legal-notice-in-The-Boston-Globe-

- New York Asylum Office—NY Times 800-698-4637
- 
- San Francisco Asylum Office---San Francisco Chronicle

    https://www.legalnotice.org/pl/SFGate/landing1.aspx

    **legalads@sfchronicle.com or call 415-615-3562.**

    = = =

    #12.

At each master hearing, in every immigration court, from January 6- March 30, 2020, the assistant chief counsel in court shall give notice to each respondent who is an asylum applicant.

    === = = = = = = =

    #13.

    Appoint Tyzazi Services as class administrator [similar to what was ordered in *Bynum v. DC,* 342 F. Supp. 2d 342 (D.D.C. 2016)]

Tyzazi Services 700 12th Street NW #700 Washington DC 20005

[202] 897-9296     info@Tyzazi.com

The class administrator shall:

A] create a website and establish an email address

B] send notice and receive communications from FOIA requesters.

DHS shall pay to the Class Administrator the costs of preparing and publishing the Class Notice and other expenses related to the publication and distribution of notice to the class. The Class Administrator shall provide an estimate of the costs of notice no later than February 2, 2020, and the necessary funds shall be paid to the Class Administrator no later than 30 days thereafter and supplemented in the event the Class Administrator provides a supplemental estimate.