UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICA GATORE, <u>et al.</u>,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARMENT<br>OF HOMELAND SECURITY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 15-459 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the Defendant's Motion for Leave to File Under Seal, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion for Leave to File Under Seal, ECF No. 162, is **GRANTED**.  It is further

**ORDERED** that the defendant's supporting attachments to the Declaration of Terri White, ECF No. 162-1, are **ACCEPTED AS FILED**, and the Clerk of the Court shall file them as a separate entry on the docket under seal.  It is further

**ORDERED** that, on or before February 18, 2021, the defendant shall file a proposed redacted version of its supporting attachments to the Declaration of Terri White, ECF No. 162-1, on the public docket.

**SO ORDERED** this 4th day of February, 2021.

                                                                                REGGIE B. WALTON
                                                                                United States District Judge